UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | NO.: |
| | : | |
| v. | : | |
| | : | |
| NODINE'S SMOKEHOUSE, INC., CALVIN NODINE, TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY, AND CHRISTOPHER ARCIERO | : : : : | APRIL 20, 2018 |

## NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

The Notice of **Town of Canton, John Colangelo, Adam Gompper, Mark J. Penney** and **Christopher Arciero** respectfully shows:

1. Plaintiff has commenced an action against the undersigned petitioners in the Superior Court for the Judicial District of Hartford, by service of a Summons and Complaint dated April 10, 2018. The plaintiff served a copy of the Summons and Complaint upon each defendant on or about April 12, 2018. Pursuant to 28 U.S.C. § 1446(a), the undersigned defendants have attached said Summons and Complaint hereto.

2. The above-described action is a civil action and is one, which may be removed to the Court by the petitioners, the undersigned defendants

      therein, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1443 in that the controversy involves a federal question and the deprivation of constitutionally protected civil rights.

3. Specifically, the Complaint is brought under 42 U.S.C. § 1983 and alleges that the defendants: (1) "unlawfully restrained Nicole Chase's liberty in violation of the Fourth Amendment of the United States Constitution."; (2) the "[d]efendants … failure to disclose that she was being treated as a criminal suspect, false arrest, and malicious prosecution constituted a denial of her right to Equal Protection under the Fifth and Fourteenth Amendments of the United States Constitution."; (3) "[d]efendants conduct constituted a violation of her right to Equal Protection of the laws under the fifth and Fourteenth Amendments of the United States Constitution."; and (4) "[t]heir behavior towards her constituted a violation of her substantive due process rights, in violation of her Fourteenth Amendment rights under the United States Constitution."

4. The action is returnable in the Superior Court for the Judicial District of Hartford on May 8, 2018.

5. The undersigned defendants deny all of the plaintiff's allegations.

6. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §§ 1331, 1343(a)(3) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.  The action may be removed to this Court pursuant to 28 U.S.C. §§ 1441, 1443 and 1446.

WHEREFORE, the petitioners, **Town of Canton, John Colangelo, Adam Gompper, Mark J. Penney** and **Christopher Arciero**, pray that the above action now pending in Connecticut Superior Court for the Judicial District of Hartford, be removed therefrom to this Court.

DEFENDANTS,
TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY AND CHRISTOPHER ARCIERO

By /s/ Kristan M. Maccini
  Kristan M. Maccini
  ct25121
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114-1190
  (860) 249-1361
  (860) 249-7665 fax
  kmaccini@hl-law.com

## **CERTIFICATION**

      This is to certify that on **April 20, 2018**, a copy of the foregoing **Notice of Removal** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Lewis H. Chimes, Esq.<br>Mary-Kate Smith, Esq.<br>Law Office of Lewis Chimes, LLC<br>45 Franklin Street<br>Stamford, CT  06901 | Katie Ann Roy, Esq.<br>573 Hopmeadow Street<br>Simsbury, CT  06070 |
| David A. Moraghan, Esq.<br>Smith, Keefe, Moraghan & Waterfall, LLC<br>32 City Hall Avenue, # C<br>Torrington, CT  06790 | Elizabeth K. Acee, Esq.<br>LeClair Ryan, PLLC<br>545 Long Wharf Drive, 9th Floor<br>New Haven, CT  06511 |

                                                          /s/ Kristan M. Maccini
                                                        Kristan M. Maccini