UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN** | : | |
| **NODINE, TOWN OF CANTON, JOHN** | : | |
| **COLANGELO, ADAM GOMPPER, MARK J.** | : | |
| **PENNEY, AND CHRISTOPHER ARCIERO** | : | **MAY 1, 2018** |

## MOTION FOR SECURITY FOR COSTS

Pursuant to Local Rule 83.3(a) of the United States District Court for the District of Connecticut, the defendants, TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY and CHRISTOPHER ARCIERO ("defendants"), respectfully move for an order that the plaintiff, NICOLE CHASE, give a cash deposit or bond, with sufficient surety, in the amount of $500.00, within thirty (30) days from entry of such an order.

                      **DEFENDANTS,**
                      **TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY AND CHRISTOPHER ARCIERO**

                      **By /s/ Kristan M. Maccini**
                          **Kristan M. Maccini**
                          **ct25121**
                          **Howd & Ludorf, LLC**
                          **65 Wethersfield Avenue**
                          **Hartford, CT  06114-1190**
                          **(860) 249-1361**
                          **(860) 249-7665 fax**
                          **kmaccini@hl-law.com**

## **CERTIFICATION**

      This is to certify that on MAY 1, 2018, a copy of the foregoing MOTION FOR SECURITY FOR COSTS was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| **Lewis H. Chimes, Esq.**<br>**Mary-Kate Smith, Esq.**<br>**Law Office of Lewis Chimes, LLC**<br>**45 Franklin Street**<br>**Stamford, CT  06901** | **Katie Ann Roy, Esq.**<br>**573 Hopmeadow Street**<br>**Simsbury, CT  06070** |
| **David A. Moraghan, Esq.**<br>**Smith, Keefe, Moraghan & Waterfall, LLC**<br>**32 City Hall Avenue, # C**<br>**Torrington, CT  06790** | **Elizabeth K. Acee, Esq.**<br>**LeClair Ryan, PLLC**<br>**545 Long Wharf Drive, 9th Floor**<br>**New Haven, CT  06511** |

                                                 **/s/ Kristan M. Maccini**
                                                 **Kristan M. Maccini**