UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN** | : | |
| **NODINE, TOWN OF CANTON, JOHN** | : | |
| **COLANGELO, ADAM GOMPPER, MARK J.** | : | |
| **PENNEY, AND CHRISTOPHER ARCIERO** | : | **JUNE 5, 2018** |

### MOTION TO DISMISS
### FOR FAILURE TO POST BOND

Pursuant to L.Civ.R. 83.3, the undersigned defendants, TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY AND CHRISTOPHER ARCIERO ("defendants"), hereby move to dismiss the present civil action because the plaintiff, NICOLE CHASE, has failed to give a cash deposit or bond with sufficient surety in the sum of $500.00, within thirty (30) days from the Court's order.

In support of this motion, the defendants submit the following:

1. On May 1, 2018, the defendants filed a Motion for Security for Costs requesting the Court to order that the plaintiff, NICOLE CHASE, give a cash deposit or bond with sufficient surety in the sum of $500.00, within thirty (30) days from entry of such order [Doc. 16];

2. On May 2, 2018, the Court entered an order granting the Motion for Security for Costs and ordering the plaintiff to file a bond as security for costs in this action within thirty (30) days of the date of the order, in the amount of $500.00, pursuant to Local Rule 83.3(a) of the Rules of Civil Procedure for the United States District of Connecticut [Doc. 17]; and

3. As of today's date, no bond has been filed with the Court.

WHEREFORE, the defendants respectfully request that their Motion to Dismiss for Failure to Post Bond be granted.

DEFENDANTS,
TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY AND CHRISTOPHER ARCIERO

By /s/ Kristan M. Maccini
   Kristan M. Maccini
   ct25121
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 fax
   kmaccini@hl-law.com

## **CERTIFICATION**

This is to certify that on JUNE 5, 2018, a copy of the foregoing MOTION TO DISMISS FOR FAILURE TO POST BOND was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Lewis H. Chimes, Esq.**
**Mary-Kate Smith, Esq.**
**Law Office of Lewis Chimes, LLC**
**45 Franklin Street**
**Stamford, CT  06901**

**Katie Ann Roy, Esq.**
**573 Hopmeadow Street**
**Simsbury, CT  06070**

**David A. Moraghan, Esq.**
**Smith, Keefe, Moraghan & Waterfall, LLC**
**32 City Hall Avenue, # C**
**Torrington, CT  06790**

**Elizabeth K. Acee, Esq.**
**LeClair Ryan, PLLC**
**545 Long Wharf Drive, 9th Floor**
**New Haven, CT  06511**

      **/s/ Kristan M. Maccini**
      **Kristan M. Maccini**