UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN** | : | |
| **NODINE, TOWN OF CANTON, JOHN** | : | |
| **COLANGELO, ADAM GOMPPER, MARK J.** | : | |
| **PENNEY AND CHRISTOPHER ARCIERO** | : | **JULY 24, 2018** |

### DEFENDANTS, TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY AND CHRISTOPHER ARCIERO'S, MOTION TO DISMISS

The undersigned defendants, TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY and CHRISTOPHER ARCIERO ("Canton defendants"), hereby move for dismissal of all counts of the plaintiff's Complaint [Doc. 1-1] directed towards them (Counts Fourteen through Twenty-four), pursuant to Fed.R.Civ.P. 12(b)(6), on the following grounds:

1. The plaintiff has failed to allege a plausible claim for relief against any of the Canton defendants (Counts Fourteen through Twenty-Four);

2. The plaintiff has failed to allege a cognizable/legally sufficient cause of action for false arrest in violation of her Fourth and/or Fourteenth Amendment rights (Counts Fourteen through Sixteen);

3. The plaintiff has failed to allege a cognizable/legally sufficient cause of action for malicious prosecution in violation of her Fourth and Fourteenth

Amendment rights (Counts Seventeen through Nineteen);

4. The plaintiff has failed to allege a cognizable/legally sufficient cause of action for violation of her right to Equal Protection under the Fifth and/or Fourteenth Amendment (Counts Twenty and Twenty-one);

5. The plaintiff has failed to allege a cognizable/legally sufficient cause of action for violation of her substantive due process rights in violation of the Fourteenth Amendment (Count Twenty-Two);

6. The plaintiff has failed to allege a cognizable/legally sufficient <u>Monell</u> claim against the Town (Counts Fifteen, Sixteen, Eighteen, Nineteen and Twenty-one);

7. The plaintiff has failed to allege sufficient personal involvement by the defendants, Mark J. Penney and Christopher Arciero, in any alleged constitutional violation (Counts Fourteen through Twenty-one);

8. The plaintiff has failed to allege a cognizable/legally sufficient cause of action under state law (Counts Sixteen, Nineteen, Twenty-three and Twenty-four); and

9. The individual municipal defendants are otherwise entitled to qualified immunity (Counts Fourteen through Twenty-Two).

WHEREFORE, the Canton defendants respectfully request that the plaintiff's claims against them be dismissed pursuant to Fed.R.Civ.P. 12(b)(6).

                                    **DEFENDANTS,**
                                    **TOWN OF CANTON, JOHN**
                                    **COLANGELO, ADAM GOMPPER, MARK**
                                    **J. PENNEY AND CHRISTOPHER**
                                    **ARCIERO**

                              By <u>/s/ Kristan M. Maccini</u>
                                  Kristan M. Maccini
                                  Howd & Ludorf, LLC
                                  65 Wethersfield Avenue
                                  Hartford, CT  06114-1190
                                  (860) 249-1361
                                  (860) 249-7665 fax
                                  Juris No. 28228

**<u>CERTIFICATION</u>**

       This is to certify that on JULY 24, 2018, a copy of the foregoing MOTION TO DISMISS was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

**Lewis H. Chimes, Esq.**
**Mary-Kate Smith, Esq.**
**Law Office of Lewis Chimes, LLC**
**45 Franklin Street**
**Stamford, CT  06901**

**Katie Ann Roy, Esq.**
**573 Hopmeadow Street**
**Simsbury, CT  06070**

**David A. Moraghan, Esq.**
**Smith, Keefe, Moraghan & Waterfall, LLC**
**32 City Hall Avenue, # C**
**Torrington, CT  06790**

**Elizabeth K. Acee, Esq.**
**LeClair Ryan, PLLC**
**545 Long Wharf Drive, 9th Floor**
**New Haven, CT  06511**

                                    <u>/s/ Kristan M. Maccini</u>
                                      Kristan M. Maccini