| INFORMATION | STATE OF CONNECTICUT | Disposition date |
|---|---|---|
| JD-CR-71 Rev. 3-11 | SUPERIOR COURT | |
| Police Case number | Agency name | Agency number |
| 1700004762 | Canton Police Department | CT0002300 |

## Arrest Warrant

| Geographical area number | 14 | State of Connecticut vs. Chase, Nicole, H. |
|---|---|---|

To: Any Proper Officer of the State of Connecticut

By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. *("X" all that apply)*

☐ A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐ B. Accused is not entitled to bail.

If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☐ C. Bail set at _____

☐ D. Non-financial conditions of release: _____

Extradition boundaries established by prosecutor

☑ E. Conditions of release not determined by the court.

| By the Court | Signed(Judge)of the Superior Court) | Date 9/6/17 | Name of the Judge (Print or type) NGUYEN |
|---|---|---|---|

## Return On Arrest Warrant

| Geographical area number | Town of | Date | State of Connecticut |
|---|---|---|---|

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.

Attest *(Officer's signature and Department)*

| Date | Other Court action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**EXHIBIT A**

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | | For Court Use Only |
|---|---|---|---|
| JD-CR-64b   Rev. 3-11<br>C.G.S §54-2a<br>Pr. Bk. Sec. 36-1, 36-2, 36-3 | SUPERIOR COURT<br>www.jud.ct.gov | | Supporting Affidavits sealed<br>☐ Yes   ☐ No |

| Police Case number<br>1700004762 | Agency name<br>Canton Police | | | Agency number<br>0023 |
|---|---|---|---|---|
| Name *(Last, First, Middle Initial)*<br>Chase, Nicole, H. | | Residence *(Town)* of accused<br>Canton | Court to be held at *(Town)*<br>Hartford Superior C | Geographical<br>Area number   14 |

### Application For Arrest Warrant
**To: A Judge of the Superior Court**

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the: **X** Affidavit Below.   ☐ Affidavit(s) Attached.

| Date<br>8-31-17 | Signed *(Prosecuting authority)* | Type/print name of prosecuting authority |
|---|---|---|

### Affidavit
**The undersigned affiant, being duly sworn, deposes and says:**

1. That, I Detective John Colangelo, have been a certified police officer in the State of CT since May 1992. I have been employed by the Town of Canton as a Police Officer since March 1997. I am currently assigned to the detective division. I have received specialized training in the investigation of criminal and other matters. The facts and circumstances contained in this affidavit are from personal knowledge, investigation and information supplied by brother and/or sister officers, or others acting in their official capacity.

2. That, on 5/7/17 at approximately 0857 hours, Officer Gompper was dispatched to the lobby of the police department on a report of someone being sexually harassed at their place of employment.

3. That, on his arrival, Officer Gompper met with the complainant/victim, Nicole H Chase (DOB ▉). She explained that she works at Nodine's Smokehouse restaurant, located at 192 Albany Turnpike in Canton, CT, along with her mother. Chase said that she was being sexually harassed by the owner and her boss, Calvin Nodine.

4. That, Chase began to give Officer Gompper a back story about her boss, Nodine, and that he has a drinking problem and has caused another worker, (Nodine's step son), to quit. Chase said that she came in for her shift on 5/6/17 and after being there for about 10 minutes, Nodine asked her, "Did you get laid last night?" Chase said that Nodine was intoxicated at this point and walked away. When asked how she knew Nodine was

*(This is page 1 of a 10 page Affidavit)*

| Date<br>7/7/17 | Signed *(Affiant)* John Colangelo |
|---|---|
| Jurat | Subscribed and sworn to before me on *(Date)*<br>7/7/17 | Signed *(Judge/Clerk/Commissioner of Superior Court, Notary Public)* |

### Finding
The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| Date and Signature | Signed at *(City or town)*<br>Hartford | On *(Date)*<br>9/6/17 | Signed *(Judge / Judge Trial Referee)* | Name of Judge/Judge Trial Referee<br>Nguyen |
|---|---|---|---|---|

EXHIBIT A

ARREST WARRANT APPLICATION

JD-CR-64a  Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #: 1700004762

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

Canton Police

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| Chase, Nicole, H. | Canton | Hartford Superior C | 14 |

## Affidavit - Continued

intoxicated she said that usually in the morning time he has a few drinks.

