# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| NODINE'S SMOKEHOUSE, INC., | : | |
| CALVIN NODINE, | : | |
| TOWN OF CANTON, | : | |
| JOHN COLANGELO, | : | |
| ADAM GOMPPER, | : | |
| MARK J. PENNEY, AND | : | |
| CHRISTOPHER ARCIERO | : | SEPTEMBER 21, 2018 |

## TABLE OF CONTENTS FOR EXHIBITS
## TO OBJECTION TO MOTION TO DISMISS

| Exhibit Number | Description |
|---|---|
| 1 | Transcription of May 18, 2017 Interview of Calvin Nodine by Detective Colangelo and Officer Adam Gompper, with Nodine's Attorney present. |
| 2 | Transcription of June 21, 2017 Interview of Nicole Chase by Detective Colangelo. |

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By:  /s/ Lewis H. Chimes
Lewis H. Chimes (Fed. Bar No. ct07023)
Mary-Kate Smith (Fed. Bar No. ct26820)
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06905
(203) 324-7744
(203) 969-1319 (facsimile)
lchimes@chimeslaw.com
msmith@chimeslaw.com

## CERTIFICATION

I HEREBY CERTIFY that on the 21st day of September, 2018 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Kristan M. Maccini
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
kmaccini@hl-law.com

Katie A. Roy
Robert Fortgang Associates, LLC
Greystone Court
573 Hopmeadow Street
Simsbury, CT 06070
katie@fortgangemploymentlaw.com

Elizabeth K. Acee
LeClair Ryan, PLLC
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511
Elizabeth.acee@leclairryan.com

David A. Moraghan
Smith, Keefe, Moraghan
& Waterfall, LLC
32 City Hall Avenue, # C
Torrington, CT  06790
dam@skmlaw.com

*/s/ Lewis H. Chimes*
Lewis H. Chimes