# EXHIBIT 2

**6.21.2017 Nicole Chase Interview w/ Detective Colangelo, 10:00:38 am**

DETECTIVE COLANGELO:  Have a seat. This case arrived at my desk, so I need to, kind of, figure my way through it a little bit.

NICOLE CHASE:  Okay, what? I'm sorry-

DETECTIVE COLANGELO:  This case is now on my desk. A case like this, it usually comes to me.

NICOLE CHASE:  Oh, okay.

DETECTIVE COLANGELO:  That's normal- I can't take every initial case, because we have to see if there's validity to things, and what kind of follow up is needed, but when certain things don't- either they're very, very serious, or they don't add up, or there's questions left- sometimes Adam will follow up on them. So, I read everything, from what I can gather, this all started with kinda hijinks at work. Tell me about work.

NICOLE CHASE:  Um, uh, I loved that place a lot-

DETECTIVE COLANGELO:  Mm-hmm.

1

NICOLE CHASE:  Uh, I was there, I don't know if you remember, but I was there from before they even opened-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Uh, so there's that. Uh, I never really had many problems. Calvin was always there, uh, like, I mean, he wasn't always there, like, in the beginning he was there but after a while it was just Jeremy. He took care of it, he was the manager. Calvin was always very inappropriate, blah, blah, blah. Uh, kind of ignored it- uh, because he only came around a little bit, and he never actually did anything to me. It was always just jokes and stuff like that. And then, Jeremy, our manager, got fired- not fired, sorry, he quit, and said, if you can't care about your company, then I'm not going to.

DETECTIVE COLANGELO:  Why did he quit?

NICOLE CHASE:  Um, his last straw was, there was this kid named Greg that was on acid, at work, one - the day before, the day before anything happened with me, um, and, just- it, he was on acid, it was proven, he admitted to it, and then he said, "I have to go home, you have to come cover my shift, Jeremy." And because Jeremy was such a good worker, he, of course, came in and covered him, and Calvin said, "I'm tired, I'm going home." And Jeremy said, Jeremy's like, "So, you're leaving me here alone with nobody." And he, he was like, "Yep." And then, he was just like, "You just saw him and you didn't fire him," and he's like, "No, I'm not gonna fire him, he admitted it, he went home, you know? That's it," and, so, Jeremy quit, he was just over it.

2

DETECTIVE COLANGELO:  Okay-

NICOLE CHASE:  Yeah, and-

DETECTIVE COLANGELO:  That was, when?

NICOLE CHASE:  That was May sixth or fifth, I want to say, because that day, I think it was a Friday-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Yeah, Friday, because Sunday was my last day, yeah, so Friday. Friday night, he quit.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  So then, Saturday, Calvin was acting-

DETECTIVE COLANGELO:  Who came in Saturday?

NICOLE CHASE:  I did.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  Calvin was acting very weird, just, like, I don't know, I don't know if he was already drinking, or if he was just, I don't know.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And then my mom works there also, part time, she came in, he came in and basically asked me like, "Did you get laid last night?" Like, right when my mom's behind me, and I just, like, didn't respond to him-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And, but, like, I knew he made jokes like that all the time that I just kind of brushed off and never thought of as a threat -

DETECTIVE COLANGELO:  How often would he make jokes like that?

NICOLE CHASE:  Um, I feel like every single day, but not like, not jokes like that towards me. Like, he would make, like, you know, like, jokes to me like, blondes can be spread like butter, that I was the only blonde who works there, well, my hair was blonder, then, so you know, I was like, thank you, and he tells it to me every day, and I'm just like, do you not remember telling this to me every day? Um, and then, but like, a lot of the stuff would be, like, how many, um, I don't like to say it, but, how many niggers would, um, it take to shingle a roof or something, and he'd be, like, well, it depends how thin, he says- so, like, sometimes it was directed towards me,

sometimes it was directed towards other coworkers. And then sometimes it was just a bunch of, like, okay Calvin but, oh well, those are jokes. When he was there, and he'd only stop by for an hour, because he wanted to go home and drink his beer, and so, you know, he'd stop by, he'd drink his beer, walk around, just look at everybody and see what they're doing, and go home.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And, so basically he'd just go into, like, the cooler area, because he would always, like, like, follow me? Not in a creepy way, at first, just I thought in like a, he's bored, he's intoxicated, he needs someone to, he wants someone to talk to.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And everybody else is just, like, whatever. And he knew that a lot of people didn't like him and just tried to ignore him, but I always just tried to, like, yeah-

DETECTIVE COLANGELO:  Who didn't like him?

NICOLE CHASE:  Uh, every- everybody. Um-

DETECTIVE COLANGELO:  Like, uh-

NICOLE CHASE:  Like Jeremy, that's why he quit. Philly, the other kid-

5

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Um, Allie, um- and, uh, everybody liked him at first, it was just once we saw

that he didn't want us to succeed, and he shot down everybody's ideas, even though he saw he

was failing, it was like, why are we trying for this man? So we kind of all just stopped caring.

It's not like we hated him, just, you know, didn't feel that he was doing what he needed to do for

his company, when like, me, at least, and Jeremy, and Philly, we were all there from months

before -

DETECTIVE COLANGELO:  Who's Philly?

NICOLE CHASE:  Uh, that was the second manager. That was Jeremy's best friend.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Not best friend, but, like, they knew each other, and - then, and then

somehow Calvin hired him, they were both, like, the managers, together?

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Like, the kitchen managers?

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And so, he had fired Philly like a week before, for closing early because we'd only made a hundred dollars, or something. Not even, and it was like, five o'clock or six o'clock or something, and you know, it was like, this is ridiculous. This man just paid between fifteen hundred dollars or something, like, for labor, and between this and because he closed before, early, and Philly never got yelled at for it-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  He closed. So, he closed, and he was like, hopefully I don't get in trouble, like, hopefully Calvin will see this, this is just horrible. Like, he's losing money. And, yep, he went off the handle, and then he didn't even show up to fire, um, Philly, and Jeremy had to do it, so Jeremy's firing his own, like, manager, but like, Philly knows that, like, Calvin just pretended that he going to be able to be there and just didn't show up, and then, um, I don't know, so there was a lot of, just, a lot of drama, and then the other kid Jim who was then starting with us, um, he was a great, you know, like, did everything, he made sense to Calvin one day because Calvin was like, now we're gonna do it this way, we're going to do this, this, this and this way- and he's like, Calvin, he's like, your restaurant is already failing, you're already not being quick enough, you don't have enough staff to do the things you want to do, he's like, that's not gonna work. And they knew each other for like seventeen years.

DETECTIVE COLANGELO:  Mm-hmm.

7

NICOLE CHASE:  Like, since he was a little kid, like, he always told me stories about this guy, how he was such a- and he loved him like a son. And then he- we all came in to work, and it's like, pitch black and we all have to get there early, me, Jim and Jeremy, and we walk in, and the man is sitting there with a beer-

DETECTIVE COLANGELO:  Who's the man?

NICOLE CHASE:  And- Calvin. And, a beer, and a plate of breakfast in the pitch black in the dining room and we all walked in, we were like, he-e-e-e-e-y. And he was like, hi. And then he, he just like, blew up on Jim, and was like, get out of my fucking building. And Jim was just like, oh, you know what? I've just been trying to help you, like, you called me down as a friend? No problem. You know what? Enjoy. He just walked out nicely, that was it, he got another job instantly, now he's working, he's a manager for, uh, one of the Applebee's or whatever, or like, the district manager or something, I don't know. He got a better job, technically.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  But, um, everyone was, like, really good there. It was just when Calvin started, like, coming often because everybody was like, dropping like flies, and, like, fired people, going on rampages, and eventually there were only, like, a couple of us left. And, like, how can you care when you see he's getting rid of your best workers and then keeping, like, the kid Greg, who's taking acid -

8

DETECTIVE COLANGELO:  Why do you think he kept Greg?

NICOLE CHASE:  And- um, because Greg was a very sick-minded person, like him-

DETECTIVE COLANGELO:  In what sense?

NICOLE CHASE:  Um, like, Greg, like, instead of walking away like the rest of us do to ignore his comments, because we don't want to say yes or no, or laugh at his, like, horrible jokes, I mean, they're horrible, they're not just, like, ha ha, whatever. Like, I can take a joke, but- they're bad.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  So Greg would, like, always come out with jokes that, like, we didn't even understand, because they're just so- and I mean, him and Calvin just, just loved it. And Jeremy was like, this is like, the worst worker that I want to fire and he won't let me fire him.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  He's like, like this kid comes in on drugs, hard-core drugs, every day, tells customers, like, he's like, and- and he just keeps him around.

DETECTIVE COLANGELO:  Mm-hmm.

9

NICOLE CHASE:  Like, this makes no sense. But he fires Jim, who's been with us, and almost family, for- he's like, I can't do this anymore.

DETECTIVE COLANGELO:  Right.

NICOLE CHASE:  And that's finally when the whole thing happened-

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  And the day after Jeremy- so ,whatever, I come in, he makes the stupid joke about me getting laid, and like, I don't know, um, he started telling this story-

DETECTIVE COLANGELO:  What time was that joke done? Made?

NICOLE CHASE:  Um, uh- he made it right when I, when I walked into the building. Not when I walked in but like, I'm cashing in at the register- not cashing in, logging in in the morning-

DETECTIVE COLANGELO:  Right.

NICOLE CHASE:  And he  just walked up-

DETECTIVE COLANGELO:  Like a tablet, whatever you guys have?

NICOLE CHASE:  Right. Whenever we were opening-

DETECTIVE COLANGELO:  [Unintelligible] or whatever?

NICOLE CHASE:  Yeah, the- yeah. And I was opening, or, just, signing in or whatever and he's on the other side of the register-

 DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And he, like, and he just said that, and I was like, uhh, and I just walked away, and I was just like, I don't know, why, why would you say that, and, and why does it matter what happened to me last night? And, uh, then, he like, the whole day he was like, making me feel more, it was like I didn't know if it was, uh, to me I was just trying to think of it like a, like they were trying to be friendly, to me. Him and his wife, because his wife was there.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  So I was like-

DETECTIVE COLANGELO:  How often is his wife there?

NICOLE CHASE:  Uh... not, she would always come on Thursday night, around five o'clock-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Sometimes not until like six or seven to come give paychecks, and I think like maybe one other night a week she'd show up if we needed soda or something like that.

DETECTIVE COLANGELO:  Hmm.

NICOLE CHASE:  So, and his wife, what I thought, was, what I've been hearing now,  and everything that she's saying, what I thought was like, I think she's a sweet lady and that she should have left him a long time ago.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  Like, she's, she's a nice lady.

DETECTIVE COLANGELO:  What are you hearing now?

NICOLE CHASE:  Um, apparently that the day, and I wish I had it on recording, even though I know I can't record or something, but the day that I had to go give back the keys, and so I had to go to the Torrington plant because I'm not allowed to see Calvin, or something-

DETECTIVE COLANGELO:  Why?

NICOLE CHASE:  Because of my lawyer and all that. So, like-

DETECTIVE COLANGELO:  Who banned you from seeing Calvin?

NICOLE CHASE:  Well, my lawyer-

DETECTIVE COLANGELO:  Was it his lawyer, or-

NICOLE CHASE:  No, my lawyer-

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE (cont.): Basically told me that he didn't want me to have contact, like because I'm so uncomfortable, he doesn't want me to have with him and he said there's no reason to have contact with him.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  So he didn't want me to go to the store, and, like, give him his key back, he's like, you should mail it to him, I'm like, I'm not gonna just mail it to him, I'll just go to the plant where his wife is, I'm like, his wife, you know, feels bad this happened, and she loved me, she always told me that she wanted to adopt me.

