UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NICOLE CHASE** : | **NO.: 3:18-cv-00683 (VLB)** |
| : | |
| **v.** : | |
| : | |
| **NODINE'S SMOKEHOUSE, INC.,** : | |
| **CALVIN NODINE,** : | |
| **TOWN OF CANTON,** : | |
| **JOHN COLANGELO,** : | |
| **ADAM GOMPPER,** : | |
| **MARK J. PENNEY, AND** : | |
| **CHRISTOPHER ARCIERO** : | **SEPTEMBER 24, 2018** |

## NOTICE OF MANUAL FILING

Please take notice that Nicole Chase has manually filed the audio-video recording of the transcript of the May 18, 2017 Interview of Calvin Nodine by Detective Colangelo and Officer Adam Gompper, with Nodine's Attorney present that was filed with the Court on September 21, 2018 as Exhibit 1 to the plaintiff's objection to the motion to dismiss.

This video has not been filed electronically because the video cannot be converted to PDF format and the electronic file size for the videos exceeds 75 MB. The video on CD-ROM discs have been manually served on all parties.

**RESPECTFULLY SUBMITTED,**
**THE PLAINTIFF**

**By:  */s/ Lewis H. Chimes*_____**
**Lewis H. Chimes (Fed. Bar No. ct07023)**
**Mary-Kate Smith (Fed. Bar No. ct26820)**
**Law Office of Lewis Chimes LLC**
**45 Franklin Street**
**Stamford, CT 06905**
**(203) 324-7744**
**(203) 969-1319 (facsimile)**
**lchimes@chimeslaw.com**
**msmith@chimeslaw.com**

## **CERTIFICATION**

I HEREBY CERTIFY that on the 24th day of September, 2018 a copy of the foregoing was sent by email to all parties.

Kristan M. Maccini
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
kmaccini@hl-law.com

Katie A. Roy
Robert Fortgang Associates, LLC
Greystone Court
573 Hopmeadow Street
Simsbury, CT 06070
katie@fortgangemploymentlaw.com

Elizabeth K. Acee
LeClair Ryan, PLLC
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511
Elizabeth.acee@leclairryan.com

David A. Moraghan
Smith, Keefe, Moraghan
& Waterfall, LLC
32 City Hall Avenue, # C
Torrington, CT  06790
dam@skmlaw.com

*/s/ Lewis H. Chimes*
Lewis H. Chimes