## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC.,** | : | |
| **CALVIN NODINE,** | : | |
| **TOWN OF CANTON,** | : | |
| **JOHN COLANGELO,** | : | |
| **ADAM GOMPPER,** | : | |
| **MARK J. PENNEY, AND** | : | |
| **CHRISTOPHER ARCIERO** | : | **SEPTEMBER 24, 2018** |

### NOTICE OF MANUAL FILING

Please take notice that Nicole Chase has manually filed the audio-video recording of the transcript of the June 21, 2017 Interview of Nicole Chase by Detective Colangelo that was filed with the Court on September 21, 2018 as Exhibit 2 to the plaintiff's objection to the motion to dismiss.

This video has not been filed electronically because the video cannot be converted to PDF format and the electronic file size for the video exceeds 75 MB. The video on CD-ROM discs have been manually served on all parties.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By:  */s/ Lewis H. Chimes*
Lewis H. Chimes (Fed. Bar No. ct07023)
Mary-Kate Smith (Fed. Bar No. ct26820)
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06905
(203) 324-7744
(203) 969-1319 (facsimile)
lchimes@chimeslaw.com
msmith@chimeslaw.com

## CERTIFICATION

I HEREBY CERTIFY that on the 24th day of September, 2018 a copy of the foregoing was served by mail to all parties.

Kristan M. Maccini
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
kmaccini@hl-law.com

Katie A. Roy
Robert Fortgang Associates, LLC
Greystone Court
573 Hopmeadow Street
Simsbury, CT 06070
katie@fortgangemploymentlaw.com

Elizabeth K. Acee
LeClair Ryan, PLLC
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511
Elizabeth.acee@leclairryan.com

David A. Moraghan
Smith, Keefe, Moraghan
& Waterfall, LLC
32 City Hall Avenue, # C
Torrington, CT  06790
dam@skmlaw.com

*/s/ Lewis H. Chimes*
Lewis H. Chimes

3