**Kristan M. Maccini**

| | |
|---|---|
| **From:** | Lewis Chimes <lchimes@chimeslaw.com> |
| **Sent:** | Wednesday, December 26, 2018 11:47 AM |
| **To:** | Kristan M. Maccini; David A. Moraghan; Acee, Elizabeth K. |
| **Cc:** | Diana Bohorquez; Mary-Kate Smith |
| **Subject:** | RE: Completion of Gompper Deposition |
| **Attachments:** | 2019.1.8  Adam Gompper notice of cont. depo.pdf |

This is further obstruction on your  part.  You have zero basis for filing a protective order, but I am happy to discuss your issues.   Attached is the notice of deposition.  You'd best get your protective order filed.  Instead of jerking me around, perhaps your time would be better spent preparing your witness.

**From:** Kristan M. Maccini <kmaccini@hl-law.com>
**Sent:** Wednesday, December 26, 2018 11:19 AM
**To:** Lewis Chimes <lchimes@chimeslaw.com>
**Subject:** Re: Completion of Gompper Deposition

As I told you at the conclusion of his deposition on 12/20, bases on your line and manner of questioning, I am going to file a motion for protective order and will need a ruling on same before any further depositions of the defendants proceed.

Sent from my iPhone

On Dec 26, 2018, at 10:15 AM, Lewis Chimes <lchimes@chimeslaw.com> wrote:

> Kristan:
>
> Please provide dates for completion of Gompper deposition.  I am available 1/3,4,7,10,11,22, 23, 24
>
> Lewis Chimes
> Law Office of Lewis Chimes
> 45 Franklin Street
> Stamford, CT 06901
> 203-777-4425
> lchimes@chimeslaw.com
> www.chimeslaw.com

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

1

**Exhibit 1**