**Kristan M. Maccini**

| | |
|---|---|
| **From:** | Lewis Chimes <lchimes@chimeslaw.com> |
| **Sent:** | Thursday, December 27, 2018 5:29 PM |
| **To:** | Kristan M. Maccini |
| **Cc:** | Acee, Elizabeth K.; Christopher A. Clark; Mary-Kate Smith; Shante Mack; Michelle A. Oliveira; Diana Bohorquez; David A. Moraghan |
| **Subject:** | RE: Chase v. Nodine's Smokehouse, Inc. et al |

1. I did not ask any improper questions and have no intention of asking any improper questions.
2. I did not ask any harassing questions and have no intention of asking any harassing questions.
3. I'll ask him his opinions about anything reasonably calculated to lead to discoverable evidence. You should feel free to politely object to form.
4. I plan on finishing within 4 hours, if you stop delaying things with your improper speeches and objections.
5. I'm available on January 3, 4, 7, 9, 10, 11, 22, 23 to finish his deposition.
6. If you persist in behaving inappropriately during the deposition, rest of the depositions will be taken in the presence of a magistrate or the court, or other appropriate relief. Perhaps a muzzle.

**From:** Kristan M. Maccini <kmaccini@hl-law.com>
**Sent:** Thursday, December 27, 2018 5:10 PM
**To:** Lewis Chimes <lchimes@chimeslaw.com>
**Cc:** Acee, Elizabeth K. <Elizabeth.Acee@leclairryan.com>; Christopher A. Clark <CClark@HL-Law.com>; Mary-Kate Smith <msmith@chimeslaw.com>; Shante Mack <smack@skmwlaw.com>; Michelle A. Oliveira <MOliveira@HL-Law.com>; Diana Bohorquez <dianab@chimeslaw.com>; David A. Moraghan <dam@skmwlaw.com>
**Subject:** RE: Chase v. Nodine's Smokehouse, Inc. et al

It's not an accommodation. You can't make the defendants travel to Stamford. Federal case law is clear on that. In addition, you did not consult with me on the date. I am not available on January 10th. If we can agree that the deposition will be limited to three hours and that you will not ask the deponent improper opinion questions or harassing personal questions irrelevant to the litigation then there is no need for me to file a motion for protective order and I will check with him for available dates. Let me know your position. Kristan

**From:** Lewis Chimes [mailto:lchimes@chimeslaw.com]
**Sent:** Thursday, December 27, 2018 5:00 PM
**To:** Kristan M. Maccini
**Cc:** Acee, Elizabeth K.; Christopher A. Clark; Mary-Kate Smith; Shante Mack; Michelle A. Oliveira; Diana Bohorquez; David A. Moraghan
**Subject:** RE: Chase v. Nodine's Smokehouse, Inc. et al

You have done nothing but delay and obstruct the litigation of this case, and now you're trying to delay our depositions for a frivolous motion. If you produce Gompper on January 10 for his deposition, we can do it somewhere in Hartford, but if you want to waste my time with your stupid motion, tell me why should make any accommodation to you about anything.

1

**Exhibit 2**

**From:** Kristan M. Maccini <kmaccini@hl-law.com>
**Sent:** Thursday, December 27, 2018 12:34 PM
**To:** Lewis Chimes <lchimes@chimeslaw.com>
**Cc:** Acee, Elizabeth K. <Elizabeth.Acee@leclairryan.com>; Christopher A. Clark <CClark@HL-Law.com>; Mary-Kate Smith <msmith@chimeslaw.com>; Shante Mack <smack@skmwlaw.com>; Michelle A. Oliveira <MOliveira@HL-Law.com>; Diana Bohorquez <dianab@chimeslaw.com>; David A. Moraghan <dam@skmwlaw.com>
**Subject:** RE: Chase v. Nodine's Smokehouse, Inc. et al

Lew,

As we have discussed, I will be filing a motion for protective order with regard to Adam Gompper's continued deposition and require a ruling on same prior to his deposition going forward. I assume you noticed his continued deposition so that I may direct the protective order to a specific notice. I write in a good faith effort to resolve the location issue prior to filing the motion. I thought you indicated at his deposition that any future depositions of the defendants would be noticed to take place at my office in Hartford. Do you really contend that you may take the depositions in Stamford/require the defendants to travel/want this to be the subject of the protective order and have the court issue an order as to the location of all future depositions in the case? The cost, convenience, and litigation efficiency analysis employed by federal courts in this regard will weigh in favor of the defendants. Please let me know if we can agree that any future depositions of the defendants will take place at my office or in the Canton area so that I may eliminate the issue of location from the motion. Thank you. Kristan

**From:** Diana Bohorquez [mailto:dianab@chimeslaw.com]
**Sent:** Thursday, December 27, 2018 11:57 AM
**To:** David A. Moraghan
**Cc:** Acee, Elizabeth K.; Kristan M. Maccini; Christopher A. Clark; Mary-Kate Smith; Lewis Chimes; Shante Mack; Michelle A. Oliveira
**Subject:** RE: Chase v. Nodine's Smokehouse, Inc. et al

Good morning,
We did notice the second part of the deposition here in Stamford.

