## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | NO: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| NODINE'S SMOKEHOUSE, INC. | : | |
| AND CALVIN NODINE, et al. | : | |
| | : | FEBRUARY 27, 2019 |

### MOTION TO QUASH

The customer of the subpoenaed records, Calvin Nodine, hereby moves to quash a subpoena to produce documents, information or objects, or to permit inspection of premises in a civil action, reportedly served on Verizon Wireless, which notice and purported subpoena were sent to Verizon's Custody of Records on February 14, 2019.

The purported subpoena is invalid and does not authorize any distribution of the sought records.

The subpoena is undated and unsigned. To be effective, a subpoena in the district of Connecticut must be signed either by a judge of the federal court or the court's designee, that being a clerk of the federal court. The subpoena provided is not signed by either a clerk, a deputy clerk, or by a judge. As such, the subpoena has no value whatsoever.

Because the subpoena is invalid, there is no authorization or authority for you to disclose the personal and confidential records of either Kelly Nodine and/or

1

Calvin Nodine, or any of the information related to telephone numbers 860-307-4973 and 860-484-9076.

**WHEREFORE,** it is requested that Verizon review the unsigned and undated subpoena and do not disclose any information pursuant to this matter.

                                            **DEFENDANT, CALVIN NODINE**

By _____
David A. Moraghan, Esq.
**Smith, Keefe, Moraghan & Waterfall**
**257 Main Street, Fl. 2-2**
**Torrington, CT 06790**
**Phone: (860) 482-7651**
**Fax: (860) 482-7845**
**e-mail: dam@skmwlaw.com**
**Federal Bar #: ct00054**

## CERTIFICATION

This is to certify that the original of the foregoing has been sent via US Mail, electronic mail and/or facsimile on this 27th day of February, 2019 addressed as follows:

Verizon Security Assistance Team
c/o Debbie H
Fax: 325-949-6916

Custodian of Records
Cellco Partnership dba Verizon Wireless
ATTN: VSAT
180 Washington Valley Road
Bedminster, NJ 07921

Mary-Kate Smith, Esq.
Law Office of Lewis Chimes, LLC
45 Franklin Street
Stamford, CT  06901
Email: msmith@chimeslaw.com

Elizabeth Acee
LeClair Ryan PC
545 Long Wharf Drive 9th Floor
New Haven, CT 06511
Email: elizabeth.acee@leclairryan.com

Kristian M. Maccini
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
Email: kmaccini@hl-law.com

_____
David A. Moraghan, Esq.