| | |
|---|---|
| **From:** | Kristan M. Maccini |
| **To:** | Lewis Chimes |
| **Subject:** | Re: Case v. Canton |
| **Date:** | Monday, April 8, 2019 2:41:07 PM |

Her order concerns only the report.

Sent from my iPhone

On Apr 8, 2019, at 2:27 PM, Lewis Chimes <lchimes@chimeslaw.com> wrote:

> The report incorporates the exhibits. Do you really think that she is not going to order disclosure of the exhibits that are attached to the report. Her comments about contacting witnesses goes to the sensitivity of that issue, not to the disclosure. Let me know today whether you are going to disclose the exhibits, or I will write informing her that you have refused to disclose the exhibits.
>
> Lewis Chimes
> Law Office of Lewis Chimes
> 45 Franklin Street
> Stamford, CT 06901
> 203-324-7744
> lchimes@chimeslaw.com
> www.chimeslaw.com
>
> The information contained in this message is confidential and privileged information from the Law Firm of Lewis Chimes, LLC. This information is intended for the use of the person named and is to be read only by the person to whom it is addressed. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify the sender immediately.
>
> **From:** Kristan M. Maccini <kmaccini@hl-law.com>
> **Sent:** Monday, April 8, 2019 1:58 PM
> **To:** Lewis Chimes <lchimes@chimeslaw.com>
> **Cc:** Mary-Kate Smith <msmith@chimeslaw.com>; Diana Bohorquez <dianab@chimeslaw.com>; Michelle A. Oliveira <MOliveira@HL-Law.com>; Christopher A. Clark <CClark@HL-Law.com>
> **Subject:** Re: Case v. Canton

Lew,

The Judge ordered disclosure of the investigative report and not of any exhibits.  From the conference we had this morning, I understand the basis for the order to be that your contact with the witnesses interviewed in the investigation may lead to admissible evidence.  The report provides the information provided by each witness and their respective addresses for you to make contact by letter as the Judge ordered/instructed.  Thanks.  Kristan

Sent from my iPhone

On Apr 8, 2019, at 12:42 PM, Lewis Chimes <lchimes@chimeslaw.com> wrote:

> Kristan –
>
> This is to acknowledge receipt of the report.  None of the exhibits were attached.  Please forward all of the exhibits referenced in the Report.  Thank you in advance for your anticipated cooperation.
>
> Lewis Chimes
> Law Office of Lewis Chimes
> 45 Franklin Street
> Stamford, CT 06901
> 203-324-7744
> lchimes@chimeslaw.com
> www.chimeslaw.com
>
> The information contained in this message is confidential and privileged information from the Law Firm of Lewis Chimes, LLC. This information is intended for the use of the person named and is to be read only by the person to whom it is addressed. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify the sender immediately.
>
> **From:** Kristan M. Maccini <kmaccini@hl-law.com>
> **Sent:** Monday, April 8, 2019 11:21 AM
> **To:** Lewis Chimes <lchimes@chimeslaw.com>
> **Subject:** Case v. Canton
>
> Lew,

In compliance with the Court's Order of last week [Doc. 88], designated for "Attorneys' Eyes Only", and with the admonishments and restrictions set forth by the Court in this morning's telephonic conference, attached is the investigative report concerning Adam Gompper.

Kristan M. Maccini
kmaccini@hl-law.com

# HOWD & LUDORF, LLC

*Serving Southern New England Since 1979*



**Connecticut Office:**
65 Wethersfield Avenue
Hartford, CT 06114-1121
(860) 249-1361
(860) 249-7665 (fax)



**Massachusetts Office:**
40 Washington Street
Suite 20
Wellesley, MA 02481
(781) 235-5594
(781) 235-5596 (fax)

www.hl-law.com

The information contained in this message is confidential and privileged information from the law firm of Howd & Ludorf, LLC. This information is intended for the use of the person named and is to be read only by the person to whom it is addressed. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify the sender immediately.

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com


This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com


This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com


This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com