| | |
|---|---|
| NO.: CR17-0692973-S | : SUPERIOR COURT |
| STATE OF CONNECTICUT | : G.A. # 14 |
| v. | : AT HARTFORD |
| NICOLE CHASE | : MAY 28 2018 |

## ORDER ON MOTION FOR DISCLOSURE OF RECORDS

The foregoing motion, having been heard by this Court, it is hereby ordered:

**GRANTED** / DENIED

BY THE COURT,

*[signature]*
Judge

**EXHIBIT A**

| | |
|---|---|
| NO.: CR17-0692973-S | : SUPERIOR COURT |
| STATE OF CONNECTICUT | : G.A. # 14 |
| v. | : AT HARTFORD |
| NICOLE CHASE | : APRIL 20, 2018 |

## MOTION FOR DISCLOSURE OF RECORDS

Pursuant to Connecticut General Statutes § 54-142a(f)(1), the petitioners, **Town of Canton, John Colangelo, Adam Gompper, Mark J. Penney** and **Christopher Arciero**, hereby represent that they are defendants in a civil lawsuit pending in the Connecticut Superior Court, **Nicole Chase v. Nodine's Smokehouse, Inc., et al**, Docket Number: HHD-CV17-5049825-S, in which the plaintiff, Nicole Chase, alleges Constitutional violations, including false arrest, malicious prosecution, denial of equal protection, and denial of substantive due process, by the petitioners. See, Complaint, attached hereto as **Exhibit A**. More particularly, the plaintiff in the civil action alleges that she was falsely arrested on or about September 8, 2017, and the petitioners: (1) "unlawfully restrained Nicole Chase's liberty in violation of the Fourth Amendment of the United States Constitution." (See, **Exhibit A**, Count 14, ¶ 226.); (2) the "[d]efendants ... failure to disclose that she was being treated as a criminal suspect, false arrest, and malicious prosecution constituted a denial of her right to Equal Protection under the Fifth and Fourteenth Amendments of the United

**EXHIBIT A**

States Constitution." (See, **Exhibit A**, Count 20, ¶ 258.); (3) "[d]efendants conduct constituted a violation of her right to Equal Protection of the laws under the fifth and Fourteenth Amendments of the United States Constitution." (See, **Exhibit A**, Count 21, ¶ 265.); and (4) "[t]heir behavior towards her constituted a violation of her substantive due process rights, in violation of her Fourteenth Amendment rights under the United States Constitution." (See, **Exhibit A**, Count 22, ¶ 269.)

As the information and materials contained in the court file and the court reporter's transcript of proceedings are relevant and essential to the proper presentation of the defense in the civil proceeding, the petitioners move for an order authorizing and requiring the Clerk of the Court, or any person charged with retention and control of all police and court records relative to the arrest, arraignment and prosecution of Nicole Chase in this Court between September 8, 2017 to the present, to disclose such records and to certify as to the authenticity of same. It is respectfully submitted that the petitioners herein are specifically authorized by statute to obtain the disclosure of the records requested. See, State v. Anonymous, 237 Conn. 501, 513-14 (1996). Connecticut General Statutes § 54-142a(f) provides an exception to the non-disclosure of records, which reads, in part: "Upon motion properly brought, the court ... may order disclosure of such records (1) to a defendant in an action for false arrest arising out of the proceedings so erased ...."

**EXHIBIT A**

WHEREFORE, the petitioners, **Town of Canton, John Colangelo, Adam Gompper, Mark J. Penney** and **Christopher Arciero**, respectfully request that this Court grant their Motion for Disclosure of Records.

                PETITIONERS,
                TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY AND CHRISTOPHER ARCIERO

By_____
Kristan M. Maccini
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190
(860) 249-1361
(860) 249-7665 fax
Juris No. 28228

3

**EXHIBIT A**

## CERTIFICATION

This is to certify that a copy of the foregoing was or will immediately be mailed via first class mail, postage prepaid, or delivered electronically or non-electronically on this 20th day of April, 2018, to all self-represented parties and counsel of record, and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Lewis H. Chimes, Esq.
Mary-Kate Smith, Esq.
Law Office of Lewis Chimes, LLC
45 Franklin Street
Stamford, CT 06901

Katie Ann Roy, Esq.
573 Hopmeadow Street
Simsbury, CT 06070

David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall, LLC
32 City Hall Avenue, # C
Torrington, CT 06790

Elizabeth K. Acee, Esq.
LeClair Ryan, PLLC
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

Kristan M. Maccini

**EXHIBIT A**