UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., et al** | : | **May 7, 2019** |

<u>**EXHIBIT A TO PROPOSED SECOND AMENDED COMPLAINT**</u>

 

**THE PLAINTIFF,
NICOLE CHASE**

By: *Mary-Kate Smith*
Lewis Chimes (ct07023)
Mary-Kate Smith (ct26820)
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06901
Phone:  (203)32407744
Facsimile: (203)969-1319
Email: lchimes@chimeslaw.com
      msmith@chimeslaw.com

## CERTIFICATION

      I HEREBY CERTIFY that on the 7th day of May, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Elizabeth K. Acee**
**LeClair Ryan, PLLC**
**545 Long Wharf Drive, 9th Floor**
**New Haven, CT  06511**

**David A Moraghan**
**Smith Keefe Moraghan & Waterfall LLC**
**P.O Box 1146**
**257 Main Street, 2nd floor**
**Torrington, CT 06790**

**Kristan M. Maccini**
**Christopher A. Clark**
**Howd & Ludorf, LLC**
**65 Wethersfield Avenue**
**Hartford, CT 06114-1190**

**Elizabeth M. Smith**
**LeClair Ryan, PLLC**
**One Financial Plaza**
**755 Main Street, Suite 2000**
**Hartford, Connecticut 06103**

                                                   _____*/s/ Mary-Kate Smith*_____
                                                         **Mary-Kate Smith**

# NOTICE OF INTENT TO FILE CLAIM

**TO:** Town Clerk
Town of Canton
4 Market Street
Collinsville, CT 06022

**Claimant:** Nicole Chase
C/o Law Office of Lewis Chimes
45 Franklin Street
Stamford, CT 06901

**Date:** May 7 - September 8, 2017
**Location:** Canton Police Department
45 River Road
Canton, CT 06019

**Nature of Claim:** False Arrest, Negligence, Malicious Prosecution, Negligent and Intentional Infliction of Emotional Distress, Invasion of Privacy, Deprivation of Civil Rights, Denial of Equal Protection of the Laws

**Your Employees:** Chief Christopher Arciero
Detective John Colangelo
Police Officer Adam Gompper
Other Canton Police Officers and Dispatchers Involved in the Investigation of Nicole Chase's Sexual Assault Complaint and Her Arrest For Making a False Statement

Pursuant to Conn. Gen. Stat. § 7-465, the plaintiff, Nicole Chase, through counsel, hereby gives notice that she intends to commence a cause of action against Chief of Police Christopher Arciero, Detective John Colangelo, and Police Officer Adam Gompper as follows:

On May 6, 2017, Nicole Chase was sexually assaulted by her employer, Calvin Nodine, at Nodine's restaurant in Canton, Connecticut. The following morning, she reported the sexual assault to the Canton Police Department. Police Officer Adam Gompper spoke to her.

Over the next three months, Nicole Chase was victimized a second time by Police Officer Gompper, Detective Colangelo, and other Canton Police Officers assisting in this investigation and overseeing them. Officer Gompper and Detective Colangelo treatment of Ms. Chase failed to meet even the most minimal standards of care for persons interviewing and investigating a victim of sexual assault. They treated her with complete disrespect and never took her complaint seriously. Their interviewing techniques were entirely unsuited for victims of sexual assault.

1

Their investigation was abominable, unreasonably delayed and failed to meet even the most basic standard of care for investigation of allegations of sexual assault. Many areas of potential corroboration or supportive evidence were ignored. Their investigation was totally biased against Ms. Chase, and thus violated minimal standards of care for competent police investigations. In contrast, their treatment of the rapist was cordial, deferential, and accommodating from the outset.

On July 17, 2017, Detective Colangelo drafted and an Arrest Warrant against Nicole Chase for violation of Conn. Gen. Stat. 53a-127(b). Ms. Chase was arrested on September 8, 2017. Calvin Nodine, the rapist, was never charged.

At no time prior to being told that she was being arrested did Det. Colangelo and Officer Gompper, and any and all officers involved in the investigation and oversight of the investigation tell her that she was a criminal suspect or advise her that she had a right to remain silent or seek counsel.

Det. Colangelo and Officer Gompper, and any and all officers involved in the investigation and oversight of the investigation lacked probable cause to arrest Ms. Chase for the crime. The warrant that was submitted for judicial review was made with malice, in bad faith and the product of corruption. It was filled with lies, innuendoes, and distortions of the facts. Det. Colangelo and Officer Gompper, and any and all officers involved in the investigation and oversight of the investigation failed to submit the reviewing court numerous pieces of evidence that exculpated and/or demonstrated that the charge was patently false.

Det. Colangelo and Officer Gompper, and any and all officers involved in the investigation and oversight of the investigation violated Ms. Chase's privacy rights and Conn. Gen. Stat. §1-210 and §1-215 by disclosing documents from the ingoing criminal investigation to Calvin Nodine, Nodine's company (Nodine's Smokehouse, LLC), and their attorneys. Det. Colangelo and Officer Gompper, and any and all officers involved in the investigation and oversight of the investigation disclosed to Calvin Nodine, Nodine's company (Nodine's Smokehouse, LLC), and their attorneys the fact that Ms. Chase was being arrested prior to telling her.

Police Chief Christopher Arciero was, at all times mentioned herein, responsible for the supervision and training of Det. Colangelo and Officer Gompper, and any and all officers involved in the investigation and oversight of the investigation. It is evident that Det. Colangelo and Officer Gompper, and any and all officers involved in the investigation and oversight of the investigation, were not properly trained in (1) the investigation of complaints of sexual assault; (2) the resources available to victims of sexual assault; (3) How to properly interview victims of sexual assault.

Nicole Chase was treated differently as a crime victim because of her gender, in violation of her Right to Equal Protection under the Fourteenth Amendment of the United States Constitution and Article Five of the Connecticut Constitution by Det. Colangelo and Officer Gompper, and any and all officers involved in the investigation and oversight of the investigation.

Police Chief Christopher Arciero permitted a policy and practice of discrimination on the basis of sex in the Canton Police Department, resulting in Nicole Chase's improper treatment and arrest.

As a result of her treatment as outlined above, Nicole Chase has suffered economic damages and emotional distress.

                                                **RESPECTFULLY SUBMITTED**
                                                **NICOLE CHASE**

By: _____
                                      Lewis H. Chimes
                                      *Juris No. 303446*
                                      Law Office of Lewis Chimes LLC
                                      45 Franklin Street
                                      Stamford, CT 06901
                                      (203)-324-7744
                                      Fax 203-969-1319
                                      lchimes@chimeslaw.com

