UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN** | : | |
| **NODINE, TOWN OF CANTON, JOHN** | : | |
| **COLANGELO, ADAM GOMPPER, MARK J.** | : | |
| **PENNEY AND CHRISTOPHER ARCIERO** | : | **JULY 11, 2019** |

## MOTION TO PRECLUDE PLAINTIFF'S EXPERTS

The undersigned defendants, TOWN OF CANTON, JOHN COLANGELO and ADAM GOMPPER ("defendants"), hereby move that the Court preclude testimony from any experts offered by the plaintiff on the basis that she has not met her burden to disclose her experts sufficiently early to permit all parties' compliance with the Court's Amended Scheduling Order deadlines [Doc. 105], resulting in significant prejudice to the defendants.

A Memorandum of Law supporting this motion, accompanied by its exhibits, has been filed herewith.

WHEREFORE, the defendants respectfully request that the Court grant the instant motion, and preclude the plaintiff from offering any expert testimony in this case.

**DEFENDANTS,
TOWN OF CANTON, JOHN
COLANGELO AND ADAM GOMPPER**


**By /s/ Kristan M. Maccini**
   Kristan M. Maccini
   ct25121
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 fax
   kmaccini@hl-law.com

## CERTIFICATION

  This is to certify that on JULY 11, 2019, a copy of the foregoing MOTION TO PRECLUDE PLAINTIFF'S EXPERTS was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Lewis H. Chimes, Esq.**
**Mary-Kate Smith, Esq.**
**Law Office of Lewis Chimes, LLC**
**45 Franklin Street**
**Stamford, CT  06901**

**David A. Moraghan, Esq.**
**Smith, Keefe, Moraghan & Waterfall, LLC**
**32 City Hall Avenue, # C**
**Torrington, CT  06790**

**Elizabeth K. Acee, Esq.**
**Elizabeth Smith, Esq.**
**LeClair Ryan, PLLC**
**545 Long Wharf Drive, 9th Floor**
**New Haven, CT  06511**

                    <u>/s/ Kristan M. Maccini</u>
                    Kristan M. Maccini