UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NICOLE CHASE** : | **CIVIL ACTION 3:18-cv-00683-VLB** |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | |
| : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN** : | |
| **NODINE, TOWN OF CANTON,** : | |
| **JOHN COLANGELO, AND ADAM GOMPER** : | |
| : | |
| Defendants. : | October 1, 2019 |

**NODINE'S SMOKEHOUSE, INC.'S**
**PARTIAL MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and in accordance with Rule 56 of the District of Connecticut Local Rules of Civil Procedure, Defendant Nodine's Smokehouse, Inc. ("NSI") hereby files this Motion for Partial Summary Judgment, moving to dismiss counts six, seven, twelve, and thirteen of Plaintiff Nicole Chase's Second Amended Complaint.  As discussed in the Memorandum of Law, filed herewith, Plaintiff's claims against NSI for negligent infliction of emotional distress (count six); intentional infliction of emotional distress (count seven); intimidation based on bigotry or bias in violation of Conn. Gen. Stat. § 52-571c (count twelve); and malicious prosecution (count thirteen) fail as a matter of law under the well-settled exceptions to the doctrine of *respondeat superior* for conduct that is outside the scope of employment or does not further the employer's business.

WHEREFORE, NSI respectfully requests that this Motion be GRANTED and counts six, seven, twelve, and thirteen dismissed with prejudice to refiling.

Respectfully submitted,

NODINE'S SMOKEHOUSE, INC.,

By their attorneys,


/s/ Elizabeth K. Acee
Elizabeth K. Acee (ct20986)
Barclay Damon
545 Long Wharf Drive, Ninth Floor
New Haven, CT 06511
Tel.: 203-672-2659
Email:eacee@barclaydamon.com


### CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, the foregoing document was filed electronically and sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Elizabeth K. Acee
Elizabeth K. Acee (ct20986)