UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NICOLE CHASE** : | CIVIL ACTION 3:18-cv-00683-VLB |
| : | |
| **Plaintiff,** : | |
| : | |
| **VS.** : | |
| : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN** : | |
| **NODINE, TOWN OF CANTON,** : | |
| **JOHN COLANGELO, AND ADAM GOMPER** : | |
| : | |
| **Defendants.** : | October 1, 2019 |

**NODINE'S SMOKEHOUSE, INC.'S**
**LOCAL RULE 56(a)(1) STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Rule 56(a)(1) of the Local Rules of this Court, Defendant Nodine's Smokehouse, Inc. ("NSI") sets forth below each material fact for which it contends there is no genuine issue to be tried.

1. Calvin Nodine is the treasurer of NSI. **EXHIBIT A**, NSI's Objections/Responses to Plaintiff's Interrogatories at Response #6.

2. Johanna Nodine is the vice president of NSI. **Id.**

3. NSI adheres to state and federal posting requirements regarding the illegality of sexual harassment or other discriminatory conduct in the workplace. **Id.** at Response #3.

4. Calvin Nodine was Plaintiff Nicole Chase's boss at Nodine's Smokehouse restaurant, located at 192 Albany Turnpike in Canton, Connecticut. **EXHIBIT B**, Nicole Chase Deposition Transcript at 128: 2-11, 353: 1-25.

Respectfully submitted,

NODINE'S SMOKEHOUSE, INC.,

By their attorneys,

/s/ Elizabeth K. Acee
Elizabeth K. Acee (ct20986)
Barclay Damon, LLP
545 Long Wharf Drive, Ninth Floor
New Haven, CT 06511
Tel.: 203-672-2659
Email:eacee@barclaydamon.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, the foregoing document was filed electronically and sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Elizabeth K. Acee
Elizabeth K. Acee (ct20986)