UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE CHASE | : CIVIL ACTION 3:18-cv-00683-VLB |
| Plaintiff, | : |
| VS. | : |
| NODINE'S SMOKEHOUSE, INC., CALVIN NODINE, TOWN OF CANTON, JOHN COLANGELO, AND ADAM GOMPER | : |
| Defendants. | : October 1, 2019 |

### AFFIDAVIT OF ELIZABETH K. ACEE IN SUPPORT OF NODINE'S SMOKEHOUSE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

STATE OF CONNECTICUT )
                             ) ss: New Haven
COUNTY OF NEW HAVEN )

Elizabeth K. Acee, being duly sworn, deposes and says:

1. I am an attorney admitted to practice law before the courts of the State of Connecticut and the United States District Court for the District of Connecticut. I am a partner at the law firm, Barclay Damon.

2. I represent Defendant Nodine's Smokehouse, Inc. ("NSI") in this case.

3. I believe in the obligation of an oath and make the representations made herein based on my personal knowledge.

4. I file this affidavit in support of NSI's Motion for Partial Summary Judgment.

5. Filed with NSI's Local Rule 56(a)(1) Statement are Exhibits A and B.

6. Exhibit A is a true and accurate copy of the interrogatory response portion of NSI's Objections and Responses to Plaintiff's Interrogatories and Requests for Production.

7. Exhibit B is a true and accurate copy of certain excerpts of the deposition transcript of Plaintiff Nicole Chase.

_____
Elizabeth K. Acee

Subscribed and sworn to before me this  1st  day of October, 2019

_____
Notary Public/Commissioner of the Superior Court