UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NICOLE CHASE** : | CIVIL ACTION 3:18-cv-00683-VLB |
| : | |
| **Plaintiff,** : | |
| : | |
| **VS.** : | |
| : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN** : | |
| **NODINE, TOWN OF CANTON,** : | |
| **JOHN COLANGELO, AND ADAM GOMPER** : | |
| : | |
| **Defendants.** : | October 1, 2019 |

**TABLE OF CONTENTS TO EXHIBITS TO PARTIAL
<u>MOTION FOR SUMMARY JUDGMENT</u>**

**Exhibit A………..Nodine's Smokehouse, Inc.'s Responses to Plaintiff's Interrogatories**

**Exhibit B……….. Excerpts of the Deposition Transcript of Nicole Chase**