# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    DISTRICT OF CONNECTICUT

 3     -------------------------------)

 4     NICOLE CHASE,                  ) NO.

 5              Plaintiff,            ) 3:18-cv-00683 (VLB)

 6          vs.                       )

 7     NODINE'S SMOKEHOUSE, INC.,     )

 8     CALVIN NODINE, TOWN OF CANTON, )

 9     JOHN COLANGELO, ADAM GOMPPER,  )

10     MARK J. PENNEY AND CHRISTOPHER )

11     ARCIERO,                       )

12              Defendants.           )

13     -------------------------------)

14                        VOLUME 1

15       VIDEOTAPED DEPOSITION OF NICOLE HEATHER CHASE

16                  DATE:  APRIL 15, 2019

17                       HELD AT:

18                   HOWD & LUDORF, LLC

19                65 Wethersfield Avenue

20                  Hartford, Connecticut

21                         - - -

22     Reporter:  Sandra Semevolos, RMR, CRR, CRC, CSR #74

23               HUSEBY GLOBAL LITIGATION
                      (800) 852-4589
24                   249 Pearl Street
               Hartford, Connecticut  06103
25
```

```
 1   A P P E A R A N C E S:

 2

 3   For the Plaintiff Nicole Chase:

 4        LAW OFFICE OF LEWIS CHIMES LLC

 5        45 Franklin Street

 6        Stamford, Connecticut  06901

 7        203.324.7744

 8        BY:  LEWIS CHIMES, ESQ.

 9             lchimes@chimeslaw.com

10

11

12   For the Defendants Town of Canton, John Colangelo and

13   Adam Gompper:

14        HOWD & LUDORF, LLC

15        65 Wethersfield Avenue

16        Hartford, Connecticut  06114-1190

17        860.249.1361

18        BY:  KRISTAN M. MACCINI, ESQ.

19             kmaccini@hl-law.com

20        BY:  CHRISTOPHER CLARK, ESQ.

21             cclark@hl-law.com

22

23

24

25
```

```
 1    A P P E A R A N C E S    (continue):
 2
 3    For the Defendant Nodine's Smokehouse, Inc:
 4         LECLAIRRYAN
 5         One Financial Plaza
 6         755 Main Street - Suite 2000
 7         Hartford, Connecticut   06103
 8         860.656.1932
 9         BY:   ELIZABETH M. SMITH, ESQ.
10               elizabeth.smith@leclairryan.com
11
12    For Defendant Calvin Nodine:
13         SMITH, KEEFE, MORAGHAN & WATERFALL, LLC
14         257 Main Street - 2nd Floor
15         Torrington, Connecticut   06790
16         860.482.7651
17         BY:   DAVID A. MORAGHAN, ESQ.
18               dam@skmwlaw.com
19
20    Also Present:
21         Calvin Nodine
22         Johanne Nodine
23         Kelly Nodine
24         Brian Capouch, Video Operator
25
```

```
 1                         INDEX

 2   EXAMINATION

 3   Witness Name                                        Page
     Nicole Heather Chase
 4
          Direct By Ms. Maccini ..................... 8
 5

 6                   DEFENDANTS' EXHIBITS

 7               (Marked For Identification)

 8   Exhibit 1 Marked ............................. 6
     USB/Thumb Drive with Videos (envelope)
 9
     Exhibit 2 Marked ............................. 6
10   Lobby Interview Transcript of Nicole Chase

11   Exhibit 3 Marked ............................. 6
     Canton Police Department Voluntary Statement,
12   5/11/17, Bates Numbers DEF00038 through 41

13   Exhibit 4 Marked ............................. 84
     Canton Police Interview of Nicole Chase
14
     Exhibit 5 Marked ............................. 105
15   Arrest Warrant Affidavit, Bates Numbers
     DEF00052 through 60
16
     Exhibit 6 Marked ............................. 105
17   Email Correspondence with Detective Colangelo,
     Bates Numbers DEF00861 through 866
18
     Exhibit 7 Marked ............................. 105
19   Statement Given to Department of Labor on 7/11/17

20   Exhibit 8 Marked ............................. 105
     Donna Carney texts
21
     Exhibit 9 Marked ............................. 105
22   Supplemental Disclosures dated April 1, 2019

23   Exhibit 10 Marked ............................. 105
     Progress Notes from Dr. Ali Torabzedeh
24

25   (Exhibits retained by Kristan M. Maccini, Esq.)
```

```
 1                    S T I P U L A T I O N S
 2              It is stipulated by counsel for the parties
 3    that all objections are reserved until the time of
 4    trial, except those objections as are directed to the
 5    form of the question.
 6              It is stipulated and agreed between counsel
 7    for the parties that the proof of the authority of
 8    the Notary before whom this deposition is taken is
 9    waived.
10              It is further stipulated that any defects
11    in the Notice are waived.
12              It is further stipulated that the witness
13    does not waive reading and signing of the deposition
14    transcript.
15
16                              - - -
17
18
19
20
21
22
23
24
25
```

 1   It's, I just feel stupid, like I don't understand.
 2      Q.   Okay.  Let's try something different.  I'm
 3   going to read paragraph 3 into the record:  That, on
 4   his arrival, Officer Gompper met with the
 5   complainant/victim, Nicole H. Chase -- I'm not going
 6   to read your date of birth into the record.  She
 7   explained that she works at Nodine's Smokehouse
 8   restaurant, located at 192 Albany Turnpike in Canton,
 9   Connecticut, along with her mother.  Chase said that
10   she was being sexually harassed by the owner and her
11   boss, Calvin Nodine.
12           Is there anything in paragraph 3 that you
13   believe to be incorrect or untrue?
14      A.   The only thing would be that at that
15   time -- I mean, yes, it's true.  I guess, yes.
16      Q.   I don't want you to guess.  It's either
17   accurate or it's not accurate.  So you've got to tell
18   me if you see an inaccuracy in paragraph 3.
19      A.   I didn't personally say sexually harassed,
20   but yes, that's what I was there for, so I don't know
21   how to answer that.
22      Q.   And I understand what you're telling me.
23   You did not use the word "sexual harassment" when you
24   went to the police department on May 7th, 2017, but
25   that's what you were describing to Officer Gompper?

```
 1      Q.    And you didn't cry out, Help, Kelly, he is
 2   forcing me to perform oral sex on him?
 3      A.    No.
 4      Q.    Why not?
 5      A.    Because I was scared.
 6      Q.    Okay.  You were scared.  Why were you
 7   scared?
 8      A.    He's my boss.  I don't even know -- I was
 9   in shock.  This is -- nothing like this has ever
10   happened to me before.
11      Q.    Were you scared before you met him in the
12   hallway?  Were you scared of him before?
13      A.    What?  No.  Not at all.  I thought -- I
14   don't know.  I mean, some of his jokes and some of
15   his stuff was, you know, not, not for my type, but I
16   wasn't -- he never had done anything before that
17   would make me -- besides, you know, like -- sorry, I
18   would be scared of him when he was a little
19   intoxicated and yelling at everybody, but I'm scared
20   of people when they raise their voice so...
21      Q.    Did you -- so when you spoke with doc --
22   excuse me, with Officer Gompper the next day, you
23   told him that Calvin was very intoxicated the night
24   before; correct?
25      A.    Yes.
```