UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NICOLE CHASE** : | NO.: 3:18-cv-00683 (VLB) |
| : | |
| **v.** : | |
| : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN** : | |
| **NODINE, TOWN OF CANTON, JOHN** : | |
| **COLANGELO, ADAM GOMPPER, MARK J.** : | |
| **PENNEY AND CHRISTOPHER ARCIERO** : | **OCTOBER 1, 2019** |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56 and D.Conn.L.Civ.R. 56, the undersigned defendants, TOWN OF CANTON, JOHN COLANGELO and ADAM GOMPPER ("Canton defendants"), hereby move for summary judgment as to each and every claim against them in the plaintiff's operative Amended Complaint, dated June 19, 2019 [Doc. 116].  As is more particularly set forth in the accompanying memorandum of law, Defendants' Local Rule 56(a)1 Statement, and exhibits, there are no genuine issues of material fact, and the Canton defendants are entitled to summary judgment, as a matter of law, for the following reasons:

1. The plaintiff's claims for false arrest fail, as her arrest was supported by probable cause and the defendant officers, Colangelo and Gompper, acted without malice (Counts Fourteen and Fifteen);

**ORAL ARGUMENT REQUESTED**

2. **The plaintiff's claims for malicious prosecution fail, as the underlying criminal proceeding did not terminate in her favor, the defendant officers acted with probable cause, and the defendant officers acted without malice (Counts Sixteen and Seventeen);**

3. **The plaintiff's claim for denial of equal protection fails as the defendant officers did not deny the plaintiff police protective services and/or arrest her due to any discriminatory animus (Count Eighteen);**

4. **The plaintiff's claim for intentional infliction of emotional distress fails as the defendant officers' complained of conduct is not extreme and outrageous, as a matter of law, and as to the Town, it is immune from liability for intentional torts (Count Nineteen);**

5. **The plaintiff's claims for indemnification against the Town fail, because neither of the officers are liable (Count Twenty); and**

6. **The plaintiff's § 1983 claims are otherwise barred by the doctrine of qualified immunity (Counts Fourteen, Sixteen and Eighteen).**

WHEREFORE, the undersigned defendants, TOWN OF CANTON, JOHN COLANGELO and ADAM GOMPPER, respectfully request that the Court grant their Motion for Summary Judgment.

DEFENDANTS,
TOWN OF CANTON, JOHN
COLANGELO AND ADAM GOMPPER

By /s/ Kristan M. Maccini
   Kristan M. Maccini
   ct25121
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 fax
   kmaccini@hl-law.com

## CERTIFICATION

This is to certify that on OCTOBER 1, 2019, a copy of the foregoing MOTION FOR SUMMARY JUDGMENT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Lewis H. Chimes, Esq.**
**Mary-Kate Smith, Esq.**
**Law Office of Lewis Chimes, LLC**
**45 Franklin Street**
**Stamford, CT  06901**

**David A. Moraghan, Esq.**
**Smith, Keefe, Moraghan**
**& Waterfall, LLC**
**32 City Hall Avenue, # C**
**Torrington, CT  06790**

**Elizabeth K. Acee, Esq.**
**Barclay Damon**
**545 Long Wharf Drive, 9th Floor**
**New Haven, CT  06511**

/s/ Kristan M. Maccini
Kristan M. Maccini