Run Date: 08/22/2018  
Run Time: 14:49

# Canton Police Department
## Call Summary Report
### CFS #: 1700004762

Page 1 of 2

### Call Details

| | |
|---|---|
| Location | 00192 ALBANY TPKE |
| Premise | NODINE'S SMOKEHOUSE |
| City | CANTON |
| Call type | Miscellaneous Officer |
| Queued Dt | 5/7/2017 |
| Call Source | Walk In |
| Call Taker | DCANNY |
| Call Priority | 1 |

### Reporting Party

| | |
|---|---|
| Name | NICOLE CHASE |
| Address | 00192 ALBANY TPKE     CANTON |
| Home Phone | 860 |
| Work Phone | 8606930551 |

### Responding Units

| Unit | Agency | Pri | Dispatch | Enroute | Arrive | Clear | Quartered |
|---|---|---|---|---|---|---|---|
| 204 | PD | ☒ | 05/07/17 09:03 | 05/07/17 09:03 | 05/07/17 09:03 | 05/07/17 09:49 | 00/00/00 00:00 |

### Call Remarks

COMP WISHES TO FILE A SEXUAL HARRASSMENT COMP AGAINST BOSS

Animal Indicator: N       EMD Indicator: N  
Remark Date/Time: 05/07/17 09:03        Updated By: DCANNY

**EXHIBIT D**

DEF00012

Run Date: 08/22/2018　　　　　　　　　Canton Police Department　　　　　　　　　Page 2 of 2
Run Time: 14:49
Call Summary Report

## Call Remarks

**Name:** Chase, Nicole H　　　　　　**DOB:** ▇▇▇▇▇
**Address:** 21 River ST
**City:** CT　　　　　**State:** CT
**Phone:** 480-774-5　　　　**Work Phone:** - -
**Op Id:** 208549340
**Comments:**


**Remark Date/Time:** 05/07/17 10:51　　　**Updated By:** DCANNY

**EXHIBIT D**

DEF00013