UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN** | : | |
| **NODINE, TOWN OF CANTON, JOHN** | : | |
| **COLANGELO, ADAM GOMPPER, MARK J.** | : | |
| **PENNEY AND CHRISTOPHER ARCIERO** | : | **OCTOBER 1, 2019** |

### NOTICE OF MANUAL FILING

Please take notice that the undersigned defendants, TOWN OF CANTON, JOHN COLANGELO and ADAM GOMPPER ("defendants"), have manually filed the following items with the United States District Court for the District of Connecticut, because it cannot be uploaded onto the Court's e-filing system for filing with the Court:

> Exhibits E, N and O to the defendants' Motion for Summary Judgment, dated October 1, 2019 – Thumb Drive containing Audio Files of Nicole Chase (Front Lobby Videotape and June 21, 2017 interview), and the audio interview of Calvin Nodine, May 18, 2017.

> The audio interviews have been previously produced upon all parties.

**EXHIBIT E**

                                **DEFENDANTS,**
                                **TOWN OF CANTON, JOHN**
                                **COLANGELO AND ADAM GOMPPER**

                                **By /s/ Kristan M. Maccini**
                                    Kristan M. Maccini
                                    ct25121
                                    Howd & Ludorf, LLC
                                    65 Wethersfield Avenue
                                    Hartford, CT  06114-1190
                                    (860) 249-1361
                                    (860) 249-7665 fax
                                    kmaccini@hl-law.com

## CERTIFICATION

      This is to certify that on OCTOBER 1, 2019, a copy of the foregoing NOTICE OF MANUAL FILING was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| **Lewis H. Chimes, Esq.**<br>**Mary-Kate Smith, Esq.**<br>**Law Office of Lewis Chimes, LLC**<br>**45 Franklin Street**<br>**Stamford, CT  06901** | **David A. Moraghan, Esq.**<br>**Smith, Keefe, Moraghan**<br>**& Waterfall, LLC**<br>**32 City Hall Avenue, # C**<br>**Torrington, CT  06790** |
| **Elizabeth K. Acee, Esq.**<br>**Barclay Damon**<br>**545 Long Wharf Drive, 9th Floor**<br>**New Haven, CT  06511** | |

                                  **/s/ Kristan M. Maccini**
                                  Kristan M. Maccini

**EXHIBIT E**