# Warrant Detail

*04/03/2019*

| | |
|---|---|
| PD Case Number: | 17-4762 |
| Domestic?: | ☐ |
| PD (Town Code): | 23 |
| PD Name: | |
| Orig PD: | CPD |
| Accused: | CHASE, Nicole H |
| DOB: | ▮ |
| Receive Date: | 07/11/2017 |
| Prosecutor: | MW |
| Pros. Signed Date: | 08/31/2017 |
| Judge: | Nguyen |
| Judge Signed Date: | 09/06/2017 |
| Returned Date: | 09/07/2017 |
| Denied Date: | |
| Bond Amount: | 0.00 |
| Notes/Charges: | |

PLAINTIFF'S MW
EXHIBIT NO. 58
FOR IDENTIFICATION
DATE: 4.9.19   RPTR: DM

**EXHIBIT R**