```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
 2

 3  NICOLE CHASE                    :  NO.: 3:18-CV-00683 (VLB)
                                    :
 4  vs.                             :
                                    :
 5  NODINE'S SMOKEHOUSE, INC.,      :
    CALVIN NODINE, TOWN OF CANTON,  :
 6  JOHN COLANGELO, ADAM GOMPPER,   :
    MARK J. PENNEY, and             :
 7  CHRISTOPHER ARCIERO             :  MAY 22, 2019

 8

 9          CONTINUED DEPOSITION OF:  NICOLE CHASE
                   Volume 3 - Pages 438-539
10
    APPEARANCES:
11
         LAW OFFICE OF LEWIS CHIMES, LLC
12            Attorney for the Plaintiff
              45 Franklin Street
13            Stamford, CT 06901
         BY:  LEWIS CHIMES, ESQ.
14
         HOWD & LUDORF, LLC
15            Attorneys for the Defendants
              65 Wethersfield Avenue
16            Hartford, CT 06114-1190
         BY:  KRISTAN MACCINI, ESQ.
17
          SMITH, KEEFE, MORAGHAN & WATERFALL, LLC
18            Attorneys for the Defendant Calvin Nodine
              257 Main Street - 2nd Floor
19            Torrington, CT 06790
         BY:  DAVID A. MORAGHAN, ESQ.
20
         LeCLAIR RYAN
21            Attorneys for the Defendant
              755 Main Street - Suite 2000
22            Hartford, CT 06103
         BY:  ELIZABETH SMITH, ESQ.
23
                    Christine E. Borrelli
24                Connecticut CSR No. 117
                Registered Professional Reporter
25                Registered Merit Reporter
```

Case 3:18-cv-00683-VLB   Document 141-25   Filed 10/01/19   Page 2 of 4

NICOLE CHASE vs. NODINE'S SMOKEHOUSE, INC., ET AL
Nicole Chase                                    5/22/2019
                                                         495

1    me, but by itself because it needs more storage for the
2    texts that you now are doing.
3         Q.   (By Mr. Moraghan)  Just so I understand your
4    answer, it's your answer that your cell phone can't
5    compartmentalize individual personal texts from person A, B,
6    C, and D --
7         A.   It --
8         Q.   -- and the person --
9              MR. CHIMES:  Let him finish.
10        Q.   (By Mr. Moraghan)  -- that -- well, if there's too
11   many texts from that person, your phone will delete that
12   person's texts starting with the oldest and working forward?
13        A.   Correct.
14        Q.   That's your -- okay.  So, is it your testimony
15   that you did not delete -- you yourself did not delete any
16   texts from --
17        A.   Correct.
18        Q.   -- Allie Archer?
19        A.   Correct.
20        Q.   Your texts to -- your email to Detective Colangelo
21   on July 31st with your revised statement, you testified, I
22   believe, that was written by a lawyer?
23        A.   Typed up with, and then I went in to review it, or
24   they emailed it to me to review to send, yes.
25        Q.   And that was Fortgang, Mr. Fortgang?

EXHIBIT V

Case 3:18-cv-00683-VLB   Document 141-25   Filed 10/01/19   Page 3 of 4

NICOLE CHASE vs. NODINE'S SMOKEHOUSE, INC., ET AL
Nicole Chase                                              5/22/2019
                                                              496

1   A.   It was Fortgang or Katie who wrote it.  I'm not
2   sure which one.
3   Q.   And why didn't you write it yourself?
4        MR. CHIMES:  Objection to form.
5        THE WITNESS:  I think --
6        MR. CHIMES:  I just want to make sure it's not a
7   privileged issue here.
8        MR. MORAGHAN:  I'm asking why she did not do
9   something herself.  I don't see how it's privileged.
10       MR. CHIMES:  Well --
11       MR. MORAGHAN:  If you want to talk with her and
12  come back with her and tell me it is, that's fine.
13       MR. CHIMES:  That's what -- yeah.  I understand
14  what you're asking.  I just -- so, let me just -- jut
15  give me five seconds.
16
17       (Recess taken from 1:15 p.m. to 1:16 p.m.)
18
19       MR. CHIMES:  You can answer.
20       THE WITNESS:  Can you re-ask the question?
21  Q.   (By Mr. Moraghan)  The email that was submitted to
22  Detective Colangelo on July 31st that was -- why didn't you
23  write that yourself?
24  A.   Just because they emailed it to me, and I read it,
25  and then they sent it in.

Case 3:18-cv-00683-VLB   Document 141-25   Filed 10/01/19   Page 4 of 4

NICOLE CHASE vs. NODINE'S SMOKEHOUSE, INC., ET AL
Nicole Chase                                              5/22/2019
                                                                    538

1              C E R T I F I C A T E

2

3         I, Christine E. Borrelli, a Notary Public and

4   Certified Shorthand Reporter for the State of Connecticut,

5   do hereby certify that the Continued Deposition of NICOLE

6   CHASE, was taken before me pursuant to the Federal Rules of

7   Civil Procedure at the offices of Smith, Keefe, Moraghan &

8   Waterfall, LLC, 257 Main Street, Torrington, Connecticut,

9   commencing at 12:00 p.m. on Wednesday, May 22, 2019.

10          I further certify that the witness was first sworn

11  by me to tell the truth, the whole truth, and nothing but

12  the truth, and was examined by counsel, and her testimony

13  was stenographically reported by me and subsequently

14  transcribed as hereinbefore appears.

15          I further certify that I am not related to the

16  parties hereto or their counsel, and that I am not in any

17  way interested in the events of said cause.

18          Witness my hand this 11th day of June, 2019.

19

20

21

22                              _____
                                Christine E. Borrelli
23                              Notary Public
                                CT CSR No. 117
24

25  My Commission Expires:
    June 30, 2021