UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| NODINE'S SMOKEHOUSE, INC., CALVIN NODINE, TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY AND CHRISTOPHER ARCIERO | : : : : | SEPTEMBER 23, 2019 |

### AFFIDAVIT OF SENIOR ASSISTANT STATE'S ATTORNEY ROBERT DIAZ

I, Robert Diaz, having been duly sworn, hereby depose and say:

1. I am over eighteen (18) years of age.

2. I believe in the obligation of an oath and make the statements within this affidavit based upon my own personal knowledge.

3. At all relevant times, I was a Senior Assistant State's Attorney assigned to the Office of the State's Attorney, G.A. #14, at Hartford, Connecticut. As of November 8, 2017, I had over thirteen years of experience and training as a prosecutor for the State of Connecticut and, prior to that, I was a District Attorney with the Bronx District Attorney's Office for over three years.

4. The criminal case of State of Connecticut v. Nicole Chase, No: H14H-CR17-0692973-S, was prosecuted by my office and was nolled pursuant to an agreement.

5. Specifically, it was agreed that Miss Chase would receive a diversionary marking or continuance of her criminal case for eight weeks' time and, if she did not have any new arrests during that time period, a nolle would be entered.

**EXHIBIT X**

6.     On November 8, 2017, I appeared in Superior Court, G.A. #14, before The Honorable Tammy T. Nguyen-O'Dowd and entered a nolle pursuant to this agreement when Miss Chase met the condition of not having any new arrests.

Dated at Hartford, Connecticut, this 24 day of September, 2019.

_____
Robert Diaz

STATE OF CONNECTICUT    :
                                     :    ss: Hartford
COUNTY OF HARTFORD     :

Subscribed and sworn to before me this 24th day of September, 2019.

_____
Commissioner of the Superior Court
~~Notary Public~~
~~My Commission Expires:~~_____

2

**EXHIBIT X**