```
NO:  H14H-CR17-0692973-S        :   SUPERIOR COURT

STATE OF CONNECTICUT            :   G.A. #14

v.                              :   AT HARTFORD, CONNECTICUT

NICOLE CHASE                    :   NOVEMBER 8, 2017


                       *T R A N S C R I P T*



         BEFORE THE HONORABLE TAMMY T. NGUYEN, JUDGE




A P P E A R A N C E S:


    Representing the State of Connecticut:

        ATTORNEY ROBERT DIAZ, ASA
        Assistant State's Attorney
        101 Lafayette Street
        Hartford, Connecticut











                                Recorded and Transcribed By:
                                Deborah B. Quigley
                                Court Recording Monitor
                                101 Lafayette Street
                                Hartford, Connecticut  06106
```

**EXHIBIT Y**

```
1            (Whereupon Court was already in session)
2
3        ATTY. DIAZ:  Nicole Chase on that same docket on
4     line 8 was diverted.  There's been no further
5     problems.  Enter a nolle for Miss Chase on line 8.
6        THE COURT:  Nolle noted.
7
8                  (The matter was concluded)
```

**EXHIBIT Y**

| | | |
|---|---|---|
| NO:  H14H-CR17-0692973-S | : | SUPERIOR COURT |
| STATE OF CONNECTICUT | : | G.A. #14 |
| v. | : | AT HARTFORD, CONNECTICUT |
| NICOLE CHASE | : | NOVEMBER 8, 2017 |

C E R T I F I C A T I O N

    I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, G.A. #14, Hartford, Connecticut, before the Honorable Tammy T. Nguyen, Judge, on the 8th day of November, 2017.

    Dated this 12th day of June, 2018 in Hartford, Connecticut.

*Deborah B. Quigley*

_____
Deborah B. Quigley
Court Recording Monitor

**EXHIBIT Y**