UC-719 (Rev. 02-05)   FACT FINDING REPORT-CLAIMANT STATEMENT   Page 1 of 2

⊞

CASE #: 08-054608-17                        CLAIMANT NAME: NICOLE  H CHASE
SOCIAL SECURITY NUMBER: ▬▬▬           BYE DATE: 06/30/2018
EMPLOYER REG #▬▬▬                       EMPLOYER NAME: NODINES SMOKEHOUSE INC
ISSUE:  Voluntary Leaving                   FIRST AFFECTED WEEK: 07/08/2017
HEARING DATE/TIME: 07/11/2017  / 11:00 AM   PARTICIPATION METHOD:  By Phone

BRI DATE :06/26/2017          ADDRESS CHANGE: Y ☐ N ☒   AGE: 27        SEX: F ☒  M ☐
WORK RESTRICTIONS: Y ☐ () N ☒   STUDENT: Y ☐ N ☒  PT ☐  FT ☐
INTERPRETER?:  Y ☐  N ☒        LANGUAGE:            SOURCE: ()
JOB TITLE/OCCUPATION:          YRS EXP: 10          HRS/WEEK: 40
Waitress/Cashier
SHIFT: 1st      PT ☐  FT ☐ PER DIEM:  ☐              WORKWEEK: S ☒ M ☒ T ☐ W ☒
                                                              Th ☒  F ☒ Sa ☒

PAY RATE: $  580.00  PER  Week          START DATE: 06/30/2016        LDW: 05/07/2017      SEP DATE: 05/07/2017

OTHER EMPLOYMENT  IN LAST 3 MONTHS:  Y ☐  N ☒              10X MET?:  Y ☐  N ☐   N/A ☐
EMPLOYER(S)  NAME:

COMPANION ISSUE:  Y ☐   N ☒ IF YES, ISSUE(S):

On 05/07/17,  I left the job because I was sexually assaulted by Calvin Nodine, Owner.  I contacted the Canton Police Department. I
reported the sexual assault. The police called him  and told him  that I would not be returning to work. The case is pending. When
this had occurred there two witness present. Alexandra Archer, Co-worker, Kyle Rouseleau, Co-worker.

I was closing for the night as normal.  I turned off the lights. He asked how things were. I told him ok.  He gave me  a hug. I thought
that it was a genuine hug. Then he was trying to get more  out of me. He took my hands and put it in his area. Then Kyle walked
through the back doors, and startled Calvin. Calvin was extremely intoxicated.  Then he pulled me in the bathroom. He locked me in
the bathroom. He pull out his thing and told me  that to suck it because I do not get enough at home. I pose. Kyle was in the hallway
where the bathroom. He had continued to call Calvin. Calvin put his finger in my face to tell chush. Kyle walked  away and he
pushed my hands down.  He was extremely intoxicated. I do not know if he remembered  what he did. Eventually,  I pushed him. He
hit his head in the tile wall.  He was aggressive. I opened the door. I told him  that his money  bags were in the counter, and I left.
Couple of days after this had occurred, his wife met  with me  at another shop where Calvin was not. She told me  that she was sorry
that this had occurred. She cried.  She gave me  a hug. I have since hired an attorney to represent me.

I left the job because of the working conditions. It was due to the sexually assault. Because of this, I am currently going to therapy.
I had to move. I had to change my medications.  I did not receive any vacation, severance, and wages in lieu  of notice or any other
type of payments.

I received the Unemployment  Insurance Guide  to Collecting Benefits in the State of Connecticut.

A/O note: The claimant was advised to fax  a copy of the police report. On 07/11/17,  the claimant  provided  a copy of the police
reports. See attachments.

⊞
☐  Claimant Confirmation:
I certify that the Claimant  Statement as read to me  at the conclusion of the hearing is true and correct to the best of my  knowledge and
belief.  If my claim  for unemployment  compensation benefits is approved, I understand the decision could be reversed by a higher
authority and I  agree to repay any amounts to which it is determined  I am not eligible.  I understand the law provides penalties for making
false statements or misrepresentations.

☒        DATE TAKEN: 07/11/2017

Adjudicator's  Certification:
By checking the box below, I hereby certify that I read the written summary of this claimant's  statement to the claimant who verified that
the statement was accurate and complete.  In addition, I certify that I read the claimant confirmation  statement above to the claimant who
verbally indicated his/her understanding of such confirmation statement.  Furthermore, I certify that I read to the claimant any available
information pertinent to the adjudication of this claim  that was received in writing from any party to this proceeding and I allowed the
claimant an opportunity to rebut or comment  on the information.

☒  Marie  Barbier      DATE TAKEN: 07/11/2017



DEFENDANT'S
EXHIBIT
7
4-15-19 SS
PENGAD 800-631-6989

EXHIBIT Z

**CASE #:** 08-054608-17

**SOCIAL SECURITY NUMBER:** ▮

**EMPLOYER REG #:**

**ISSUE:**  Voluntary Leaving

**HEARING DATE/TIME:** 07/11/2017 / 11:00 AM

**EMPLOYER REPRESENTATIVE 1:**

**EMPLOYER REPRESENTATIVE 2:**

**PARTICIPATION TIMELY?** Y  N

**CLAIMANT NAME:**  NICOLE H CHASE

**BYE DATE: 06/30/2018**

**EMPLOYER NAME:** NODINES SMOKEHOUSE INC

**FIRST AFFECTED WEEK:** 07/08/2017

**PARTICIPATION METHOD:**  In Writing

**TITLE:**

**TITLE:**

**MEETS PARTICIPATION REQUIREMENTS?** Y  N

Attorney David Moroughan was contacted. His receptionist Emily Emerson stated that he was not available. The receptionist stated that the employer would handle the hearing case on his own. Calvin Nodine, Owner was contacted. He answered the phone. He was advised that the claimant was online for the hearing. Since the issue was a voluntarily leaving. The claimant statement was taken first. Once the claimant statement was completed, the employer was called by name on the phone several times. He was not on the phone line.

**Employer Confirmation:**
I certify that the Employer Statement as read to me at the conclusion of the hearing is true and correct to the best of my knowledge and belief. I understand the law provides penalties for making false statements or representations.

DATE TAKEN: 07/11/2017

**Adjudicator's Certification:**
By checking the box below, I hereby certify that I read the recorded summary of the Employer Statement to the employer representative who verified that the statement was accurate and complete.  Furthermore, I certify that I read to the employer and/or the employer's representative any available information pertinent to the adjudication of this claim that was received in wr iting from any party to this proceeding and I allowed the employer and/or employer's representative an opportunity to rebut or comment on the information.

Marie Barbier        DATE TAKEN: 07/11/2017

**EXHIBIT Z**