OCT 4 2019 PM 1:12
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| NODINE'S SMOKEHOUSE, INC., CALVIN | : | |
| NODINE, TOWN OF CANTON, JOHN | : | |
| COLANGELO, ADAM GOMPPER, MARK J. | : | |
| PENNEY AND CHRISTOPHER ARCIERO | : | OCTOBER 1, 2019 |

## NOTICE OF MANUAL FILING

Please take notice that the undersigned defendants, TOWN OF CANTON, JOHN COLANGELO and ADAM GOMPPER ("defendants"), have manually filed the following items with the United States District Court for the District of Connecticut, because it cannot be uploaded onto the Court's e-filing system for filing with the Court:

> Exhibits E, N and O to the defendants' Motion for Summary Judgment, dated October 1, 2019 – Thumb Drive containing Audio Files of Nicole Chase (Front Lobby Videotape and June 21, 2017 interview), and the audio interview of Calvin Nodine, May 18, 2017.
>
> The audio interviews have been previously produced upon all parties.

**EXHIBIT E**

DEFENDANTS,
TOWN OF CANTON, JOHN
COLANGELO AND ADAM GOMPPER


By /s/ Kristan M. Maccini
   Kristan M. Maccini
   ct25121
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 fax
   kmaccini@hl-law.com

### CERTIFICATION

This is to certify that on OCTOBER 1, 2019, a copy of the foregoing NOTICE OF MANUAL FILING was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Lewis H. Chimes, Esq.
Mary-Kate Smith, Esq.
Law Office of Lewis Chimes, LLC
45 Franklin Street
Stamford, CT  06901

David A. Moraghan, Esq.
Smith, Keefe, Moraghan
& Waterfall, LLC
32 City Hall Avenue, # C
Torrington, CT  06790

Elizabeth K. Acee, Esq.
Barclay Damon
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511

/s/ Kristan M. Maccini
Kristan M. Maccini

2

**EXHIBIT E**

OCT 4 2019 PM 1:12
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | NO.: 3:18-cv-00683 (VLB) |
| v. | : | |
| NODINE'S SMOKEHOUSE, INC., CALVIN NODINE, TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY AND CHRISTOPHER ARCIERO | : | OCTOBER 1, 2019 |

### NOTICE OF MANUAL FILING

Please take notice that the undersigned defendants, TOWN OF CANTON, JOHN COLANGELO and ADAM GOMPPER ("defendants"), have manually filed the following items with the United States District Court for the District of Connecticut, because it cannot be uploaded onto the Court's e-filing system for filing with the Court:

Exhibits E, N and O to the defendants' Motion for Summary Judgment, dated October 1, 2019 – Thumb Drive containing Audio Files of Nicole Chase (Front Lobby Videotape and June 21, 2017 interview), and the audio interview of Calvin Nodine, May 18, 2017.

The audio interviews have been previously produced upon all parties.

**EXHIBIT N**

DEFENDANTS,
TOWN OF CANTON, JOHN
COLANGELO AND ADAM GOMPPER

By /s/ Kristan M. Maccini
Kristan M. Maccini
ct25121
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190
(860) 249-1361
(860) 249-7665 fax
kmaccini@hl-law.com

## CERTIFICATION

This is to certify that on OCTOBER 1, 2019, a copy of the foregoing NOTICE OF MANUAL FILING was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Lewis H. Chimes, Esq.
Mary-Kate Smith, Esq.
Law Office of Lewis Chimes, LLC
45 Franklin Street
Stamford, CT  06901

Elizabeth K. Acee, Esq.
Barclay Damon
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511

David A. Moraghan, Esq.
Smith, Keefe, Moraghan
& Waterfall, LLC
32 City Hall Avenue, # C
Torrington, CT  06790

/s/ Kristan M. Maccini
Kristan M. Maccini

**EXHIBIT N**

OCT 4 2019 PM 1:13
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| NODINE'S SMOKEHOUSE, INC., CALVIN NODINE, TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY AND CHRISTOPHER ARCIERO | : : : : | OCTOBER 1, 2019 |

## NOTICE OF MANUAL FILING

Please take notice that the undersigned defendants, TOWN OF CANTON, JOHN COLANGELO and ADAM GOMPPER ("defendants"), have manually filed the following items with the United States District Court for the District of Connecticut, because it cannot be uploaded onto the Court's e-filing system for filing with the Court:

> Exhibits E, N and O to the defendants' Motion for Summary Judgment, dated October 1, 2019 – Thumb Drive containing Audio Files of Nicole Chase (Front Lobby Videotape and June 21, 2017 interview), and the audio interview of Calvin Nodine, May 18, 2017.

> The audio interviews have been previously produced upon all parties.

**EXHIBIT O**

DEFENDANTS,
TOWN OF CANTON, JOHN
COLANGELO AND ADAM GOMPPER


By /s/ Kristan M. Maccini
    Kristan M. Maccini
    ct25121
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-1190
    (860) 249-1361
    (860) 249-7665 fax
    kmaccini@hl-law.com

### CERTIFICATION

This is to certify that on OCTOBER 1, 2019, a copy of the foregoing NOTICE OF MANUAL FILING was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Lewis H. Chimes, Esq.
Mary-Kate Smith, Esq.
Law Office of Lewis Chimes, LLC
45 Franklin Street
Stamford, CT  06901

Elizabeth K. Acee, Esq.
Barclay Damon
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511

David A. Moraghan, Esq.
Smith, Keefe, Moraghan
& Waterfall, LLC
32 City Hall Avenue, # C
Torrington, CT  06790


/s/ Kristan M. Maccini
Kristan M. Maccini

**EXHIBIT O**