UNITED STATES DISTRICT
COURT DISTRICT OF
CONNECTICUT

| | |
|---|---|
| **NICOLE CHASE** : | NO.: 3:18-cv-00683 (VLB) |
| : | |
| **v.** : | |
| : | |
| **NODINE'S SMOKEHOUSE, INC.,** : | |
| **CALVIN NODINE,** : | |
| **TOWN OF CANTON,** : | |
| **JOHN COLANGELO, and** : | |
| **ADAM GOMPPER** : | **OCTOBER 21, 2019** |

**LOCAL RULE 56(a)2 STATEMENT OF
FACTS IN OPPOSITION TO SUMMARY JUDGMENT**

Pursuant to Rule 56(a)2 of the Local Rules of this Court, the Plaintiff, Nicole Chase, submits this Statement of Facts in Opposition to the Motion for Summary Judgment filed by Defendant Nodine's Smokehouse, Inc.

**I.      Responses to Defendant's Local Rule 56(a)1 Statement**

   1.     Calvin Nodine is the treasurer of NSI.

**RESPONSE:**

**Calvin Nodine is listed as the treasurer of NSI in its responses to the plaintiff's discovery requests.  However, that does not make it a fact.  The plaintiff denies that Calvin Nodine's role was solely that of Treasurer, if at all.   Calvin Nodine testified that he is and was, at all times relevant, part owner and plant manager of NSI, that he held a thirty-percent ownership in NSI at times relevant to this case, and, at some point, he became the president of the corporation.   Exhibit A, Calvin Nodine's Deposition, Feb. 7, 2019, at 5:19-6:2; 17:2-18:7; Exhibit B, Meat + Poultry article, April 24, 2017.**

   2.     Johanna Nodine is the vice president of NSI.

RESPONSE:

Johanna Nodine is listed as the vice president of NSI in its responses to the plaintiff's discovery requests. However, that does not make it a fact. NSI is a closely held family company and her formal title is not dispositive as to the roles of Mrs. Nodine and Calvin Nodine with respect to NSI.

3. NSI adheres to state and federal posting requirements regarding the illegality of sexual harassment or other discriminatory conduct in the workplace.

RESPONSE:

The plaintiff objects to this statement as a statement of law, not of fact. The plaintiff has insufficient information to admit or deny this statement.

4. Calvin Nodine was Plaintiff Nicole Chase's boss at NSI restaurant, located at 192 Albany Turnpike in Canton, Connecticut.

RESPONSE:

Admit, however, Calvin Nodine was also part owner and president of NSI. See response to ¶ 1.

II. Plaintiff's Additional Material Facts

1. Nodine's Smokehouse, Inc. ("Nodine's Smokehouse") is a small, closely held, family owned and operated business that manufactures smoked meat, poultry, fish, and cheese. Exhibit A, Calvin Nodine's Deposition, Feb. 7, 2019, at 5:19-6:2; 17:2-18:19; Exhibit B, Meat + Poultry article, April 24, 2017; Exhibit C, Nodine's Smokehouse Website, About Us published at https://nodines-smokehouse.myshopify.com/pages/about-us.

2. In May 2017, the sole principals of Nodine Smokehouse were Calvin

2

Nodine and his father and mother, Ronald and Johanne Nodine. Ronald Nodine passed away on October 12, 2018 at the age of 84, leaving Calvin Nodine and his mother as the two shareholders in Nodine's Smokehouse, Inc. Exhibit A, Calvin Nodine's Deposition, Feb. 7, 2019, at 5:19-6:2; 17:2-18:7; Exhibit A-1, Ronald Nodine's Obituary.

3. Nodine's Smokehouse has a production facility, and offices on real property located at 65 Fowler Ave, Torrington, CT, which in May 2017 was owned by Calvin Nodine's parents, Ronald and Johanne Nodine (now owned by Johanne Nodine after Mr. Nodine passed away). Exhibit D, Title Report Fowler Ave.; Exhibit E, Nodine's Smokehouse Website, Contact Us, published athttps://nodines-smokehouse.myshopify.com/pages/contact-us; Exhibit A, Calvin Nodine's Deposition, Feb. 7, 2019, at 18:8-19:3.

