UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., et al** | : | **OCTOBER 21, 2019** |

**TABLE OF CONTENTS TO EXHIBITS TO PLAINTIFF'S OBJECTION
TO NODINE'S SMOKEHOUSE, INC.'S SUMMARY JUDGEMENT MOTION**

**Exhibit A**   Excerpts from Calvin Nodine's Deposition Feb. 7, 2019

**Exhibit A-1**   Obituary of Ronald Nodine

**Exhibit B**   Meat + Poultry Article, April 24, 2017 re Nordine's Smokehouse, Inc.

**Exhibit C**   Nodine's Smokehouse, Inc. Website, About Us

**Exhibit D**   Title Report – 65 Fowler Ave. Torrington, CT

**Exhibit E**   Nodine's Smokehouse, Inc. Website, Contact Us

**Exhibit F**   Property Listing Report, 39 North St. Goshen, CT

**Exhibit G**   Title Report – 668 Riverside Avenue, Torrington, CT

**Exhibit H**   Calvin Nodine's Personal Financial Statement

**Exhibit I**   Nodine's Smokehouse, Inc. Response to Chase CHRO Complaint

**Exhibit J**   Video Lobby Interview, May 7, 2017

**Exhibit K**   Transcribed Interview Lobby Interview

**Exhibit L**   Nicole Chase Statement May 11, 2017

**Exhibit M**   Alexandria Archer Statement May 11, 2017

**Exhibit N**   Kyle Rouleau Statement May 12, 2017

**Exhibit O**   Video Interview of Nicole Chase, June 21, 2017

**Exhibit P**   Text Messages, Nicole Chase and Jeremy Archer, May 6, 2017

**Exhibit Q**   Video Interview of Calvin Nodine, May 18, 2017

**Exhibit R**   Transcript of Nodine Interview, May 18, 2017

**Exhibit S**   Arrest Report, Nicole Chase

**Exhibit T**   CT Court Notice re Nicole Chase

**Exhibit U**   Excerpts of Deposition of S. Asst. States Attorney Weber April 9, 2019

**Exhibit V**   Excerpts of Deposition of Det. Colangelo May 7, 2019


**THE PLAINTIFF,**
**NICOLE CHASE**

**By:** *Mary-Kate Smith*
**Lewis Chimes (Juris No. 303446)**
**Mary-Kate Smith (Juris No. 423804)**
**Law Office of Lewis Chimes LLC**
**45 Franklin Street**
**Stamford, CT 06901**
**Phone:  (203)324-7744**
**Facsimile: (203)969-1319**
**Email: lchimes@chimeslaw.com**
              **msmith@chimeslaw.com**

## **CERTIFICATION**

  **I HEREBY CERTIFY** that on the 21st day of October, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Elizabeth K. Acee**
**LeClair Ryan, PLLC**
**545 Long Wharf Drive, 9th Floor**
**New Haven, CT  06511**

**David A Moraghan**
**Smith Keefe Moraghan & Waterfall LLC**
**P.O Box 1146**
**257 Main Street, 2nd floor**
**Torrington, CT 06790**

**Kristan M. Maccini**
**Christopher A. Clark**
**Howd & Ludorf, LLC**
**65 Wethersfield Avenue**
**Hartford, CT 06114-1190**

                 */s/ Mary-Kate Smith*
                 **Mary-Kate Smith**