# EXHIBIT A-1

**9** Shares

# Ronald F. Nodine

*Goshen fire lieutenant*

October 13, 2018

GOSHEN – Ronald Frederick Nodine, 84, passed away on Oct. 12, 2018. He was the loving husband of Johanne (Harbert) Nodine for 62 years.

Ron was born on March 23, 1934, son of the late Frederick Nodine and Dorothy Bergen of Thomaston. As a youth he grew up in Terryville, where he was awarded the Jimmy Fiddler Award for outstanding community service during World War II.



*Ronald F. Nodine*

He was also active in Boy Scouts and sang barbershop and in the church choir.

Following his military service in Korea, Ron graduated from the University of Conne B.S. in mechanical engineering. He worked for New Departure and Wallace Barnes

In 1966, he and Johanne, along with their children, moved to Goshen where he m small family farm. He enjoyed being active in 4H with his children, and was also a with the Goshen Players for a few years.

Ron decided to leave the engineering field around 1970 to start his own business, Smokehouse, selling gourmet meats in Manhattan and across the country. He was was the former director of the American Association of Meat Packers.

During this time Ron was also active in the Goshen Volunteer Fire Department, ser lieutenant of the ambulance and becoming an EMT-IV. He was instrumental in brin services to volunteer ambulances. He also served as second selectman for the tow

Ron attended the Church of Christ Congregational and then the First Congregation Torrington, and continued to sing in each choir.

In addition to his beloved wife, Johanne, he is survived by his three children, Robin (John), Maureen Fortier (Mike) and Calvin Nodine (Kelly); 10 grandchildren, Crysta John, Hannah, Michelle, Katie, Danielle, Giselle, Michael and Kimberly; six great-gr the lights of his eyes, Jason, Harley, Makayla, Dylan, Isabelle and Revel; sister, Bo of Mansfield Depot; and several nieces and nephews.



He was predeceased by his sisters, Carole Nodine and Wanda Doolittle.

Calling hours will be from 4 p.m. to 7 p.m. on Tuesday at Rowe Funeral Home, 283 Road, Litchfield. A memorial service will be on Saturday at 11 a.m. at the First Cor Church of Torrington, 835 Riverside Ave., Torrington.

In lieu of flowers, please consider a donation to the Goshen Volunteer Fire Compar 193, Goshen, CT 06756; the Church of Christ Congregational in Goshen, 5 Old Mid Goshen, CT 06756; or the First Congregational Church of Torrington, 835 Riverside Torrington, CT 06790.

To send the family an online condolence, kindly visit rowefuneralhome.net.

**9** Shares

**Share this:**



