# Exhibit C

**We will be reopening for Saturday drop-off/pickup of custom orders starting September 7th!**





Home   Gift Packages   Bacons   Hams   Berkshire Hams   Sausage   Bar-B-Que
Beef   Cheese   Fresh Sausage   Game   Pork   Poultry   Fish   Gift Cards
Dog Treats   Specialty Items

# About Us

**About Nodine's Smokehouse**

**What We Are**

Nodine's Smokehouse is a family owned business based in the foothills of the charming New England Berkshires. From humble beginnings as a small, custom smokehouse in 1969, we've become a leading American manufacturer of gourmet smoked meat, poultry, fish, and cheese. We now have a production facility, and offices, in Torrington, CT, where all our work is done. Our products are featured anywhere from small, hometown markets, to high class Manhattan restaurants;You can find us in grocery stores, delis, caterers, and restaurants across the country.

**What We Do**

In order to supply you with the best tasting gourmet products, we use only the finest, and highest quality, federally inspected ingredients. All of our products are manufactured in our USDA certified facility. Our team of artisans hand craft all of our products in small batches. From the the raw ingredient, all the way to packaging and shipping, we do it all right here, to

ensure that our high standards are met. We use traditional methods, and years of trial and error has perfected our recipes.

## Who We Are

Ronald Nodine and his passion for top notch smoked meats are the driving force behind Nodine's Smokehouse. Ronald, his wife Johanne, along with their son Calvin, have assembled a fine team of employees, who share their enthusiasm for smoked foods. In the production facility, craftsmen are preparing bacon and ham with a smile on their face. For any questions or concerns, you can contact one of our friendly salespeople. And don't forget to stop at our retail store in Goshen, and say "Hi" to the ladies there!  Or stop in to our new restaurant in Canton for a bite! We are honored to serve you with our high quality gourmet smoked food products.

For more information, all of our contact info is on the Contact Us page. We will be happy to answer any questions you may have.

About Us     Privacy/Refund Policy     Contact Us     FAQ's/Recipes

Shipping     Custom Smoking

© 2019, Nodine's Smokehouse     Powered by Shopify