Exhibit D

# Law Office of Andrea M Melanson LLC

714 Hopmeadow Street, Suite #1
Simsbury, Connecticut 06070

ammelanson@aol.com

Tel (860) 651-7481
Fax (860) 651-7489

### TITLE REPORT
(Current Owner Search)

TO:  Mary-Kate Smith, Esq.
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06901
msmith@chimeslaw.com

**RE:  65 Fowler Avenue, Torrington, Connecticut**

Pursuant to your request, I have examined the Land Records, as indexed of the City of Torrington, from the date on which Ronald F. Nodine and Johanne H. Nodine acquired title to the above referenced property to the end of business on **April 3, 2018.** The results of my search are as follows:

> **RONALD F. NODINE and JOHANNE H. NODINE** acquired title to the property more particularly described in Schedule A attached hereto by virtue of a Warranty Deed from Torrington Knitting Mills, Inc. dated December 15, 1987 and recorded in Volume 426 at Page 686 of the Torrington Land Records.

The following encumbrances were found after the date on which Ronald F. Nodine and Johanne H. Nodine acquired title:

1. Mortgage in the principal amount of $850,000.00 from Ronald F. Nodine and Johanne H. Nodine to The First National Bank of Litchfield dated April 3, 2008 and recorded in Volume 1038 at page 803 of the Torrington Land Records.

2. City of Torrington Certification of Variance dated July 14, 1997 and recorded in Volume 657 at Page 476 of the Torrington Land Records.

Andrea M. Melanson
Attorney At Law

## SCHEDULE A

### FIRST PIECE:

A certain parcel of land with buildings and improvements thereon located at the intersection of the westerly line of Avenue A and the northerly line of Fowler Avenue, in the City of Torrington, County of Litchfield, State of Connecticut, more particularly bounded and described as follows:

Commencing at a point marking the intersection of the westerly line of said Avenue A and the northerly line of Fowler Avenue; thence running N. 70° 36' 30" W. 186.58 feet along the northerly line to a point marking the southeasterly corner of land of Connecticut Light and Power Company; thence running along the easterly line of land of the Connecticut Light and Power Company N. 7° 28' 50" E. 101.39 feet to a point; thence continuing along the easterly line of said Connecticut Light and Power Company, N. 19° 26' 05" E. 31.13 feet to an iron pin in the southerly line of land of John J. and Linda M. Salamacha; thence running along the southerly line of said John J. and Linda M. Salamacha, in part, and in part along the southerly line of land of Raymond A. Leone, S. 70° 38' 25" E., a total distance of 89.58 feet to an existing iron pin; thence running N. 23° 46' 25" E. 48.11 feet to a point marking the southwesterly corner of land of David B. Johnson, Jr. and Lee H. Johnson; thence running along the southerly line of land of David B. Johnson, Jr. and Lee H. Johnson, S. 70° 38' 10" E. 129.62 feet to an existing iron pin set in the westerly line of said Avenue A; thence running along the westerly line of said Avenue A, S. 24° 19' 15" W. 179.08 feet to the point and place of beginning.

### SECOND PARCEL:

A certain parcel of land with improvements thereon located on the southerly side of Fowler Avenue in the City of Torrington, County of Litchfield, State of Connecticut, more particularly bounded and described as follows:

Commencing at a point marking the intersection of the southerly line of Fowler Avenue and the westerly line of Avenue A; thence running along the westerly line of Avenue A, S. 24° 19' 15" W. 109.19 feet to a point in the northerly line of land of the State of Connecticut; thence running along the northerly line of the State of Connecticut, N. 75° 19' 30" W. 128.15 feet to an existing concrete monument; thence running along the easterly line of land of Connecticut Light and Power Company, N. 24° 00' 05" E. 119.71 feet to a point in the southerly line of Fowler Avenue; thence running along the southerly line of Fowler Avenue, S. 70° 36' 30" E. 127.48 feet to the point and place of beginning.

