# Exhibit E

**We will be reopening for Saturday drop-off/pickup of custom orders starting September 7th!**



Home    Gift Packages    Bacons    Hams    Berkshire Hams    Sausage    Bar-B-Que

Beef    Cheese    Fresh Sausage    Game    Pork    Poultry    Fish    Gift Cards

Dog Treats    Specialty Items

# Contact Us

Our convenient locations for all things Nodine's are:

Nodine's wholesale and mail order divisions are located at 65 Fowler Avenue in Torrington, CT.  We can be reached toll free at 1-800-222-2059 or locally by calling 860-489-3213 or 860-489-0132.  Our fax number is 860-496-9787.  Our hours are Monday through Friday from 8 am-3 pm and Saturday from 8 am-11:30 am.

Nodine's Goshen Store is located at 39 North Street, Goshen, CT and can be reached by calling 860-491-4009.  Store hours are Monday through Saturday, 9am-5pm and Sunday from 10am-4pm.

About Us    Privacy/Refund Policy    Contact Us    FAQ's/Recipes

Shipping    Custom Smoking

© 2019, Nodine's Smokehouse     Powered by Shopify