# Exhibit F

# Town of Goshen, CT
## Property Listing Report

| | |
|---|---|
| Map Block Lot | 05-008-059-00 |
| Account | 00071900 |

## Property Information

| | |
|---|---|
| Property Location | 39 NORTH STREET |
| Owner | NODINE JOHANNE |
| Co-Owner | |
| Mailing Address | 39 NORTH STREET<br>GOSHEN    CT    06756 |
| Land Use | 300    Res/Comm |
| Land Class | R |
| Zoning Code | RA2 |
| Town Clerk Map # | |
| Subdiv. Lot # | |
| Neighborhood | 400 |
| Acreage | 2.11 |
| Utilities | |
| Lot Setting/Desc | |
| Survey Map | |
| Additional Info | |

### Photo



### Sketch



## Primary Construction Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year Built | 1800 | Bedrooms | 4 Bedrooms | Exterior Walls | Clapboard |
| Stories | 2 | Full Bathrooms | 3 | Interior Walls | Plastered |
| Building Style | Colonial | Half Bathrooms | 0 | Heating Type | Forced Air-Duc |
| Building Use | Residential | Bath Style | Average | Heating Fuel | Oil |
| Building Condition | B- | Kitchen Style | Average | AC Type | None |
| Floors | Pine/Soft Wood | Roof Style | Gable | Gross Bldg Area | 5996 |
| Total Rooms | 9 | Roof Cover | Asph/F Gls/Cmp | Total Living Area | 2953 |

Report Created On    12/6/2017



# Town of Goshen, CT

**Property Listing Report**      Map Block Lot   **05-008-059-00**            Account   **00071900**

## Valuation Summary   (Assessed value = 70% of Appraised Value)

| Item | Appraised | Assessed |
|---|---|---|
| Buildings | 304700 | 213290 |
| Extras | 0 | 0 |
| Outbuildings | 15600 | 10920 |
| Land | 80460 | 56320 |
| Total | 400760 | 280530 |

## Outbuilding and Extra Items

| Type | Description |
|---|---|
| Garage | 360.00 S.F. |
| Paving Asph. | 4500.00 S.F. |
| Green Hse Plst | 288.00 S.F. |
| | |
| | |
| | |
| | |
| | |
| | |

## Sub Areas

| Subarea Type | Gross Area (sq ft) | Living Area (sq ft) |
|---|---|---|
| Basement | 1541 | 0 |
| Framed Open Porch | 336 | 0 |
| Three Quarter Story | 550 | 440 |
| Enclosed Porch | 120 | 0 |
| First Floor | 1541 | 1541 |
| Finished Upper Story | 972 | 972 |
| Unfinished Attic | 936 | 0 |
| | | |
| | | |
| Total Area | 5996 | 2953 |

## Sales History

| Owner of Record | Book/ Page | Sale Date | Sale Price |
|---|---|---|---|
| **NODINE JOHANNE** | 80/ 239 | 7/30/1985 | 0 |

Report Created On    **12/6/2017**

# Town of Goshen, CT
## Property Listing Report

**Map Block Lot** 05-008-059-00     **Account** 00071900

### Photo


### Sketch


#### Primary Construction Details

| | |
|---|---|
| Year Built | 1984 |
| Stories | 1 |
| Building Style | Food Process |
| Building Use | Commercial |
| Building Condition | C- |
| Floors | Concr-Finished |
| Total Rooms | |
| Bedrooms | |
| Bathrooms | 0 |
| Bath Style | |
| Half Bath | |

| | |
|---|---|
| Kitchen Style | |
| Roof Style | Gable |
| Roof Cover | Asph/F Gls/Cmp |
| Exterior Walls | Vinyl Siding |
| Interior Walls | Minim/Masonry |
| Heating Type | None |
| Heating Fuel | Coal or Wood |
| AC Type | None |
| Gross Bldg Area | |
| Total Living Area | |

#### Sub Areas

| Subarea Type | Gross Area (sq ft) | Living Area (sq ft) |
|---|---|---|
| Basement | 1172 | 0 |
| First Floor | 1172 | 1172 |
| | | |
| **Total Area** | | |

### Photo


### Sketch


#### Primary Construction Details

| | |
|---|---|
| Year Built | 1900 |
| Stories | 1 |
| Building Style | Store |
| Building Use | Commercial |
| Building Condition | C |
| Floors | Concr-Finished |
| Total Rooms | |
| Bedrooms | |
| Bathrooms | 0 |
| Bath Style | |
| Half Bath | |

| | |
|---|---|
| Kitchen Style | |
| Roof Style | Gable |
| Roof Cover | Asph/F Gls/Cmp |
| Exterior Walls | VerticalSiding |
| Interior Walls | K PINE |
| Heating Type | Space Heater |
| Heating Fuel | Gas/Propane |
| AC Type | None |
| Gross Bldg Area | |
| Total Living Area | |

| Subarea Type | Gross Area (sq ft) | Living Area (sq ft) |
|---|---|---|
| First Floor | 775 | 775 |
| | | |
| **Total Area** | | |

Report Created On    **12/6/2017**