# Exhibit G

Law Office of Andrea M Melanson LLC
714 Hopmeadow Street, Suite #1
Simsbury, Connecticut 06070
ammelanson@aol.com
Tel (860) 651-7481
Fax (860) 651-7489

# TITLE REPORT
(Current Owner Search)

TO: Mary-Kate Smith, Esq.
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06901
msmith@chimeslaw.com

**RE: 668 Riverside Avenue, Torrington, Connecticut**

Pursuant to your request, I have examined the Land Records, as indexed of the City of Torrington, from the date on which C Nodine Realty, LLC acquired title to the above referenced property to the end of business on **April 3, 2018**. The results of my search are as follows:

> **C. NODINE REALTY, LLC** acquired title to the property more particularly described in Schedule A attached hereto by virtue of a Warranty Deed from JWH Realty, LLC dated July 28, 2003 and recorded in Volume 837 at Page 923 of the Torrington Land Records.

The following encumbrances were found after the date on which C Nodine Realty, LLC acquired title:

1. Mortgage in the principal amount of $250,000.00 from C Nodine Realty, LLC to The First National Bank of Litchfield dated August 11, 2008 and recorded in Volume 1049 at page 1101 of the Torrington Land Records.

2. City of Torrington Certification of Special Exception dated September 14, 2011 and recorded in Volume 1117 at Page 1 of the Torrington Land Records.

Andrea M. Melanson
Attorney At Law

# SCHEDULE A

A certain piece or parcel of land with all buildings and other improvements thereon, situated on the easterly side of Riverside Avenue in the Town of Torrington, County of Litchfield and State of Connecticut, bounded and described as follows:

| | |
|---|---|
| NORTHERLY: | by land now or formerly of the City of Torrington, 144 feet, more or less; |
| EASTERLY: | by the west branch of the Naugatuck River; |
| SOUTHERLY: | by land now or formerly of Frederick Zavatkay; and |
| WESTERLY: | by public highway known as Riverside Avenue. |

Said premises contains 2.597± acres as shown on a map entitled "2.597± ACRES PROPERTY BOUNDARY SURVEY PREPARED FOR RIVERSIDE ROLLER PARK RIVERSIDE AVENUE TORRINGTON, CONNECTICUT SCALE 1"=30' OCTOBER 1997 ZONED LB", prepares by S. P. Bertaccini, Land Surveyors, which map is on file as Map #4302 in the Office of the Town Clerk of Torrington.

274616 VOL 0837 PAGE 0923

# STATUTORY FORM WARRANTY DEED

KNOW YE, that **JWH REALTY, LLC,** a Company organized under the laws of the State of Connecticut with its principal office located at 129 Bartholomew Hill Road in the Town of Goshen, County of Litchfield and State of Connecticut, acting herein by **JOSEPH W. HARNETT,** its Sole Member, duly authorized, for CONSIDERATION PAID does hereby grant to **C. NODINE REALTY, LLC** of 399 Greenwoods East in the Town of Norfolk, County of Litchfield and State of Connecticut, with

**WARRANTY COVENANTS:**

All that certain piece or parcel of land, together with improvements thereon, situated in the Town of Torrington, County of Litchfield and State of Connecticut, known as **668 RIVERSIDE AVENUE** and more particularly bounded and described as follows:

SEE **SCHEDULE A** ATTACHED HERETO AND MADE APART HEREOF

Said premises are conveyed subject to:

1. Any and all provisions of any ordinance, municipal regulation, or public or private law.
2. Taxes to the City of Torrington on the List of October 1, 2002, which the Grantee herein assumes and agrees to pay.
3. 10' Sanitary Sewer Right of Way and Easement to Barbara R. English, et al dated September 26, 1969 and recorded September 30, 1969 in Volume 2268, Page 325 of the Torrington Land Records.
4. Six drainage Rights of Way and Easements to the City of Torrington from The Torrington Creamery, Inc. dated March 9, 1944 at Volume 150, Page 18 of the Torrington Land Records.
5. The effects of an Agreement with the City of Torrington Re: sanitary sewer in Volume 358, Page 793 of the Torrington Land Records.

