Exhibit
H

OMB APPROVAL NO. 3245-0188

## PERSONAL FINANCIAL STATEMENT

**U.S. SMALL BUSINESS ADMINISTRATION**

As of ___JUNE 30___, ___2019___

Complete this form for: (1) each proprietor, or (2) each limited partner who owns 20% or more interest and each general partner, or (3) each stockholder owning 20% or more of voting stock, or (4) any person or entity providing a guaranty on the loan.

Name  CALVIN NODINE                                      Business Phone _____

Residence Address _____                           Residence Phone _____

City, State, & Zip Code _____

Business Name of Applicant/Borrower _____

| ASSETS | (Omit Cents) | LIABILITIES | (Omit Cents) |
|---|---|---|---|
| Cash on hand & in Banks | $ | Accounts Payable | $ |
| Savings Accounts | $ | Notes Payable to Banks and Others | $ |
| IRA or Other Retirement Account | $ | (Describe in Section 2) | |
| Accounts & Notes Receivable (Section 7) | $ | Installment Account (Auto) | $ |
| Life Insurance-Cash Surrender Value Only | $ | Mo. Payments $ | |
| | | Installment Account (Other) | $ |
| Stocks and Bonds | $ | Mo. Payments $ | |
| (Describe in Section 3) | | Loan on Life Insurance | $ |
| Real Estate | $ | Mortgages on Real Estate | $ |
| (Describe in Section 4) | | (Describe in Section 4) | |
| Automobile-Present Value | $ | Unpaid Taxes | $ |
| Other Personal Property | $ | (Describe in Section 6) | |
| (Describe in Section 5) | | Other Liabilities | $ |
| Other Assets | $ | | |
| (Describe in Section 5) | | Total Liabilities | $ |
| | | Net Worth | $ |
| **Total** | $ | **Total** | $ |

**Section 1. Contingent Liabilities**

Union Savings Bank holds a lien position on the 668 Riverside Avenue property (see section 4 below) pursuant to two loans held by Nodine's Smokehouse, Inc. Loan balances as of 06/30/2019 are listed below:

1) Union Loan #1468:

2) Union Loan #1476:  $

**Section 2. Notes Payable to Banks and Others.**  (Use attachments if necessary. Each attachment must be identified as a part of this statement and signed.)

| Name and Address of Noteholder(s) | Original Balance | Current Balance | Payment Amount | Frequency (monthly, etc.) | How Secured or Endorsed Type of Collateral |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SBA Form 413 (10-08) **Previous Editions Obsolete**

This form was electronically produced by Elite Federal Forms, Inc.



(tumble)

**Section 3. Stocks and Bonds.** (Use attachments if necessary. Each attachment must be identified as a part of this statement and signed).

| Number of Shares | Name of Securities | Cost | Market Value Quotation/Exchange | Date of Quotation/Exchange | Total Value |
|---|---|---|---|---|---|
| 1,500 (30%) | Nodine's Smokehouse, Inc. | $0 | $0 | 6/30/2019 | $0 |
| 1 | | | | | |
| | | | | | |
| | | | | | |

**Section 4. Real Estate Owned.** (List each parcel separately. Use attachment if necessary. Each attachment must be identified as a part of this statement and signed.)

| | Property A | Property B | Property C |
|---|---|---|---|
| Type of Property | Primary Residence | Rental Property | |
| Address | | 668 Riverside Avenue, Torrington, CT 06790 | |
| Date Purchased | 5/22/1998 | 06/24/2003 | |
| Original Cost | $181,000 | $425,000 | |
| Present Market Value | $300,000 (see Section 8) | $325,000 | |
| Name & Address of Mortgage Holder | Webster Bank, 436 Slater Road New Britain, CT 06053 | N/A | |
| Mortgage Account Number | ▮▮▮▮634 | N/A | |
| Mortgage Balance | $ .    (see Section 8) | N/A | |
| Amount of Payment per Month/Year | $ | N/A | |
| Status of Mortgage | Current | Paid in Full. See Section 1 | |

**Section 5. Other Personal Property and Other Assets.** (Describe, and if any is pledged as security, state name and address of lien holder, amount of lien, terms of payment and if delinquent, describe delinquency)

Tractors (3) - $´
Trailers (6) - $

**Section 6.   Unpaid Taxes.**   (Describe in detail, as to type, to whom payable, when due, amount, and to what property, if any, a tax lien attaches.)

399 Greenwoods Road Residence - $9,318. Property taxes payable to the town of Norfolk.
668 Riverside Avenue Property - $10,466. Property taxes payable to the town of Torrington.

**Section 7.   Accounts & Notes Receivable**   (Describe in detail.)

Note receivable - $´     .  Represents shareholder note receivable from Nodine's Smokehouse, Inc.

**Section 8.   Other Notes/Information**

399 Greenwoods Road Residence - The property title and associated mortgage are jointly held between Calvin Nodine and his wife. The present market value and mortgage balance of this property provided in section 4 represents the total value for the property.

I authorize SBA/Lender to make inquiries as necessary to verify the accuracy of the statements made and to determine my creditworthiness. I certify the above and the statements contained in the attachments are true and accurate as of the stated date(s). These statements are made for the purpose of either obtaining a loan or guaranteeing a loan. I understand FALSE statements may result in forfeiture of benefits and possible prosecution by the U.S. Attorney General (Reference 18 U.S.C. 1001).

Signature:                                        Date:  08/07/2019    Social Security Number: ▮▮▮▮▮▮▮▮

Signature:                                        Date:               Social Security Number:

PLEASE NOTE:   The estimated average burden hours for the completion of this form is 1.5 hours per response. If you have questions or comments concerning this estimate or any other aspect of this information, please contact Chief, Administrative Branch, U.S. Small Business Administration, Washington, D.C. 20416, and Clearance Officer, Paper Reduction Project (3245-0188), Office of Management and Budget, Washington, D.C. 20503. PLEASE DO NOT SEND FORMS TO OMB.

SBA Form 413 (10-08) **Previous Editions Obsolete**