Exhibit
K

------------------------------------------

Re:   In the Matter of

    Canton Police Interview

        Of

    NICOLE CHASE

------------------------------------------



DEFENDANT'S EXHIBIT
2
4-15-19 SS

I N D E X

|                          | PAGE |
|--------------------------|------|
| Transcript of proceeding | 3    |

1    OFFICER GOMPPER:  How you doing?  So what's going

2  on?

3    MS. CHASE:  A lot of stuff.  I been working at

4  Nodine's in Canton (indiscernible).

5    OFFICER GOMPPER:  Okay.

6    MS. CHASE:  And I've never had a problem.  I knew

7  the owner had a drinking problem.  I -- he never really was

8  around.  He had the chefs -- the head chefs and stuff.  And

9  he quit not yesterday, but the day before because the owner

10 was there and, you know, he drinks and drinks.

11    OFFICER GOMPPER:  The stepson quit?

12    MS. CHASE:  The -- yeah, stepson quit who is the

13 head chef.

14    OFFICER GOMPPER:  Okay.

15    MS. CHASE:  Jeremy Archer.  And he said, "Here, if

16 you can't care about your business, I -- I can't care about

17 your business anymore.  And he gave it his all and I'm sorry.

18 So he left.  And it had to be with another kid taking acid

19 and being at work and Calvin still letting him work there.

20 And he said if you can have this, I don't want to work here.

21 That's kind of how it happened.

22    The next morning she also worked there,

23 (indiscernible) which was yesterday.  We came in.  She went

24 in first and Calvin happened to make a comment to her which

25 is -- the only reason I mention these things is because they

4

1 all added up after to where I was, like, oh, wow, it was

2 happening all day and I didn't even realize it.  He's not a

3 very nice -- he's nice to his customers and he's not -- he's

4 not a very, well, can you help me out here, I'm shaking.  He

5 start off with oh, your hair looks very -- your hair looks

6 very nice.

7          FEMALE SPEAKER:  Okay.  Example, first thing he

8 says to her when she came in when she wasn't even scheduled

9 until later, but she came in earlier to help because with him

10 we've lost half dozen employees because he's such a drunk and

11 it's so bad.  Everybody's just disgusted.  So she comes in.

12 She's not there 10 minutes and the first comment of the day

13 from him --

14          MS. CHASE:  "Did you get laid last night?  And I

15 was like, no.  Okay.  And then he just kind of, like, laughed

16 and walked away.  And he's already, of course, intoxicated

17 and --

18          OFFICER GOMPPER:  How do you know he was

19 intoxicated?

20          MS. CHASE:  Because all the beers --

21          FEMALE SPEAKER:  You can smell it.

22          OFFICER GOMPPER:  You can smell it?  He's slurring

23 his words?  He can't walk?

24          MS. CHASE:  He, okay, not for -- no, in the morning

25 time he -- he'd just have a few.

1        OFFICER GOMPPER:  Do you see him drinking?

2        MS. CHASE:  Yeah, oh, yeah.  He's in the --

3        FEMALE SPEAKER:  (Indiscernible) in the cooler.

4        MS. CHASE:  He's serving people in the store beer

5  when we're not supposed to be serve beer.  And he's like, oh,

6  well, I'll go get you a beer.  And he just goes in the back,

7  gets it out of his cooler and just pours it right in the cup.

8        OFFICER GOMPPER:  Okay.

9        MS. CHASE:  There you go, don't worry about it,

10  buddy.  And then he starts talking to him for an hour.

11  Anyway, so first word was "Did you get laid?"  And I just

12  kind of like -- he always made sick jokes and, you know, you

13  ignore it in the workplace.  Sometimes you have

14  (indiscernible) whatever.  I'm a single mom.  I need to make

15  my money.  And, okay, so to go on.  He tells my mom the --

16  the guy who came in on acid he will no longer be working with

17  us, dah, dah, dah.  Twenty minutes later the kid who was 30

18  years old, has three kids and literally is supposed to go

19  back to jail if he does not have a job comes in and was not

20  fired for being on acid the day before and then continued to

21  take two more tabs of acid at work and admit it to the owner.

22  And, finally, I literally said, "I can't do this.  I can't

23  work here."  I'm just like, Jeremy, if you're going to allow

24  this, like, let people just drink and do drugs and everything

25  just be fucked up, then me and her are the other two -- and

1   then he started with, okay, well, I don't want my girls -- my

2   girls to be scared of anybody.  So you know what you need to

3   get out of here.

