# Exhibit L

Run Date: 05/11/2017
Run Time: 09:48

# Canton Police Department
## VOLUNTARY STATEMENT

| Date: 05/11/2017 | Time Started: 08:14 | Time Ended: 00:00 | CFS #: 1700004762 |
|---|---|---|---|
| Location: CPD | | Statement taken by: Gompper, Adam W. | |

I, Nicole H Chase    Date Of Birth: 08/02/1990

of 21 River ST    Town/City: Canton CT

I work at Nodine's located in Canton, CT. On Saturday morning May 6th, I came into work at 9:00 a.m. I began to prep for food service for the day. A few hours later my mom came into work. I was standing at the cash register and Calvin was standing on the other side of the cash register. Calvin just said, "So did you get laid last night." I just ignored because this is normal behavior for Calvin.

A group of us at the restaurant were having a meeting about an employee who was taking illegal drugs, acid, and Calvin wasn't firing. After we spoke to Calvin about it the employee was terminated. At that point Calvin said he wanted his girls to feel safe and not uncomfortable. The way he said "my girls" was weird. Calvin gave me a hug and kiss on the cheek. I didn't think much of it because his wife was right there and she also gave me a hug.

I was standing at the pizza counter while Allie, (Alexandria), was making us a BLT sandwich at the sandwich counter, talking about what had happened about the employee being fired. Calvin came behind the counter and came up behind me. As he did this he put his arm across my back and put his hand on my shoulder. I don't recall exactly what he was saying but it was a joke or a story he was trying to tell about something that happened with a girl.

As he was telling me the story/joke he would move his hand lower and lower each time with each part of the story he'd tell. Each time he'd pulled me into his body he squeezed my arm and back with his hand. As he finished the story he placed his hand on my butt cheek grabbing it. Calvin had his hand on my butt for less than thirty seconds. He then chuckled and walked away.

Sometime later on in the day, Calvin's wife gave me a air cast, because of an injury that I've had for some time,

By affixing my signature to this statement, I acknowledge that I have read it and / or have had it read to me and it is true to the best of my knowledge & belief.

| Victim/Witness Name: NICOLE CHASE | Victim/Witness Signature: Nicole H. Chase | Date: 05/11/17 |
|---|---|---|
| Parent/Guardian Name: | Parent/Guardian Signature: | Date: |

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein. If notarized, endorse here:

Oath Taken By: Adam Gompper    Signature: [signature]    Date Signed: 5/11/17

| Witness Name: | Witness Signature: | Date: |

DPS-633-C (Rev. 11/05/13)    An Affirmation Action/Equal Employment Opportunity Employer    Page 1 of 4

Run Date: 05/11/2017
Run Time: 09:48

**Canton Police Department**
**VOLUNTARY STATEMENT**

Statement of Nicole H Chase (Cont.)    CFS #: 1700004762

to help me with the pain. Someone asked me what happened and Calvin made the comment that I had my leg's behind my back too much. Also during the day Calvin made a comment that blondes are like butter they're easy to spread. Calvin makes this same statement on a daily basis. I am the only blond that works there.

Throughout the day I saw Calvin drinking alcohol with his wife. Throughout the day I could tell Calvin was intoxicated. By the end of the day he wasn't able to walk straight.

Saturday night around 8:45 p.m., (we close at 9:00 p.m.), Calvin said to Allie and Kyle to clock out your good. Calvin told me to close out the cash register for the evening because I knew how to do it. I finished closing out the cash drawer and shut off the lights to the front of the business. I then walked to the back of the business and turned the corner. I then saw Calvin standing there. Most of the lights were off so it was very dimly lit.

Calvin was standing there with his arms out. I knew he wanted a hug, (which I assumed was like the one he gave me earlier). I kind of walked into him as I turned the corner and he hugged me. I describe the hug as very emotional. Calvin said to me, "We're going to get through this. We're going to make the company better." As he hugged me he was asking if I had any thoughts or questions. I told him no, I hope everything gets better. He then said to me is there anything you want to do. I told him no.

At this point Kyle came back into the building through the kitchen. Kyle yelled Calvin. That's when Calvin grabbed my hand/arm and pulled me into the mens bathroom. Calvin locked the bathroom door and held his finger up to his mouth as to tell me to be quiet. At this point I froze not knowing what to do.

I heard Kyle again ask Calvin if he was in the bathroom and calling my name. Calvin then very abruptly and shortly answer Kyle saying, "Yup, have a good night." I then looked down and saw that Calvin had fully exposed himself to me. I was able to see Calvin's penis, testicles, pubic hair and that he had his boxers pulled completely below his genitals. I saw that the boxers were a dark blue color. When he did this I could smell the odor of sweat and semen.

