# Exhibit M

Run Date: 05/11/2017
Run Time: 08:09

# Canton Police Department
## VOLUNTARY STATEMENT

| Date: 05/11/2017 | Time Started: 07:42 | Time Ended: 00:00 | CFS #: 1700004762 |
|---|---|---|---|
| Location: CPD | | Statement taken by: Gompper, Adam W. | |

I, Alexandria Archer  
Date Of Birth: 06/04/1996  
of 141 Mountain RD  
Town/City: Winsted CT

I work at Nodine's Restaurant in Canton, CT. I work mainly as a waitress but I would do several other things at the restaurant as far as food preparation, cleaning etc. On Saturday, May 6th I got in to work at 11:00 a.m. Around 11:30 I was making a BLT for myself and Nikki, (Nicole Chase), at the sandwich counter. Nikki was at the pizza counter prepping for the day. The pizza counter and the sandwich counter are right next to each other.

As me and Nikki were talking Calvin came behind the counter and stepped between us. I noticed that Nikki slightly turned her body because she was trying to act busy and ignore him. I saw Calvin put his hand up on Nikki's left shoulder and began to say something like a story or a joke. I can't remember exactly what the joke or story was but as he continued to speak he'd move his hand down Nikki's back. As he told each part of the joke he'd move his hand down each time as if it was step by step until his hand was on her butt.

When his hand was touching her butt I could see that he was grasping her butt and holding it in the palm of his hand over her pants. I saw it happening and thought oh my god. I don't recall exactly what happened but Calvin walked away. I didn't see Nikki react. She walked away for about 15 minutes before I saw her again.

Nikki's mom came around the counter and asked where Nikki went too. I told her I wasn't sure. I didn't talk to Nikki about what happened until the next day.

I started working Nodine's in November of 2016 when it opened. Calvin has been at the restaurant a lot lately because of staff members leaving. I noticed that Calvin follows Nikki around. I've overheard him on several occasions making sexual jokes/comments which are directed towards or at Nikki.

By affixing my signature to this statement, I acknowledge that I have read it and / or have had it read to me and it is true to the best of my knowledge & belief.

| Victim/Witness Name: Alexandria Archer | Victim/Witness Signature: *Alexandria Archer* | Date: 5-11-17 |
|---|---|---|
| Parent/Guardian Name: | Parent/Guardian Signature: | Date: |

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein. If notarized, endorse here:

Oath Taken By: *Adam Gompper*    Date Signed: 5/11/17

| Witness Name: | Witness Signature: | Date: |
|---|---|---|

DPS-633-C (Rev. 11/05/13)    An Affirmation Action/Equal Employment Opportunity Employer    Page 1 of 1