# Exhibit N

Run Date: 05/12/2017
Run Time: 12:08

# Canton Police Department
## VOLUNTARY STATEMENT

| Date: 05/12/2017 | Time Started: 11:47 | Time Ended: 00:00 | CFS #: 1700004762 |
|---|---|---|---|
| Location: CPD | | Statement taken by: Gompper, Adam W. | |

I, Kyle Rouleau                                  Date Of Birth: 05/14/1990
of 404 Church ST            Town/City: New Britain CT

I worked at Nodine's in Canton, CT. I have worked there since November 26th, 2016. I primarily work in the kitchen. On Saturday, May 6th I was working in the kitchen. I noticed throughout the day that Calvin was hovering and following Nikki around the restaurant.

We were closing down at 9 p.m. and I was getting ready to leave work for the night. I saw Nikki in the front of the restaurant by the cash register. I walked into the kitchen to wipe down a table.

I walked into the office and saw that Nikki's purple and white book bag was still in the office. Normally, I'm the last person to leave with Calvin. I shouted out, "Calvin, Nikki are you still here?" I then walked up front to clock out for the night. I continued calling out there names and didn't get a response. The front of the restaurant was dark and the lights were turned off.

I thought it was strange that no one was around. I punched out and began to walk towards the back of the restaurant. As I passed by the bathrooms I was still calling out to Calvin and Nikki. I then heard the door to the men's bathroom slam closed. I heard Calvin say, "All right", to my comment that I'm leaving.

I then walked out of the restaurant for the night.

Calvin is crude and rude. He makes sexual comments that are inappropriate numerous times. About a week ago he made a comment about my girlfriends pubic area being shaved and immediately turned around and said to his wife that she was hairy as shit, referring to her pubic area.

By affixing my signature to this statement, I acknowledge that I have read it and / or have had it read to me and it is true to the best of my knowledge & belief.

| Victim/Witness Name: Kyle Rouleau | Victim/Witness Signature: *[signed] Kyle Rouleau* | Date: 5-12-17 |
|---|---|---|
| Parent/Guardian Name: | Parent/Guardian Signature: | Date: |

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein. If notarized, endorse here:

Oath Taken By: *Adam Gompper*                                      5-12-17
             Name:                Signature:                     Date Signed:

| Witness Name: | Witness Signature: | Date: |
|---|---|---|

DPS-633-C (Rev. 11/05/13)    An Affirmation Action/Equal Employment Opportunity Employer    Page 1 of 1