# Exhibit O

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., et al** | : | OCTOBER 21, 2019 |

## NOTICE OF MANUAL FILING

Please take notice that the the plaintiff, Nicole Chase, has manually filed the following items with the United States District Court for the District of Connecticut, because they cannot be uploaded onto the Court's e-filing system for filing with the Court: Exhibits J, O, and Q to the plaintiff's Objection to the Motion for Summary Judgment filed by Nodine's Smokehouse, Inc., dated October 1, 2019: Thumb Drive containing Video Files of Nicole Chase (Front Lobby Videotape and June 21, 2017 interview), and the video interview of Calvin Nodine, May 18, 2017. All parties have received copies of these video interviews.

            THE PLAINTIFF,
            NICOLE CHASE


            By: _Mary-Kate Smith_
            Lewis Chimes (Juris No. 303446)
            Mary-Kate Smith (Juris No. 423804)
            Law Office of Lewis Chimes LLC
            45 Franklin Street
            Stamford, CT 06901
            Phone: (203)324-7744
            Facsimile: (203)969-1319
            Email: lchimes@chimeslaw.com
               msmith@chimeslaw.com

## CERTIFICATION

**I HEREBY CERTIFY** that on the 21st day of October, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Elizabeth K. Acee**
**LeClair Ryan, PLLC**
**545 Long Wharf Drive, 9th Floor**
**New Haven, CT  06511**

**David A Moraghan**
**Smith Keefe Moraghan & Waterfall LLC**
**P.O Box 1146**
**257 Main Street, 2nd floor**
**Torrington, CT 06790**

**Kristan M. Maccini**
**Christopher A. Clark**
**Howd & Ludorf, LLC**
**65 Wethersfield Avenue**
**Hartford, CT 06114-1190**

                                             ***/s/ Mary-Kate Smith***
                                                 **Mary-Kate Smith**