Exhibit

P



**Jeremy**
8604591976

Sat, 05/06/2017

Jer... if I told you somthing that would hurt your mom n u might not want to even believe it would you not tell anyone yet n just give me advice before I do anything or can record it if I get the balls to do anything :(
10:25 PM

Yeah why what's up?
10:26 PM

Calvin was really drunk had everyone leave to supposivley cut the drawer then we were walking threw hall he pushed me in the bathroom  and he started touching me and pulled out his dick and told me I wanted it and to suck it cause I don't get it at home...I said no I ran out and he was so drunk he fell on the tile n bumped his head real good then I just very calmly said goodbye... I wouldn't tell anyone this so I'm



Enter message



Send





## Jeremy
8604591976

just very calmly said goodbye... I wouldn't tell anyone this so I'm really trusting you...im just really fucked up by tonight and my friend said I really shouldn't ignore it cause it will keep happening ..but there's no proof it's his word against mine if he even fucking remembers...and only me him and your mom work tomorrow...I figured if some how he tried again I could record it to have proof...

10:32 PM



(2/2) ggest going back there at all.
10:44 PM



(1/2)  What! That is crazy. I'm sorry that happened. You should go too the police. But on the other hand my mom wouldn't believe it without proof. I wouldn't su
10:44 PM



Enter message                    Send

**Jeremy**
8604591976

(2/2) ggest going back there at all.
10:44 PM

This is all just so fucked up...I don't want to tell my mom but I don't want to go back there...
10:47 PM

You should tell your mom and my mom. He's probably been getting away with this shit forever.
10:49 PM

Well sorry for bugging you I just really was hoping ally or kyle walked back in and they didn't now I'm really confused n don't wat to do sorry to bother you :(
10:49 PM

You don't think your mom would tell me I'm a liar like I don't want her to be hurt but I didn't do shit yo deserve this

Enter message

Send



**Jeremy**
8604591976

10:50 PM

(2/2) y its okay
10:53 PM

(1/2)  Its not a bother im just concerned for you but the truth is on your side. He's a scumbag. I will gladly tell my mom but i won't do anything until you sa
10:54 PM

Ya I really don't want to go back there but your mom's beyond shit faced right now upset with calvin and that's why she left then calvin I'll be suprised if he makes it home...what would you do jeremey?
11:02 PM

Id tell your mom right away.
11:07 PM

The longer you wait the more it becomes easier to ignore for


Enter message
Send

**Jeremy**
8604591976

becomes easier to ignore for them
11:08 PM

I told her she's pretty livid she said either don't go back or go in and confront him and say I can't be at work with him alone which is just dumb that's telling him it was ok kinda..
11:12 PM

Yeah don't let him get away with it I'd go to the police.
11:13 PM

Ok thanks for the talk once again so sorry to take ur time this just was to big for me to ignore...especially if I work alone with him half the time now.
11:14 PM

He's a fuck I'm sorry your going through that
11:17 PM

Enter message                    Send

**Jeremy**
8604591976

Not ur fault that's what happens when ur a drunk I just needed to hear it from a responsible person that I'm not over reacting and that it's not ok...
11:19 PM

Defiantly not okay next time he's that drunk you let me know?
11:21 PM

I deff will
11:22 PM

Thanks jer
11:23 PM

Anytime Nikki let me know what's happening with that dont let him get away with this you need to do something or someone else gets hurt.
11:25 PM

Thanks and ya I don't wish

Enter message

Send



## Jeremy
8604591976

Thanks and ya I don't wish tonight on anyone.. I think I'm just going to go to police in morning to file a complaint but then I don't know wether to go into work and pretend it's all ok until I get proff or can call the labor bord or if I just go to police then don't show up... which would you do?

11:28 PM



Police report at least its on file.
11:34 PM

That's wat I figured so if it happens again they don't ask y I didn't report it the first time...it's just going to be hard to work with him alone and wonder every second if he's going to try something....

11:37 PM

Well thanks again. Miss you more than u can even imagine after today... sad when u gotta work



 Enter message 



**Jeremy**
8604591976

today... sad when u gotta work but be afraid to...have a good night

11:39 PM

Again I'm sorry that happened to you. Let me know Wyatt goes on
11:42 PM

Not your faul but thanks for helping me calm down and figure out what to do. And I will.

11:49 PM

Sun, 05/07/2017

Defiantly go to the police
1:08 AM

I went to police they said I'd have to press charges then they would investigate but they said they couldn't just take a statement and not investigate :( they told me if I'm back here and feel uncomfortable and decide to go



Enter message


Send



## Jeremy
8604591976

couldn't just take statement and not investigate :( they told me if I'm back here and feel uncomfortable and decide to go threw with it I can go back in a day or 2 and still go threw with it I thought he wouldnt remember but he does cause his first words to me when I walked in was shit I was hoping you'd be here before Jarvis cause I'm going to walk around with this boner all day... I ignored him and continued to work since people are here so I'm not to afraid...

10:42 AM



Press charges dont let him do that to you
11:15 AM

He's going to fight it even the cop told me a lot of owners will say they thought the girl was attracted to him...but ya I can't sit and wait for him to try n rape me because I'm here before anyone else :( y is he such a jerk...



