# Exhibit S

| UNIFORM ARREST REPORT JD-CR-21(1) | | FOR SPBI USE ONLY | | |
|---|---|---|---|---|
| NAME OF ACCUSED (LAST, FIRST MIDDLE)<br>CHASE, NICOLE H | | SPBI USE ONLY | | UAR: 7293834 |
| NO., STREET, CITY, STATE AND ZIP<br>129 BAHRE CORNER RD<br>CANTON, CT 06019 | | | | COMPANION U.A.R. NO. |

| SEX | RACE | HISP. | DATE OF BIRTH | PLACE OF BIRTH | SS# | HT. | WT. | HAIR | EYES | DOCKET NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| F | W | ☐ YES | 08-02-1990 | CT | 040907594 | 506 | 175 | BLN | BLU | |

PHYSICAL CHARACTERISTICS (SMT)

| PHYSICAL DISABILITIES | RIGHT OR LEFT HANDED | TEETH |
|---|---|---|
| EMPLOYER | | OCCUPATION |
| MARITAL STATUS | NUMBER OF CHILDREN<br>1 | EDUCATION |
| NATIONALITY<br>UNITED STATES | | SKIN COMPLEXION |
| ACCOMPLICES | | PLACE ARRESTED<br>45 RIVER RD CANTON CT |

PHOTO AVAILABLE   X YES ___ NO

NAME AND ADDRESS OF RELATIVE OR PERSON TO BE NOTIFIED IN CASE OF EMERGENCY

PALM PRINTS AVAILABLE   ___ YES   X NO

| ALIAS/MAIDEN NAME | ALIEN REG. NO. | OPERATOR'S LICENSE NO. (MV)<br>208549340 | STATE<br>CT | DATE AND TIME ARRESTED<br>09-08-2017<br>1354 |
|---|---|---|---|---|

| ___ SURETY | AMOUNT OF BOND<br>2500 | ___ CASH<br>X OTHER | COMMERCIAL/HAZ. MAT.<br>___ CDL ___ CV ___ HM | TOWN OF ARREST<br>023 | TOWN OF OFFENSE<br>023 |
|---|---|---|---|---|---|
| X DETAINED | | | | | |

| ARRESTING OFFICER<br>COLANGELO, JOHN M. | SHIELD NO.<br>7 | SIGNATURE OF ACCUSED<br>X Nicole N. Chase | SIGNED - OFFICIAL TAKING PRINTS<br>Det. Colangelo |
|---|---|---|---|
| DEPARTMENT OR TROOP/ORI<br>CT0002300 | MOT. VEH. ___<br>REG. # ___ | P.D. ID NO.<br>51470 | P.D. CASE NO.<br>1700004762 | NOTE AMP. |

| REMARKS | F.V. ___ ALC. ___ NAR. ___ | COURT DATE<br>09-21-2017 | S.P.B.I. NO. |
|---|---|---|---|
| | G.A. NO.<br>GA-14 | DATE FINGERPRINTED<br>09-08-2017 | F.B.I. NO. |

| CHARGE(S) AND STATUTE NO. | DATE OF OFFENSE |
|---|---|
| 53a-157b FLS STATEMENT 2 | 05-07-2017 |