# Exhibit T

**From:**      The VINE Service
**To:**      Lewis Chimes
**Subject:**   A message from CT SAVIN
**Date:**     Thursday, November 09, 2017 2:20:10 PM

11/9/2017

This notification is brought to you by Connecticut Statewide Automated Victim Information and Notification (SAVIN) Program.

This e-mail is to inform you about a change involving the defendant NICOLE CHASE and docket number H14HCR170692973S.

The case will not be prosecuted and has been marked nolle prosequi as of 11/8/2017.

For more information or assistance, contact the Office of Victim Services at 1 (800) 822-8428. Or, you can visit www.jud.ct.gov for more information.

This notification is sponsored by the Connecticut SAVIN Program. It is our hope that this information has been helpful to you.

Thank you,

The VINE Service