# Exhibit U

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


     -------------------------------X
     NICOLE CHASE,                  :
                                    :
                    Plaintiff,      :
                                    :
               versus               :   CIVIL ACTION NO.
                                    :   3:18 cv 00683 (VLB)
     NODINE'S SMOKEHOUSE, INC.,     :
     CALVIN NODINE, TOWN OF CANTON, :
     JOHN COLANGELO, ADAM GOMPPER,  :
     MARK J. PENNEY, AND CHRISTOPHER:
     ARCIERO,                       :
                                    :
                    Defendants.     :
     -------------------------------X
```

D E P O S I T I O N

Deposition of ASSISTANT STATE'S ATTORNEY MICHAEL J. WEBER, JR., taken on behalf of the Plaintiff, pursuant to the Federal Rules of Civil Procedure, before Donna M. Miani, CSR, a Notary Public, in and for the State of Connecticut, on Tuesday, April 9, 2019, 2:10 p.m., at the law offices of SHIPMAN, SHAIKEN & SCHWEFEL, LLC, 433 South Main Street, #319, West Hartford, Connecticut.

```
                   GOLDFARB AND AJELLO, LLC
                     24 EAST AVENUE #1372
                  NEW CANAAN, CONNECTICUT  06840
                         (203) 972-1000
```

A P P E A R A N C E S

REPRESENTING THE PLAINTIFF:

    LAW OFFICE OF LEWIS CHIMES, LLC
    45 Franklin Street
    Stamford, Connecticut  06901
    BY:  MARY-KATE SMITH, ESQUIRE

REPRESENTING THE DEFENDANTS TOWN OF CANTON, JOHN
    COLANGELO:

    HOWD & LUDORF, LLC
    65 Wethersfield Avenue
    Hartford, Connecticut  06114
    BY:  CHRISTOPHER A. CLARK, ESQUIRE

REPRESENTING THE WITNESS:

    CHIEF STATE'S ATTORNEY'S OFFICE
    300 Corporate Place
    Rocky Hill, Connecticut  06067
    BY:  KELLY A. MASI, SENIOR ASSISTANT STATE'S
       ATTORNEY

```
 1                         independent recollection, but that's up
 2                         to...
 3   BY THE WITNESS:
 4         A.    I reviewed the four corners of the warrant
 5   and thought there was probable cause.
 6         Q.    Okay.  And I forget which exhibit it was,
 7   but in the file that you produced here today, there's a
 8   transcript, that two-sided document.
 9         A.    Yes.
10         Q.    And there's an Attorney Diaz on there.
11         A.    Yes.
12         Q.    Who is that, if you know?
13         A.    It's a fellow prosecutor, Attorney Robert
14   Diaz.
15         Q.    And you said you weren't in court on that
16   day reflected in that transcript?
17                     MS. MASI:  Objection, that's a
18                     mischaracterization of what he said.  He
19                     said he didn't know.
20         Q.    Okay.  Well, were you in court on
21   November 8th, 2017 when Attorney Diaz made these
22   statements as reflected in that transcript?
23         A.    I don't know.
24         Q.    Okay.  So on the front page of the folder
25   that you brought with you today it says nolle, correct?
```

Case 3:18-cv-00683-VLB   Document 146-23   Filed 10/21/19   Page 5 of 6

37

```
1             A.    Yes.
2             Q.    Does that indicate that these criminal
3    charges were nolled?
4                       MS. MASI:  I'm going to object to
5                  the form.
6                       Can you rephrase that?
7             Q.    Are you aware of the outcome of these
8    criminal charges?
9             A.    Yes.
10            Q.    Okay.  What was that outcome?
11            A.    Nolle.
12            Q.    Okay.  Were you involved in the decision to
13   nolle the charge?
14            A.    Yes.
15            Q.    Okay.  How so?
16            A.    That's my handwriting.
17            Q.    Okay.  Did you suggest to the court that
18   the charges should be nolled?
19            A.    I wrote nolle on the file.
20            Q.    Okay.
21                      MR. CLARK:  All right.  I have
22                 nothing further.
23                      MS. MASI:  Briefly I do.
24
25
```

```
1   STATE OF CONNECTICUT    )
2                           )   SS:  Derby
3   COUNTY OF NEW HAVEN     )
4
5        I, Donna M. Miani, a Certified Court Reporter and
6   Notary Public within and for the State of Connecticut, do
7   hereby certify that the within deposition of MICHAEL J.
8   WEBER, JR., was held before me on the 9th day of April,
9   2019.
10       I further certify that after said deposition was
11  recorded stenographically by me, it was reduced to type-
12  writing by me and I hereby submit that the within contents
13  of said deposition are true and accurate to the best of my
14  ability.
15       I further certify that I am not a relative of nor an
16  attorney for any of the parties connected with the
17  testimony of the witness.
18       Dated at Derby, Connecticut, on the 25th day of
19  April, 2019.
20
21                              _____
22                              Donna M. Miani, CSR
                                Certified Court Reporter
23
24  My commission expires July 31, 2023.
25
```