# Exhibit V

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------X
NICOLE CHASE,                  :
                               :
                Plaintiff,     :
                               :
           versus              :   CIVIL ACTION NO.
                               :   3:18 cv 00683 (VLB)
NODINE'S SMOKEHOUSE, INC.,     :
CALVIN NODINE, TOWN OF CANTON, :
JOHN COLANGELO, ADAM GOMPPER,  :
MARK J. PENNEY, AND CHRISTOPHER:
ARCIERO,                       :
                               :
                Defendants.    :
-------------------------------X
```

D E P O S I T I O N

CONTINUED VIDEOTAPED DEPOSITION OF DETECTIVE JOHN COLANGELO, taken on behalf of the Plaintiff, pursuant to the Federal Rules of Civil procedure, before Donna M. Miani, CSR, a Notary Public, in and for the State of Connecticut, on Tuesday, May 7, 2019, 10:10 a.m., at the law offices of SHIPMAN, SHAIKEN & SCHWEFEL, LLC, 433 South Main Street, #319, West Hartford, Connecticut.

GOLDFARB AND AJELLO, LLC
24 EAST AVENUE #1372
NEW CANAAN, CONNECTICUT  06840
(203) 972-1000

A P P E A R A N C E S

REPRESENTING THE PLAINTIFF:

    LAW OFFICE OF LEWIS CHIMES, LLC
    45 Franklin Street
    Stamford, Connecticut  06901
    BY:  LEWIS H. CHIMES, ESQUIRE

REPRESENTING THE DEFENDANTS TOWN OF CANTON, JOHN
    COLANGELO:

    HOWD & LUDORF, LLC
    65 Wethersfield Avenue
    Hartford, Connecticut  06114
    BY:  KRISTAN M. MACCINI, ESQUIRE

REPRESENTING THE DEFENDANT NODINE'S SMOKEHOUSE, INC.:

    LECLAIR RYAN, PLLC
    One Financial Plaza
    755 Main Street, Suite 2000
    Hartford, Connecticut  06103
    BY:  ELIZABETH M. SMITH, ESQUIRE

REPRESENTING THE DEFENDANT CALVIN NODINE:

    SMITH, KEEFE, MORAGHAN & WATERFALL, LLC
    257 Main Street, 2nd Floor
    P.O. Box 1146
    Torrington, Conneccticut  06790
    BY:  DAVID A. MORAGHAN, ESQUIRE

```
 1                    Do you want just go off the record
 2            quickly?
 3                    MS. MACCINI:  Sure.  Off the record.
 4                    MR. CECCHETTO:  Off the record 11:51
 5            a.m.
 6                    (OFF THE RECORD)
 7                    MR. CECCHETTO:  We're back on the
 8            record 11:53 a.m.
 9    BY MR. MORAGHAN:
10         Q.    Detective Colangelo, my name is David
11    Moraghan, and I represent Calvin Nodine, and we met at the
12    police department when you interviewed Mr. Nodine back in
13    2017, and I just have a couple quick questions for you.
14                    At any time during your investigation up to
15    your submitting the arrest warrant for Nicole Chase, did
16    you receive any pressure from Calvin Nodine to have her
17    arrested?
18         A.    Calvin made one call and said he wanted to
19    have her arrested.
20         Q.    Okay.  And was that the moving fact that
21    caused you to seek her arrest warrant?
22         A.    No, sir.
23         Q.    Okay.  What role did that have in your
24    seeking an arrest warrant for Nicole Chase?
25         A.    None.
```

```
 1   STATE OF CONNECTICUT  )
 2                        )   SS:  Derby
 3   COUNTY OF NEW HAVEN   )
 4
 5        I, Donna M. Miani, a Certified Court Reporter and
 6   Notary Public within and for the State of Connecticut, do
 7   hereby certify that the within deposition of DETECTIVE
 8   JOHN COLANGELO was held before me on the 7th day of May,
 9   2019.
10        I further certify that after said deposition was
11   recorded stenographically by me, it was reduced to type-
12   writing by me and I hereby submit that the within contents
13   of said deposition are true and accurate to the best of my
14   ability.
15        I further certify that I am not a relative of nor an
16   attorney for any of the parties connected with the
17   testimony of the witness.
18        Dated at Derby, Connecticut, on the 21st day of May,
19   2019.
20
21                                 _____
22                                 Donna M. Miani, CSR
                                   Certified Court Reporter
23
24   My commission expires July 31, 2023.
25
```