UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., et al** | : | **NOVEMBER 4, 2019** |

TABLE OF CONTENTS TO EXHIBITS TO PLAINTIFF'S OBJECTION
TO CANTON DEFENDANTS' SUMMARY JUDGEMENT MOTION

**Exhibit 1**     Gompper Deposition, Day I, 12/20/18, excerpts

**Exhibit 2**     Chase Deposition, Day I, 4/15/19, excerpts

**Exhibit 3**     Warrant Application for Nicole Chase's Arrest

**Exhibit 4**     Gompper's police report signed on 5/12/17

**Exhibit 5**     Inaccuracies Chart

**Exhibit 6**     Chase Lobby Interview 5/7/2017

**Exhibit 6a**    Chase Lobby Interview Transcript

**Exhibit 7**     Cathy Garcia Affidavit

**Exhibit 8**     Chase Interview 6/21/2017

**Exhibit 8a**    Chase Interview 6/21/2017 Transcript

**Exhibit 9**     Elizabeth Donegan's Declaration

**Exhibit 10**    Affidavit of John Ritson, Esq.

**Exhibit 11**    Deposition of Nicole Chase, dated May 1, 2019, Day II, excerpts

**Exhibit 12**    Chase Court Abstract

**Exhibit  13**   Deposition of Mark Penney dated 11/29/2018 excerpts

**Exhibit 14**    Canton Police report 5/13/17

Case 3:18-cv-00683-VLB   Document 150-1   Filed 11/04/19   Page 2 of 4

| | |
|---|---|
| **Exhibit 15** | **Statement of Alexandria Archer, dated May 11, 2017** |
| **Exhibit 16** | **Statement of Nicole Chase, dated May 12, 2017** |
| **Exhibit 17** | **Statement of Kyle Rouleau, dated 5/12/2017** |
| **Exhibit 18** | **Canton Police Report, dated, 5/25/2017** |
| **Exhibit 19** | **Colangelo Deposition Day I, 3/29/2019** |
| **Exhibit 20** | **Nodine's Interview May 18, 2017** |
| **Exhibit 20a** | **Nodine's Interview May 18, 2017, Transcript** |
| **Exhibit 21** | **Canton Police Report, dated 6/20/2017** |
| **Exhibit 22** | **Fax letter from Atty Moraghan to Detective Colangelo, dated 6/19/2017** |
| **Exhibit 23** | **Deposition of Adam Gompper, Day II 1/22/2019** |
| **Exhibit 24** | **Internal Affairs Interview of Adam Gompper, dated May 14, 2018** |
| **Exhibit 25** | **Canton Police Report, dated 6/21/2017** |
| **Exhibit 26** | **Colangelo Deposition Day II, 5/7/2019** |
| **Exhibit 27** | **Deposition of Calvin Nodine** |
| **Exhibit 28** | **Verizon Records, dated 5/6/17** |
| **Exhibit 29** | **Canton Police Department Arrest Warrant Log** |
| **Exhibit 30** | **Deposition of Assistant State's Attorney Michael Weber** |
| **Exhibit 31** | **State's Attorney Warrant Detail Report** |
| **Exhibit 32** | **Chase email to Detective Colangelo, dated, 7/25/2017** |
| **Exhibit 33** | **Chase – Colangelo, 7/31/2017 – 8/10/2017** |
| **Exhibit 34** | **Canton Police Department, General Orders No. 6-10** |
| **Exhibit 35** | **Police Report of John Colangelo, dated September 8, 2017** |
| **Exhibit 36** | **Canton Police Department, Arrest Profile** |

| | |
|---|---|
| Exhibit 37 | Transcript of Court Hearing, dated 11/8/2017 |
| Exhibit 38 | General Order 1.7 (Canons of Police Ethics) |
| Exhibit 39 | Canton Police Department, General Order 6.6 |
| Exhibit 40 | Canton Police Department, General Order 6.1 |
| Exhibit 41 | Canton Police Chief Arciero email, dated 3/1/2013, re checklists |
| Exhibit 42 | Sexual assault & Domestic Violence Investigation Kit |
| Exhibit 43 | Sexual Assault Report Review Checklist |
| Exhibit 44 | Internal Affairs Interview of John Colangelo 5/31/2018 |
| Exhibit 45 | Nicole Chase Email 5/18/2017 |
| Exhibit 46 | Alexandria Archer Deposition excerpts |
| Exhibit 47 | Chase – Jeremy Archer Texts |
| Exhibit 48 | Colangelo Attendance Records |

THE PLAINTIFF,
NICOLE CHASE


By: *Lewis Chimes*
Lewis Chimes (Juris No. 07023)
Mary-Kate Smith (Juris No. 26820)
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06901
Phone: (203)324-7744
Facsimile: (203)969-1319
Email: lchimes@chimeslaw.com
　　　　msmith@chimeslaw.com

**CERTIFICATION**

     **I HEREBY CERTIFY** that on the 4th day of November, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Elizabeth K. Acee**
**LeClair Ryan, PLLC**
**545 Long Wharf Drive, 9th Floor**
**New Haven, CT  06511**

**David A Moraghan**
**Smith Keefe Moraghan & Waterfall LLC**
**P.O Box 1146**
**257 Main Street, 2nd floor**
**Torrington, CT 06790**

**Kristan M. Maccini**
**Christopher A. Clark**
**Howd & Ludorf, LLC**
**65 Wethersfield Avenue**
**Hartford, CT 06114-1190**

                                      */s/ Lewis Chimes*
                                      **Lewis Chimes**