45 River Road, Canton  CT 06019

(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/07/2017 | 11:22 | Sex Offenses, Nonforcible | | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 204 | AGOMPPER | 05/07/2017 | 11:22 |

| STREET NO | STREET NAME AND TYPE | | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON | | | | Active | T023 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| O S | Nodine, Calvin | M | W | | Cel | | CT |
| W | Archer, Alexandria | F | W | | Cel | | CT |
| W | Rouleau, Kyle | M | W | | Cel | | CT |

On 5/7/17 at approximately 0857 hours, I was dispatched to the lobby of the police department on a report of someone being sexually harassed at their place of employment.

On my arrival, I met with the complainant/victim. (The victim's identification is documented in a supplemental report and will be referred to as VICTIM in all further documentation). The VICTIM was accompanied by her mother. The VICTIM explained that she works at Nodine's Smokehouse restaurant, located at 192 Albany Turnpike in Canton, CT, along with her mother. The VICTIM said that she was being sexually harassed by the owner, Calvin Nodine.

The VICTIM began to give me a back story about her boss, Nodine, and that he has a drinking problem and has caused another worker, (Nodine's step son), to quit. The VICTIM said that she came in for her shift on 5/6/17 and after being there for about 10 minutes, Nodine asked her, "Did you get laid last night?" The VICTIM said that Nodine was intoxicated at this point and walked away. When asked how she knew Nodine was intoxicated she said that usually in the morning time he has a few drinks. The VICTIM said that Nodine keeps beer in a cooler in the back and serves customers alcohol.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

**EXHIBIT 4**

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/12/2017 | /SGT. Mark J Penney/ | SGT 3 |

Canton Police Department
45 River Road, Canton CT 06019

(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO 1700004762 | DAY 1 | INCIDENT DATE 05/07/2017 05/07/2017 | TIME 08:57 | DATE OF RPT 05/07/2017 | TIME OF RPT 11:22 | TYPE OF INCIDENT Sex Offenses, Nonforcible | | INCIDENT CD 030 | INVESTIGATING OFFICER Officer Gompper, AdamW. | | BADGE NO 204 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION | | DIVISION NO | | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID 204 | TYPIST AGOMPPER | DATE TYPED 05/07/2017 | TIME TYPED 11:22 |
|---|---|---|---|---|---|---|---|---|---|---|

| STREET NO 00192 | STREET NAME AND TYPE ALBANY Tpke  CANTON | | | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | | STATUS Active | TOWN CD T023 |
|---|---|---|---|---|---|---|---|---|

The VICTIM then began to speak of an employee who takes acid while working and was told by Nodine that he was no longer working there. That employee then came into work and spoke about taking more acid. The VICTIM said at this point she said something about workers coming to work high and intoxicated. Nodine then said he didn't want his girls to be scared and told the employee to leave.

The VICTIM said Nodine kept making statements about not wanting his girls to be scared and gave the VICTIM a hug saying that her and her mother were the best employees and the VICTIM hugged him back because she was so emotionally upset about everything going on at the work place. The VICTIM said she felt Nodine was being genuine about caring but said she felt that this was leading up to an incident that occurred later on that night.

I then asked the VICTIM what happened later that night. The VICTIM said, she closed the front drawer down at the end of the night located at the front of business. The VICTIM said that he told two employees that they were closed for the night and they could leave. I asked the VICTIM if this was normal behavior for Nodine. The VICTIM said it was normally but she felt Nodine was more dismissive and wanted them to leave faster.

The VICTIM said as she was walking towards the back of the business to leave for the night she saw Nodine standing near the bathroom/kitchen doors with his arms open saying, "We're going to make it through this, we're going to make this company better",

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /OFCR  Adam W Gompper/ | INVESTIGATOR I.D.#: 204 | SIGNED DATE: 05/12/2017 | SUPERVISOR SIGNATURE /SGT. Mark J Penney/ | SUPERVISOR I.D.#: SGT-3 |
|---|---|---|---|---|

**EXHIBIT 4**

## CASE/INCIDENT REPORT                    SUPPLEMENTARY

| CFS NO 1700004762 | DAY 1 | INCIDENT DATE 05/07/2017 05/07/2017 | TIME 08:57 | DATE OF RPT 05/07/2017 | TIME OF RPT 11:22 | TYPE OF INCIDENT Sex Offenses, Nonforcible | | INCIDENT CD 030 | INVESTIGATING OFFICER Officer Gompper, AdamW. | | BADGE NO 204 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | DIVISION NO | | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID 204 | TYPIST AGOMPPER | DATE TYPED 05/07/2017 | TIME TYPED 11:22 |
| STREET NO 00192 | STREET NAME AND TYPE ALBANY Tpke  CANTON | | | APARTMENT NO/LOCATION | | INTERSECTING STREET NAME AND TYPE | | | STATUS Active | | TOWN CD T023 |

while he was giving the VICTIM a hug. The VICTIM then said while this was happening a dishwasher, Kyle, comes around the corner from the kitchen. The VICTIM then stopped her explanation of the incident, stood up and said that it happened so quickly and that she had shut down. The VICTIM then said that she doesn't even think her boss, Nodine, would remember what happened.