5. That, Officer Gompper asked Chase what happened later that night. She explained that she closed the front drawer down at the end of the night located at the front of business. Chase said that Nodine told two employees that they were closed for the night and they could leave. Officer Gompper asked if this was normal behavior for Nodine. She said it was normal behavior but she felt Nodine was more dismissive and wanted them to leave faster.

6. That, Chase said as she was walking towards the back of the business to leave for the night she saw Nodine standing near the bathroom/kitchen doors with his arms open saying, "We're going to make it through this, we're going to make this company better", while he was giving her a hug. She said while this was happening a dishwasher, Kyle, came from around the corner. Chase then stopped her explanation of the incident to Officer Gompper standing up and saying that it happened so quickly and that she had shut down.

7. That, she then said that she doesn't even think her boss, Nodine, would remember what happened. She said that Nodine must of already had his "stuff" out and she had no idea cause she was walking, it was dark, the lights were off and Nodine gave her a hug when the dishwasher walked around the corner and said goodnight. Chase said Nodine then grabbed her and pulled her into the bathroom closing the door behind them. Kyle then says, "Uh, Calvin are you in the bathroom? Goodnight."

8. That, Chase said she wanted to say something to Kyle but she froze because it happened so quickly. She said she looked down and that's when Nodine said, "I know you must not get it at home so suck it, or something." She said she opened the door and pushed past Nodine and saw that Nodine had fallen into a wall and hit his head. Chase made a comment to Officer Gompper about Nodine being a rich man during this part of her story.

9. That, Chase said that Nodine may have an injury to the right side of his head from her pushing him. Chase again said she froze but told Nodine that he needed to take his cash from the last days and directed him towards the nightly deposits. She said that she then left for the night and then spent two hours thinking about what she should do about this.

10. That, Chase said she texted Nodine's step son, (Jeremy), and told him what happened but did not give full details about Nodine telling her to suck it. Officer Gompper asked Chase what was exposed. Chase said

(This is page 2 of a 9 page Affidavit)

| Date | 7/7/17 | Signed (Affiant) |
|---|---|---|
| Jurat | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
| Reviewed (Prosecutorial Official) | Date 8-31-17 | Reviewed (Judge/Judge Trial Referee) | Date |

EXHIBIT A 9/6/17

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | | |
|---|---|---|---|
| JD-CR-64a  Rev. 3-11 | SUPERIOR COURT | | |
| C.G.S § 54-2a | www.jud.ct.gov | | |
| Pr. Bk. Sec. 36-1, 36-2, 36-3 | | Canton Police | |
| CFS #: 1700004762 | | | |
| Name *(Last, First, Middle Initial)* Chase, Nicole, H. | Residence *(Town)* of accused Canton | Court to be held at *(Town)* Hartford Superior C | Geographical Area number 14 |

## Affidavit - Continued

Nodine was wearing a long thick flannel shirt and didn't initially notice anything. She said when they were in the bathroom there was no time for him to take his "stuff" out. She said in the bathroom Nodine's pants were open and she was able to see that his underwear was pulled down and could see his "balls" and penis.

11. That, Officer Gompper asked Chase if Nodine had an erection. She said yes, Nodine was erect and he told her that he was getting hard. Officer Gompper asked if she was able to feel his genitals against her when they were hugging. Chase said no.

12. That, Chase said she had never been in a situation like this before and told her mom that she'd talk to the police about this. Officer Gompper explained to Chase if she wanted to make a complaint, Officer Gompper would take a written statement from her and would need to speak to the witness, Kyle. Chase then said that Kyle didn't witness much, he just said bye Calvin, (Nodine). (This is inconsistent and different than the initial description of the event Chase told Officer Gompper). Chase then made a comment that's she's going up against a millionaire. (Nodine owns a meat packaging business which distributes nationally as well as having this restaurant).

13. That, Chase was told if she wanted to pursue charges it would be investigated and all parties involved would need to be spoken to. Officer Gompper explained that if probable cause is developed Officer Gompper would forward a warrant to the court. Officer Gompper asked Chase if she felt she was dragged in the bathroom forcefully or if she felt she was being kidnapped. She said no, she felt that Nodine was nervous and was worried that the other employee would see them. Chase said that she wanted it noted that she came to the police department and she doesn't think that she could face that man,(Nodine), in court. She then said that she doesn't want to go to work but hope that he doesn't remember what happened. She began to say she wanted to see how he was acting once she got into work before deciding on making a formal complaint.