13

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  Like, and he was like, okay, if you feel comfortable, so I went and did that, so I drove to Torrington, I gave her the key, and everybody there, literally, it broke my heart. Because I worked there at the plant for two months before the store even started, maybe even three months, and they all were kind of like, trying to pull me aside, and it's like, Calvin went and told everybody that I did do something-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And, so everybody's like, we know he's lying, and we know you're a good girl, Nicky, we like loved you, you were the best worker here, and I was the only girl that worked in that place-

DETECTIVE COLANGELO:  Did you do something, what?

NICOLE CHASE:  And, uh, one person said, that, he said that he had had sex with me.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And then, two people said that I gave him oral, and then somebody else that was a school mom, told me how she went into the store and asked about why, dah, dah, dah dah- and I got a phone call about how, um, I guess that he told her that I, uh, "a coworker," "called

14

rape," and that's why we had to get all new employees or something. And I was like, "What?" And she was like, "Do you know anything about that?" And like, my lawyer, told me not to tell people, like, so I'm like, "Uh," I was like, "I mean, yeah, but that's not really the story. But I don't know, thanks for letting me know."

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And I was just like, he's literally just telling customers about this? And that's when I called my lawyer and I was like, he's literally, like, I don't know what the word is, but like, why, how I'm not supposed to, like I'm not supposed to tell anybody-

DETECTIVE COLANGELO:  Who's your lawyer?

NICOLE CHASE:  Uh, Robert Fortgang? And Kate Roy? They're out of Simsbury?

DETECTIVE COLANGELO:  Where? Oh.

NICOLE CHASE:  They, um, are like, meant for like, employment issues, I guess- I don't know. Whatever.

DETECTIVE COLANGELO:  [Unintelligible] I only know criminal defense lawyers.

15

NICOLE CHASE:  Yeah, I don't know. Um, but, okay, so yeah, I, um, when I took over the key, she was like, in tears, like, crying to me-

DETECTIVE COLANGELO:  His wife.

NICOLE CHASE:  Yeah. Being like, "I'm so sorry," I don't know if there's cameras there, "I'm so sorry," you know, like, "I can't believe Calvin did that," you know, "Sometimes it's just the way the cards are dealt," and that, I was kind of like, really? And like, she was like, very emotional, gave me a hug, like, walked, went outside and had a cigarette with me, like, everything, and like, Deb, we're gonna miss you, and Mark, the other guy, he found me on Facebook within like a half hour after I dropped off the key, and he was like, "You're a really good kid, and I just, you know," he's like, "I just want to keep in contact, because, you know, Calvin's really," you know,  whatever, and-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And I was, I was like, "Thanks," and he's like, "You know, a lot of people, some people think you're telling the truth, but some people really don't know," and, you know, "We're trying to set them straight, that this is ridiculous," and blah, blah, blah, blah.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And I was like, why does everybody know? Why would this man go, and like, you know?

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  So, I don't know, that's pretty much what I know of, uh-

DETECTIVE COLANGELO:  So you initially came down and talked to Officer Gompper on that Sunday, which would have been like, the seventh or something, somewhere around there, right?

NICOLE CHASE:  Sixth or seventh, yeah.

DETECTIVE COLANGELO:  And, did you make the complaint that day, or later?

NICOLE CHASE:  Wait, um, uh-

DETECTIVE COLANGELO:  On that day, did he take the initial complaint that day, I have it as days later-

NICOLE CHASE:  No, he - he took - okay, so that's what it was. He asked me about an initial complaint, and I was like, well, what if I go there, they don't know that, I don't really remember,

I came here, I asked him what would happen and he was like, yeah, you know, we have to do this, and this, and that, and he's like, if, basically-

DETECTIVE COLANGELO:  Well, it- it doesn't- if Adam- I don't know. Our job always takes work, you know, no one comes and tells us the entire truth. No one. I mean, I could have the pope sitting in front of me, and he probably would tell me that he wore a, uh, a different color hat one day because, uh, people's perceptions are different, sometimes.

NICOLE CHASE:  Okay [laughs].

DETECTIVE COLANGELO:  Um, and, and, you know, we have it from the simplest things like motor vehicle crashes to complex things like, uh, suspicious, suspicious deaths. Where, um, you know, it just, we, sometimes they don't mean to say something that's off, but their memory's not right.

NICOLE CHASE:  Okay.

DETECTIVE COLANGELO:  I don't mean not right like they're cuckoo, I mean, you know, just, you're stressed, and-

NICOLE CHASE:  Oh, I know, I mean, I definitely, you know, after I made my statement I was like, oh, why didn't I put that in there.

18

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And it's like, oh, you know, like, kind of like, so I mean, I get what you're saying, I guess. Um-

DETECTIVE COLANGELO:  So we have to corroborate people's stories.

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  Because we're always gonna get at least two different stories. Sometimes three-

NICOLE CHASE:  If they're not-

DETECTIVE COLANGELO (cont.): Sometimes four, sometimes five-

NICOLE CHASE:  I was gonna say, way more-

DETECTIVE COLANGELO:  Mm-hmm. And there's a reason-

NICOLE CHASE:  Um-

DETECTIVE COLANGELO (cont.): That- it's been since May, a month and a half, now, a month and a week, since we've reached out to you.

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  Because I've done a lot of work on this, as has Officer Gompper.

NICOLE CHASE:  Well, I'm glad, because, yeah, for a while, I thought, well, they're just not taking this seriously.

DETECTIVE COLANGELO:  No, we're taking it very seriously.

NICOLE CHASE:  Then, I was like, I don't know what more I can do.

DETECTIVE COLANGELO:  Well, I'll tell you, these things take time, too.

NICOLE CHASE:  No, I get that, I guess, I guess that was my, I just, it, it, I know it takes time, but in my- right now, this man has caused me to lose so much money that I had to move out of my place -

DETECTIVE COLANGELO:  Mm-hmm.

20

NICOLE CHASE:  I'm in the middle of moving, my cat had to get vet surgery which of course I would have been able to pay -

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Uh, went to a doctor, had to get put on even more medicine, for my PTSD-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  For my anxiety attacks, and all that-

DETECTIVE COLANGELO:  Right.

NICOLE CHASE:  But then, I had an allergic reaction, so I had to go back to the doctor-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): And get taken off of it, so my whole life has been flipped upside down just because of, from how much money, and like, I guess, like, to me just a single act of, like, I have a boyfriend, but we split everything, it's not like he pays for me. So, between day care - so, right, like, for me, it was one of the only jobs where I worked my butt off and overtime as much as I could and I was always there, and I remember you'd get your six-inch meatball grinders, telling me your mom would kick your butt, you know, your dinner or something, I'd remember

all my customers, like, it hurt me to leave that place, like, I was literally like, you know what? I don't want to hurt this person, I want him to give me his restaurant, so I can run it right, and for him to be gone, and to not have the name Nodine, and that's how much work I put into this place. Um - Sorry, I get very, all over um, I don't know.

DETECTIVE COLANGELO:  Can I focus you a little bit?

NICOLE CHASE:  Yeah, please, I'm like, so-

DETECTIVE COLANGELO:  So let's go back, so, this, so, everything occurred on that Saturday. The comment, the -

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  All the way up to the bathroom thing.

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  You come in and make a complaint to us, or speak to Officer Gompper, you didn't make a complaint until after Sunday.

NICOLE CHASE:  Yeah, I did not make a complaint - well, I complained, but I did not make an official complaint-

DETECTIVE COLANGELO:  Yeah.

NICOLE CHASE:  I came in with my mom, I sat down, talked to, um-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  I really... can't... tell you what-

DETECTIVE COLANGELO:  Had you quit by then?

NICOLE CHASE:  No, that's what I came here for, because I wanted to make sure I came here right before I went to work.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And I didn't want to be early to work. And it's a good thing I wasn't. Um, so, I came in here, and I don't really remember exactly, I just remember saying, you know, I feel weird, I don't know how to go about this, let's just do what you can do, because you know, I've never been in a situation where I've had to this.

DETECTIVE COLANGELO:  Yeah.

NICOLE CHASE:  And, um, he was like, "Well, you can either not go back, or you can press charges, or you can, you can go back, and," you know, "see what happens," like, he's like, it's all about how, how comfortable you feel. And I was like, well, I don't feel comfortable, but there will be, like, the only reason why I was going back today was there have been, I've literally been, like, living there, like, I have so much stuff at that place, and like eventually yeah, I mean, I'd probably get an officer to go get it, but I mean, in my head it was just like, I need to go back there, I need to see if this man apologizes to me-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  If he remembered it, because in my head I'm like, this man might not even, I'm like, if this man doesn't even remember it, as long as he never touches me again, I thought for a second until his step-son, until my dad, and my mom, until everybody was just, like, you can't, it will happen again. It will. And I'm like, I know, but I really need-

DETECTIVE COLANGELO:  Who's his step-son?

NICOLE CHASE:  Uh, that's Jeremy. The one that quit. And he was like, Calvin's gonna get away with this for his whole life, dah dah dah dah, just like, it's not gonna end, you should be the person to speak up, and the other people will. And I was like, okay.

DETECTIVE COLANGELO:  Okay.

24

NICOLE CHASE:  And actually, out of everybody, he- and I think I still- still have the text from him or whatever, but like, right after it happened I texted him like, Jeremy, if I tell you something that I, you know, I was like, that I don't want anybody to know yet, and I don't know what I'm going to do, and it was like eleven o'clock at night, and this kid literally responded right back to me-

DETECTIVE COLANGELO:  Can I see those texts?

NICOLE CHASE:  And- yeah, of course.

DETECTIVE COLANGELO:  Do you-

NICOLE CHASE:  I don't have my phone, but I can go out and get it.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  And, um, he, he really was like, no, I don't know, and I was like, I don't know what to do, and he was like, I don't know, he was just really supportive of the whole thing, and he was like, no, he was like, at least go file a complaint. And, oh - there you go. That's what I did. I came in, he told- he told me to file a complaint, because he was like suppose it happens again?

DETECTIVE COLANGELO:  Yeah.

NICOLE CHASE:  And he said, if I wasn't going to press charges, at least file a complaint. So if something happens again, at least no one can go and ask me why I didn't go the first time.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And then, because I told him something like, "I want to see if he tries," and then that's how someone told me there was an app where you can have it recording or something.

DETECTIVE COLANGELO:  I mean, there's all sorts of stuff.

NICOLE CHASE:  But, I don't know. I was just- I'm not savvy with the phone. And, so, basically, yeah. Uh, I said that and he said, well, at least go do a complaint. That's why I came in and did the complaint. And after, he was like, if he's ever that drunk again, blah blah blah, you let me know right away, meaning he can come to the store even though he doesn't work there anymore.

DETECTIVE COLANGELO:  Mm-hmm. Right.