Thank you,

Diana Bohorquez
Paralegal
Law Office of Lewis Chimes, LLC
45 Franklin Street
Stamford, CT 06901
Office: 203-324-7744 ext 15
Fax: 203-969-1319

The information contained in this email is confidential. It is intended only for the use of the recipient(s) named above, and may be legally privileged. If you have received this communication in error, please return it to the sender immediately. If you are not the intended recipient of this message, you are hereby notified that any dissemination, distribution, copying or other use of this communication, or any of its contents, is strictly prohibited

2

**Exhibit 2**

**From:** David A. Moraghan <dam@skmwlaw.com>
**Sent:** Wednesday, December 26, 2018 1:44 PM
**To:** Diana Bohorquez <dianab@chimeslaw.com>
**Cc:** Acee, Elizabeth K. <Elizabeth.Acee@leclairryan.com>; Kristan M. Maccini <kmaccini@hl-law.com>; Christopher A. Clark <CClark@hl-law.com>; Mary-Kate Smith <msmith@chimeslaw.com>; Lewis Chimes <lchimes@chimeslaw.com>; Shante Mack <smack@skmwlaw.com>; Michelle A. Oliveira <MOliveira@hl-law.com>
**Subject:** Re: Chase v. Nodine's Smokehouse, Inc. et al

Stamford?

DAM Sent from my iPhone

On Dec 26, 2018, at 11:56 AM, Diana Bohorquez <dianab@chimeslaw.com> wrote:

> Good morning
> Attached, please find an updated deposition notice for the second part of Mr. Gompper's deposition.
>
> Thank you,
>
> Diana Bohorquez
> Paralegal
> Law Office of Lewis Chimes, LLC
> 45 Franklin Street
> Stamford, CT 06901
> Office: 203-324-7744  ext 15
> Fax: 203-969-1319
>
> The information contained in this email is confidential. It is intended only for the use of the recipient(s) named above, and may be legally privileged. If you have received this communication in error, please return it to the sender immediately. If you are not the intended recipient of this message, you are hereby notified that any dissemination, distribution, copying or other use of this communication, or any of its contents, is strictly prohibited.
> <2018.12.26 Adam Gompper notice of cont.pdf>

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

**Exhibit 2**

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

**Exhibit 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| NODINE'S SMOKEHOUSE, INC., CALVIN NODINE, TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY, AND CHRISTOPHER ARCIERO | : | December 26, 2018 |

NOTICE OF CONTINUED DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed R. Civ. P. 30(a)(1), the Plaintiff, Nicole Chase will continue the deposition upon oral examination of defendant **Adam Gompper** on **January 10, 2019**, commencing at **10:00 A.M.**, and will continue from day-to-day until completed at the Law Office of Lewis Chimes, 45 Franklin Street, Stamford, Connecticut. The deposition will be conducted before competent authority authorized to administer oaths.

BY:  /s/  Lewis Chimes(CT07023)
Lewis H. Chimes (ct07023)
Mary-Kate Smith (ct26820)
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06905
(203) 324-7744
(203) 969-1319 (facsimile)
lchimes@chimeslaw.com
msmith@chimeslaw.com

**Exhibit 2**

## CERTIFICATION

I HEREBY CERTIFY that on the 26th day of December, 2018 a copy of the foregoing was mailed and emailed to the following:

David A Moraghan
Smith Keefe Moraghan & Waterfall LLC
P.O Box 1146
257 Main Street, 2nd floor
Torrington, CT 06790
dam@skmwlaw.com

Elizabeth Acee
Leclair Ryan PC
545 Long Wharf Drive 9th Floor
New Haven, CT 06511
elizabeth.acee@leclairryan.com

Kristan M. Maccini
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
kmanccini@hl-law.com


/s/  *Lewis Chimes(CT07023)*
Lewis H. Chimes (CT07023)

**Exhibit 2**