4. Nodine's Smokehouse operates a retail store on real property located at 39 North Street in Goshen, CT and owned by Johanne Nodine. Exhibit F, Assessor's Card North Street; Exhibit E, Nodine's Smokehouse Website, Contact Us, published athttps://nodines-smokehouse.myshopify.com/pages/contact-us; Exhibit A, Calvin Nodine's Deposition, Feb. 7, 2019, at 22:22 -23:9.

5. Nodine's Smokehouse uses a warehouse facility located on real property located at 668 Riverside Avenue in Torrington, CT, which is owned by C Nodine Realty LLC. Calvin Nodine is the sole owner/member of C Nodine Realty LLC. C Nodine Realty LLC does not perform any business; it was formed solely to be the owner of the real property located at 668 Riverside Avenue. Part of the property is also leased out to a friend of Calvin Nodine who worked part-time

3

seasonal for Nodine's Smokehouse.   Exhibit G, 668 Riverside Ave. Title Report; Exhibit A, Calvin Nodine's Deposition, Feb. 7, 2019, at 19:12-21:19; 23:10 – 23:22.

6. Calvin Nodine listed the property at 668 Riverside Avenue in Torrington as rental property on his personal financial statement.  Exhibit H, Calvin Nodine's Personal Financial Statement.

7. Union Savings Bank holds a lien on the 668 Riverside Avenue property pursuant to two loans held by Nodine's Smokehouse, Inc.  Exhibit H, Calvin Nodine's Personal Financial Statement.

8. Calvin Nodine is and was part owner and plant manager of Nodine's Smokehouse.  He held a thirty-percent ownership in Nodine's Smokehouse at times relevant to this case, and, at some point, he became the president of the corporation.   Exhibit A, Calvin Nodine's Deposition, Feb. 7, 2019, 5:19-6:2; 17:2-18:7; Exhibit B, Meat + Poultry article, April 24, 2017.

9. Nodine's Smokehouse opened a restaurant, Nodine's Smokehouse Deli and Restaurant ("Nodine's Restaurant"), at 192 Albany Turnpike, Canton, CT in 2016.  Exhibit I, Nodine's Response to CHRO complaint, ¶7.

10. Calvin Nodine had complete domination, not only of finances but of policy and business practice with respect to Nodine's Restaurant; he oversaw, controlled all aspects of operations, including hiring, firing, discipline, and the terms and conditions of employment at Nodine's Restaurant.  Exhibit I, Nodine's Response to CHRO complaint, Jan. 19, 2018 ¶9.

11. Calvin Nodine consistently drank alcohol during working hours and at Nodine's Restaurant and was often intoxicated while at work and at Nodine's Restaurant.   Calvin Nodine drank at Nodine's Restaurant even though the

restaurant did not have a liquor license. Exhibit A, Calvin Nodine's Deposition, Feb. 7, 2019, at 90:14-90:23; Exhibit J, Nicole Chase May 7, 2017 Interview, at 2:10-2:20; Exhibit K, Transcript of May 7, 2017 Interview at pp. 1-5; Exhibit L, Nicole Chase Statement.

12. Calvin Nodine repeatedly and consistently made crude, rude and sexist statements and "jokes" to employees and others at the restaurant during business hours. Exhibit A, Calvin Nodine's Deposition, Feb. 7, 2019, at 76:21 – 77:9; 79:1-79:24;80:10-82:11; Exhibit J, Nicole Chase May 7, 2017 Interview, at 2:15-2:20, 8:11-8:29; Exhibit M, Alexandria Archer Statement; Exhibit N, Kyle Rouleau Statement; Exhibit L, Nicole Chase Statement.

13. On May 6, 2017, Calvin Nodine touched Nicole Chase on the buttocks in front of another employee. Exhibit M, Alexandria Archer Statement.

14. On May 6, 2017, Calvin Nodine asked Nicole Chase if she got laid last night. Exhibit J, Nicole Chase May 7, 2017 Interview, at 2:15-2:20; see also Exhibit K, Transcript of May 7, 2017 Interview at p. 5.

15. Calvin Nodine hired Nicole Chase and she began working for Nodine's in or about September 2016 in Torrington. Thereafter, she began working in the Goshen store before she worked at Nodine's Restaurant. Exhibit I, Nodine's Response to CHRO complaint, Jan. 19, 2018 ¶11, p. 2.

16. On May 6, 2017, Calvin Nodine pulled Nicole Chase into the men's bathroom and locked the door. Exhibit O, Nicole Chase June 21, 2017 Interview, at 1:11:15-1:12:53, 1:14:28 – 1:15:19; see also Exhibit P, Transcript of June 21, 2017 Interview at 86, 89, 92, 96-97.