The above two parcels are shown on map entitled; "MAP OF LAND TO BE CONVEYED BY TORRINGTON KNITTING MILLS, INC. TO RONALD F. NODINE & JOHANNE E. NODINE TORRINGTON, CONNECTICUT SCALE: 1" = 20' DECEMBER 14, 1987", prepared by David J. Little, Licensed Land Surveyor CT #13303, which map is on file in the office of the Town Clerk of Torrington as Map No. 3149 to which reference is hereby made for a more particular description of said premises



*Form 191 Warranty Deed*

VOL 426 PAGE 686 

(021790)

## WARRANTY DEED - STATUTORY FORM

TORRINGTON KNITTING MILLS, INC., having its offices at 44 Avenue A, Torrington, Connecticut, acting herein by Nicholas Grossman, its President, hereunto duly authorized

*for consideration paid,* ~~xxxxxxxx~~ of Six Hundred Thousand Dollars ($600,000.00) grant to: RONALD F. NODINE and JOHANNE H. NODINE

*of* Goshen, Litchfield County, Connecticut

*with WARRANTY COVENANTS*

(Description and encumbrances, if any and any additional provisions)

**FIRST PARCEL:**

a certain parcel of land with buildings and improvements thereon located at the intersection of the westerly line of Avenue A and the northerly line of Fowler Avenue, in the City of Torrington, County of Litchfield, State of Connecticut, more particularly bounded and described as follows:

Commencing at a point marking the intersection of the westerly line of said Avenue A and the northerly line of Fowler Avenue; thence running N. 70° 36' 30" W. 186.58 feet along the northerly line to a point marking the southeasterly corner of land of Connecticut Light and Power Company; thence running along the easterly line of land of the Connecticut Light and Power Company N. 7° 28' 50" E. 101.39 feet to a point; thence continuing along the easterly line of said Connecticut Light and Power Company, N. 19° 26' 05" E. 31.13 feet to an iron pin in the southerly line of land of John J. and Linda M. Salamacha; thence running along the southerly line of said John J. and Linda M. Salamacha, in part, and in part along the southerly line of land of Raymond A. Leone, S. 70° 38' 25" E., a total distance of 89.58 feet to an existing iron pin; thence running N. 23° 46' 25" E. 48.11 feet to a point marking the southwesterly corner of land of David B. Johnson, Jr. and Lee H. Johnson; thence running along the southerly line of land of David B. Johnson, Jr. and Lee H. Johnson, S. 70° 38' 10" E. 129.62 feet to an existing iron pin set in the westerly line of said Avenue A; thence running along the westerly line of said Avenue A, S. 24° 19' 15" W. 179.08 feet to the point and place of beginning.

**SECOND PARCEL:**

a certain parcel of land with improvements thereon located on the southerly side of Fowler Avenue in the City of Torrington, County of Litchfield, State of Connecticut, more particularly bounded and described as follows:

Commencing at a point marking the intersection of the southerly line of Fowler Avenue and the westerly line of Avenue A; thence running along the westerly line of Avenue A, S. 24° 19' 15" W. 109.19 feet to a point in the northerly line of land of the State of Connecticut; thence running along the northerly line of the State of Connecticut, N. 75° 19' 30" W. 128.15 feet to an existing concrete monument; thence running along the easterly line of land of Connecticut Light and Power Company, N. 24° 00' 05" E. 119.71 feet to a point in the southerly line of Fowler Avenue; thence running along the southerly line of Fowler Avenue, S. 70° 36' 30" E. 127.48 feet to the point and place of beginning.

CONVEYANCE TAX COLLECTED.
ADDO E. BONETTI
1660 °° CITY OF TORRINGTON
2200 °° STATE OF CONNECTICU'

VOL 426 PAGE 687

The above two parcels are shown on map entitled, "MAP OF LAND TO BE CONVEYED BY TORRINGTON KNITTING MILLS, INC. TO RONALD F. NODINE & JOHANNE E. NODINE TORRINGTON, CONNECTICUT SCALE: 1" = 20' DECEMBER 14, 1987", prepared by David J. Little, Licensed Land Surveyor CT. #13303, which map is on file or to be filed in the office of the Town Clerk of Torrington to which referene is hereby made for a more particular description of said premises.

Being the same premises conveyed to Torrington Knitting Mills, Inc. by Warranty Deed of Timme Fabrics, Inc. dated May 3, 1974 and recorded in Volume 294, Pages 1056 through 1058 of the Torrington Land Records.

The grantees, as part consideration of this deed, assume and agree to pay the taxes due the City of Torrington on the List of October 1, 1986 payable January 1, 1988.

Signed this 15th day of December 19 87.