Dated this 28TH day of July 2003

Witnesses:

Stephanie M. Weaver

Kelli L. Green

**JWH REALTY, LLC**

By: Joseph W. Harnett
Its Sole Member, duly authorized

STATE OF CONNECTICUT)
) ss: Litchfield
COUNTY OF LITCHFIELD)

Personally appeared, **Joseph W. Harnett,** duly authorized Member of **JWH REALTY, LLC,** as aforesaid, Signer and Sealer of the foregoing instrument and acknowledged the same to be his free act and deed, and the free act and deed of said company, before me.

CONVEYANCE TAX COLLECTED
JOSEPH L. QUARTIERO
1062.50 CITY OF TORRINGTON
4250.00 STATE OF CONNECTICUT

Stephanie M. Weaver
Commissioner of the Superior Court

**SCHEDULE A**

A certain piece or parcel of land with all buildings and other improvements thereon, situated on the easterly side of Riverside Avenue in the Town of Torrington, County of Litchfield and State of Connecticut, bounded and described as follows:

NORTHERLY: by land now or formerly of the City of Torrington, 144 feet, more or less;

EASTERLY: by the west branch of the Naugatuck River;

SOUTHERLY: by land now or formerly of Frederick Zavatkay; and

WESTERLY: by public highway known as Riverside Avenue.

Said premises contains 2.597± acres as shown on a map entitled "2.597± ACRES PROPERTY BOUNDARY SURVEY PREPARED FOR RIVERSIDE ROLLER PARK RIVERSIDE AVENUE TORRINGTON, CONNECTICUT SCALE 1"=30' OCTOBER 1997 ZONED LB", prepares by S. P. Bertaccini, Land Surveyors, which map is on file as Map #4302 in the Office of the Town Clerk of Torrington.

RECEIVED FOR RECORD
TORRINGTON TOWN CLERK
2003 JUL 28 PM 1:19
BY Maryann Delay

4302
WEST BRANCH NAUGATUCK RIVER
CITY OF TORRINGTON
TO CONNECTICUT ROUTE 4
RIVERSIDE AVENUE
8.597± ACRES
PROPERTY-BOUNDARY SURVEY
PREPARED FOR
RIVERSIDE ROLLER PARK
RIVERSIDE AVENUE
TORRINGTON, CONNECTICUT
SCALE 1"=30' OCTOBER 1997
ZONED LB
~ NOTES ~
LEGEND



20089771
BK: 1049 PG: 1101
8/14/2008 08:45:47 AM
11 Pages
MORTGAGE
Joseph L Quartiero, Town and City Clerk

AFTER RECORDING, RETURN TO:

First National Bank of Litchfield

13 North Street

LITCHFIELD, CT 06759

**OPEN-END MORTGAGE**

**COMMERCIAL MORTGAGE, SECURITY AGREEMENT AND ASSIGNMENT OF LEASES AND RENTS**

This OPEN-END COMMERCIAL MORTGAGE, SECURITY AGREEMENT AND ASSIGNMENT OF LEASES AND RENTS (this "Mortgage") entered into at Torrington, Connecticut, as of August 11, 2008 between C. Nodine Realty, LLC, a Connecticut limited liability company with an office at 668 Riverside Avenue, Torrington, Connecticut (the "Mortgagor"), and The First National Bank of Litchfield, a Connecticut Banking Institution with an address of 13 North Street, Litchfield, Connecticut (the "Bank").

The real property which is the subject matter of this Mortgage has the following address(es): 668 Riverside Avenue, Torrington, Connecticut (the "Address(es)"). A copy of the legal description for said real property is attached hereto as Schedule A.