4        And it started with that where he never cares.  He

5   never says things like that.  So at first I was like maybe

6   he's really getting it.  He's really and so between the "I

7   don't want my girls to be scared" then he came and gave me a

8   hug.  And he was like, Nicki, you know, you're my --  you're

9   my best.  You and your mom are -- you're my best workers.

10  And he gave me like a hug.  I was like hugging him thinking

11  he really cared because I was very emotional, upset just

12  about everything that, like, I'm the only one -- last one

13  standing.  And -- and so I thought he was being genuine.

14       So like I didn't realize until the end of the night

15  that this was all happening all day.  And I was like oh, my

16  goodness.

17       OFFICER GOMPPER:  What happened at the end of the

18  night?

19       MS. CHASE:  At the end of the night, basically, I

20  -- I closed the draw down because no one else knows how to do

21  it, not even the owner.

22       OFFICER GOMPPER:  Which is where in the front?

23       MS. CHASE:  Yep.

24       OFFICER GOMPPER:  Okay.

25       MS. CHASE:  And, of course, you have no cameras in

7

1    the building.  Even I mentioned I want them.  And so the way

2    it's set up and I was actually going to show this is he told

3    everybody to leave, like, or not he didn't really tell

4    everybody.  He's like, "Okay, we're closing up.  Okay.  --

5    bye-bye --

6              OFFICER GOMPPER:  Customers?

7              MS. CHASE:  No, two people that work with us.

8              OFFICER GOMPPER:  Does he normally do that at

9    night?

10             MS. CHASE:  Yeah, he normally says we're closing up

11   --

12             OFFICER GOMPPER:  Okay.

13             MS. CHASE:  -- and people leave.  But he -- he just

14   kind of seemed like he was a little bit more just like, okay,

15   bye.  And so, okay, yeah, have a good night.  And they're

16   still clocking out.  But he apparently thought they already

17   left.  And I guess the dishwasher was still mopping the

18   floor.  And so the way -- and I wanted -- because this is the

19   weird part.  When you walk -- when I walk into leave like I'm

20   leaving out of work because, you know, I close the register

21   and did what I needed to do.  And you -- I go to walk out.

22   There's a -- it's like a hall.  And then right here is the

23   bathroom, right?  And this way, it goes like an L is where

24   I'm going to go leave.  And --

25             OFFICER GOMPPER:  Through the kitchen?

8

1        MS. CHASE:  Yeah.

2        OFFICER GOMPPER:  Yeah.

3        MS. CHASE:  And as I walk this way he's standing

4   right here.  And he -- he's like this.  And he's like, "We're

5   gonna make it through this.  We're gonna get the company

6   better" and he's giving me a hug.  Kyle who he thought left

7   comes around the corner from the kitchen --

8        OFFICER GOMPPER:  The dishwasher?

9        MS. CHASE:  The dishwasher.

10       OFFICER GOMPPER:  Okay.

11       MS. CHASE:  And very quickly and I'm not going to

12   lie I -- I did, I -- I shut down.  I -- he's  my boss, so I

13   was standing -- he's standing here, I'm standing here.  Kyle

14   comes from this way and because he was so, I mean, he was --

15   I don't think he could even -- I don't think he will even

16   remember he did this.  He must have already had his stuff

17   out.  And whatever, I have no idea.  I just walk in, it's

18   dark.  All the lights are off.  And he gives me the hug.  And

19   the dish washer comes around and is like, "Good night, Nicki"

20   because he always says goodnight.  "Good night, Nicki.  Good

21   night."  And -- so he like quickly like grabbed me.  And

22   here's the bathroom because it's a L, bathroom here, I'm

23   going here.  And I'm like what the -- and then he just shuts

24   the door.  I'm like standing there and he's like --

25       OFFICER GOMPPER:  He pulled you in the bathroom and

1    closed the door?

2          MS. CHASE:  Yeah.  And then Kyle was like "Calvin,

3    you in the bathroom?  Good night."  And I wanted to say

4    something, but I'm like, oh, my God.  Oh, my God and I -- I

5    froze.  And he was like -- I -- I sat there and I quickly --

6    it all happened so quickly.  And I looked down and he was

7    like -- he's like something about I know you must not get it

8    at home, so suck it or something.  And I just -- and I just

9    opened the door.

10         And I could literally if I wasn't trying to press

11   charges and I just wanted it on complaint because I know he's

12   a rich man and I can't do shit about it and I have no proof.