At this time I saw that his penis was erect. I did not feel it initially when he was hugging me but assumed that

By affixing my signature to this statement, I acknowledge that I have read it and / or have had it read to me and it is true to the best of my knowledge & belief.

| Victim/Witness Name: NICOLE CHASE | Victim/Witness Signature: *Nicole M. Chase* | Date: 05/11/17 |
|---|---|---|
| Parent/Guardian Name: | Parent/Guardian Signature: | Date: |

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein. If notarized, endorse here:

Oath Taken By:  Name: Adam Gompper    Signature: *[signature]*    Date Signed: 5/11/17

| Witness Name: | Witness Signature: | Date: |
|---|---|---|

DPS-633-C (Rev. 11/05/13)    *An Affirmation Action/Equal Employment Opportunity Employer*    Page 2 of 4

Run Date: 05/11/2017
Run Time: 09:48

# Canton Police Department
## VOLUNTARY STATEMENT

Statement of Nicole H Chase (Cont.)    CFS #: 1700004762

he already had it out because there was no time from when he hugged me to pulling me into the bathroom he could have taken it out.

Calvin then said to me, "Suck it cause I don't know you get it at home." As he was saying this he grabbed his testicles and penis and lifted it up towards me. I then pushed Calvin and he stumbled in the wall as he struck his head. I then unlocked the door and walked out.

I saw that the money bags were left on the counter and said to Calvin don't forget your money bags and walked out of the building.

I then came to the Canton Police Department Sunday morning with my mom and spoke to Officer Gompper. After speaking to Officer Gompper I wasn't sure what exactly how I wanted to proceed with this so I went into work to collect all of my belongings and to see if Calvin acknowledged what he did or apologized to me for his behavior. I helped build that business before it opened and put a lot of time and energy into helping because I wanted to have a good job and provide for my daughter.

When I went in Sunday after leaving the police department Calvin said that I was late. I told him that I wasn't late, Calvin said, "Your here after Jarvis and now I have to deal with this raging boner all day." I took it as Calvin wanting me to give him sex or relieve him sexually. I didn't say anything and walked away.

We were very slow that day and only one other employee was working other than Calvin and myself. Calvin said to me that he was going to have the other employee watch the front while me and Calvin go into the office, lock the door and clean the office. Calvin has never told any of the employees to do this and the office is the a small closet. That has never been one of my duties. I told him nervously no. Calvin then said, "What can you think of something else better to do than fuck me?" I then walked away from him. Calvin followed me around for the rest of the day and asked me to drive me home. I told him no. I then left for work the day.

Monday Calvin called me and said that he closed the store until the following Tuesday. He told me that I was going to be the only employee helping him cleaning. I told him I couldn't come until my next shift. Which I only said because I didn't want him to know that I was speaking to the police or anyone about what happened.

By affixing my signature to this statement, I acknowledge that I have read it and / or have had it read to me and it is true to the best of my knowledge & belief.

| Victim/Witness Name: NICOLE CHASE | Victim/Witness Signature: Nicole M. Chase | Date: 05/11/17 |
|---|---|---|
| Parent/Guardian Name: | Parent/Guardian Signature: | Date: |

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein. If notarized, endorse here:

Oath Taken By:   Adam Gompper                                    5/11/17
                  Name:              Signature:                    Date Signed:

| Witness Name: | Witness Signature: | Date: |
|---|---|---|

DPS-633-C (Rev. 11/05/13)    An Affirmation Action/Equal Employment Opportunity Employer    Page 3 of 4

Run Date: 05/11/2017
Run Time: 09:48

## Canton Police Department
**VOLUNTARY STATEMENT**

Statement of Nicole H Chase (Cont.)      CFS #: 1700004762

I want to pursue criminal charges against Calvin.

By affixing my signature to this statement, I acknowledge that I have read it and / or have had it read to me and it is true to the best of my knowledge & belief.

| Victim/Witness Name: NICOLE CHASE | Victim/Witness Signature: Nicole M. Chase | Date: 05/11/17 |
|---|---|---|
| Parent/Guardian Name: | Parent/Guardian Signature: | Date: |

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein. If notarized, endorse here:

Oath Taken By:   Adam Gompper                                              5/11/17
             Name:                          Signature:                    Date Signed:

| Witness Name: | Witness Signature: | Date: |
|---|---|---|

DPS-633-C (Rev. 11/05/13)      *An Affirmation Action/Equal Employment Opportunity Employer*      Page 4 of 4