Enter message

Send



**Jeremy**
8604591976

And you won't be angry at me since it effects your mom If I decide too I want to I just know he's a nasty man and is gonna fuck me over and then I'm the ass hole for doing the right thing...
11:23 AM

I won't be mad at all
11:24 AM

You need to protect yourself
11:25 AM

Ok thank u...
11:26 AM

Tue, 05/09/2017

How are you doing?
11:42 AM

Mentally I'm really fucked up like I've always let people tread on

Enter message          Send



< **Jeremy**
8604591976



Mentally I'm really fucked up like I've always let people tread on me but after Sunday too I just can't do it... im soooo scared in the end I get fucked but I can't just let him get away with this and the cops strongly advised me to go to a lawyer like TODAY before they geg an arrest warrent but I have no money and no experience with lawyers doing the hole we win the case they take a portion.

11:46 AM

I'm really sad I just wanted to work n make a living and now unemployment tells me if I quit even cause of this that I get no money and I know he's not going to fire me cause I'm the "manager" now which is a fucking joke like I know how to be you lol but then I found out its only cause he was trying to get me to suck his dick then Sunday COMPLETELY sober told me I was late even tho it was 8:45 and

 Enter message                    Send

  

## Jeremy
### 8604591976

was late even tho it was 8:45 and he said o no because Jarvis is here and I'll have a ragging boner all day now. Then later asked if I minded if Jarvis watched the front while he and me cleaned the office with the doors locked and I said no then he said what can you think of think to do better than fucking me. Then later asked if he could give me a ride home. Toby and Jarvis spent all day following me around to make sure I was ok Jarvis even lied and said he couldn't leave eatry cause his only ride was at 5 just so he could make sure I didn't get left alone...

MMS 11:52 AM

He also closed for the week till tuesday n told me no one was comming in for work but me to help him...he told me to come in all week I lied said I could do my normal schedule and come in thursday but obviously the officer told me to call out sick so



 Enter message                    Send



**Jeremy**
8604591976



thursday but obviously the officer told me to call out sick so that I can't be fired and so I'm not in danger..sorry for novel  if you want to call me you can but either way yup I'm torn...never thought in a million years I'd have to go threw this with a owner

11:57 AM



At least go talk to a lawyer get some options.  Are they going to arrest him?

11:58 AM

Apparently they said he has a few open  open cases and that there pretty sure the judge will sign the warrent because of it and that I pretty much have a lawsuit and that they probably will arrest him. That's y the officer told me to go talk to a lawyer today and not wait.

12:01 PM



Do it





Enter message                    Send



**Jeremy**
8604591976

I'm going to I just have to find someone like I n know nothing about lawyers I stay away from situations and every thing I look at online is in a different state or is family lawyers.

12:03 PM

I'm trying to look now so I can go before anyone closes

12:03 PM

Okay off i cam help let Me know
12:09 PM

Thanks jer I'll let ya know what happens if anything with the whole lawyer thing

12:11 PM

Wed, 05/10/2017

Just wanted to say thank you for all your support and giving me a lil push to stick up for myself since I never really do...



Enter message                    Send

Jeremy
8604591976

Any time you nor anybody deserves what happened
5:48 PM

Thu, 05/11/2017

I'm so thankful for all of you this is what jim just text me while I'm waiting for officer
8:12 AM



MMS 8:12 AM

The cops officially contacted calvin now I just dont know how


Enter message          Send

# Jeremy
8604591976

calvin now I just cont know how to get my mom's and mine check...they say it will take week or 2 for arrest warrent

1:53 PM

I'm work on it
2:05 PM

? Wat lol
2:06 PM

I gave your mom permission
3:10 PM

Okay
3:55 PM

Fri, 05/12/2017

Hey hope im not waking you up. My mom just asked about checks and I said idk jeremey might have them if not I could drive up to plant with my friend and pick them up as long as Calvin's not

Enter message

Send

## Jeremy
8604591976

them up as long as Calvin's not there and only kelly

8:20 AM

I'm going in to pick them up now
9:08 AM

Ok sorry and thank you
9:13 AM

Do you know if calvin went to police yet and knows y people left jw
9:14 AM

Don't think he's gonna go today he talked to his lawyer and they told him to make an appointment so Calvin and his lawyer can go together
9:22 AM

O but he knows what it's about
9:23 AM

Enter message          Send

# Jeremy
## 8604591976

9:24 AM

O and wow that's fucked up they shouldn't warn him. I'm assuming your mom doesn't believe it :(
9:32 AM

Oh she does believe it and said she's not mad at you.
9:41 AM

O good I love her and you and this really makes me sad I was literally going to shut my mouth just to keep my job but I just knew he'd do it again or wat if next time was worse :(
9:43 AM

If you happen to be in town can you drop of my check before banks close since ally said she can't get it till later. If not totally fine too. Or I can get a ride to you if your not out.
12:59 PM

Enter message                    Send



## Jeremy
8604591976



If you happen to be in town can you drop of my check before banks close since ally said she can't get it till later. If not totally fine too. Or I can get a ride to you if your not out.

12:59 PM

Mon, 05/15/2017

Hey I have to somehow try and get unemployment. Calvin still plans on reopening right so I can't use he closed

12:27 PM



He's supposed to open tomorrow i dont think it will happen

12:35 PM

Ok damn I'm so fucked I can't get threw to unemployment nvm I know there going to Fight it...

12:42 PM

Wed, 05/17/2017



Enter message

Send

# Jeremy
## 8604591976

Ok damn I'm so fucked I can't get threw to unemployment nvm I know there going to Fight it...

12:42 PM

Wed, 05/17/2017

Hey jer sorry to bother you again just didn't know if you knew if calvin talked to cops yet... I talked to a guy at unemployment n I said I did not know but would try to find out then when I called cops they told me the officer handling my case wont be back till tomorrow...just didn't know if u knew

9:20 AM

No not sure sorry
9:21 AM

It's okay thanks anyways :)
9:23 AM

Enter message

Send