The VICTIM then said that Nodine must of already had his "stuff" out and she had no idea cause she was walking and it was dark and the lights were off and Nodine givers her a hug when the dishwasher walks around and said goodnight. The VICTIM says Nodine then grabs her and pulls her into the bathroom closing the door behind them. Kyle then says, "Uh, Calvin are you in the bathroom? Goodnight."

The VICTIM said she wanted to say something but she froze. The VICTIM said it happened so quickly. The VICTIM said she looked down and Nodine said, "I know you must not get it at home so suck it", or something. The VICTIM said she opened the door and then began to say that she has no proof of what happened and knows that Nodine is a rich man. The VICTIM then said she pushed past him and saw that Nodine had fallen into a wall and hit his head. The VICTIM said that Nodine may have an injury to the right side of his head. The VICTIM again said she froze but told Nodine that he needed to take his cash from the last days and directed him towards the nightly deposits. The VICTIM said that she then left for the night.

The VICTIM said she spent two hours thinking about what she should do about this. The VICTIM said she has a five year old daughter and can't lose her job. The VICTIM said she's just making it by. The VICTIM said she texted Nodine's step son, (Jeremy),

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER.
THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS
OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS
NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /OFCR  Adam W Gompper/ | INVESTIGATOR I.D.#: 204 | SIGNED DATE: 05/12/2017 | SUPERVISOR SIGNATURE /SGT. Mark J Penney/ | SUPERVISOR I.D.#: SGT-3 |
|---|---|---|---|---|

**EXHIBIT 4**

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO 1700004762 | DAY 1 | INCIDENT DATE 05/07/2017 05/07/2017 | TIME 08:57 | DATE OF RPT 05/07/2017 | TIME OF RPT 11:22 | TYPE OF INCIDENT Sex Offenses, Nonforcible | | INCIDENT CD 030 | INVESTIGATING OFFICER Officer Gompper, AdamW. | | BADGE NO 204 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | DIVISION NO | | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID 204 | TYPIST AGOMPPER | DATE TYPED 05/07/2017 | TIME TYPED 11:22 |
| STREET NO 00192 | STREET NAME AND TYPE ALBANY Tpke CANTON | | | | APARTMENT NO/LOCATION | | INTERSECTING STREET NAME AND TYPE | | STATUS Active | | TOWN CD T023 |

and told him what happened but did not give full details about Nodine telling her to suck it.

I asked the VICTIM what was exposed. The VICTIM said he was wearing a long thick flannel shirt and didn't initially notice anything. The VICTIM said when they were in the bathroom there was no time for him to take his stuff out. The VICTIM said in the bathroom his pants were open and she was able to see that his underwear was pulled down and could see his "balls" and penis. I asked the VICTIM if Nodine had an erection. The VICTIM said yes, Nodine was erect and he told her that he was getting hard. I asked the VICTIM if she was able to feel his genitals against her when they were hugging. She said no.

The VICTIM said she had never been in a situation like this before and told her mom that she'd talk to the police about this. I explained to the VICTIM if she wanted to make a complaint, I would take a written statement from her and would need to speak to the witness, Kyle. The VICTIM then said that Kyle didn't witness much, he just said bye Calvin. The VICTIM said that Kyle never witnessed anything he just yelled good night from the other room and said, good bye Calvin. (This is inconsistent and different than the initial description of the event the VICTIM told me). The VICTIM then made a comment that's she's going up against a millionaire.

I told the VICTIM if she wanted to pursue charges I would investigate it and also would need to speak to Nodine about the incident. I explained that if probable cause is developed I would forward a warrant to the court for their review. I then asked the VICTIM if she felt she was dragged in the bathroom as if she was being kidnapped. The VICTIM said no, she felt that Nodine was nervous.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

EXHIBIT 4

| INVESTIGATOR SIGNATURE: /OFCR Adam W Gompper/ | INVESTIGATOR I.D.#: 204 | SIGNED DATE: 05/12/2017 | SUPERVISOR SIGNATURE /SGT. Mark J Penney/ | SUPERVISOR I.D.#: SGT-3 |
|---|---|---|---|---|

Canton Police Department
45 River Road, Canton CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO 1700004762 | DAY 1 | INCIDENT DATE 05/07/2017 05/07/2017 | TIME 08:57 | DATE OF RPT 05/07/2017 | TIME OF RPT 11:22 | TYPE OF INCIDENT Sex Offenses, Nonforcible | | INCIDENT CD 030 | INVESTIGATING OFFICER Officer Gompper, AdamW. | | BADGE NO 204 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID 204 | TYPIST AGOMPPER | DATE TYPED 05/07/2017 | TIME TYPED 11:22 |
|---|---|---|---|---|---|---|---|---|

| STREET NO 00192 | STREET NAME AND TYPE ALBANY Tpke  CANTON | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS Active | TOWN CD T023 |
|---|---|---|---|---|---|

The VICTIM said that she wanted it noted that she came to the police department and she doesn't think that she could face that man, (Nodine), in court. The VICTIM then said that she doesn't want to go to work but hope that he doesn't remember what happened. The VICTIM than began to say she wanted to see how he was acting once she got into work and then brought up that Nodine drives home intoxicated every night and doesn't know how he hasn't been caught or could kill her daughter.