14. That, on 5/11/17, Nicole Chase came back to the Canton Police Department and provided the below sworn written statement to Officer Gompper:

STATEMENT

I work at Nodine's located in Canton, CT. On Saturday morning May 6th, I came into work at 9:00 a.m. I began to prep for food service for the day. A few hours later my mom came into work. I was standing at the cash register and Calvin was standing on the other side of the cash register. Calvin just said, "So did you get

*(This is page 3 of a 9 page Affidavit)*

| Date | 7/7/17 | | | Signed *(Affiant)* | |
|---|---|---|---|---|---|
| Jurat | Subscribed and sworn before me on *(Date)* 7/11/17 | | | Signed *(Judge/Clerk/Commissioner of Superior Court, Notary Public)* | |
| Reviewed | *(Prosecutorial Official)* | | Date 8/31/17 | Reviewed *(Judge/ Judge Trial Referee)* | Date 9/6/17 |

EXHIBIT A

ARREST WARRANT APPLICATION

JD-CR-64a  Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #: 1700004762

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

Canton Police

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| Chase, Nicole, H. | Canton | Hartford Superior C | 14 |

## Affidavit - Continued

laid last night." I just ignored because this is normal behavior for Calvin.

A group of us at the restaurant were having a meeting about an employee who was taking illegal drugs, acid, and Calvin wasn't firing. After we spoke to Calvin about it the employee was terminated. At that point Calvin said he wanted his girls to feel safe and not uncomfortable. The way he said "my girls" was weird. Calvin gave me a hug and kiss on the cheek. I didn't think much of it because his wife was right there and she also gave me a hug.

I was standing at the pizza counter while Allie, (Alexandria), was making us a BLT sandwich at the sandwich counter, talking about what had happened about the employee being fired. Calvin came behind the counter and came up behind me. As he did this he put his arm across my back and put his hand on my shoulder. I don't recall exactly what he was saying but it was a joke or a story he was trying to tell about something that happened with a girl.

As he was telling me the story/joke he would move his hand lower and lower each time with each part of the story he'd tell. Each time he'd pulled me into his body he squeezed my arm and back with his hand. As he finished the story he placed his hand on my butt cheek grabbing it. Calvin had his hand on my butt for less than thirty seconds. He then chuckled and walked away.

Sometime later on in the day, Calvin's wife gave me a air cast, because of an injury that I've had for some time, to help me with the pain. Someone asked me what happened and Calvin made the comment that I had my leg's behind my back too much. Also during the day Calvin made a comment that blondes are like butter they're easy to spread. Calvin makes this same statement on a daily basis. I am the only blond that works there.

Throughout the day I saw Calvin drinking alcohol with his wife. Throughout the day I could tell Calvin was intoxicated. By the end of the day he wasn't able to walk straight.

Saturday night around 8:45 p.m., (we close at 9:00 p.m.), Calvin said to Allie and Kyle to clock out your good. Calvin told me to close out the cash register for the evening because I knew how to do it. I finished closing out the cash drawer and shut off the lights to the front of the business. I then walked to the back of the business and turned the corner. I then saw Calvin standing there. Most of the lights were off so it was very dimly lit. Calvin was standing there with his arms out. I knew he wanted a hug, (which I assumed was like the one he

(This is page 4 of a 9 page Affidavit)

| Date | 7/7/17 | Signed (Affiant) | |
|---|---|---|---|
| Jurat | Subscribed and sworn before me on (Date) 7/7/17 | Signed (Judge/Clerk/Commissioner of Superior Court, Notary Public) | |
| Reviewed | (Prosecutorial Official) | Date 8-31-17 | Reviewed (Judge / Judge Trial Referee) | Date 9/6/17 |

EXHIBIT A

| ARREST WARRANT APPLICATION | | | | |
|---|---|---|---|---|
| JD-CR-64a  Rev. 3-11<br>C.G.S § 54-2a<br>Pr. Bk. Sec. 36-1, 36-2, 36-3<br>CFS #: 1700004762 | | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov | | Canton Police |
| Name *(Last, First, Middle Initial)*<br>Chase, Nicole, H. | | Residence *(Town)* of accused<br>Canton | Court to be held at *(Town)*<br>Hartford Superior C | Geographical<br>Area number  14 |

## Affidavit - Continued

gave me earlier). I kind of walked into him as I turned the corner and he hugged me. I describe the hug as very emotional. Calvin said to me, "We're going to get through this. We're going to make the company better." As he hugged me he was asking if I had any thoughts or questions. I told him no, I hope everything gets better. He then said to me is there anything you want to do. I told him no.