NICOLE CHASE:  And I was just like, yeah, of course, but of course in my head I'm like, I know I'm not really gonna be there much longer. So yeah, on Sunday, sorry, Saturday, Sat-

26

Sunday, the day before, I told the officer, I said, okay, I really think I'm going to press charges or something, or, like, I kind of was convinced I was, but, like, I really want to go get my stuff-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): I was like, see if he even remembers-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): Or if he, like, you know, if he, like, says he's sorry.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  You know, like, I drank way to much- and even then, I, like, don't really think I would have stayed unless he had like a really deep, sincere- but I just, I mean, I, like I said, something about my attachment to everybody else at the place - not him, like, I hate him- [Laughs.] But, everybody else.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And, so, I did, I went in, um, Jarvis, the dish washer, he stood next to me all day, like, he would signal to the other guy, like, hey, you know, Nicky's going up front, you wanna go in the front? Uh, he does like, they were both- there are only two guys, there, and

27

because there's two guys, I felt safe, and they both kept, you know, coming and trying to make sure that at least one of them was next to me.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Because they saw, like-

DETECTIVE COLANGELO:  This was Sunday.

NICOLE CHASE (cont.): Calvin was- yeah, this is Sunday.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Yeah, so, like, I got all my stuff together, and, I mean, like, I don't know if you'd remember where the register is, but there's some, like, shelves and stuff and I shoved a bag in the thing kind of so Calvin wouldn't see that I have like, a bag full of stuff, because he, he, in the morning, acted, and that's why I knew I was going to quit, because when I came in, his first words were, and... yeah, I don't have my mom- my mom's texts- um, I texted my mom, and Jeremy- I did text Jeremy-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And, like, he remembers. Like, he legit, literally just said to me, like, "You're late-"

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And I wasn't late, I wasn't supposed to be there every day until, like, it was ten I was scheduled for, and I, nine or ten, and, ten, sorry, yeah, ten. And every day I would get there between like, eight or nine but usually around eight fifteen. And that was because he wanted to cut on hours, but you can't open a store with fresh food at the time- like, we open at ten, you can't just get everybody there at ten. So, like, because I was on break or whatever and I don't have a vehicle, I just get rides everywhere, it wasn't a big deal for me to go there and work for an hour and a half for free instead of just outside on the crate chain smoking, just killing myself. So I go and do whatever, and then, but, because I purposefully came here and didn't want to go early because I knew that no one else would be working, no one showed up as early as that on the weekends-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): And at least, so, uh, see, now I'm getting off track, so, uh- like, I, I was comfortable-

DETECTIVE COLANGELO:  So you showed up, you put your bag in the cupboard so he wouldn't-

29

NICOLE CHASE:  Oh, thank you, so I put my bag in the, the, whatever, friggin', the closet, office, whatever, go in the front, and he's, like, "You're late," and I'm like, "No, I'm not," and I was like, "Calvin, I work for you for free for an hour and a half almost every day, do you not understand how many hours I've worked for you for free? Don't even-"

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And he, um, oh, I got him iced coffee that morning, because he sounded normal on the phone, and I was like, oh my God and my mom was like, "I can't believe him." And I got him an iced coffee and like, told my mom, "You gotta act normal. Act normal." Like, the cop said, just go in there, just get my, you know? And so, like, that happened before I clocked in and as soon as I clocked in again or something, Calvin says, "Oh well I meant you're late because Jarvis is..." How'd he say it? "Oh well I meant you're late because Jarvis is here and now I'm going to have to walk around with this raging boner all day." And as soon as he said that, that's when I went to Jarvis, and I went to the back of the dishwasher-

DETECTIVE COLANGELO:  Did Jarvis hear that?

NICOLE CHASE:  No, he's, of course, in the back, I was the only- it's a Sunday, so there's only one girl up front, and the two guys in back. But once I told Jarvis-

DETECTIVE COLANGELO:  Mm-hmm.

30

NICOLE CHASE (cont.): Like, I really don't feel comfortable, today's my last day, little bit of an issue, like, can you just- can you just, like, you know, if you see Calvin lingering around me, can you, just, you know, walk up, and-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): And make an excuse or whatever. And he knew, like, he already knew and talked with everybody else. And he was a young kid, but he, he hated- not hated, but I think, like, but like, everyone disliked him because of his jokes.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  So he kind of, like, looked at me like he kind of, like, yeah, I know, I know he makes those kinds of jokes and he follows you around, and I was like, oh, okay, yeah. Thank you. Just like, thank you. And he was like, oh, yeah, you know, no problem. Anything you need. And like, so, he was like, what, like seventeen. He is a really sweet kid. I had never talked to him, he was so quiet, but I just needed to make sure, like, that someone would do that.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And then I knew Jim, who he fired, Toby, his friend was coming in, and Toby was like, "No, I got you."

DETECTIVE COLANGELO:  Do you have your phone? Do you have any of these guys' phone numbers?

NICOLE CHASE:  I do. I can go-

DETECTIVE COLANGELO:  Can you get their phone numbers?

NICOLE CHASE:  The phone numbers- yeah.

DETECTIVE COLANGELO:  Jim, Jarvis, I need all that-

NICOLE CHASE:  Yeah.

[Chase and Colangelo exit at 10:27:46 am (27:08)]

[Both reenter at 10:28:58 am (28:19)]

DETECTIVE COLANGELO:  Does Jarvis or anybody still work there?

NICOLE CHASE:  No, everybody quit.

DETECTIVE COLANGELO:  Uh-huh.

NICOLE CHASE:  Um, the day that I left. Well, like, technically, as of Monday, when the police officers, or, like, Officer Gompper calls Calvin, or whatever, well, no I will not be returning to work, as soon as I let him know that, like-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): He had made all those comments-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): And he hadn't apologized-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): Or anything. Um, then Allie, and Kyle, and Jarvis, and Toby- [laughs.]

DETECTIVE COLANGELO:  So, Jim is his friend, right? Jim is, like, a really long-time friend of Calvin's, right?

NICOLE CHASE:  Yes, a really long-time friend.

DETECTIVE COLANGELO:  Do you know if they're still friends, or is that all over with?

NICOLE CHASE:  No, that's over with since, like- See, Jim actually thought Calvin was trying to be like, I have a little bit of a situation, didn't know if you could maybe help me out. He was like, he wasn't talking about you, it was like he was trying to pay me off. He was like, I'm not stupid, and I was like, damn, why didn't you say that? And he was like-

DETECTIVE COLANGELO:  Do you have Jim's phone number?

NICOLE CHASE:  Yep.

DETECTIVE COLANGELO:  And his last name if you have it?

NICOLE CHASE:  Yeah, I can find it.

[Chase looks through her phone's contacts.]

NICOLE CHASE:  Alright, eight six zero-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Eight three nine.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Five oh.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Two five. And his-

DETECTIVE COLANGELO:  Do you have his last name?

NICOLE CHASE:  His last name is Covil-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  C, O, V, I, L, I don't think there's an E, but there might be.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Um...

DETECTIVE COLANGELO:  And how about his step-son? Do you have his number on there?

NICOLE CHASE:  Jeremy? Um...

DETECTIVE COLANGELO:  Is that his wife's kid?

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  Uh, and he's worked for the Nodines before this restaurant. He worked for them at the plant for like, I don't know, like ten years.

DETECTIVE COLANGELO:  Does he, does he work there still?

NICOLE CHASE:  No, he, no.

DETECTIVE COLANGELO:  What's he doing now?

NICOLE CHASE:  Um, right now he still makes his Amigo Hot Sauce, and he is doing, I guess, like, doing some construction work with his friends right now, just for the summer, or something-

DETECTIVE COLANGELO:  So he cut ties.

NICOLE CHASE:  He, yeah. He won't even, apparently, uh, Calvin left, he left him a nasty message-

36

DETECTIVE COLANGELO:  Uh-huh.

NICOLE CHASE:  Um, well, like, a bunch of them but like, lately, too, Allie, his sister, you know, she - he doesn't talk to him anymore, he's only talked to his mom, and he screamed at his mom for saying, like, look at all these girls, why are you not leaving this man, so, I guess, even his mom is not really -

DETECTIVE COLANGELO:  What's Jeremy's last name?

NICOLE CHASE:  Uh, Archer. A, R, C, H, E, R.

DETECTIVE COLANGELO:  And what's his phone?

NICOLE CHASE:  Eight six zero, four five nine, one nine, seven six. Um...

DETECTIVE COLANGELO:  And Jarvis?

NICOLE CHASE:  Right, let me... And Jarvis was actually with us from the beginning. Like, Jarvis only worked like one to two days a week as a dishwasher, but Jarvis is Calvin's, one of his friend's, um, daughter's boyfriends. So, like, he knew Jarvis, too.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  So it was- oh, wait, eight six zero-

37

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Six zero five-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Seven four, six nine.

DETECTIVE COLANGELO:  Was he, like, a high school kid, or, like-

NICOLE CHASE:  Yeah, because that's why I think he didn't work that much. And, like, he was really quiet, so I never really got to know him, but Allie, when we were talking, was like, "I think he's only seventeen or eighteen."

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Like, I think he's only graduating high school like this year.

DETECTIVE COLANGELO:  Mm-hmm. Okay.

NICOLE CHASE:  So, um, yeah. Uh, I mean, literally had, like, I wish I'd brought it if I had known that you were going to ask about it because I literally gave it to them last time and they

were like, oh, we actually don't need that, give that back to your lawyer, but I have, I already gave it to my lawyer, um, but I literally have, like, a list of fifteen people that were like who if they need to talk to us, like, here's our name, here's our number-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Boom. And I was like, so I was like, I wrote down everyone who was willing to, uh, like, because, like, people, there was, there was a total of, I have to get it from my lawyer, um-

DETECTIVE COLANGELO:  Well, you have to- you have to understand, fifteen people is a lot of people for me to sit and- I have to figure out who has important enough information-

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  I mean, you could talk to everybody and everyone who has an axe to grind against Calvin Nodine from now to twenty five years ago would come forward and grind that axe, but is that relevant to this investigation? To the snap shot we're taking is what happened to you.

NICOLE CHASE:  Okay.

DETECTIVE COLANGELO:  And Jeremy's thing is, anyway, he's done this before, may have because, because he kind of lives with that, you know, I mean, his mother and all that-

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  But the fact is, that, does it, does it develop probable cause to what the truth of what happened here.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  So, you know, somebody who wants to grind the axe is not going to help the case either way. Not gonna help him, not gonna help you-

NICOLE CHASE:  Okay.

DETECTIVE COLANGELO:  Not gonna help anybody.

NICOLE CHASE:  Okay. It's just-

DETECTIVE COLANGELO:  If they just want their pound of flesh. And that happens. So, you know, those are the reasons I'm asking, that we actually discuss this. So I'm listening to who I think's important. Well, we're reaching out to everyone, well, nearly everyone.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Well, here's what we have to do. Here's what I know about this case already. That will make me, that will direct me in certain ways, and I think about things, and how I want to handle it, and uh, you know, um, will proceed from there. So, um, um, you said you gave your attorney transcripts of the texts between you and Jeremy?

NICOLE CHASE:  Yeah, I actually saved them on my phone.

DETECTIVE COLANGELO:  Can I take a look at that?

NICOLE CHASE:  Of course.

DETECTIVE COLANGELO:  Do your attorneys know you're here, today?

NICOLE CHASE:  No.

DETECTIVE COLANGELO:  I assume they're filing a civil suit on your behalf?

NICOLE CHASE:  What?

DETECTIVE COLANGELO:  I assume they're filing a civil suit on your behalf.

41

NICOLE CHASE:  Yeah. I, technically, wasn't going to, but then everyone in the world-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Okay. "Hey, Nicky, it's Skyler, can't make it," blah, blah blah-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  [Unintelligible.] Okay. Right here is where it starts. And then read to- I don't know. It goes for a while because he, like, he talked to me for a few days, he texted me for a few days, I texted him-

DETECTIVE COLANGELO:  I'm just gonna pan up and down a little bit, okay?