17. Calvin Nodine forced Nicole Chase to perform oral sex on him while

5

they were in the men's bathroom. Exhibit O, Nicole Chase June 21, 2017 Interview, at 1:03:51-1:05:28; see also Exhibit P, Transcript of June 21, 2017 Interview at pp. 79-80.

18. Less than two hours after the incident, Nicole Chase texted Jeremy Archer, the former general manager of Nodine's Restaurant, about what had happened and told him that Calvin Nodine exposed himself to her and demanded that she give him oral sex but did not mention the completed sex act.  Jeremy Archer told her that she should report it to the police.  Exhibit P, J. Archer Text Exchange.

19. The following morning, May 7, 2017, Nicole Chase went to the Canton Police Department with her mother to report the incident and in a written statement on May 11, 2019, she stated that Calvin Nodine had pulled her into the men's bathroom at Nodine's Restaurant, exposed himself to her and demanded oral sex, but she omitted the details of Calvin Nodine putting his penis into her mouth.  Exhibit L, Chase Statement, 5/11/2019, p. 2-3.

20. Calvin Nodine was interviewed by the Canton Police on May 18, 2017. Initially, he denied any sexual contact with Nicole Chase whatsoever.  Later in the interview, he changed his story and stated that Nicole Chase pulled him into the men's bathroom at Nodine's Restaurant and gave him oral sex.  Calvin Nodine even alleged that Nicole Chase was the aggressor.  Exhibit Q, Calvin Nodine May 18, 2017 Interview, at 9:14-10:07, 11:14-11:21, 11:34-12:52, 13:03-15:22, 16:21-16:48, 27:27 – 28:30, 28:58 – 30:30; see also Exhibit R, Transcript of May 18, 2017 Interview at 12-13, 17-18, 20-27, 30-35.

21. On June 21, 2017, the Canton Police re-interviewed Nicole Chase.

**She ultimately told Detective Colangelo that there had been sexual contact, that Calvin Nodine forced her to perform oral sex on him.  She stated that it had not been consensual. Exhibit O, Nicole Chase June 21, 2017 Interview, at 1:03:51-1:05:28; see also Exhibit P, Transcript of June 21, 2017 Interview at pp. 79-80.**

**22.    Nicole Chase stated that she initially did not provide this detail because she was embarrassed and ashamed.  Exhibit O, Nicole Chase June 21, 2017 Interview, at 1:03:51-1:05:28; see also Exhibit P, Transcript of June 21, 2017 Interview at 79-80.**

**23.    On September 8, 2017, the Canton Police arrested Nicole Chase for making a false statement.  Exhibit S, Arrest Report.**

**24.    The charges were subsequently *nolled prosequi* and dismissed. Exhibit T, Court Notice; Exhibit U, Senior Assistant States Attorney Weber Deposition, at 36:1 – 37-19.**

**25.    At some point during the investigation of Nicole Chase's complaint and the time that Detective Colangelo submitted the warrant for Nicole Chase's arrest, Calvin Nodine made a call to the Canton Police Department stating that he wanted to have Nicole Chase arrested.  Exhibit V, Det. Colangelo Deposition, May 7, 2019 at 241:9-241:19.**

**Respectfully submitted,**

**THE PLAINTIFF,
NICOLE CHASE**


**By:** *Mary-Kate Smith*
**Lewis Chimes (Juris No. 303446)
Mary-Kate Smith (Juris No. 423804)
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06901
Phone:  (203)324-7744
Facsimile: (203)969-1319
Email: lchimes@chimeslaw.com
           msmith@chimeslaw.com**

8

**CERTIFICATION**

      **I HEREBY CERTIFY that on the 21st day of October, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.**

**Elizabeth K. Acee**
**Barclay Damon**
**545 Long Wharf Drive,**
**New Haven, CT  06511**

**David A Moraghan**
**Smith Keefe Moraghan & Waterfall LLC**
**P.O Box 1146**
**257 Main Street, 2nd floor**
**Torrington, CT 06790**

**Kristan M. Maccini**
**Christopher A. Clark**
**Howd & Ludorf, LLC**
**65 Wethersfield Avenue**
**Hartford, CT 06114-1190**

                                                                      */s/ Mary-Kate Smith*
                                                                        **Mary-Kate Smith**