Witnessed by:

David J. Frauenhofer

Leonard E. Rosenthal

TORRINGTON KNITTING MILLS, INC.

By Nicholas Grossman, its President

State of Connecticut,
County of LITCHFIELD } ss: Torrington, December 15, 1987

Personally Appeared Nicholas Grossman, President of Torrington Knitting Mills, Inc., a Connecticut corporation

Signer and Sealer of the foregoing Instrument, and acknowledged the same to be his free act and deed on behalf of said corporation before me;

Latest mailing address of Grantee:

No. and Street  North Street

City  Goshen, CT 06756

State_____ Zip_____

David J. Frauenhofer
Commissioner of the Superior Court
Title of Officer

Received Dec.15, 1987 at 4:25 P.M., recorded by Stella Coy Asst. Town Clerk



VOL 1038 PAGE 0803

334717

AFTER RECORDING, RETURN TO:

First National Bank of Litchfield

13 North Street

LITCHFIELD, CT 06759

## OPEN-END MORTGAGE

## COMMERCIAL MORTGAGE, SECURITY AGREEMENT AND ASSIGNMENT OF LEASES AND RENTS

This OPEN-END COMMERCIAL MORTGAGE, SECURITY AGREEMENT AND ASSIGNMENT OF LEASES AND RENTS (this "Mortgage") entered into at Torrington, Connecticut, as of April 3, 2008 between Ronald F. Nodine and Johanne H. Nodine, Connecticut (the "Mortgagor"), and The First National Bank of Litchfield, a Connecticut Banking Institution with an address of 13 North Street, Litchfield, Connecticut (the "Bank").

The real property which is the subject matter of this Mortgage has the following address(es): 65 Fowler Avenue, Torrington, Connecticut (the "Address(es)"). A copy of the legal description for said real property is attached hereto as Schedule A.

### 1. MORTGAGE, OBLIGATIONS AND FUTURE ADVANCES

1.1 <u>Mortgage.</u> For valuable consideration paid and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Mortgagor hereby irrevocably and unconditionally mortgages, grants, bargains, transfers, sells, conveys, sets over and assigns to the Bank and its successors and assigns forever, with MORTGAGE COVENANTS upon the STATUTORY CONDITION, all of Mortgagor's right, title and interest in and to the "Property" described below, to secure the prompt payment and performance of the Obligations (as hereinafter defined), including without limitation, all amounts due and owing to the Bank and all obligations respecting (i) that certain Unlimited Guaranty of Ronald F. Nodine to First National Bank of Litchfield dated April 3, 2008 (a copy of the Unlimited Guaranty is attached hereto as Exhibit A) guaranteeing (a) that certain Commercial Mortgage Note, dated April 3, 2008, by Nodine's Smokehouse, Inc. in favor of the Bank in the original principal amount of Six Hundred Thousand and 00/100 Dollars ($600,000.00) (a copy of said Commercial Mortgage Note is attached hereto as Exhibit B and said Note is hereinafter referred to as Note #1), and (b) that certain Revolving Line of Credit Note, dated April 3, 2008, by Nodine's Smokehouse, Inc. in favor of the Bank in the principal amount of Two Hundred Fifty Thousand and 00/100 Dollars ($250,000.00) (a copy of said Revolving Line of Credit Note is attached hereto as Exhibit C and said Note is hereinafter referred to as Note #2); and (ii) that certain Unlimited Guarantee of Johanne H. Nodine to First National Bank of Litchfield dated April 3, 2008 (a copy of the Unlimited Guaranty is attached hereto as Exhibit D) guaranteeing the said Note #1 and Note #2; and collectively, along with all other agreements, documents, certificates and instruments delivered in connection therewith, (the "Loan Documents"), and any substitutions, modifications, extensions or amendments to any of the Loan Documents.

The amount of principal obligations outstanding and evidenced by the Loan Documents and secured by this Mortgage total **Eight Hundred and Fifty Thousand and 00/100 Dollars ($850,000.00)** as of the date of this Mortgage but this Mortgage shall nevertheless secure payment and performance of all Obligations.