**1. MORTGAGE, OBLIGATIONS AND FUTURE ADVANCES**

1.1 <u>Mortgage.</u> For valuable consideration paid and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Mortgagor hereby irrevocably and unconditionally mortgages, grants, bargains, transfers, sells, conveys, sets over and assigns to the Bank and its successors and assigns forever, with MORTGAGE COVENANTS upon the STATUTORY CONDITION, all of Mortgagor's right, title and interest in and to the "Property" described below, to secure the prompt payment and performance of the Obligations (as hereinafter defined), including without limitation, all amounts due and owing to the Bank and all obligations respecting (i) that certain Unlimited Guaranty of C. Nodine Realty, LLC to First National Bank of Litchfield dated August 12, 2008 (a copy of the Unlimited Guaranty is attached hereto as Exhibit A) guaranteeing (a) that certain Commercial Mortgage Note, dated April 3, 2008, by Nodine's Smokehouse, Inc. in favor of the Bank in the original principal amount of Six Hundred Thousand and 00/100 Dollars ($600,000.00) (a copy of said Commercial Mortgage Note is attached hereto as Exhibit B and said Note is hereinafter referred to as Note #1), and (b) that certain Revolving Line of Credit Note, dated April 3, 2008, by Nodine's Smokehouse, Inc. in favor of the Bank in the principal amount of Two Hundred Fifty Thousand and 00/100 Dollars ($250,000.00) (a copy of said Revolving Line of Credit Note is attached hereto as Exhibit C and said Note is hereinafter referred to as Note #2).

The amount of principal obligations outstanding and evidenced by this Mortgage total **Eight Hundred and Fifty Thousand and** 00/100 Dollars ($850,000.00) as of the date of this Mortgage but this Mortgage shall nevertheless secure payment and performance of all Obligations.

1.2 <u>Collateral Assignment of Leases and Rents.</u> The Mortgagor hereby irrevocably and unconditionally assigns to the Bank, and its successors and assigns, as collateral security for the Obligations all of the Mortgagor's rights and benefits under any and all Leases (as hereinafter defined) and any and all rents and other amounts now or hereafter owing with respect to the Leases or the use or occupancy of the Property. This collateral assignment shall be absolute and effective immediately, but the Mortgagor shall have a license, revocable by the Bank, to continue to collect rents owing under the Leases until an Event of Default (as hereinafter defined) occurs and the Bank exercises its rights and remedies to collect such rents as set forth herein.

1.3 <u>Conditions to Grant.</u> To have and to hold the above granted Property unto and to the use and benefit of the Bank, and its successors and assigns, forever; provided, however, the conveyances, grants and assignments contained in this Mortgage are upon the express condition that, if Mortgagor shall pay and perform the Obligations in full, including, without limitation, all principal, interest and premium thereon and other charges, if applicable, in accordance with the terms and conditions in the Loan Documents and this Mortgage, shall pay and perform all other Obligations as set forth in this Mortgage and shall abide by and comply with each and every covenant and condition set forth herein and in the Loan Documents, the conveyances, grants and assignments contained in this Mortgage shall cease, terminate and be void.

1.4 <u>Property.</u> The term "Property," as used in this Mortgage, shall mean that certain parcel of land

**NOTICE AND A HEARING SUBSEQUENT TO THE ISSUANCE OF A WRIT FOR PREJUDGMENT REMEDY BY THE BANK'S ATTORNEY, AND THE BANK ACKNOWLEDGES MORTGAGOR'S RIGHT TO SAID HEARING SUBSEQUENT TO THE ISSUANCE OF SAID WRIT. MORTGAGOR FURTHER HEREBY WAIVES ANY REQUIREMENT OR OBLIGATION OF THE BANK TO POST A BOND OR OTHER SECURITY IN CONNECTION WITH ANY PREJUDGMENT REMEDY OBTAINED BY THE BANK AND WAIVES ANY OBJECTIONS TO ANY PREJUDGMENT REMEDY OBTAINED BY THE BANK BASED ON ANY OFFSETS, CLAIMS, DEFENSES OR COUNTERCLAIMS OF MORTGAGOR OR ANY OTHER OBLIGATED PARTY TO ANY ACTION BROUGHT BY THE BANK. MORTGAGOR ACKNOWLEDGES AND AGREES THAT ALL OF THE WAIVERS CONTAINED IN THIS SECTION HAVE BEEN MADE KNOWINGLY, VOLUNTARILY, INTENTIONALLY AND INTELLIGENTLY, AND WITH THE ADVICE OF ITS COUNSEL.**

EXECUTED under seal as of the date first above written.

Witnesses:

Suzanne Ruwet

Charles R. Ebersol, Jr.