13   So but, yet, he -- when I went to go push and he was so

14   obviously drunk that he -- here's the wall or whatever and I

15   was like here cornered.  And Kyle said bye.  And as soon as

16   Kyle said bye I heard him leave, I went and pushed out the

17   door.  He was so drunk that he, like, and I saw that, like,

18   he hit his head and I heard it.  So like I know he might have

19   a little bump there today.

20         And, basically, I -- I froze and I just left oh,

21   oh, good night.  The money bags are over there.  I'm still

22   nice enough to say, Calvin, this is your money from the past

23   three days.  Don't -- you need to take it home with you,

24   don't leave it here just out in the open.  "Oh, yeah, it's

25   got to come home with me."  And I was like, all right.

1   Okay.  See you -- see you tomorrow.  You got to get out of

2   here.  I was like, "Okay.  Have a good night."  And I just

3   walked out.  And I'm not going to lie, I -- I spent probably

4   about an hour -- I don't know what time did I call you?

5          FEMALE VOICE:  11:05.

6          MS. CHASE:  Okay.  So I spent about two hours

7   debating what to do and how to do it.  And I can't lose my

8   job.  I -- I'm just making it by.

9          FEMALE SPEAKER:  Single mother.

10         MS. CHASE:  I have a five-year old daughter.  And I

11  talked to his -- right away I said, okay, who's the only

12  person I can trust that I know is responsible and is not

13  going to leak this out to the whole company where Calvin

14  knows that I'm at least going to file a complaint or what I

15  should do.  And I'm thinking.  And I'm freaking out.  And I

16  can't tell my boyfriend because my boyfriend, of course, you

17  know, not that he's a bad person, but he would get in the

18  vehicle and --

19         FEMALE VOICE:  Apparently (indiscernible) the

20  boyfriend and he, yeah.

21         MS. CHASE:  And so everybody just wants to go kill

22  this man.  And I -- I don't know.  I just -- it -- it took a

23  while.  I called -- I texted Jeremy and I actually have the

24  text.  And he's like, you know --

25         OFFICER GOMPPER:  Jeremey is the stepson?

11

1      MS. CHASE:  Yeah, Jeremy is the stepson.

2      FEMALE VOICE:  Jeremy's a really good guy.

3      MS. CHASE:  He's a very, very nice guy.  And, yeah.

4  And I text him, I said, Jeremy, you know, I said if I told

5  you something that would really hurt your mom and you

6  wouldn't believe or maybe you wouldn't even believe it, I

7  said would you just give me advice or let me know if there

8  was, like, history or something I said before -- anybody

9  before I figure out what I do.  He was like, "Yeah, what's up

10  Nicki?"  And I just told him the story.  And, I mean, not

11  fully because I was on the phone and, you know, Calvin had

12  his think out and he told me to suck it.

13      OFFICER GOMPPER:  Was everything exposed?

14      MS. CHASE:  He -- he had -- well, I don't know how

15  I didn't notice this, but he wears these like flannels and

16  they're long.  So I don't -- you know the ones that curve

17  like here, so maybe that's how I didn't notice.

18      OFFICER GOMPPER:  Had a flannel button down shirt?

19      MS. CHASE:  Yeah.

20      OFFICER GOMPPER:  Okay.

21      MS. CHASE:  So he must have -- like not flannel,

22  but like the thick Cabelas, like, really --

23      OFFICER GOMPPER:  Yeah.

24      MS. CHASE:  I don't know.  So I -- 'cuz there was

25  no, like, we're in the bathroom.  It's not like that's when

1   it came -- like I didn't see it, but there was no time he

2   could have done that while, I mean, literally, it was -- it

3   was a matter of five minutes this all happened.  So he -- he

4   must have had -- he literally had his, like, I mean, it was

5   the complete pants area and boxes pulled down.  I mean, there

6   was balls and --

7              OFFICER GOMPPER:  Okay.  That's what I was -- was

8   it erect?

9              MS. CHASE:  What?

10             OFFICER GOMPPER:  The penis, balls that were

11  exposed?

12             MS. CHASE:  Yeah.

13             OFFICER GOMPPER:  And it was all erect -- was the

14  penis erect?

15             MS. CHASE:  Yes.  He told me he was getting hard.

16             OFFICER GOMPPER:  Okay.

17             MS. CHASE:  And I just, like, and that's when he

18  was like --

19             OFFICER GOMPPER:  Did you feel that when he hugged

20  you?