I again spoke to the VICTIM about conducting a complete investigation regarding her complaint. The VICTIM then began to ask what would happen if she decided to go to work today and she told Nodine's wife what happened. The VICTIM wanted to know if she was able to come back and make the formal complaint. The VICTIM said she has to see how she feels once she goes back into work before deciding. The VICTIM said she doubts anything will happen because Nodine was more intoxicated than he normally is.

The VICTIM said she is very concerned about money and her living situation. The VICTIM said that she feels that there are enough people around, especially Nodine's wife, that she could go to if Nodine trys something again.

I again told the VICTIM if she wanted to pursue the complaint I would investigate it. The VICTIM said that wanted to see what would happen if she went into work to see how he and his wife acted about the situation. The VICTIM and her mother told me that Nodine is normally crude and makes crude comments.

I provided the VICTIM with a yellow OVS card and explained that there are phone numbers that she could reach out and speak to

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

**EXHIBIT 4**

| INVESTIGATOR SIGNATURE: /OFCR  Adam W Gompper/ | INVESTIGATOR I.D.#: 204 | SIGNED DATE: 05/12/2017 | SUPERVISOR SIGNATURE /SGT. Mark J Penney/ | SUPERVISOR I.D.#: SGT-3 |
|---|---|---|---|---|

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO 1700004762 | DAY 1 | INCIDENT DATE 05/07/2017 05/07/2017 | TIME 08:57 | DATE OF RPT 05/07/2017 | TIME OF RPT 11:22 | TYPE OF INCIDENT Sex Offenses, Nonforcible | | INCIDENT CD 030 | INVESTIGATING OFFICER Officer Gompper, AdamW. | | BADGE NO 204 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | DIVISION NO | | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID 204 | TYPIST AGOMPPER | DATE TYPED 05/07/2017 | TIME TYPED 11:22 |
| STREET NO 00192 | STREET NAME AND TYPE ALBANY Tpke   CANTON | | | APARTMENT NO/LOCATION | | INTERSECTING STREET NAME AND TYPE | | | STATUS Active | | TOWN CD T023 |

someone. I explained to the VICTIM if she's in fear for her safety or another incident occurs to immediately call 911 or report the incident to the police department. I explained to the VICTIM that if she wants to pursue a complaint about this incident she would need to speak to me about it. The VICTIM and her mother then left the lobby of the police department.

Based on the fact that the VICTIM does not want to pursue a criminal complaint at this time or provide me a written statement about this incident this case will not be investigated. If the VICTIM comes back to the police department to speak to me about this incident, this case will be reopened and it will be investigated at that time.

A copy of the conversation that was recorded on CPD surveillance video was burned onto a CD and it was placed in the case jacket.

Nothing further.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /OFCR  Adam W Gompper/ | INVESTIGATOR I.D.#: 204 | SIGNED DATE: 05/12/2017 | SUPERVISOR SIGNATURE /SGT. Mark J Penney/ | SUPERVISOR I.D.#: SGT-3 |
|---|---|---|---|---|

**EXHIBIT 4**

45 River Road, Canton CT 06019

(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY            X

| CFS NO 1700004762 | DAY 1 | INCIDENT DATE 05/07/2017 05/07/2017 | TIME 08:57 | DATE OF RPT 05/10/2017 | TIME OF RPT 14:06 | TYPE OF INCIDENT Miscellaneous Officer | | INCIDENT CD 251 | INVESTIGATING OFFICER Officer Gompper, AdamW. | BADGE NO 204 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | DIVISION NO | | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID 204 | TYPIST AGOMPPER | DATE TYPED 05/10/2017 | TIME TYPED 14:06 |
| STREET NO 00192 | STREET NAME AND TYPE ALBANY Tpke  CANTON | | | APARTMENT NO/LOCATION | | INTERSECTING STREET NAME AND TYPE | | | STATUS Active | TOWN CD T023 |

The victim's name is Nicole H Chase (DOB           ).

Nothing further.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER.
THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS
OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS
NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

**EXHIBIT 4**

| INVESTIGATOR SIGNATURE: /OFCR  Adam W Gompper/ | INVESTIGATOR I.D.#: 204 | SIGNED DATE: 05/10/2017 | SUPERVISOR SIGNATURE /SGT  Mark  J Penney/ | SUPERVISOR I.D.#: SGT 3 |
|---|---|---|---|---|