At this point Kyle came back into the building through the kitchen. Kyle yelled Calvin. That's when Calvin grabbed my hand/arm and pulled me into the mens bathroom. Calvin locked the bathroom door and held his finger up to his mouth as to tell me to be quiet. At this point I froze not knowing what to do.
I heard Kyle again ask Calvin if he was in the bathroom and calling my name. Calvin then very abruptly and shortly answer Kyle saying, "Yup, have a good night." I then looked down and saw that Calvin had fully exposed himself to me. I was able to see Calvin's penis, testicles, pubic hair and that he had his boxers pulled completely below his genitals. I saw that the boxers were a dark blue color. When he did this I could smell the odor of sweat and semen.

At this time I saw that his penis was erect. I did not feel it initially when he was hugging me but assumed that he already had it out because there was no time from when he hugged me to pulling me into the bathroom he could have taken it out.

Calvin then said to me, "Suck it cause I don't know you get it at home." As he was saying this he grabbed his testicles and penis and lifted it up towards me. I then pushed Calvin and he stumbled in the wall as he struck his head. I then unlocked the door and walked out. I saw that the money bags were left on the counter and said to Calvin don't forget your money bags and walked out of the building.

I then came to the Canton Police Department Sunday morning with my mom and spoke to Officer Gompper. After speaking to Officer Gompper I wasn't sure what exactly how I wanted to proceed with this so I went into work to collect all of my belongings and to see if Calvin acknowledged what he did or apologized to me for his behavior. I helped build that business before it opened and put a lot of time and energy into helping because I wanted to have a good job and provide for my daughter.

When I went in Sunday after leaving the police department Calvin said that I was late. I told him that I wasn't late, Calvin said, "Your here after Jarvis and now I have to deal with this raging boner all day." I took it as Calvin wanting me to give him sex or relieve him sexually. I didn't say anything and walked away. We were very slow that day and only one other employee was working other than Calvin and myself

*(This is page 5 of a 9 page Affidavit*

| Date | 7/7/17 | Signed *(Affiant)* |
|---|---|---|
| Jurat | Subscribed and sworn before me on *(Date)*  7/7/17 | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* |
| Reviewed | *(Prosecutorial Official)*  Date 8/31/17 | Reviewed *(Judge / Judge Trial Referee)*   Date  9/6/17<br>EXHIBIT A |

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | | |
|---|---|---|---|
| JD-CR-64a  Rev. 3-11<br>C.G.S § 54-2a<br>Pr. Bk. Sec. 36-1, 36-2, 36-3<br>CFS #: 1700004762 | SUPERIOR COURT<br>www.jud.ct.gov | | Canton Police |
| Name *(Last, First, Middle Initial)*<br>Chase, Nicole, H. | Residence *(Town)* of accused<br>Canton | Court to be held at *(Town)*<br>Hartford Superior C | Geographical<br>Area number  14 |

## Affidavit - Continued

Calvin said to me that he was going to have the other employee watch the front while me and Calvin go into the office, lock the door and clean the office. Calvin has never told any of the employees to do this and the office is the a small closet. That has never been one of my duties. I told him nervously no. Calvin then said, "What can you think of something else better to do than fuck me?" I then walked away from him. Calvin followed me around for the rest of the day and asked me to drive me home. I told him no. I then left for work the day.

Monday Calvin called me and said that he closed the store until the following Tuesday. He told me that I was going to be the only employee helping him cleaning. I told him I couldn't come until my next shift. Which I only said because I didn't want him to know that I was speaking to the police or anyone about what happened.

I want to pursue criminal charges against Calvin.

End Statement.

15. That, based on Chase's complaint and sworn statement, Calvin Nodine was called and requested to come to the Canton Police Department to speak to Officer Gompper and Affiant Colangelo about the allegations. On 5/18/17, Nodine came to the police department with his attorney. After speaking with Nodine, Nodine initially denied anything happening between them. After Nodine spoke privately to his attorney, Nodine explained that Chase had performed oral sex on him in the bathroom and it was consensual.