NICOLE CHASE:  Yeah. Uh, do whatever you want.

DETECTIVE COLANGELO:  Thank you. Let me just an aspect of the dates I'm looking at so it's in my mind.

[Colangelo scrolls through the phone.]

DETECTIVE COLANGELO:  Right. I am so sorry.

42

NICOLE CHASE:  No, it's okay.

[Colangelo continues to read.]

DETECTIVE COLANGELO:  His mom drinks, too?

NICOLE CHASE:  Yeah.

[Colangelo continues to read.]

NICOLE CHASE:  She's just very quiet.

DETECTIVE COLANGELO:  Well, you said she was shit-faced in one of your texts.

NICOLE CHASE:  Right, but she's very quiet, I'm saying. She does get shit-faced, but she's very scared of Calvin, anything Calvin says, she just stands there, you know?

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  You know, you see her like, swaying.

DETECTIVE COLANGELO:  Mm-hmm.

[Colangelo continues to read.]


NICOLE CHASE:  And she used to not drink as much when I first met her. She only drank beer, now she drinks, well, at least when things got horrible, she started drinking liquor.


DETECTIVE COLANGELO:  How long ago they been together, do you know?


NICOLE CHASE:  Oh, I think about ten to fifteen years now?


DETECTIVE COLANGELO:  Mm-hmm.


NICOLE CHASE:  Apparently, Jeremy said something, I think Jeremy or Jeremy's sister, something about her having medical conditions, which I did know about, that basically, if she left Calvin, she wouldn't be able to, I don't, I don't know. Something about veins, and her spine, and, I don't know.


DETECTIVE COLANGELO:  Mm-hmm.


NICOLE CHASE:  And, like, Jeremy is definitely not like, never once did I hang with him like outside of work-


DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Like, I tried to, after, because I really was, like-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  He was always the guy to be like, come on, be happy you're here. You know, Calvin would be gone, and, like, forty-five minutes. So, like, I don't know why I felt so drawn to, like, text him and not my own mom. And then finally, when he had, like, texted me, I actually called my mom and told her, because, like, how do I tell my- like, I don't, I was embarrassed, like-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  I didn't know how to go about it.

[Colangelo continues to read.]

DETECTIVE COLANGELO:  [unintelligible.]

NICOLE CHASE:      [unintelligible] [laughs]

DETECTIVE COLANGELO:  When did you first talk to your lawyer?

45

NICOLE CHASE:  Um, hmm, I know I had to, [unintelligible]. Um, hmm. Hmm. I want to say it wasn't that long after finally, like, I didn't want to, I was like, what are you talking about?

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  They don't even know if they could get him criminally, apparently. Never mind, just sitting there like, no, no, you shouldn't, and I was like, ugh. And, so, I want to say it was like a week, tops two weeks after.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  Like, he wanted [unintelligible], I don't know. Like, the day I called him, he was like, you want to come in tomorrow? You know, okay, yeah.

DETECTIVE COLANGELO:  Can you print these out for me?

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  These texts?

NICOLE CHASE:  Yeah. I actually have to do that, ironically, for my lawyer, because she wants it all on paper, not just, like-

DETECTIVE COLANGELO:  Me too. I do, too.

NICOLE CHASE:  Okay. And, um, everyone that I know, well, that might not help you currently, probably, but everyone that did get fired and didn't get a job right away-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Um, all collected unemployment because of this situation.

DETECTIVE COLANGELO:  Yeah, that doesn't, really-

NICOLE CHASE:  Okay.

DETECTIVE COLANGELO:  Stuff goes bad at work, but it's Calvin's work, or, at Acura of Avon, or-

NICOLE CHASE:  Oh, yeah, I know-

DETECTIVE COLANGELO (cont.): At McDonald's, or whatever.

NICOLE CHASE:  Yeah, I know, I guess I just because they told me like, oh no matter, like, you've got, well, you've- earned enough of- uh, when you quit, sorry.

DETECTIVE COLANGELO:  Mm-hmm. Mm-hmm.

NICOLE CHASE:  Because usually, they told me, if you can't, if you- and I was like, what?

DETECTIVE COLANGELO:  Uh-huh.

NICOLE CHASE:  And I was like, it's over, uh- and just because they'd be able- that they'd be able to say, like, because this happened to their coworker, they all got to collect.

DETECTIVE COLANGELO:  Yeah, that's labor law, which I'm not about, very versed in.

NICOLE CHASE:  Uh-huh.

DETECTIVE COLANGELO:  Criminal law is really what we deal with.

NICOLE CHASE:  Mm-hmm.

[Colangelo continues to read.]

DETECTIVE COLANGELO:  Why shouldn't we warn him about why we're asking him to come talk to us?

NICOLE CHASE:  Why shouldn't you..?

DETECTIVE COLANGELO:  You- it's-

NICOLE CHASE:  Oh, because when I got angry- um, I feel like, that like, I don't know, that gave him time to make up a story that was apparently, he made up a story but it wasn't a very good one. [Laughs] But like, I just felt like it wasn't fair, because I know when I was-

DETECTIVE COLANGELO:  People- people won't come and talk to us if we don't tell them why we want to talk to them?

NICOLE CHASE:  Wait, what?

DETECTIVE COLANGELO:  Do you think people will come down to the police department if we tell them why- "We need to talk to you, why? We won't tell you, just come on down. Think they're gonna come?

NICOLE CHASE:  Oh, no, I was thinking of, as, like, when I was a younger kid-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Like, it, like, well, we heard this, you need to come down to the station-

DETECTIVE COLANGELO:  Mm-hmm.

49

NICOLE CHASE:  So, like, I- and it was, you need to come down within twenty four hours, or we- we'll come to you. So it's- and you know, why does he get a week? That doesn't make sense to me. Like, that's sketchy. But, then-

DETECTIVE COLANGELO:  Because this isn't juvenile law. He isn't-

NICOLE CHASE:  Yes, then-

DETECTIVE COLANGELO:  This is a much more serious-

NICOLE CHASE:  Then I started realizing, well, that's- that's why I felt, I don't, I don't feel, because like, I talked to one officer, and he was just so like, yes, like, yes. Like yes, yes, I agree, you should pursue- and then I talked to Gompper and he was just like yeah, I don't  know, and like, I just felt like-

DETECTIVE COLANGELO:  Who'd you talk to first?

NICOLE CHASE:  Um, I talked to Officer Gompper, first, and then I kind of felt like I didn't have a case, but then-

DETECTIVE COLANGELO:  Who's the one who to told you to come in and pursue it?

NICOLE CHASE:  Um, technically, Officer Gompper said-

DETECTIVE COLANGELO:  Yeah, but you said one officer told you to come-

NICOLE CHASE:  Yeah, but, uh- Officer Pen... Pin? Pin-

DETECTIVE COLANGELO:  Sergeant Penney?

NICOLE CHASE:  Sergeant- yeah.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  He, like, I don't know. He's the one who kind of gave me the confidence
that-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): I needed, to, like, know that I'm doing the right thing, I know, that,
like, you know, um-

DETECTIVE COLANGELO:  Mm-hmm.

51

NICOLE CHASE:  Um, he was the one who was, like, I strong- he was like, I can't tell you what to do, but I strongly, oh! So, it was that day. It was that day that I talked to my lawyer. Because he was like, I strongly, now I strongly suggest-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): You go and go talk to a lawyer. Because at first he was like, yeah, if you want, get a lawyer, if you don't, don't, you know-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Then as soon as something happened I was like, he was like, I was like, what's his name? He told me the name and we went in the back for a second and he came back and he just looked at me and was like- and so I thought, like, I don't know, just me being me, and I was like, he went in the back, like, maybe he found some, and I was like, okay, so if he's saying, like, if this is a cop saying I should strongly go to a lawyer, so, I should go. Then I guess when I talked to Officer Gompper that's when I felt like, wait, what? Like, he has a week? He hasn't been there in a week? Like, [laughs].

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Because, like, I mean, clearly he remembered that morning-

52

DETECTIVE COLANGELO:  Some of these cases take a year for us to get all the truth out of.


NICOLE CHASE:  Really?

DETECTIVE COLANGELO:  They don't- it's not NCIC, TV-


NICOLE CHASE:  [Laughs] I mean, I know that. I mean, I know that, because I was definitely in my head I was like, how do I get him? I was like, the street cameras. They can get in the windows.


DETECTIVE COLANGELO:  Yeah, it doesn't work like that.


NICOLE CHASE:  I know.


DETECTIVE COLANGELO:  It doesn't work like that.


NICOLE CHASE:  [Laughs] I know.


DETECTIVE COLANGELO:  But, my job- my job isn't to persecute, prosecute- my job is to find out what the truth is. What happened. So, let- we gotta take the time to get people to come around and work with us, and there's techniques we use. Now- so, you're gonna get me the- that, with Jeremy?


NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  Is there anybody else that night you texted about that?

NICOLE CHASE:  No, not that night. That night I literally texted Jeremy and then I just called my mom right away, and-

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE (cont.): I was like, okay, Mom, I know it's late at night, I was like, please listen to me, she was like, what's wrong? What's wrong? I was crying, I was like, this is, this is embarrassing, I don't even know how to-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): Say it, and then, um, when I went to work, Allie, was she there? No, Allie was there with me that's why, how she knew.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  But yeah, um, Allie already saw him there that day touching me, before the bathroom incident even happened and stuff, so like, um, Allie, Allie, she was like a lot, once again, don't really hang out with her, actually, not really fond of her as a worker, I'm not saying that she, you know, didn't work hard enough?

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  But, I don't know. She might really have medical issues. You know, I don't
know-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Like, whatever. And, um, she was actually like really by my side, and like
really, like, felt bad about the whole thing, and like, she, like, Jeremy kept telling me like, telling
her things to like, tell me, like, you know, Jeremy says, you know, hi, or Jeremy, like, wants you
to know, like-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  He's thinking of you, like, so it really felt good to know that like, everybody,
like, I've seen Jeremy, just, like, a lot of workers-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And you can fire them, or do whatever, you know, because I, like-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  I, even when I went in and he made me smile, I still thought of it as, he's just trying to make me happy, because, well, you know. I work for him, and just seeing that they cared about me so much out and that they're part of the family, it was really shocking for me.

DETECTIVE COLANGELO: Right.

NICOLE CHASE:  Like, because I thought they would have been like, well-

DETECTIVE COLANGELO:  Does Jeremy live with them?

NICOLE CHASE:  No.

DETECTIVE COLANGELO:  How's he know what Calvin's doing with his lawyers?

NICOLE CHASE:  Um, because he was talking to his, his mom gets too drunk, and like, tells Jeremy stuff, and then, like-

DETECTIVE COLANGELO:  See, one of the problems we're gonna have to overcome with this case is that everybody's not keeping to themselves.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  We need Jeremy, everyone, including his mother-

NICOLE CHASE:  Mm-hmm.


DETECTIVE COLANGELO:  Everybody seems to be still almost in a gossip phase. So-


NICOLE CHASE:  Well, I feel like it was, but not lately, I feel-


DETECTIVE COLANGELO:  Well, no, it was, but- in the last, two, two- week or so, after-


NICOLE CHASE:  Yes, I've- yes.