1.2 <u>Collateral Assignment of Leases and Rents.</u> The Mortgagor hereby irrevocably and unconditionally assigns to the Bank, and its successors and assigns, as collateral security for the Obligations all of the Mortgagor's rights and benefits under any and all Leases (as hereinafter defined) and any and all rents and other amounts now or hereafter owing with respect to the Leases or the use or occupancy of the Property. This collateral assignment shall be absolute and effective immediately, but the Mortgagor shall have a license, revocable by the Bank, to continue to collect rents owing under the Leases until an Event of Default (as hereinafter defined) occurs and the Bank exercises its rights and remedies to collect such rents as set forth herein.

1.3 <u>Conditions to Grant.</u> To have and to hold the above granted Property unto and to the use and benefit of the Bank, and its successors and assigns, forever; provided, however, the conveyances, grants and assignments contained in this Mortgage are upon the express condition that, if Mortgagor shall pay

COURT ORDER UNDER CONNECTICUT GENERAL STATUTES ANNOTATED, SECTION 52-278A ET. SEQ., AS AMENDED, OR UNDER ANY OTHER STATE OR FEDERAL LAW WITH RESPECT TO ANY AND ALL PREJUDGMENT REMEDIES THE BANK MAY EMPLOY TO ENFORCE ITS RIGHTS AND REMEDIES HEREUNDER. MORE SPECIFICALLY, MORTGAGOR ACKNOWLEDGES THAT THE BANK'S ATTORNEY MAY, PURSUANT TO CONNECTICUT GENERAL STATUTES ANNOTATED, SECTION 52-278F, ISSUE A WRIT FOR PREJUDGMENT REMEDY WITHOUT SECURING A COURT ORDER. MORTGAGOR ACKNOWLEDGES AND RESERVES ITS RIGHT TO NOTICE AND A HEARING SUBSEQUENT TO THE ISSUANCE OF A WRIT FOR PREJUDGMENT REMEDY BY THE BANK'S ATTORNEY, AND THE BANK ACKNOWLEDGES MORTGAGOR'S RIGHT TO SAID HEARING SUBSEQUENT TO THE ISSUANCE OF SAID WRIT. MORTGAGOR FURTHER HEREBY WAIVES ANY REQUIREMENT OR OBLIGATION OF THE BANK TO POST A BOND OR OTHER SECURITY IN CONNECTION WITH ANY PREJUDGMENT REMEDY OBTAINED BY THE BANK AND WAIVES ANY OBJECTIONS TO ANY PREJUDGMENT REMEDY OBTAINED BY THE BANK BASED ON ANY OFFSETS, CLAIMS, DEFENSES OR COUNTERCLAIMS OF MORTGAGOR OR ANY OTHER OBLIGATED PARTY TO ANY ACTION BROUGHT BY THE BANK. MORTGAGOR ACKNOWLEDGES AND AGREES THAT ALL OF THE WAIVERS CONTAINED IN THIS SECTION HAVE BEEN MADE KNOWINGLY, VOLUNTARILY, INTENTIONALLY AND INTELLIGENTLY, AND WITH THE ADVICE OF ITS COUNSEL.

EXECUTED under seal as of the date first above written.

Witnesses:

ROBERT L. FISHER, JR.

Charles P. Ebersold, Jr.

Mortgagors:

Ronald F. Nodine

Johanne H. Nodine

STATE OF CONNECTICUT   )
                       ) ss. Torrington          April 3, 2008
COUNTY OF LITCHFIELD   )

On this the 3rd day of April, 2008, before me, the undersigned officer, personally appeared Ronald F. Nodine and Johanne H. Nodine known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand.

ROBERT L. FISHER, JR.
Commissioner of the Superior Court
~~Notary Public~~
My Commission Expires: N/A

SCHEDULE A

**FIRST PIECE:**

A certain parcel of land with buildings and improvements thereon located at the intersection of the westerly line of Avenue A and the northerly line of Fowler Avenue, in the City of Torrington, County of Litchfield, State of Connecticut, more particularly bounded and described as follows:

Commencing at a point marking the intersection of the westerly line of said Avenue A and the northerly line of Fowler Avenue; thence running N. 70° 36' 30" W. 186.58 feet along the northerly line to a point marking the southeasterly corner of land of Connecticut Light and Power Company; thence running along the easterly line of land of the Connecticut Light and Power Company N. 7° 28' 50" E. 101.39 feet to a point; thence continuing along the easterly line of said Connecticut Light and Power Company, N. 19° 26' 05" E. 31.13 feet to an iron pin in the southerly line of land of John J. and Linda M. Salamacha; thence running along the southerly line of said John J. and Linda M. Salamacha, in part, and in part along the southerly line of land of Raymond A. Leone, S. 70° 38' 25" E., a total distance of 89.58 feet to an existing iron pin; thence running N. 23° 46' 25" E. 48.11 feet to a point marking the southwesterly corner of land of David B. Johnson, Jr. and Lee H. Johnson; thence running along the southerly line of land of David B. Johnson, Jr. and Lee H. Johnson, S. 70° 38' 10" E. 129.62 feet to an existing iron pin set in the westerly line of said Avenue A; thence running along the westerly line of said Avenue A, S. 24° 19' 15" W. 179.08 feet to the point and place of beginning.

**SECOND PARCEL:**

A certain parcel of land with improvements thereon located on the southerly side of Fowler Avenue in the City of Torrington, County of Litchfield, State of Connecticut, more particularly bounded and described as follows:

Commencing at a point marking the intersection of the southerly line of Fowler Avenue and the westerly line of Avenue A; thence running along the westerly line of Avenue A, S. 24° 19' 15" W. 109.19 feet to a point in the northerly line of land of the State of Connecticut; thence running along the northerly line of the State of Connecticut, N. 75° 19' 30" W. 128.15 feet to an existing concrete monument; thence running along the easterly line of land of Connecticut Light and Power Company, N. 24° 00' 05" E. 119.71 feet to a point in the southerly line of Fowler Avenue; thence running along the southerly line of Fowler Avenue, S. 70° 36' 30" E. 127.48 feet to the point and place of beginning.

The above two parcels are shown on map entitled, "MAP OF LAND TO BE CONVEYED BY TORRINGTON KNITTING MILLS, INC. TO RONALD F. NODINE & JOHANNE E. NODINE TORRINGTON, CONNECTICUT SCALE: 1" = 20' DECEMBER 14, 1987", prepared by David J. Little, Licensed Land Surveyor CT #13303, which map is on file in the office of the Town Clerk of Torrington as Map No. 3149 to which reference is hereby made for a more particular description of said premises

Being the same premises conveyed to Ronald F. Nodine and Johanne H. Nodine by Warranty Deed of Torrington Knitting Mills, Inc. dated December 15, 1987 and recorded in Torrington Land Records, Volume 426, Page 686.

BANK'S ATTORNEY, AND BANK ACKNOWLEDGES GUARANTOR'S RIGHT TO SAID HEARING SUBSEQUENT TO THE ISSUANCE OF SAID WRIT. GUARANTOR FURTHER HEREBY WAIVES ANY REQUIREMENT OR OBLIGATION OF BANK TO POST A BOND OR OTHER SECURITY IN CONNECTION WITH ANY PREJUDGMENT REMEDY OBTAINED BY BANK AND WAIVES ANY OBJECTIONS TO ANY PREJUDGMENT REMEDY OBTAINED BY BANK BASED ON ANY OFFSETS, CLAIMS, DEFENSES OR COUNTERCLAIMS OF GUARANTOR OR ANY OTHER OBLIGATED PARTY TO ANY ACTION BROUGHT BY BANK. GUARANTOR ACKNOWLEDGES AND

AGREES THAT ALL OF THE WAIVERS CONTAINED IN THIS SECTION HAVE BEEN MADE KNOWINGLY, VOLUNTARILY, INTENTIONALLY AND INTELLIGENTLY, AND WITH THE ADVICE OF ITS COUNSEL.

Executed at Torrington, Connecticut on **April 3, 2008.**

Guarantor:

By /S/ *Johanne H. Nodine*
Johanne H. Nodine

RECEIVED FOR RECORD
TORRINGTON TOWN CLERK

2008 APR -3 PM 1: 27

BY: *Pamela Prucznak*

205864          VOL 657 PAGE 476

CITY OF TORRINGTON
CERTIFICATION OF VARIANCE

1. Applicant's Name:   Nodine's Smokehouse, Inc.
2. Applicant's Address:   65 Fowler Avenue, Torrington
3. Address of the Property:   65 Fowler Avenue, Torrington
4. Owner of Record:   Ronald and Johanne Nodine
5. Owner's Address:   P.O. Box 257, Goshen, CT 06756
6. Date of Variance Granted:   July 14, 1997
7. Nature of Variance:
   1. Reduction of front yard setback from 10 feet to 7 feet
   2. Increase impervious surface by 98 square feet
9. Conditions attached to the approval:   None.
10. Please attach a copy of the Deed.