Mortgagors: C. Nodine Realty, LLC

By: Calvin F. Nodine, Member

STATE OF CONNECTICUT )
) ss. Torrington
COUNTY OF LITCHFIELD )

August 12, 2008

On this 12th day of August, 2008, before me, the undersigned officer, personally appeared Calvin F. Nodine, who acknowledged himself to be a Member of C. Nodine Realty, LLC, as such Member, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the limited liability company by himself as Member.

In Witness Whereof, I hereunto set my hand.

Charles R. Ebersol, Jr.
Commissioner of the Superior Court

SCHEDULE A

A certain piece or parcel of land with all buildings and other improvements thereon, situated on the easterly side of Riverside Avenue in the Town of Torrington, County of Litchfield and State of Connecticut, bounded and described as follows:

NORTHERLY by land now or formerly of the City of Torrington, 144 feet, more or less;

EASTERLY by the west branch of the Naugatuck River;

SOUTHERLY by land now or formerly of Frederick Zavatkay; and

WESTERLY by public highway known as Riverside Avenue.

Said premises are shown on map entitled "2.597±ACRES PROPERTY-BOUNDARY SURVEY PREPARED FOR RIVERSIDE ROLLER PARK RIVERSIDE AVENUE TORRINGTON, CONNECTICUT SCALE 1"=30' OCTOBER 1997 ZONED LB", prepared by S. P. Bertaccini, Land Surveyors, which map is on file as Map #4302 in the Office of the Town Clerk of Torrington.

Being the same premises conveyed to JWH Realty, LLC by Warranty Deed dated December 9, 1997 and recorded in Torrington Land Records, Volume 664, Pages 1138-1139.

Said premises are conveyed subject to the following:

1. Sanitary sewer easement of Barbara R. English, et al, as more particularly described in the deed dated September 30, 1969 from The Torrington Creamery as modified by deed dated December 9, 1997 from Avery Green Dairy Company to the City of Torrington recorded December 11, 1997.

2. Six drainage rights of way or easements of the City of Torrington as more fully described in deed to the City of Torrington, as more fully described in deed to the City of Torrington from The Torrington Creamery, Inc. dated March 9, 1944 and recorded in the Torrington Land Records at Volume 150, Pages 18-20.

3. Highway rights to the City of Torrington in and to Riverside Avenue with respect to the power house building, so-called.

4. The effects of an Agreement with the City of Torrington Re: sanitary sewer in Volume 358, Page 793. See also Drainage Easement to the City of Torrington dated September 30, 1999, recorded in Volume 709, Page 751.

5. Taxes due the City of Torrington on the List of October 1, 2002 payable July 1, 2003 and thereafter, which the grantee assumes and agrees to pay.



Bk: 1117 Pg: 1
09/21/2011 03:27:17 PM
SPECIAL EXCEPTION
1 Pages
Joseph L Quartiero, Town and City Clerk

# CITY OF TORRINGTON
# CERTIFICATION OF SPECIAL EXCEPTION

1. Applicant's Name: Northwest Hills Community Church
2. Applicant's Address: P.O. Box 329, Torrington, CT 06790
3. Address of the Property: 668 Riverside Avenue, Torrington, CT
4. Owner of Record: C. Nodine Realty, LLC
5. Owner's Address: 65 Fowler Street, Torrington, CT
6. Date of Special Exception: September 14, 2011
7. Nature of Special Exception: Church Use
8. Section(s) of the Regulations: 2.10
9. Conditions attached to the approval:

    1. The Fire Marshal shall inspect the building prior to occupancy to assure that the fire protection systems are not compromised and can accommodate the change of use.
    2. All pavement markings, including handicap, shall conform in color and size to the most recent edition of th MUTCD and the parking lot on the north side of the building shall be restriped before occupancy. The three handicap space sizes must meet the specifications as prescribed by State Statute and State Building Code; and all signs must meet the requirements and mounting height as published in the most recent edition of the MUTCD and its addendums. The missing stop sign and handicapped signs from the previously approved site plan shall be installed.
    3. The applicant shall submit a Sewer Discharge Permit application supplying the required information as indicated in Ray Drew, Administrator's letter to the City Planner dated 9/7/11.
    4. A bicycle rack shall be placed on site in an area approved by the City Planner.