21             MS. CHASE:  What?

22             OFFICER GOMPPER:  Did you feel it when he hugged

23  you?  Did you --

24             MS. CHASE:  No.  When he hugged me, I felt him like

25  hugging more, like, not because he was drunk, but I didn't

13

1    feel the --

2           OFFICER GOMPPER:  Okay.

3           MS. CHASE:  -- anything down.  And then all of a

4    sudden, yeah, he just -- so and I really wanted to be, like,

5    but I was like what -- what's that going to do me.  Like he's

6    right here.  He's just going to tell me I'm (indiscernible),

7    like how do I fight this man?  You know, so I kind of just

8    like froze.  And I said, oh, my God.  And as soon as Kyle

9    said, "Bye, Calvin", I heard the door, I just like and that's

10   when he, bam, on the tile sink.  And he just aww.  And that

11   was it.  And I honestly, I -- I said to my mom, I said, I can

12   go talk to the police, whatever.  I'm supposed to work today.

13   I work to close every day.  And I don't know.  I've never

14   been in a situation like this and I never thought this would

15   happened.

16          OFFICER GOMPPER:  Well, if you want to make a

17   complaint, it's going to be investigated which means I would

18   take a written statement from you about what happened

19   (indiscernible).  I would talk to the dish washer who

20   witnessed it, Kyle, you said his name was?

21          MS. CHASE:  Yeah.  He really didn't witness much.

22   He said, "Bye, Calvin."

23          OFFICER GOMPPER:  Well, he saw -- he would see you

24   guys walk around the turn and then --

25          MS. CHASE:  No, he didn't -- he didn't see us.  He

14

1   was in the waitress station when I said, "Bye, Kyle."

2          OFFICER GOMPPER:  I thought you said he said he

3   turned the corner when you guys were --

4          MS. CHASE:  Okay.  The door -- he did not see

5   anything.  He just literally he heard, like, I don't know if

6   knows I was still in the building.

7          OFFICER GOMPPER:  He yelled like, "Goodbye from

8   another room?"  And Calvin (indiscernible).

9          MS. CHASE:  He yelled goodbye.  He was -- by the

10  time I -- by the time he was able to pull me, that's when I

11  was already in there and Kyle was like, "Goodbye, Calvin."

12  And he -- it was almost like he knew something, but I don't

13  know if he did or not, but I want to talk to him.  But I

14  really didn't want, I mean, yeah, I'm going up against a

15  millionaire.

16         OFFICER GOMPPER:  Well, that doesn't give him a

17  right to do anything.

18         FEMALE SPEAKER:  Yeah.

19         MS. CHASE:  Oh, no, I know it gives him no right.

20         OFFICER GOMPPER:  If you want to press charges

21  against him, I would -- like I said, I'd take a statement

22  from you.  I would also need to talk to him and give him the

23  opportunity.  He might not remember anything.  I would put

24  together a warrant and I'd submit to the court.  The court --

25  a Prosecutor would review it.  If they felt there was

1  probable cause for an arrest, they would give it to a judge.

2  A judge signs off on the warrant, send it back here.  We'd

3  arrest him for it and then you'd have to go through the court

4  system as far as that goes.

5        I don't think it reaches the level of a sex

6  assault.  If anything -- do you feel like he dragged you in

7  the bathroom because he was scared by Kyle coming around the

8  corner or possibly seeing what was happening?

9        MS. CHASE:  Yeah.  Like, not seeing -- I think --

10       OFFICER GOMPPER:  You don't feel like he was

11  kidnapping you and dragging you into another room or anything

12  like that?

13       MS. CHASE:  No.  I feel like he got -- he was so

14  drunk that he got nervous like whatever he was thinking in

15  his head might happen --

16       OFFICER GOMPPER:  Yeah.

17       MS. CHASE:  -- or what was whatever he, who knows.

18  Like I think he just got nervous and that's why he quickly

19  just went like this.  But the fact that he was like -- once

20  he was like "Suck it, you don't get it at home", I was just

21  like oh, my God, oh, my God.  This is -- and that's when I

22  just -- so that's why I was like I just -- it's -- I just

23  want it noted that I did -- I did come here because I

24  honestly I don't think I could face that man in court.  I,

25  like, I don't want to see him.  But I want to pretend to go

1    to work and pretend that he doesn't know or -- I'm hoping he

2    doesn't remember, so I can go to work and at least feel

3    halfway normal.  But, I mean, it's possible I might go in

4    there and if he's acting weird and I -- I know he knows he

5    did it and that he was, at least -- but I don't -- I don't

6    know he got home.  And he drives home from this -- our work

7    like this every day.  And I don't know how he's not been

8    caught.