16. That, based on the interview with Nodine, it was decided to re interview Chase. On 6/21/17 at approximately 1000 hours, Chase came to the lobby of the police department and was brought into the front interview room by Affiant Colangelo. Affiant Colangelo began by explaining he had read over the reports and statements and asked Chase to tell him about Nodine's restaurant.

17. That, Chase said how much she loved working at Nodine's Restaurant and didn't have too many problems initially. Chase gave Affiant Colangelo the back story about internal business issues, employees, problem employees and issues with how Nodine ran his business. She spoke about Nodine's drinking, poor management and rude jokes that were sexual in nature.

18. That, during the course of the interview, Chase said that she worked her "butt off" and she remembers all her customers. She said that it "hurt" her to leave. Chase said, "I want him to give me his restaurant so I can

*(This is page 6 of a 9 page Affidavit*

| Date | 7/7/17 | | Signed *(Affiant)* | |
|---|---|---|---|---|
| Jurat | Subscribed and sworn before me on *(Date)* 7/7/17 | | Signed *(Judge/Clerk/Commissioner of Superior Court, Notary Public)* | |
| Reviewed | *(Prosecutorial Official)* | Date 8·31·17 | Reviewed *(Judge / Judge Trial Referee)* | Date 8/6/17 |

EXHIBIT A

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | | |
|---|---|---|---|
| JD-CR-64a  Rev. 3-11<br>C.G.S § 54-2a<br>Pr. Bk. Sec. 36-1, 36-2, 36-3<br>CFS #: 1700004762 | SUPERIOR COURT<br>www.jud.ct.gov | | Canton Police |
| Name *(Last, First, Middle Initial)*<br>Chase, Nicole, H. | Residence *(Town)* of accused<br>Canton | Court to be held at *(Town)*<br>Hartford Superior C | Geographical<br>Area number  14 |

## Affidavit - Continued

run it right and for him to be gone." She then said, "That it's not happening Nodine's, that's how much work I put into that place".

19. That, Affiant Colangelo explained to Chase that he had interviewed Nodine. She was asked if they ever had any relations prior to the incident in the bathroom. She said there was not. It was eluded to the fact that Nodine took two polygraph tests. Chase was asked if anything would have come out that was truthful that she may have left out or forgot about. She said that Nodine knew she wasn't "getting sex" at home. When asked how Nodine knew that, she explained that Nodine over heard her talking to her coworker, Allie, about it. She denied talking to Nodine about it directly. Chase was asked if there was any flirtation between her and Nodine. She replied, "Hell no."

20. That, Chase was asked if there was anything that Affiant Colangelo needed to know for this investigation. She said that Nodine tried to kiss her after the incident in the bathroom. She said it happened when she grabbed the money bags that were left on the counter. Chase said Nodine leaned in to kiss her and touched her lips but she didn't kiss him back. Chase mentioned forgetting to put that in her statement. (This is a direct contradiction to her initial statement, in her initial statement she wrote, "I saw that the money bags were left on the counter and said to Calvin don't forget your money bags and walked out of the building.")

21. That, it was told to Chase that if she had consensual contact with Nodine that it was very important to this investigation that it's known. She then said, "I know, I'm trying to get myself to this point." At this point Chase became emotional, crying and placing her face into the palm of her hands.

22. That, Chase said there was nothing ever consensual. She said when Nodine pulled her into the bathroom and told her to do it, she did it. Affiant Colangelo asked if she gave Nodine oral sex. She said, "Yes." Chase then said that everything else is completely true. She explained that she wanted to come back and say this but she was in fear it would go against her story and she doesn't want her boyfriend to know.

23. That, Chase said she didn't want people know why she did it because she didn't want to. She said she was scared and didn't even want to tell her own mother. She explained that she has been suicidal and has been to the doctor. She said she had spoke to her attorney but did not tell the attorney about this and didn't want to come back and tell what really happened because she knew it would affect her civil case.

24. That, Affiant Colangelo told Chase that he had Chase's original statement. She said that everything was

(This is page 7 of a 9 page Affidavit)

| Date | 7/7/17 | Signed (Affiant) |
|---|---|---|
| Jurat | Subscribed and sworn before me on *Date*  7/7/17 | Signed (Judge/Clerk/Commissioner of Superior Court, Notary Public) |
| Reviewed | (Prosecutorial Official)  Date  8/31/17 | Reviewed (Judge/Judge Trial Referee)  Date  9/6/17 |

EXHIBIT A

**ARREST WARRANT APPLICATION**

JD-CR-64a  Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #: 1700004762

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

Canton Police

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| Chase, Nicole, H. | Canton | Hartford Superior C | 14 |

## Affidavit - Continued

the same except the part where she said no. She said she made sure to tell the truth except for the one part because she didn't want people to know.