DETECTIVE COLANGELO:  So, how do I prove to a judge that people didn't get together and

collude a story, or come up with, you know, that's just a hurdle I have to get over. You have to

think like a defense- see, you have to think like a defense attorney. What will somebody defend?

Oh, they, they were out to get me, the- and, you know, that's what-


NICOLE CHASE:  Oh, yeah, that's what Calvin's voicemail will say or whatever, like, I'll stop

you and your friends trying to-


DETECTIVE COLANGELO:  Well, I'm telling you, I interviewed Calvin-


NICOLE CHASE:  Well, he closed down for a week- nothing.

DETECTIVE COLANGELO:  Can I finish?

NICOLE CHASE:  Yes.

DETECTIVE COLANGELO:  You gotta stop interrupting. I, I know it's- I truly understand your, like plight, I do.

NICOLE CHASE:  Yes.

DETECTIVE COLANGELO:  I wouldn't have you in here, I wouldn't be spending this much time, you know, if I didn't think there was issues that have to be resolved. But the fact is that there are some very hard questions and sitting here as somebody who's gone through this, we have to discuss them whether they're hard or not. You know, um, but, it becomes part of the issue with me, like how much did you and Allie talk, like, or like, like Alexandria, or whatever she goes by. Um, because your statements are almost exact in wording, like, in some strange words, too, some strange phrases, where I know like a defense attorney will pick up on that. Look at that, that's exact, there's some exact descriptions.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  So, uh, those are things that I'm going to have to be able to get past. So, uh, those things almost have to be almost nonexistent, where I can come up with some, some information that makes them not matter.

58

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Like, um, the way both of your, talked about when he had his hand on your back and he's telling a story or joke- almost the exact phrase. It was almost the exact phrase. Literally. And I would not expect two independent statements to have the exact phrases in there.

NICOLE CHASE:  Yeah I know I get what you're saying but, was it really- I don't know, I didn't really read, or, see the statements-

DETECTIVE COLANGELO:  Oh, well, no, I don't think you did-

NICOLE CHASE:  [Laughs.]

DETECTIVE COLANGELO:  But, what was discussed through texts, prior to her giving a statement, or did you tell her you said- things like that. And does she come out and just back your story because she's pissed off at Calvin, too? That's the other thing that this defense attorney is gonna use.

NICOLE CHASE:  Uh-huh.

DETECTIVE COLANGELO:  So-

NICOLE CHASE:  Yeah, okay, I get what you're saying.

DETECTIVE COLANGELO:  You know what I'm saying? So his defense attorney is going to impugn her statement, saying, guess what, my, uh, Allie didn't like Calvin, and Allie swore to everything that, uh, that was said even though she didn't know anything.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  So, they're going to impugn her reputation. Try to. But if I can make it not exist, like, not matter, I can find enough information that it becomes only a miniscule part of the case, well, instead of a large part of the case, well, that's what we're trying to do.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  But, um, it's not easy to do that, and that's why it takes a long time to do these kinds of things. You have to understand that. And there's gonna be times, and there's gonna be questions that we have to figure out and I have to get through because I'm not there. I don't know, like, [unintelligible] or two there and then never came in again. Um, don't know the guy, I interviewed him, he came down here, I interviewed him, um, if you were sitting across from me, if you were sitting across from him, do you think he'd be telling me the truth?

NICOLE CHASE:  [Laughs] No.

DETECTIVE COLANGELO:  Okay. So, you don't think that I should believe what he had to tell me.

NICOLE CHASE:  Uh, if he was sober, then maybe some stuff.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  I mean, I don't know, I just know working with him as a - he lied to all of us about stuff that was like, why would you even, why, you know, like -

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  You know, that doesn't make sense.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Like, you know, or how he told us how many times he's paid off the Canton- Not Canton, Torrington cops to get off his niece, or whatever. And so like, I guess that's how I started getting sketched out, like, how does he drive so drunkenly home every day through Canton, not get caught, but I know so many people that God forbid- I was like, can't he get a speeding ticket-

DETECTIVE COLANGELO:  Yeah, you're getting off the subject, again-

NICOLE CHASE:  Right. Okay. Yeah, but, um, so, like, I, I, I don't-

DETECTIVE COLANGELO:  I don't care who he - who he paid off or didn't pay off. I care about this case, and we have to stay focused, we can't start talking about other people you know who got, excuse me -

NICOLE CHASE:  Right, yeah, so, like, he just, I guess-

DETECTIVE COLANGELO:  So tell me-

NICOLE CHASE:  I guess, like, I mean, everything that came out of his mouth at work was just nonsense, it was never -

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE (cont.): Never - I felt like Calvin brought nothing good to his own company.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And that's just clearly how I felt.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  Because he, and I feel like everybody kind of felt that way. We all pushed harder than he did. We had to tell him to stop-

DETECTIVE COLANGELO:  Yeah, and - and I, that point has been well made. I mean I get that-

NICOLE CHASE:  Okay.

DETECTIVE COLANGELO (cont.): That you put more into his business than he did and you know, I appreciate that, but the fact is we have to look to see if there's probable cause to develop an arrest warrant for him.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  For a crime.

NICOLE CHASE:  Okay.

DETECTIVE COLANGELO:  Whether you work harder at his business than he did, doesn't-

NICOLE CHASE:  Does like-

DETECTIVE COLANGELO (cont.): Have any influence on it.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Zero. And, you know, I want to hear what you have to say, and you can talk about that, but it doesn't really have much validity on this at all.

NICOLE CHASE:  Okay.

DETECTIVE COLANGELO:  Um, so, I interviewed him. And I know that, like I said before, people don't always tell me the truth even if they think to tell me the truth.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Um, either the perception is different, or they're embarrassed about something and, they leave something out, they didn't want to say something else- sometimes when they're embarrassed, it's not always criminal- it's just embarrassing.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Or it can have an effect on their life.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Um, I'm not the moral police, I don't care about that kind of stuff-

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  If I was, then I'd, I'd get, I'd, you know. I'd get a lot more paperwork on my desk if I was worried about everyone else's morals. It's the criminal stuff I deal with.

NICOLE CHASE:  Uh-huh.

DETECTIVE COLANGELO:  They don't pay me to deal with the moral stuff. That's somebody else's job, I guess. School, or something, I don't know.

NICOLE CHASE: [Laughs] Psychiatrist.

DETECTIVE COLANGELO:  Yeah, something like that. Um, so, the fact is, that, you know, there are things that happen, like, you know, like you said at the beginning, you said, I really like working there.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Up until that Saturday it seemed.

NICOLE CHASE:  Um, yeah. Yeah, I liked - I liked, besides when Calvin was there.

DETECTIVE COLANGELO:  Okay. Um, and I can understand how one incident can change, uh, a perception of - you know, I don't like working there anymore. You know?

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Um, the - because, uh - actions that you may have - you know, whether you liked his jokes or whatever, you know, beforehand? Doesn't make you less of a victim if a crime happened to you. So you could like his jokes all day, and he could even tell one that's across the line that could make you - you're - it's not right, you know?

NICOLE CHASE:  Uh-huh.

DETECTIVE COLANGELO:  Um, so- in doing that, we have to look at the relationship of everybody in there -

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Um, we know there was some bad blood, it doesn't seem like Jeremy's, you know, too thrilled that his mother's with him, but, you know, whatever, we'll deal

with that, I'm not that worried about that. Um, you know, was there any relations between you and Calvin that were consensual prior to that Saturday?

NICOLE CHASE:  Nothing. I have literally always thought of Calvin and his wife as, uh, not really Calvin because like, never, whatever, that's why it was weird that day when he hugged me. I was, like, this man's never given me a hug.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Like, never.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Since the day- never he has never given me a hug.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  So the only thing he has to do is drop pens or throw his glasses for me to bend over and that's why when I first started working there and I'd be like I don't have boobs, so, like, don't know what you're trying to do.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And, like, so, that would be the closest to anything. Um, the first time I got a hug was that day, but his wife also gave me a hug.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  It's not until later in the night that I was like, oh, got it. And ironically, he made me manager that day, and I kind of chuckled, because, like, as much as I was there, I could not take over Jeremy's job. I could hardly do the jobs he wanted me to do on my own.

DETECTIVE COLANGELO:  Right.

NICOLE CHASE:  So I kind of, like, chuckled, and then I was like, why is he, and then I thought about it after, and he started giving me, like, food to bring home, for free-

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  For like a week, so I thought like, I don't know, I just feel like, kind of played, and he might not have wanted me to be the manager, he might not have wanted to help me and my daughter with food, so my whole I time I thought of them more like parents, that like wanted me to do good because like, Kelly, constantly when I was with her, or with, when- when, before the business opened, she was there more than just Thursday, she was there every day.

DETECTIVE COLANGELO:  Kelly is his wife?

NICOLE CHASE:  Yeah, and she, you know, she, like, "Oh my God, Nicky, you're amazing," every day, you know, we just want to adopt you, blah, blah, blah-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Come live with us, blah, blah, blah, my daughter would go there-

DETECTIVE COLANGELO:  Yes.

NICOLE CHASE:  Like, so, like, it was more like, I felt like, which was why I guess, why I keep saying, be there before they open, be at work early, because I guess I felt like it was another family, almost. Like these people-

DETECTIVE COLANGELO:  Right, I understand.

NICOLE CHASE (cont.): Are really capable of taking me under her wing-

DETECTIVE COLANGELO:  Yeah.

NICOLE CHASE (cont.): And think I'm doing a great job, they're making me feel good and know that I'm doing a good job and they see it-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): Compared to some other people, some workers they don't say, hey, good job.

DETECTIVE COLANGELO:  Right.

NICOLE CHASE:  So, like, that- I always had that feeling, and then Calvin's always going around, making his jokes like, ugh, I hate this fucking guy, and everybody would just kind of walk away-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And then, until Jeremy left, then all of a sudden, the next day, he was like, gave me a hug-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Made me manager-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  So he's- something happened, and I was like, Calvin, there's a lady that's getting drunk in the back, and I'm like, Calvin, you're the lady here, and I don't remember what

she's there for, he's like, you're the manager, now, your pay's gonna go up- go handle it. I was like, what?

DETECTIVE COLANGELO:  You're getting off track.

NICOLE CHASE:  Oh, okay. Sorry. So, there was no, ever, anything.

DETECTIVE COLANGELO:  Okay. So, I had a feeling that you would say that, but- I don't - a lot of times there's some back story, to that, when something goes horribly wrong, it doesn't - it isn't a crime when it goes horribly wrong.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Like, two people could date each other and be in love and the guy could be, could sexually assault the girl. It's still sexual assault. And you could have them go to weddings together and dating for two years but he still can't do that act that he did that night. So- you understand what I'm saying?

NICOLE CHASE:  Yeah, I've-

DETECTIVE COLANGELO:  Okay, so-

NICOLE CHASE (cont.): Been I've been in abusive relationships, so I know what you're saying.

71

DETECTIVE COLANGELO:  So, you know, there can be that type of consensual relationship that crosses a line and still makes a crime.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  But I have to be able to understand where these relationships are, because he's going to tell me something different. He did.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  So, to combat that, I asked him to take a polygraph. Do you think he'll take it?

NICOLE CHASE:  I think he'll try to.

DETECTIVE COLANGELO:  Okay. Do you think he'll pass it?

NICOLE CHASE:  [Shakes head] No.

DETECTIVE COLANGELO:  What if I told you he took one?

NICOLE CHASE:  Did he pass it?