THIS CERTIFICATION IS FILED IN ACCORDANCE WITH THE PROVISIONS OF SECTION 8-3d OF THE CONNECTICUT GENERAL STATUTES.

Jamie Gregg, Chairman
Zoning Board of Appeals

Certified in Torrington, CT on
7/22               , 1997.

 **City Of Torrington**

City Of Torrington
140 Main Street
Torrington, CT 06790

## Payment Details

### Tax Payer Information

| | |
|---|---|
| Bill #: | 2016-1-0008124 (REAL ESTATE) |
| Unique ID: | 0008124 |
| District & Flag: | |
| Name: | NODINE RONALD F & JOHANNE H |
| Address: | |
| Property Location: | 65 FOWLER AVE 127/010/001 |
| Volume: | |
| Page: | |
| Town Benefit: | 0.00 |
| Elderly Benefit (C): | 0.00 |

### Bill Information as of 04/04/2018

| | | | | | |
|---|---|---|---|---|---|
| Due 1: | 07/01/2017 | Inst1: | $11,353.32 | Total Installment: | $22,706.64 |
| Due 2: | 01/01/2018 | Inst2: | $11,353.32 | Paid: | $22,706.64 |
| Due 3: | | Inst3: | $0.00 | Tax/Princ/Bint Due: | $0.00 |
| Due 4: | | Inst4: | $0.00 | Interest Due: | $0.00 |
| Assessment | $496,320 | Total: | $22,706.64 | Lien Due: | $0.00 |
| Exempt | $0 | Total Adjustment: | $0.00 | Fee Due: | $0.00 |
| Net | $496,320 | Mill Rate | 45.75 | Total Due: | $0.00 |
| To Pay This Bill in Full: | | | | | $0.00 |

### Payment History

| Pay Date | Type | Tax/Principal | Interest | Lien | Fee | Total |
|---|---|---|---|---|---|---|
| 01/31/2018 | PAY | $11,353.32 | $0.00 | $0.00 | $0.00 | $11,353.32 |
| 08/01/2017 | PAY | $11,353.32 | $0.00 | $0.00 | $0.00 | $11,353.32 |

| | |
|---|---|
| * Total Payments made to taxes in 2017: | $11,353.32 |

*This is not a tax form, contact your financial advisor for information regarding tax reporting.*

*Date Generated: 04/04/2018*

The Assessor's office is responsible for the maintenance of records on the ownership of properties. Assessments are computed at 70% of the estimated market value of real property at the time of the last revaluation which was 2014.



Information on the Property Records for the Municipality of Torrington was last updated on 4/4/2018.

## Property Summary Information

Parcel Data And Values    Building ▼    Outbuildings    Sales    Permits    Google Map

## Parcel Information

| Location: | 65 FOWLER AVE | Property Use: | Industrial | Primary Use: | Light Industrial |
|---|---|---|---|---|---|
| Unique ID: | 8124 | Map Block Lot: | 127/010/001 | Acres: | 0.69 |
| 490 Acres: | 0.00 | Zone: | I | Volume / Page: | 0426/0686 |
| Developers Map / Lot: | | Census: | 3104-0N | | |

## Value Information

| | Appraised Value | Assessed Value |
|---|---|---|
| Land | 77,625 | 54,340 |
| Buildings | 626,686 | 438,680 |

|  | Appraised Value | Assessed Value |
|---|---|---|
| Detached Outbuildings | 4,714 | 3,300 |
| Total | 709,025 | 496,320 |

## Owner's Information

### Owner's Data

NODINE RONALD F & JOHANNE H
39 NORTH ST
GOSHEN CT 06756

Back To Search (JavaScript:window.history.back(1);)

Print View (PrintPage.aspx?towncode=143&uniqueid=8124)

Information Published With Permission From The Assessor

# Town of Torrington
Geographic Information System (GIS)



Date Printed: 4/4/2018



**MAP DISCLAIMER - NOTICE OF LIABILITY**
This map is for assessment purposes only. It is not for legal description or conveyances. All information is subject to verification by any user. The Town of Torrington and its mapping contractors assume no legal responsibility for the information contained herein.

Approximate Scale: 1 inch = 60 feet