**THIS CERTIFICATION IS FILED IN ACCORDANCE WITH THE PROVISIONS OF SECTION 8-3D OF THE CONNECTICUT GENERAL STATUTES.**

Martin J. Connor, AICP
City Planner

 City Of Torrington
140 Main Street
Torrington, CT 06790

## Payment Details

| Tax Payer Information | |
|---|---|
| *Bill #:* | 2016-1-0000521 (REAL ESTATE ) |
| *Unique ID:* | 0000521 |
| *District & Flag:* | |
| *Name:* | C NODINE REALTY LLC |
| *Address:* | |
| *Property Location:* | 668 RIVERSIDE AVE 222/005/001 |
| *Volume:* | |
| *Page:* | |
| *Town Benefit:* | 0.00 |
| *Elderly Benefit (C):* | 0.00 |

| Bill Information as of 04/04/2018 | | | | | |
|---|---|---|---|---|---|
| *Due 1:* | 07/01/2017 | *Inst1:* | $8,751.98 | *Total Installment:* | $17,503.96 |
| *Due 2:* | 01/01/2018 | *Inst2:* | $8,751.98 | *Paid:* | $8,751.98 |
| *Due 3:* | | *Inst3:* | $0.00 | *Tax/Princ/Bint Due:* | $8,751.98 |
| *Due 4:* | | *Inst4:* | $0.00 | *Interest Due:* | $525.12 |
| *Assessment* | $382,600 | *Total:* | **$17,503.96** | *Lien Due:* | $0.00 |
| *Exempt* | $0 | *Total Adjustment:* | $0.00 | *Fee Due:* | $0.00 |
| *Net* | $382,600 | *Mill Rate* | 45.75 | *Total Due:* | **$9,277.10** |
| *To Pay This Bill in Full:* | | | | | **$9,277.10** |

| Pay Date | Type | Tax/Principal | Interest | Lien | Fee | Total |
|---|---|---|---|---|---|---|
| 07/31/2017 | PAY | $8,751.98 | $0.00 | $0.00 | $0.00 | $8,751.98 |

(Payment History)

| ** Total Payments made to taxes in 2017:* | **$8,751.98** |
|---|---|

** This is not a tax form, contact your financial advisor for information regarding tax reporting.*

*Date Generated: 04/04/2018*

# Town of Torrington

Geographic Information System (GIS)

Date Printed: 4/4/2018

MIGEON AVE

RIVERSIDE AVE

**MAP DISCLAIMER - NOTICE OF LIABILITY**
This map is for assessment purposes only. It is not for legal description or conveyances. All information is subject to verification by any user. The Town of Torrington and its mapping contractors assume no legal responsibility for the information contained herein.

Approximate Scale: 1 inch = 150 feet



The Assessor's office is responsible for the maintenance of records on the ownership of properties. Assessments are computed at 70% of the estimated market value of real property at the time of the last revaluation which was 2014.

Information on the Property Records for the Municipality of Torrington was last updated on 4/4/2018.

## Property Summary Information

Parcel Data And Values | Building | Outbuildings | Sales | Permits | Google Map

### Parcel Information

| | | | | | |
|---|---|---|---|---|---|
| Location: | 668 RIVERSIDE AVE | Property Use: | Industrial | Primary Use: | Warehouse |
| Unique ID: | 521 | Map Block Lot: | 222/005/001 | Acres: | 2.59 |
| 490 Acres: | 0.00 | Zone: | LB | Volume / Page: | 0837/0923 |
| Developers Map / Lot: | 4302 | Census: | 3107-N | | |

### Value Information

| | Appraised Value | Assessed Value |
|---|---|---|
| Land | 216,524 | 151,570 |
| Buildings | 318,812 | 223,170 |

|  | Appraised Value | Assessed Value |
|---|---|---|
| Detached Outbuildings | 11,235 | 7,860 |
| Total | 546,571 | 382,600 |

## Owner's Information

### Owner's Data

C NODINE REALTY LLC
399 GREENWOODS EAST
NORFOLK CT 06058-1355

Back To Search (JavaScript:window.history.back(1);)

Print View (PrintPage.aspx?towncode=143&uniqueid=521)

Information Published With Permission From The Assessor