9              FEMALE SPEAKER:  (Indiscernible).

10             MS. CHASE:  He could kill my daughter on his route

11   home.  And he, I mean, he goes through --

12             FEMALE SPEAKER:  He does --

13             MS. CHASE:  Yesterday he had to take a nap for

14   three hours in his car or in his truck.  And then he tells me

15   how he, you know, (indiscernible) half way home just so he

16   can -- and he tells my mother this too.  And, yeah, yeah.

17             OFFICER GOMPPER:  It's up -- it's up to you how you

18   want to handle it.  If you want to file a complaint and have

19   it documented, like I said, I can't just document something

20   that you came in you said this and that was it.  We have to

21   investigate it which will lead to criminal charges because

22   that way anyone could come in here.  I can go in any police

23   department, yeah, this person said, this, this, and this on

24   this day, but I just want to let you know it's not -- I'm not

25   saying what you're telling me didn't happen, I believe you.

1  But I have to do an investigation which means talking to that

2  person.  Like you said, he might not realize it because he's

3  if he's big in alcohol the drunk that he is, he might not

4  remember it.  I believe it's possible.  He might say, yeah, I

5  did it.  I'm not saying you said this.  I -- he might say I

6  thought she was attracted to me.  I don't know, I'm just

7  saying.  I'm not saying he could say that it could go either

8  way.

9          MS. CHASE:  No, he probably would.  He thinks every

10  woman is in love with him.

11          FEMALE SPEAKER:  Yeah, he --

12          OFFICER GOMPPER:  So it's -- it's difficult.  I

13  understand that being in the position you're in especially

14  when you need to provide for your family or whatever.  But

15  it's something that you have to --

16          MS. CHASE:  What if -- what if -- okay.  Say I go

17  to work today, right, I'm at work.  Okay.  I showed up here

18  this morning and I did talk to you, but you can't write

19  anything down.  But say I go to work and we're only open to

20  10:00 to 5:00.  I'm already supposed to be there, but I don't

21  care because I go in early.  Say something happens or say

22  something, say I, you know, I finally come out and admit to

23  his wife what happened or, like, is there any way to come

24  back here?  I guess I don't know how I feel until I go into

25  that place and -- and see, like, if he knows, then I'm going

1   to have to quit my job and just find a job in a day.  And

2   either way I'm obviously still going to look for a job

3   because I never want that to happen to me again.  But I don't

4   -- I'm not, like I said, I'm not in a predicament.  Like you

5   get what I'm saying?  Like God forbid something happens

6   today.  I don't -- I doubt it will because he was --

7           OFFICER GOMPPER:  Yeah.

8           MS. CHASE:  -- beyond more than usually which is I

9   don't even know how you get that far.

10          OFFICER GOMPPER:  What's he like in the mornings?

11          MS. CHASE:  The mornings, he's -- mostly he's -- I

12  wouldn't know.  You can't really tell because his wife

13  admits, yeah, he just drinks all day.  But like he has beer

14  in the cooler constantly.  He's constantly sending people out

15  to go get him beer.  He serves people beer in the restaurant

16  even though he's not -- like, not everybody.  But if he's

17  like drunk and you're sitting at a table, go sit at the table

18  he'll be, like, yeah, I'll give you a beer, don't worry.

19  I'll just pour it in a cup.  Even his wife says, "What are

20  you doing?  Our insurances."  And then she was so --

21          OFFICER GOMPPER:  She works there too?

22          MS. CHASE:  She doesn't work there, but because so

23  many people quit and it's me and my mom now and we were told

24  -- oh, I was told that I was -- I was manager yesterday.

25  This happened before all this that I'm the rock.  Now I'm the

19

1   manager of -- no pay was discussed.  I'm the manager and,

2   yeah.

3            OFFICER GOMPPER:  I mean, you could always come

4   back.  However, like I said, it would be documented that you

5   were here.  You know, you made the complaint, this, that, and

6   the other thing.  You came back and, again, the court will

7   look at it.  You could come back, sure.  Absolutely, you

8   could come back and report it.  Say, listen, I thought about

9   it more I went there.  I can't handle it, whatever.  I do

10  want to press charges.  That's the something the court will

11  look at.  Whether it has weight on the case, I have no idea.