25. That, Affiant Colangelo then drew a picture with Chase of the layout of the business to get a better idea where Chase and Nodine were during the night of the alleged incident. As she was explaining where they were standing and how she was pulled into the bathroom she began to hesitate. As she was trying to explain where they were standing she said out loud, "well that doesn't make sense", and then began to talk about them hugging in the hallway and how Nodine was holding her hand.

26. That, she said they were standing in the hallway near the bathrooms when the employee, Kyle, came back into the restaurant, (who they thought had left). She said she stayed silent because she didn't want Kyle to know and she didn't know what to do. She said she did it to get it over with.

27. That, Affiant Colangelo asked how they ended up from the hallway into the bathroom. She said that Nodine had her arm in the hallway and it wasn't forceful but she knew that he wanted her in the bathroom so he guided her in, closing the door and locking it behind them. She said she wanted to go home and wanted to keep her job.

28. That, Chase said that Nodine's wife kept calling his cell phone to alert him of a police spot check while they were in the bathroom. She said the wife, "kept blowing up his phone." She continued on saying that his wife called at least 6 times before Nodine answered. Chase said as soon as they entered the bathroom she performed oral sex on Nodine as Kyle was calling out for Nodine and Chase.

29. That, Chase said she thought if she just did it she could leave and wouldn't get hurt. She said Nodine leaned against the sink and was hard at first but then wasn't. She said Nodine kept bashing her face into his "junk". She said that because Nodine was so intoxicated it took between 10 and 15 minutes for him to finish.

30. That, Chase said that Nodine ejaculated in her mouth and that she had thrown out all of the clothes she was wearing that night. She said she kicked herself for not reporting the incident that night and that she didn't have her mouth swabbed.

31. That, Chase was asked if she wanted to provide a new statement. She asked if it would screw up her civil case. Affiant Colangelo told her that he didn't know and wasn't an attorney. She said she wanted to provide a

*(This is page 8 of a 9 page Affidavit)*

| Date | 7/7/17 | Signed (Affiant) | |
|---|---|---|---|
| Jurat | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk/Commissioner of Superior Court, Notary Public) | |
| Reviewed | (Prosecutorial Official) | Date 8-31-17 | Reviewed (Judge/Judge Trial Referee) | Date 9/6/17 |

EXHIBIT A

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | | |
|---|---|---|---|
| JD-CR-64a  Rev. 3-11<br>C.G.S § 54-2a<br>Pr. Bk. Sec. 36-1, 36-2, 36-3<br>CFS #: 1700004762 | SUPERIOR COURT<br>www.jud.ct.gov | | Canton Police |
| Name  (Last, First, Middle Initial)<br>Chase, Nicole, H. | Residence (Town) of accused<br>Canton | Court to be held at (Town)<br>Hartford Superior C | Geographical<br>Area number  14 |

## Affidavit - Continued

statement so the truth is known but didn't want her boyfriend or whole family to know what happened. She was again told she had the opportunity to put the truth in writing.

32. That, Chase acknowledged that she was aware that the sworn written statement she provided to Officer Gompper was not truthful. She said she wanted to consult with her attorney prior to providing another written statement.

33. That, Chase then thanked Affiant Colangelo for letting her tell the truth. It was explained to Chase that she could call and speak to Affiant Colangelo about her decision to provide a written statement. As of 7/7/17, Chase has not called to speak to Affiant Colangelo of Officer Gompper.

34. That, based upon the facts and circumstances contained herein, I have probable cause to believe that Nicole H Chase (DOB ▓▓▓▓) has committed the crime of 53a-157b, False Statement. I respectfully request that a warrant for the arrest of Nicole H Chase be issued.

*(This is page 9 of a 9 page Affidavit)*

| Date | 7/7/17 | Signed (Affiant) |
|---|---|---|
| Jurat | Subscribed and sworn before me on (Date)  7/7/17 | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
| Reviewed | (Prosecutorial Official)   Date 8-31-17 | Reviewed (Judge / Judge Trial Referee)   Date 9/6/17   EXHIBIT A |