DETECTIVE COLANGELO:  You tell me.

NICOLE CHASE:  I don't think so.


DETECTIVE COLANGELO:  You don't think he what? Or did?

NICOLE CHASE:  No.


DETECTIVE COLANGELO:  What if I told you he took two?


NICOLE CHASE:  Really?


DETECTIVE COLANGELO:  Is there anything that would have come out, that would come out

as true, that, that you may have left out? Truthful from him, that you may have forgotten about?

Because I don't want to make you look bad in the long run, that, that's the last thing I want to do.


NICOLE CHASE:  Um, how he knew I wasn't getting sex at home.


DETECTIVE COLANGELO:  Okay.


NICOLE CHASE:  And I know he tried to use that as a -


DETECTIVE COLANGELO:  And how did he know that?

NICOLE CHASE:  Because me and Allie were talking about our boyfriends, and blah, blah, blah, and of course, he'd come up and he'd make his jokes, and, yeah. I don't know any-

DETECTIVE COLANGELO:  Did you talk about it with him?

NICOLE CHASE:  No. Not with him.

DETECTIVE COLANGELO:  To him?

NICOLE CHASE:  Not with him. He was definitely there once or twice while we were sitting there and making fun of it, like, oh, well, maybe your boyfriend can't get it up, or maybe you… just don't respond to him, but, besides that, he never...

DETECTIVE COLANGELO:  Was there any flirtation between the two of you?

NICOLE CHASE:  Hell, no.

DETECTIVE COLANGELO:  Okay. You can - he was just as defiant as you are, sitting with me. So - on certain questions, so -

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Again, I have to ask the questions-

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  I know he's taken two polygraphs.

NICOLE CHASE:  Okay.

DETECTIVE COLANGELO:  And I know that there are issues in some of these stories.

NICOLE CHASE:  Okay.

DETECTIVE COLANGELO:  I have to figure out, kind of, where they are, why they are, how they fall, that type of thing.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Um, do I believe polygraphs all the time? No, not all the time. I just don't, I mean, they're not admissible in court for a reason, and I-

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO (cont.): I can kind of see why, but he, you take the questions and you match them up against what you know, and what you learn -

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  It gets- You and Calvin aren't the only people we've talked to, or Allie or Kyle or any of that. There are other witnesses and things going on that I do my due diligence in.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  So, I need you to think hard. Is there anything that you think will come up - or has come up, in this investigation that I should know about? Because I don't want his attorney to read an arrest warrant application and go, okay, there's some time and then this goes to court, we get put on the stand and the detectives are asked, did you know about this or not?

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Well, why not? Did you ask? Yes, I asked. That's why I'm asking a very open question. I'm not asking for something that specific, I'm asking, is there something that you think I should know, that's important to this, uh, how maybe, you were with Calvin, someone else was with Calvin, Calvin was with someone else, that - has painted him in a picture that - just because he's crude doesn't make that illegal. You know what I mean? Just

76

because he has an affair with you - I don't want to say you, but, with an employee, doesn't make what happened to you not illegal. You know what I'm saying?

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  But, those are the things that defense attorneys use to impugn witnesses and make them look bad.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  And then, victims, unfortunately. So I try to get at, and - and lock a wall in front of the victim, so that, that all that's done, and it's done in a private room like this, where- all - there's no surprises, in the end. I love when they hear that my case is out. My cases don't go to trial, because they're done well enough to where the lawyers know that they have to take an agreement. Matter of fact they just did one where the guy got five years, and they had him register as a sex offender.

NICOLE CHASE:  Wow.

DETECTIVE COLANGELO:  And he wanted to take it to trial and right at the end, at the last minute he decided in private not to take it to trial. And I was, you know, it was, it was, there was probable cause. They believed that a crime was committed, obviously.

NICOLE CHASE:  Mm-hmm. Um...

DETECTIVE COLANGELO:  Any kissing, any hugging, besides what you said that day.

NICOLE CHASE:  Yes, the, um- he, uh, um, buh, buh, buh- he tried to kiss me, that was a thing that I remembered and went, oh, I left it out. He tried to kiss me but that was the same night, after he already tried to do what he did and stumbled out when I said, "Here's your money bags. Don't forget them."

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And that's when I was thinking of the whole NCIS thing, like, oh, they can see cameras through the windows! That's how I can get him.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Um, he did lean in to kiss me, and he did touch my lips, but I did not, you know, kiss back.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Um, that was after that. And- So, I- uh, never, really, never-

DETECTIVE COLANGELO:  You understand how important it is, like, if you have any kind of consensual, physical contact with him, that night or prior - it's very important that I - that the truth is known to us.

NICOLE CHASE:  I know. I think I'm trying to get myself to this point, because, um-

[Chase begins to shake.]

DETECTIVE COLANGELO:  Take a deep breath.

[Chase weeps and shakes her head.]

DETECTIVE COLANGELO:  There's tissues right there.

[Chase continues to cry.]

NICOLE CHASE:  Okay, so, yes, no. There was never any, um, there was no hugging, kissing, anything sexual-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Any type of, oh, I would allow you to try to touch me, I'd do anything-

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  It was just him. He pulled me in there and just dropped down and as soon as he told me to do it I just did it, and I just didn't know what to do-

DETECTIVE COLANGELO:  So you did give him oral sex.

NICOLE CHASE:  Yes. [Weeps.]

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE: [Weeps] But everything else is completely true. I know that story's a lie but I wanted to come back and actually tell that but I was afraid it would go against my story. And I just don't want my boyfriend to know, I don't want people to ask me why I did it when I didn't want to do it, but - I was just so scared. [Weeps] I don't even know why [unintelligible]. I couldn't even tell my own mom.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  I've been suicidal, I've been to the doctor-

DETECTIVE COLANGELO:  Well, I don't know why-

NICOLE CHASE:  I've been-

DETECTIVE COLANGELO:  Well, go to the doctor if you need to go to the doctor, we don't want you suicidal -

NICOLE CHASE:  I know, it's just once I heard he talked to the lawyer and I talked to you guys-

DETECTIVE COLANGELO:  Did you tell the lawyer?

NICOLE CHASE:  No. No, that's the problem, because I, I, I didn't want to come to you guys, you know, without my lawyer, or make my lawyer's case look bad, you know, because I didn't want to admit to doing something I didn't want to do.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  I feel - I feel like, um - my boyfriend, to this day, always says, and this does have to, kind of, do with it, um, that how come you couldn't, he's like, there's no physical violence or anything, you know, I'm strong, and we wrestle and stuff, he's like, how come you could put me in a headlock and shit but you were in a seven-year abusive relationship and you couldn't hit back? And you couldn't-

DETECTIVE COLANGELO:  Yeah, I get what you're saying-

NICOLE CHASE:  Just like-

DETECTIVE COLANGELO:  It's not- he's a young guy-

NICOLE CHASE:  So, it's stupid, and he says that or whatever, and-

DETECTIVE COLANGELO:  You're not talking about-

NICOLE CHASE:  That, and-

DETECTIVE COLANGELO:  How old's your boyfriend?

NICOLE CHASE:  Uh, he's- he's thirty two.

DETECTIVE COLANGELO:  Yeah, he's a young guy.

NICOLE CHASE:  Yeah, I guess so. But, I-

DETECTIVE COLANGELO:  I've been doing this for twenty-five years, so I've - I've had a lot more life experience in like, abusive things, and watching these relationships go on, and watching these things happen -

NICOLE CHASE:  So-

DETECTIVE COLANGELO:  Just, you know-

NICOLE CHASE:  I- I guess in my head, I was, like, my boyfriend thinks that I really wanted to do that, if anybody thinks I wanted to that, they're gonna- they're gonna say I wanted to, like-

DETECTIVE COLANGELO:  Okay, I'm gonna - I'm gonna just tell you, and I don't want you to be embarrassed or anything like this - and I'm not saying that this is in your head, but if you wanted to do that for six months prior to that you'd just -

NICOLE CHASE:  No!

DETECTIVE COLANGELO:  Let me just- let me just finish. And you did it - and I'm just being facetious. Or- a "what if" type of thing.

NICOLE CHASE:  Uh-huh. Alright.

DETECTIVE COLANGELO:  And if you did every day for six months prior, and he did something to you, six months to the day that you said no to, it's still a crime. So that's why I needed to get the truth out. Because I know what - what- that there was more to it. Like I said, we put time into this. We just didn't sit around for three weeks going, oh, let's - you know, you know - let's just, uh, you know, uh, Adam, give her a call, tell her to come in. I had to wait for

the first polygraph to come back to show me what, where I needed to go with this. So, I have your statement here, your original statement here.

NICOLE CHASE:  [Sobs] Everything's the exact same except that I didn't say no, I just did it.

DETECTIVE COLANGELO:  Okay. We'll - let me, um-

NICOLE CHASE:  Because I made sure that I told everything the truth that -

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): Besides the one part that I didn't want people to know.

DETECTIVE COLANGELO:  Right, right. I'm just - I'm trying to find the - because, I'm just - if everything's the truth, then maybe we can skip through most of it. But how about the, um-

NICOLE CHASE:  Mm-hmm?

DETECTIVE COLANGELO:  Uh-

NICOLE CHASE:  The hug?

DETECTIVE COLANGELO:  Then, um, you said, "We're going to get through this, things are going to get better-"

NICOLE CHASE:  Yep.

DETECTIVE COLANGELO:  Uh, uh, tell them, uh,  yesterday, question, said no, you don't think it's going to get better, at that point- So, you - you- you got here at eight forty-five, you close at nine, how, like, how does it, clock out, and then he - is that correct? Still.

NICOLE CHASE:  [Weeps] Yep.

DETECTIVE COLANGELO:  Okay. Told you to close the cash register for evening-

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  And you finished closing the drawer and shutting out the lights at the front of the business?

NICOLE CHASE:  Yep.

DETECTIVE COLANGELO: Then he walked back and turned the corner?

NICOLE CHASE:  Um, I turned the corner.

DETECTIVE COLANGELO:  Mm-hmm.

85

NICOLE CHASE:  He was already in the corner, in the back, it was very-

DETECTIVE COLANGELO:  Mm-hmm. Okay. So, tell me what happened from that point on.

NICOLE CHASE:  Um, it was - Kyle came through the door, he got -

DETECTIVE COLANGELO: So you weren't in the bathroom, you were out in the hallway?

NICOLE CHASE:  Uh, we were out - first, it's -

DETECTIVE COLANGELO:  Or whatever - yeah.

NICOLE CHASE:  First, it's - he gave me a hug-

DETECTIVE COLANGELO:  Mm-hmm. Yep.

NICOLE CHASE:  And everything's gonna get better, it was behind the, the, you know, like, the oval case-

DETECTIVE COLANGELO:  Yeah, you know, we're gonna draw a picture of it so that I, because, you know, I kinda can't remember the inside of that building-

NICOLE CHASE:  Okay.

DETECTIVE COLANGELO (cont.): Well enough to remember where the bathrooms are. So this is your front door, right here. We'll draw the building like this, okay?

NICOLE CHASE:  [Sobs.] Uh-huh.

DETECTIVE COLANGELO:  We'll just make it a square. Just to take it easy on me, okay?

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  So we'll put your pizza ovens here, right?

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  That's the pizza oven, and the office is back here, right? Correct? Or-

NICOLE CHASE:  Oh, uh-

DETECTIVE COLANGELO:  The chef area, and here's an office, back in here, somewhere?