12           MS. CHASE:  I'm not worried about the case really -

13  -

14           OFFICER GOMPPER:  You -- you can come back.

15           MS. CHASE:  It's more just I want to know I'm

16  protected that --

17           OFFICER GOMPPER:  Yeah, you can come back and make

18  the report.

19           MS. CHASE:  That's what I mean.  I mean, like, not

20  that I don't want to make it.  It's just I'm very, of course,

21  scared about my job and my -- my -- my situation, money.  And

22  I feel like I can go in there and if he -- if I can tell that

23  he has no idea that he even did that, I feel like I could

24  just know that Jeremy did tell me that if he ever gets to

25  that point where you know he's not, like, please call me and

20

1  he's like I -- I will come there and just pretend I'm

2  stopping by and I won't you leave alone.  And so I feel I

3  have enough people there especially his wife that I can go to

4  if for some reason he tried something again.  I just want to

5  try to see if he really -- if he doesn't remember it, I want

6  to go through my day.

7      OFFICER GOMPPER:  So you (indiscernible) or even,

8  like, when you walk in today with your mom present, like,

9  hey, I understand you were drinking last night, but what you

10  did was completely inappropriate and you're lucky I'm not

11  having you arrested.  Would you feel comfortable doing that

12  at all?  The point is put him on notice.  Listen, I -- I need

13  the job.  I need to work here.  I -- I don't -- I like doing

14  the job or whatever.  I appreciate you making me manager.

15  But the way you act towards me needs to stop.

16      MS. CHASE:  I --

17      OFFICER GOMPPER:  It's completely inappropriate.

18      MS. CHASE:  I guess that's kind of where I was

19  going.  I'm waiting to see if him and his wife are there

20  because I kind of want to just --

21      OFFICER GOMPPER:  Would it make it worse if his

22  wife knew?

23      MS. CHASE:  I don't think -- I think she'd get

24  upset, but if anything she is -- she every day that woman

25  will bend backwards for me because she sees what I do for

21

1   that company.  So I think she would believe it.  And she

2   wouldn't make it worse.  I think she would actually almost be

3   on my side --

4          OFFICER GOMPPER:  Okay.

5          MS. CHASE:  -- and be, like, oh, my goodness.

6   Okay.  This is -- that's it.  He finally -- and she never

7   used to drink in the past.  Ever since this all happened

8   because that's her son, that's her son.  And her -- she's

9   like you know this is my son and (indiscernible) my husband.

10  She was shitfaced.  And, yeah, just shoving food in her mouth

11  and falling over.  And just yesterday I just was crying for

12  her because she was just so sad.  And that's why I feel like

13  if I go there and see that she's still -- I don't know.  It's

14  a very -- it's a very messed up situation over there.  It is

15  so screwed up.  I mean, I have, yeah, I've got pictures of

16  kids taking -- taking acid.  I've got Calvin talking about is

17  it like a 12-year old's pussy.  You know, he has no problem

18  fucking a 12-year old.  Like the stuff that we all just

19  record just to have is just -- it's -- it's --

20         OFFICER GOMPPER:  (Indiscernible).

21         MS. CHASE:  He thinks he's going to be open

22  forever.  He doesn't give up.  He's stubborn and I'm  his

23  manager now.  And, of course, for all this stuff and, now,

24  like you're funny.  You have nobody, but me and my mom and

25  now that this happened, like, are you stupid.

1          FEMALE SPEAKER:  Yeah.

2          OFFICER GOMPPER:  If you want -- if you want to go

3 to work today and see how you feel or see what happens, I

4 mean, by all means you could do that.  I only work until 3:00

5 and I'm not back here until Thursday after today.  So if you

6 -- if that's something you want to do, if you want to give me

7 a formal statement and a written statement, I will no problem

8 investigation it.  I have no issue doing that.  But like I

9 said, you know, if probable cause (indiscernible) for an

10 arrest, then most likely it would be in your statement, you

11 know, I have no problem doing that, writing it up and

12 submitting to the court for a warrant.  If you want to go in

13 there today and see if he says something, if you say

14 something, if nothing gets said.  It's up to you.

15          MS. CHASE:  I want to see if he even says -- if he

16 says, you know what, I think I did something last night that

17 I shouldn't have, right, I just want to know --

18          OFFICER GOMPPER:  I could always document that you

19 attempted to go in there because you needed the money and

20 then, you know, once you went in you felt (indiscernible).