NICOLE CHASE:  Yeah, um, this is here, here-

DETECTIVE COLANGELO:  There's a doorway here, right? Kinda?

NICOLE CHASE:  Alright, hold on. These are front doors, you're saying?

DETECTIVE COLANGELO:  The front doors are here. This would be the-

NICOLE CHASE:  The front doors- so, counter-

DETECTIVE COLANGELO:  The counter would be here-

NICOLE CHASE:  Dining room-

DETECTIVE COLANGELO:  Yeah-

NICOLE CHASE:  And then-

DETECTIVE COLANGELO:  We, we have that, I think in the middle.

NICOLE CHASE:  There, in the middle right there. Okay. So this thing is in the middle right here and then there's this hall-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  The hallway is somewhere like right here.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  Like, right behind this- like-

DETECTIVE COLANGELO:  Is it like a hall like that, or like-

NICOLE CHASE:  That.

DETECTIVE COLANGELO:  It goes this way? Okay. Like-

NICOLE CHASE:  It goes like that, and then there's this bathroom right there-

DETECTIVE COLANGELO:  Ah, okay.

NICOLE CHASE:  Right off the hallway. And then the corner's so you turn that way.

DETECTIVE COLANGELO:  Okay. So, where was he when you initially-

NICOLE CHASE:  Initially he was, when he hugged me, and asked me all those questions and I felt awkward, that's when I felt like something was going to happen and I didn't know what to do and I just, answered him like -

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  He asked me, like-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  What are your thoughts, like, and I could kind of tell he was, like, not asking me what my thoughts were.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  But I was like, nothing, just want everything to get better. And that's what I said, and that's what I did and we were standing right here.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  Then, that's when - whatever, over here, I, um, cashed out-

DETECTIVE COLANGELO:  You emptied the register out here.

NICOLE CHASE:  Yeah. Yep. The register. And then, so, here's the deli case over here-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And here's the hallway, and the hallway looks like this-

DETECTIVE COLANGELO:  Yep.


NICOLE CHASE:  And the bathroom's right here-


DETECTIVE COLANGELO:  Right.


NICOLE CHASE:  And the hallway goes like that so you go to the kitchen-


DETECTIVE COLANGELO:  Right.


NICOLE CHASE:  And then there's the dining room and it attaches there and there. So, right-um, I'm walking back, I signed out, so you know, and he was, like, here or wherever, he was, he wasn't, like, against the wall, but he was, literally, just, like, right there, and I turned, and he was kind of just like standing there like this, and I was like, oh my God.


DETECTIVE COLANGELO:  Was he in the hallway?


NICOLE CHASE:  Yeah, that's- that's why-


DETECTIVE COLANGELO:  So he was in like, this area somewhere?

NICOLE CHASE:  Yeah, like, literally where it was enough to him to-

DETECTIVE COLANGELO:  Right.

NICOLE CHASE:  Pull me into a bathroom and not make-

DETECTIVE COLANGELO:  Right. So, how long were you in this area?

NICOLE CHASE:  Um, very shortly, but it felt like forever.

DETECTIVE COLANGELO:  Uh-huh. And how did it get going, how did him pulling you into the bathroom occur?

NICOLE CHASE:  Uh, um- okay, so you have the, we were there and I came this way, oh, I-hold on. How was he- he hugged me. Hold on, everything- you sign out- no, I think I signed out first, but that doesn't make sense, because you're in the hallway, and that's how I got - I just know he was in the hallway, and it was dark, and he was doing the hug thing-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And I hugged him, and then he - somehow, was holding my hand, and that's when I got kind of like, you know, like, weirded out, but wasn't trying - I was just afraid. He was very drunk. I don't know.

DETECTIVE COLANGELO:  It's fine, it's fine. Okay. Because the story's changed doesn't mean that I'm not listening to you.

NICOLE CHASE:  I know.

DETECTIVE COLANGELO:  My job is to find out what the absolute truth is. So this is what I'm trying to find out now, because this is where it gets, now, a little bit, I have to re- kind of go over again. Because it's certainly- the details are a little bit different. So he meets you here, and he has you by the hand? Or the arm, or-

NICOLE CHASE:  Yeah, somehow were just we were standing there, and then you heard Kyle, who he thought had already left -

DETECTIVE COLANGELO:  Yeah.

NICOLE CHASE (cont.): Come through the door-

DETECTIVE COLANGELO:  Which door?

NICOLE CHASE:  Um-

DETECTIVE COLANGELO:  The back?

NICOLE CHASE:  Okay, so, like, there's this hallway and you go this way-

DETECTIVE COLANGELO:  Yep.

NICOLE CHASE:  This is how you leave-

DETECTIVE COLANGELO:  Yep.

NICOLE CHASE:  We never come out in the front. So, so like, right where you're standing there's another tiny, maybe five feet, or-

DETECTIVE COLANGELO:  Right.

NICOLE CHASE:  And then, like I said there's the dining room there, but there's the waitress station, like a little corner -

DETECTIVE COLANGELO:  Yeah.

NICOLE CHASE:  Past two kitchen double doors-

DETECTIVE COLANGELO:  Yeah, I know the - yeah.

NICOLE CHASE:  And I don't know which door, I just heard the door.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  But it was Kyle coming back in. And that's when he-

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  But somehow, he was already exposed.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  And then, but, yes, I, I stayed silent, not because I didn't want Kyle to know, I stayed silent because I didn't know what to do, I thought that if I just did it and got it over with I could keep my job, but the next, when I realized, I called Jeremy, because I didn't want that to ever happen to me again -

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And I was hoping it was just because he was so, so intoxicated that day -

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And that's why I went back the next day to collect my stuff and hope that

he'd apologize or just not remember at all, and it would never happen again-

DETECTIVE COLANGELO:  So tell me how when he heard what, Kyle, his name is?

NICOLE CHASE:  Mm-hmm. Yeah.

DETECTIVE COLANGELO:  Kyle come back through the door. How did you guys end up

from the hallway to the bathroom?

NICOLE CHASE:  Uh, it literally was - the bathroom is literally right there.

DETECTIVE COLANGELO:  Okay. Did you both walk in together, did one of you hold the

door for the other -

NICOLE CHASE:  No!

DETECTIVE COLANGELO:  I don't know! I'm asking.

NICOLE CHASE:  No, that's what I meant by, he had my arm.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  Like, in the hallway, it was very quick, like, he did the hug -

DETECTIVE COLANGELO:  Yeah.

NICOLE CHASE (cont.): Had my arm, and then he heard Kyle, he just kind of like- he didn't very forcefully, but enough to where I was like, what, kind of confused at first, but like, this is happening, this is really happening.

DETECTIVE COLANGELO:  Okay -

NICOLE CHASE:  And, like, right into the bathroom, then he locked it, and he kind of stood there, and looked at me, and he kind of just went -

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  And I was kind of just like - and I just - remember, I just wanted to go home - and I just didn't want to lose my job. And like, I didn't push him, right - I did push him after, like as soon as-

DETECTIVE COLANGELO:  Well - okay- let's back up a little bit. So, Jeremy - what's his name? Kyle - I'm getting the names, there are so many names that I'm learning - Kyle said something to Calvin, I don't remember, I think he says, I don't know what he says -

NICOLE CHASE:  He was trying to ask where he was, or something.

DETECTIVE COLANGELO:  Oh. And Calvin does this to you -

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  And you don't say anything - what does Calvin say to Kyle?

NICOLE CHASE:  Calvin says, "Yeah, uh-huh, have a good night," like, very quick, like, yeah, good night, have a good night, and at first he didn't answer him, but -

DETECTIVE COLANGELO:  Yeah.

NICOLE CHASE:  But after, like, two "Calvins," finally he was like, yep, yep, yep, yep.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And, um, I don't know. It's in the police report, but, probably not, because I left out - yeah. Um, his wife called, to let him know that there was, um, a D.U.I. spot-check, and she kept blowing up his phone and blowing up his phone and blowing up his phone, and I'm like why can't you just answer your wife's call so I can just get out of here? Like -

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And, then, eventually-

DETECTIVE COLANGELO:  Is that in the bathroom she was calling?

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  She was blowing up? Okay.

NICOLE CHASE:  Like, at least- at least six times in a row. Finally, he answered -

DETECTIVE COLANGELO:  Is this a men's room or a lady's room or just the only one in the

building?

NICOLE CHASE:  Mm, it was the men's room. Uh, I don't know if he's done, if he's done

anything with -

DETECTIVE COLANGELO:  No, I mean that night.

NICOLE CHASE:  It was the men's-

DETECTIVE COLANGELO:  There's a men's and a lady's.

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  And you were in which one, the men's or the lady's -

NICOLE CHASE:  The men's.

DETECTIVE COLANGELO:  Okay. So, Kyle leaves, I'm guessing?

NICOLE CHASE:  I mean, I assume, yeah. I didn't see him after that.

DETECTIVE COLANGELO:  Well, I'm guessing the oral sex didn't start until after Kyle was

pretty much, like, he thought he was gone, or -

NICOLE CHASE:  He thought he-

DETECTIVE COLANGELO (cont.): Did it start before that?

NICOLE CHASE:  No, he thought he as like, it was literally like right as he went into the, uh,

like, bathroom, right as, right as we-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE (cont.): Went into the bathroom, it was like- because, Kyle like instantly, just,

you know, like, just, like, "Calvin, Calvin -"

DETECTIVE COLANGELO:  Yep.

NICOLE CHASE:  And then, he did the shush thing, but he was, he was exposed, I didn't know at that point what he was even trying to do yet. And, uh, and then you just hear him say bye, and he's like, oh, uh, bye -

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  And he like, walked out the doors or whatever-

DETECTIVE COLANGELO:  So, then, what did he say to you?

NICOLE CHASE:  Then he told me to, suck it, because he knows – he – said - "Suck it because you know you don't get it at home," or something? And then, that's when I knew that he, like, heard me and Allie talking, or something -

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE: That's -

DETECTIVE COLANGELO:  Uh-

NICOLE CHASE (cont.): Because that's what he told me, and I was thinking in my head, like -

DETECTIVE COLANGELO:  Because he told you he heard you and Allie talking, or because of that comment?

NICOLE CHASE:  Because of the comment.

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE: "I know you don't get it at home," I was, like, how would he know that?

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  And so that's when I was like, oh, my God.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  I was like, why is, why does, uh - and so I guess in - uh- I don't even know how I'm gonna tell anybody this - I guess in my head, like, I just thought, if I just did it, I wouldn't get hurt, and he would just -

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And he was just so drunk -

DETECTIVE COLANGELO:  Was he sitting? Standing?

NICOLE CHASE:  He was sitting.

DETECTIVE COLANGELO:  On what?

NICOLE CHASE:  He, like, leaned himself against the sink.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  He just went like that, and I remember he had blue boxers, and he smelled so bad, and he was, like, hard, it was almost like he knew he was doing something wrong or that I didn't want to do it  because he was hard at first when I saw him, and then, like, he was like not hard, so all he was doing was bashing his my into his, like, junk, it really-

DETECTIVE COLANGELO:  Where were his hands?

NICOLE CHASE:  Holding up his - I mean, he was really like, trying to pull himself up. It looked like it hurt.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And I was just like, let this be over, let this be over, let this be over, and because he was so drunk, obviously, it took so long.

DETECTIVE COLANGELO:  How long is so long?