21          MS. CHASE:  That's kind of what I want to see that

22 I just felt, never mind, nope, that, like, it's not possible.

23 But between, you know, like he obviously knew and, you know,

24 his wife doesn't care and they think it's no big issue and

25 they just want to act like that, then, obviously, I'm going

23

1  to come back and be like, okay, well, we need to do this.

2          OFFICER GOMPPER:  You can also -- you can also try

3  and tell him (indiscernible) like I don't appreciate that, I

4  don't need that stuff.  Don't talk to me that way.

5          MS. CHASE:  I mean, we kind of always tell him that

6  and he just --

7          OFFICER GOMPPER:  Oh, you do.

8          FEMALE SPEAKER:  I just a lot of times walk away.

9          MS. CHASE:  Yeah, you have to.  I mean, he tells me

10 many times, like, how easy is it to (indiscernible), like,

11 butter and spread.  I don't know.  Oh, my gosh.

12         OFFICER GOMPPER:  Do what, butter and what?

13         MS. CHASE:  No, what does he always say to me,

14 like, he's like, oh, it's so easy to (indiscernible) a blond.

15 Basically, something about blond and butter and it's easy to

16 spread your legs or something.

17         OFFICER GOMPPER:  Oh, oh, oh.

18         MS. CHASE:  And I'm just (indiscernible).

19         FEMALE SPEAKER:  Why are you -- yeah.

20         OFFICER GOMPPER:  He's crude.  He's crude.

21         FEMALE SPEAKER:  Oh, right.

22         MS. CHASE:  I mean, I can take jokes, but he is --

23         FEMALE SPEAKER:  Right.

24         MS. CHASE:  I mean, he's like he (indiscernible)

25 last dog to court back in the day to prove he wasn't racist.

1   And we have proof of this (indiscernible).  And we're like

2   are you kidding me.  And he went to court and said I'm not

3   racist.  I have a black dog.  That's when they were allowed

4   to have companion -- not companion dogs, but --

5            FEMALE SPEAKER:  Just to give you an example of ---

6            MS. CHASE:  Like he is this and every day he tells

7   us the same stories over and over again.

8            OFFICER GOMPPER:  What was he arrested for?

9            MS. CHASE:  He -- what?

10           OFFICER GOMPPER:  What was he arrested for?  Why

11  was he in Court?

12           MS. CHASE:  I have no idea.  I know he's like beat

13  up a bunch of cops.  I know he's -- he beat up a bunch of

14  cops.  I know he's had a few drunk driving incidents.  I

15  don't know.  He's been -- he has been -- he got kicked out of

16  something, the military.  He's not -- not a good man.

17           FEMALE SPEAKER:  He's got some issues.

18           OFFICER GOMPPER:  Let me go grab a piece of paper

19  real quick.

20           FEMALE SPEAKER:  (Indiscernible).

21           MS. CHASE:  They used to do it where you could just

22  have it on file, but it does make sense because then you

23  could -- people could just come in.  (Indiscernible).  Yeah,

24  I don't know.  I mean, I might just go in there and work

25  (indiscernible) and I just --

1      FEMALE SPEAKER:  I'm just saying I don't know -- I

2  just don't -- you know all the years with your father and he

3  drinks and people who (indiscernible) hardcore drinkers.  I

4  believe --

5      OFFICER GOMPPER:  You got one of these yellow cards

6  before, the office victim card?  It's got different phone

7  numbers on it or whatever.

8              (Patrol officer leaves room)

9      OFFICER GOMPPER:  I want to say, yeah.  So there's

10  the main number.  It's all confidential.  You've got numbers,

11  information advocacy, referrals, victim notification.

12  There's domestic violence, sex assault, drunk driving,

13  homicide, 211, office victim advocate.  That would be if he

14  does get arrested that's the number you would call.  But if

15  you call this general 800 number on the top you can talk with

16  someone too.  There's a -- there's some on the back that

17  doesn't apply.  But, I mean, then the main number on top.  If

18  you call and talk to someone you could maybe get some more

19  advice or guidance or something to you're still on the edge

20  or not sure, so something, you can reach out to them later

21  on.

22      MS. CHASE:  So you're here to 3:00 today?

23      OFFICER GOMPPER:  Today yeah and I'm not back here

24  until Thursday morning at 7:00 a.m.  If you came back in here

25  like Monday or Tuesday, if you were immediate danger, you

26

1   call 911, of course, anyone would respond.  But if you want

2   to come in to make a complaint about this incident, they're

3   going to have you talk to me, so you might as well wait until

4   Thursday.  Grant it, if he's there tonight and he, you know,

5   grabs you or does something further, yes, I would report that

6   right away.