NICOLE CHASE:  I don't know, I want to say, at least a good ten to fifteen minutes. And all I did was - I couldn't get it any - I mean, obviously, it probably didn't even feel good because I'm not trying to, I was just, like, I didn't even - and you have to um, I told him - like I said, money bags, don't forget your money bags, and at this point I'm, like, shaking.

DETECTIVE COLANGELO:  Did he ejaculate?

NICOLE CHASE:  Yes, yes he did. Yeah, uh, yeah. Yeah, he did. Um - uh-

DETECTIVE COLANGELO:  Would there be any - did he ejaculate on any of your clothes or anything like that?

NICOLE CHASE:  No, it was just my mouth, and I don't know, I already threw away all of my Nodine's clothes. I threw them away the next day, I was like, screw him, screw this place, I can't even look at these, I'm going to sell theses things at a tag sale, I just want -

DETECTIVE COLANGELO:  Okay.

NICOLE CHASE:  And that's why I was so worried about telling anyone, because I -

DETECTIVE COLANGELO:  So let's-

NICOLE CHASE:  Because I wanted to go to, like, when I went to the police they were like why didn't I go that night, and just tell the truth, and then I couldn't get it out of my mouth, and I like, I just like, you know? Why didn't I just do that? And like, trust me, I want to kick myself over it, but - I don't know how to – I - and now, and I never expected from him. Never.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Like, I expected his stupid dirty jokes, I expected his -

DETECTIVE COLANGELO:  Yeah.

NICOLE CHASE:  But, like, my mom works there. like, did he really think I was gonna be one of those girls?

DETECTIVE COLANGELO:  I don't know.

NICOLE CHASE:  And, that's what I feel like -

DETECTIVE COLANGELO:  [Unintelligible] so, you know?

105

NICOLE CHASE:  I just- yeah. I don't know. And that's I guess why I was like, oh, I see why he tried to make me manager. Now I see all this, you wanted me to be your little, whatever.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And I, that's why I wanted to see if he would apologize to me, for him to say, like, oh I'm so sorry, that'll never happen again, and make it clear that it better not happen again -

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Or, if he didn't remember-

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Then, yeah. He remembered, and I couldn't- I couldn't do it. Could not look at him.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  Oh, God. [Weeps.]

DETECTIVE COLANGELO:  Do you want to give a statement that changes this statement?

NICOLE CHASE:  Yeah, but that screws up my whole civil case, right?

DETECTIVE COLANGELO:  I don't - I'm not a civil attorney. Civil - labor law, I'm not, like I said, just because we're cops doesn't mean, you know, I can't do a house closing, I can't, you, uh, you know, I'm not a contractor, a lawyer, I mean, that's - I'm not a labor lawyer, I do criminal law. And, and, a lot stuff that I do isn't the actual legal part of it, that's what state's attorneys do - I just develop the truth. I say here, here's what happened, and I say, I believe there's probable cause, and it's up to them to sign it and for a judge to sign it, for, you know, they have to agree with me. But I've - and it's rare, but I had warrants, the judge said it lacked probable cause.

[Chase begins to cry.]

DETECTIVE COLANGELO:  So, it's completely up to you if-

NICOLE CHASE:  I want to, because I want the truth to be known, but I don't want my mom, my family, my boyfriend and all of my friends to think that I was lying because I didn't want to tell them.

DETECTIVE COLANGELO:  I mean, that's - what you have in your personal relationships has nothing to do with me, I mean, certainly, I, I'm not going to be calling your mom and going, guess what she told me today.

NICOLE CHASE:  That's what I'm saying, if it gets to where I have to go to court, or he just-

DETECTIVE COLANGELO:  What do you mean?

NICOLE CHASE:  Like, say, if, for some reason, everything comes out, and he, something happens, and he, he -

DETECTIVE COLANGELO:  Like he gets arrested or sued?

NICOLE CHASE:  Yeah. Like, I will -

DETECTIVE COLANGELO:  Well, like, if, either way, if it's a criminal offense, if it's a criminal case, then he certainly has the opportunity to put on a defense just as you or I would have the right to if we were charged with a crime. Everybody does.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  Um, if it's a civil case, then you have, again, your right to defend yourself against, you know, the civil case, and their – you - people hire lawyers for that. That's why you have a lawyer for your civil case -

NICOLE CHASE:  Yeah.

DETECTIVE COLANGELO:  Because you don't know how to do it. I wouldn't know how to do it if I had legal issues either, I'd need a lawyer to tell me. I have to call my lawyer today about something in my life. You know, a little thing. I'm like, I don't know what to do with this, check and make sure that this is what I'm supposed to do. How do I know I've paid this, and I'll call my lawyer because, you know, it's one of those things that I just don't understand, you know? And-

NICOLE CHASE:  I mean, I want to tell the truth, so, I don't know-

DETECTIVE COLANGELO:  Well, you can tell the truth, and, you know, there's, you know, we've sat in here and you've told me - all my conversations in here are recorded, just like any other P.D., um- but I could give you an opportunity if you want, to put it in writing.

NICOLE CHASE:  I, I guess-

DETECTIVE COLANGELO:  It's up to you. I'm not forcing you to, I'm just giving you the opportunity. Because we know this isn't the truth, right?

[Chase shakes her head.]

DETECTIVE COLANGELO:  And the problem is with this is, you did sign it, that you understand this to be the truth, and it's, uh -

NICOLE CHASE:  That's why I didn't want to come back, because I didn't want to make a-because I know this looks bad-

DETECTIVE COLANGELO:  Right.

NICOLE CHASE (cont.): If you change your story, but I was just so, so scared, I didn't know what to do -

DETECTIVE COLANGELO:  Well, what happens is that, and this is where these are very important, because, it's, it's an oath, basically, and you're saying that I understand that it, by signing this, that I'm telling the truth, and, but, it, if you're not, you're actually committing a crime, also. So, that's the problem with that. But what happens with these cases is, generally, like I said from the get-go, is we start to gain information, and we start to figure out that things aren't quite -

NICOLE CHASE:  Yeah, yeah, we already figured what needed to be figured out. I just wish I had had the balls to actually admit to it.

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  And the fact that I've been trying to hide it and all the emotions from everybody because they all don't understand why I'm so stressed out, well, like, nothing happened, so - but, in my head, like, if you only knew -

110

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  I mean, what do you- I mean, I know that's not the truth, and like, but I signed it anyway, but, like, so, is it more messed up if, like-

DETECTIVE COLANGELO:  I couldn't tell you. You'd have to talk to a state's attorney to- I'd have to get their opinion on it, and generally they don't give out opinions until after decisions are made. So I just wouldn't know. I know that, to the letter of that statement, it's not true.

NICOLE CHASE:  Yeah. How do I, basically, make-

DETECTIVE COLANGELO:  Which, and the problem with these things, when they're not

NICOLE CHASE:  Yep-

DETECTIVE COLANGELO (cont.): True, is they make our jobs way harder.

NICOLE CHASE:  Mm-hmm.

DETECTIVE COLANGELO:  And that's what they really try to avoid, is people, you know, using us as, you know, the hammer to spike, type of thing. We don't mind finding out what the truth is, that's what I get paid for.

NICOLE CHASE:  I know. And you know why, because literally all of that is the truth besides the end -

DETECTIVE COLANGELO:  I know. I mean - how you re-word it? I don't know - I mean, I couldn't tell you, it's your - it's your statement, not mine. Do you want to consult with your attorney?

NICOLE CHASE:  Can I do that?

DETECTIVE COLANGELO:  Sure.

NICOLE CHASE:  I mean, as much as I want the truth on the paper, I -

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  I kind of want to thank you for making me do this.

DETECTIVE COLANGELO:  Okay. Well, it's what I'm here for. I'm here to serve everyone.

NICOLE CHASE:  As much as I don't know - I mean, I guess you're right, I should go talk to a doctor, I don't know, um -

DETECTIVE COLANGELO:  What about a doctor? I didn't - I missed that.

NICOLE CHASE:  Oh, no, no, I'm sorry, I mean, like, thank you for being here for me, but also thank you for making me come out and say it to somebody, what really happened, I just had to say -

DETECTIVE COLANGELO:  Okay. You're not going to try to hurt yourself, right?

NICOLE CHASE: [Sobs.] No, no.

DETECTIVE COLANGELO:  Okay. I have to make sure of that. I can't let you walk out of here if you're gonna.

NICOLE CHASE:  No.

DETECTIVE COLANGELO:  Okay. It sounds like you have some pretty good friends and support systems - your boyfriend, for instance, he's a little young, you know, like, by the time I was thirty-two I had only been a cop for nine years. No, eleven years. Um, so, I have a lot more, like, worldly, type of experience than he would. So you have to kind of, and I mean give him a little, you know, a little credit. You know? You gotta give him a little lee-way, maybe. They're not going to always understand it. It's not a situation that everybody's in, period.

NICOLE CHASE:  Yeah but I love him to death, I didn't want to -

DETECTIVE COLANGELO:  No, I understand.

NICOLE CHASE (cont.): Do it. You know-

DETECTIVE COLANGELO:  I know, I'm not saying you did or you didn't. I'm just saying

that, that, you know, you have an attorney that you've consulted with, that you can consult again

if you want to come back in and give us a statement, that's fine, a second statement, if not, that's

fine, too, just give me a call because I need your decision so I don't hold up any more of this for

that, um, because I'd like to move forward as quickly as I can -

NICOLE CHASE:  I was gonna say, like, if I call-

DETECTIVE COLANGELO:  But it's still, like, it's still gonna - go ahead, if you call, what?

NICOLE CHASE:  If I call today and talk to him, can I call you in time, like, will you be here-

DETECTIVE COLANGELO:  There's time. I'll be here tomorrow.

NICOLE CHASE:  Okay.

DETECTIVE COLANGELO:  I have to go to court in the morning, just to do a little work or

something, but that's why I said I had a meeting or something until after ten am, because I go to

court in the morning. So, um, you can certainly make, you know -

NICOLE CHASE:  Yeah, I'm probably gonna want to, because I just want to tell the truth -

DETECTIVE COLANGELO:  Mm-hmm.

NICOLE CHASE:  I just want to make sure that I at least have a chance of seeing some justice.

DETECTIVE COLANGELO:  Again, yeah. I understand where you're coming from, I do. Um, but I have to put a case together, with all the facts, and, unfortunately, the beginning fact is that this isn't a true statement.

NICOLE CHASE:  Alright, um, so, um, can I have your number, so if, as soon as I -

DETECTIVE COLANGELO:  Should I put it in my contacts now?

NICOLE CHASE:  Yeah, okay.

DETECTIVE COLANGELO:  Can you still get me those texts, though? Can you print me a copy of those texts?

NICOLE CHASE:  Yep, yep. I've gotta do that, s [unintelligible], so, yep.

DETECTIVE COLANGELO:  Yeah, you can kill two birds with one stone. Any other pieces of information that I should know?

NICOLE CHASE:  No, that's literally the one thing I fidgeted.

DETECTIVE COLANGELO:  Okay. I don't know how this is going to turn out, I really don't.

I'll just be glad to get that one thing - and I wish I could be moving faster with it. We're moving

- next week we're off, I took a vacation, so nothing will happen next week.


NICOLE CHASE:  Okay. That's the way it - alright.


DETECTIVE COLANGELO:  Let me get you -


NICOLE CHASE:  Those texts, and your number.


[Both exit at 11:30:16 am (1:29:39)]


[Interview ends.]




TRANSCRIBED BY JACKSON O'BRASKEY