7           MS. CHASE:  Okay.

8           OFFICER GOMPPER:  But you're talking about this

9   specific incident that happened last night --

10          MS. CHASE:  Then I wait until you come back?

11          OFFICER GOMPPER:  Yeah, you're -- if you come back

12  in here or call they're going to say, well, did you talk to

13  someone, yeah, Officer Gompper.  They're going to talk to

14  him.

15          MS. CHASE:  Okay.  Even if he does tonight?

16          OFFICER GOMPPER:  No, no, no.  I'm saying if

17  something else --

18          MS. CHASE:  Oh, just about the --

19          OFFICER GOMPPER:  Correct.  If -- if you -- I'm

20  saying if you go to work --

21          MS. CHASE:  Yes.

22          OFFICER GOMPPER:  -- and you feel uncomfortable and

23  you go home later today at 7:00 you're sitting there, you

24  know what, this is really bothering me all day.  I've got to

25  work through this.  I'm not going back there, I need to

1   report this incident that happened.

2        MS. CHASE:  Yes, just wait until Thursday.

3        OFFICER GOMPPER:  Right, you're going to have to

4   talk to me about that.

5        MS. CHASE:  That's fine.

6        OFFICER GOMPPER:  If something else happens, I'm

7   saying call right away now.  You know I'm saying he grabs

8   you, says something (indiscernible) you feel in danger for

9   your life, fear, call 911 and just --

10        MS. CHASE:  I mean, I'd be walking out of that door

11   before I could --

12        OFFICER GOMPPER:  Right, right.  But I'm saying

13   report that right away.  I'm saying that if you want to

14   pursue the issue that you're talking about this morning,

15   you're going to have to report -- all I'm saying is don't

16   wastes your time coming back down here because you're just

17   wasting your time because no one is going to take the

18   complaint.  They're gonna say you have to wait until I come

19   back on Thursday anyways.  That's all I'm saying.  And

20   Thursday, too, I have -- I won't be here from -- during my

21   shift I won't be probably 10:00 to 1:00.  I have a specialty

22   job I'm assigned to.

23        MS. CHASE:  But you do come in 7:00.

24        OFFICER GOMPPER:  7:00 in the morning, Thursday,

25   yeah.  But I'll be busy from about 10:00 a.m. to 1:00 p.m.,

28

1   1:30, I have something set up I have to do for another case

2   on Thursday.  But does that make sense?

3           MS. CHASE:  Yeah, yes, sorry.

4           OFFICER GOMPPER:  That's all right.  Yeah, so if

5   you go in and you realize that, yeah, even if you want to

6   come back today before 3:00 if you go there --

7           MS. CHASE:  Yeah, like if I do it right away and

8   came in like --

9           OFFICER GOMPPER:  Yeah.

10          MS. CHASE:  Okay.  I'm --

11          OFFICER GOMPPER:  Then just turn around, come right

12  back down here.  I'll take the statement from you.  Like I

13  said, I'll conduct the investigation and we'll go from there

14  with it so.  All right.

15          MS. CHASE:  All right.  Thank you very much.

16          OFFICER GOMPPER:  No problem.

17          FEMALE SPEAKER:  Thank you.

18          OFFICER GOMPPER:  No problem.  I hope everything

19  works out.

20          MS. CHASE:  Don't be surprised if I see you again.

21          OFFICER GOMPPER:  Yeah, well, I hope -- I hope it

22  works out.  But it sounds like he's never going to change.

23          MS. CHASE:  Yeah, that's why -- that's why Jeremy

24  said he's probably been getting away with it for longer than

25  we even know with other people.  He said, so please, he said

1  do yourself a favor and said someone else will get hurt if

2  you don't open (indiscernible).

3          OFFICER GOMPPER:  Yeah.

4          FEMALE SPEAKER:  All right.  Thank you very much.

5          OFFICER GOMPPER:  Okay.  Yep, no problem.

6          FEMALE SPEAKER:  Thank you.

7                  (End of interview.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# C E R T I F I C A T E

I hereby certify that I am a Notary Public in and for the State of Connecticut.

I further certify that the foregoing is a complete and accurate transcription of the recorded proceeding to the best of my knowledge and belief.

I further certify that I am neither of counsel nor attorney to any of the parties to said cause, nor of either counsel in said cause, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 10th day of _____June_____, 2018.


_____Sheila D. Butch_____
Sheila D. Butch


My Commission Expires: 5/31/2019