**CaseMap OBJECTS - WARRANT V. STATEMENTS Report**

**Case:  Nicole Chase**

**Created:  10/12/19 6:53:58 PM**

| ¶ | Warrant Statement | Video Time | Actual Statement | Comments | Exhibits |
|---|---|---|---|---|---|
| 2 | Says Nicole Chase complained about sexual harasment | | Nicole Chase never  says anything about sexual harassment | False | 2017.5.7 Chase lobby interview |
| 3 | That, on his arrival, Officer Gompper met with the complainant/victim, Nicole Chase H Mrs. Chase (DOS 8/2/9(}}:- She- - --explained that she works at Nodine's Restaurant located at 192 Albany Turnpike in Canton, CT, along with her mother. | | Nicole Chase never says anything about sexual harassment | False | 2017.5.7 Chase lobby interview |

|   | | | | | |
|---|---|---|---|---|---|
| | Nicole Chase said that she was being sexually harassed by the owner and her boss, Calvin Nodine Mrs. Nodine. | | | | |
| 4 | Nicole Chase said that she came in for her shift on 5/6/17 and after being there for about 10 minutes, Calvin Nodine asked her, "Did you get laid last night?" Nicole Chase said that Calvin Nodine was intoxicated at this point and walked away. | 02:15 - 02:20 | Chase's mother, Cathy Poirier says Nicole Chase had been there ten minutes | False | 2017.5.7 Chase lobby interview |
| 6 | That, Nicole Chase said as she was walking towards the back of the business to leave for the night she saw Calvin Nodine standing near the bathroom/kitchen doors with his arms open saying, "We're going to make it throughthis, we're going to make this | 6:04-7:32, 11:25-12:06, 12:07-12:55 | Kyle Roueleau Rouleau did not come into hallway until after Calvin Nodine pulled her into the bathroom.  Rouleau never saw them in the hallway. | Misleading.   Omits subsequent statement where she clairifies that she was in bathroom before Rouleau came in. | 2017.5.7 Chase lobby interview  2017.5.7 Chase lobby interview transcript (7-8; 13-15) |

| | | | | | |
|---|---|---|---|---|---|
| | company better", while he was giving her a hug. She said while this was happening a dishwasher, Kyle Roueleau, came from around the corner. | | | | |
| 6 | Nicole Chase then stopped her explanation of the incident to Officer Gompper standing up and saying that it happened so quickly and that she had shut down. | | Nicole Chase never stopped her explanation of the incident | | 2017.5.7 Chase lobby interview |
| 8 | That, Mrs. Chase said she wanted to say something to Kyle Roueleau but she froze because it happened so quickly. | 11:24 - 11:42 | Chase actual statement: Anything, down- and then all of sudden, he so quickly did it and then Kyle Roueleau, and I really wanted to be like, Kyle Roueleau, but what's that gonna do me, like he's right here and he's just going to tell me I'm fired and like, how can I fight this, I have no- and for him, and I kind of like froze and like, oh my God, and as soon as Kyle Roueleau said, "Bye, Calvin Nodine," and I heard the door, I just like, whoomp! | Warrant omits fact that Chase mentions fear of being fired and her belief that she has no way to fight what he is doing. | 2017.5.7 Chase Lobby interview  2017.5.7 Chase lobby interview Transcript (T: 13) |
| 8 | Mrs. Chase made a comment to Adam Gomper about Calvin Nodine being a rich man | 07:36 - 07:44 | Chase actual statement: I could literally, if I wasn't trying to press charges and I just wanted a complaint because I know he's a rich man, and I can't do shit about it, and I have no proof . . . | Misleading. Inaccurately The truncated language in the warrant  implies Chase has money motive. Chase's actual statement  makes unambiguously clear that the "millionaire' | 2017.5.7 Chase lobby interview  2017.5.7 Chase lobby interview Transcript (T: 8) |

| | | | | reference reflected her fear and inability to fight someone with money and power. | |
|---|---|---|---|---|---|
| 9 | Nicole Chase again said she froze but told Calvin Nodine that he needed to take his cash from the last days and directed him towards the nightly deposits. | 08:11 – 08:29 | Chase actual statement:<br>I push, out the door, and he was so drunk he like, boom, and I saw that he, like, hit his head and I heard it so like, I know he might have a little bump there today, and basically I just, I, I froze, and I went, "Oh, uh, okay, good night," you know, and I go, "The money bags are over there," and I'm still nice enough to say, you know, "Calvin Nodine, this is your money from the past three days, don't, you need to take it home with you, don't leave it here, just out in the open," and, "Oh yeah, this's gotta come home with me," and I'm like, "Alright, okay," | Misleading.<br><br>Chase uses the term "froze" to put in context why she behaved normally toward Calvin after sexual assault.  It is not unusual for victims of exual assaults to continue to behave in their normal work patterns after the incident. | 2017.5.7 Chase lobby interview<br><br>2017.5.7 Chase lobby interview Transcript (T: 8)<br><br>Garcia:<br><br>Donnegan: |
| 9 | She said that she then left for the night and then spent two hours thinking about what she should do about this. | 8:25 – 9:50 | Chase Actual statement:<br>," and I just walked out, and I'm not going to lie, I spent about an hour? [To mother] I don't know, what time did I call you?<br><br>CATHYPOIRIER:<br>Eleven... o-five.<br>NICOLE CHASE:  Okay, so I spent about two hours debating what to do, and how to do it, and, I can't lose my job, and, I-<br>NICOLE CHASE (cont.): I am just making it by, I have a five-year-old-daughter, and, um, I talked to his, um, right away, the only person I can really trust, that I know is responsible, and is not going to leak this out to the whole company where Calvin knows that I'm at least going to file a complaint or what I should do, and I'm thinking, and I'm freaking out, and I can't tell my boyfriend because, of course, you know, not that he's a bad | Misleading.<br>Nicole Chase describes her concerns, fear of losing her job, fear of being able to take care of her daughter, fear of her boyfriend's reaction.  The truncated language in the warrant attempts to portray Nicole Chase in a more devious and manipulative manner. | 2017.5.7 Chase lobby interview<br><br>2017.5.7 Chase lobby interview Transcript (T: 9-10) |

| | | | person, but he would get in a vehicle, and I don't want to compare myself to my boyfriend<br>CATHY POIRIER: Yeah.<br><br>NICOLE CHASE:  And so everyone wants to go kill this man, and I just, I don't know, it took a while, I called, I, uh, I texted Jeremy and I actually have the texts . . . | | |
|---|---|---|---|---|---|
| 10 | That, Mrs. Chase said she texted Calvin Nodine's step son, (Jeremy),and told him what happened but did not give full details about Calvin Nodine telling her to suck it. | 10:06 - 10:18 | Chase actual statement:<br><br>And I just, um, told him the story, except not fully because, you know, I'm on the phone, I just said, you  know, "Calvin had his thing out, he told me to suck it, and..." | False.<br><br>Nicole Chase stated to Adam Gommpper that she told him the story, including the fact that Calvin was exposed and told her to suck it.  The Arrest Warrant attempts to minimize fact that Nicole Chase made an immediate and detailed outcry about the sexual assault to Jeremy Archer right after the sexual assault. | 2017.5.7 Chase lobby interview<br><br>2017.5.7 Chase lobby interview Transcript (T: 9-10) |
| 10 | That, Mrs. Chase said she texted Calvin Nodine's step son, (Jeremy),and told him what happened but did not give full details about Calvin Nodine telling her to suck it. | | JEREMY ARCHER TEXT:  Calvin Nodine was really drunk had everyone leave to supposedly cut the drawer then we were walking down the hall and he pushed me into the bathroom and startd touching me and pulled out his dick and told me I wanted it cause I don't get it at home. . .I ran out and he was so drunk he fell on the tile and bumped his head real good then I just very calmly said goodbye...I wouln't tell anyone this | Misleading.<br><br>Detectie Colangelo reviewed  the texts between Jeremy Archer and Nicole Chase when he interviewed her on June 21, 2017.  Nicole Chase brought in a copy of the text to Detective Colangelo on in early July, 2017.<br><br>Nicole Chase's text is detailed and consistent with her description of the sexual assault.<br><br>This section of the warrant clearly dismisses and totally mischaracterizes a critical piece of evidence: | Text between Jeremy Archer and Nicole Chase, 10/6/2017 – 10/7/2017. |

|  |  |  |  | Nicole Chase made an immediate outcry and sought advice from someone she trusted immediately after the sexual assault. |  |
|---|---|---|---|---|---|
| 10 | [Chase] said when they were in the bathroom there was no time for him to take his "stuff" out. | 10:19 - 11:02 | Chase actual statement:<br>GOMPPER:  Was everything exposed?<br>Nicole Chase Mrs. Chase:  He had, um, he had, well, I don't know how I didn't notice this, but he has these flannels that are long, you know, long with like a curve right here, so I don't know, maybe that's how I didn't notice, but-<br>ADAM GOMPPER:  The flannel button down-shirt?<br>Nicole Chase Mrs. Chase:  Yeah-<br>ADAM GOMPPER:  Okay.<br>Nicole Chase Mrs. Chase (cont.): But he must have, like, not flannel, but, like, thick, like, Cabela, like, a really-<br>ADAM GOMPPER:  Yeah.<br>Nicole Chase Mrs. Chase:  I don't know. So I-because, I, there was no light in the bathroom, it's not like that's when it came out, because I couldn't see it, but there was no time he could have done that, while, I mean, literally it was, it was a matter of five minutes this all happened, so, he, he must have had, like he literally had his, like, I mean it was complete pants area and boxers pulled down, I mean there was his balls, and-<br>ADAM GOMPPER:  Okay, that's all I needed. | Inaccurate<br><br>Chase's actual statement is unclear.<br>Arrest warrant  summarizes it in  a manner intended to make Chase' version of events less credible. | 2017.5.7 Chase lobby interview<br><br>2017.5.7 Chase lobby interview Transcript (T: 11) |
| 12 | Nicole Chase then said that Kyle Roueleau didn't witness much, he | 05:23 - 07:58, 12:07-13:07 | Nicole Chase:<br>And as I walk this way, he's standing right here, and he's like this. And he's like, "We're going to make it through this, we're going to make the | False.<br><br>There was never any inconsistency.  Nicole Chase never stated that Kyle Rouleau | 2017.5.7 Chase lobby interview |

| | | | |
|---|---|---|---|
| just said bye Calvin Nodine, (Calvin Nodine). (This is inconsistent and different than the initial description of the event Nicole Chase told Officer Gompper). | | company better," and he's, like, giving me a hug. Kyle Roueleau, who he thought left, comes around the corner from the kitchen-<br>ADAM GOMPPER:  The dishwasher.<br>Nicole Chase Mrs. Chase:  The dishwasher.<br>ADAM GOMPPER:  Okay.<br>Nicole Chase:  And, very quickly, and I'm not going to lie, I did, I, I did, I, I, I shut down, I just, he, my boss, he, so, I'm standing, he's standing here, Kyle Roueleau's coming from this way, and because he was soaked, I mean, he was, I don't think he could even, I don't think he'll even remember he did this, he,  he must have already had his stuff out, and, uh, whatever, I have no idea, I just walk in, it's dark, all the lights are off, and he gives me the hug, and the dishwasher comes around and he's like, "Good night, Nicky," because he always says goodnight, so, like, "Good night, Nicky-" And he, like, quickly grabs me, and here's the bathroom, because it's shaped like an 'L,' the bathroom's here, I go in here, and I'm like, "What the fuck?" And then, he just shuts the door and I'm just standing there, like-<br>ADAM GOMPPER:  He pulled you into the bathroom and shut the door?<br>Nicole Chase:  Yeah, and then Kyle Roueleau was like, "Calvin Nodine, are you in the bathroom? Goodnight,"<br>• * *<br>(T:  13-15) ADAM GOMPPER: I would talk to the dishwasher, who witnessed it- Kyle Roueleau, you said his name was?<br>Nicole Chase:  Yeah, he only as witnessed as much as was said by Calvin- | witnessed anything.  During the lobby interview she unequivocally clarified her initial mention of Kyle Rouleau, which may not have been clear.<br>All of the potential witnesses (Chase, Rouleau, and Calvin Nodine) all made clear that Kyle Rouleau never witnessed any part of the sexual assault that took place in the bathroom.  He only heard Calvin call out good night from the bathroom.<br>The arrest warrant falsely mischaracterizes Chase's statement as an  inconsistency to attempt to cast doubt about Nicole Chase's credibility. | 2017.5.7 Chase Lobby Interview Transcript (T: 7-8; 13-15)<br><br>Statement of Kyle Rouleau 5-12-2017<br><br>Calvin Nodine Interview, 5/19/17 |

| | | | ADAM GOMPPER: Well, he saw- well, you said he saw you and Calvin Nodine walk around that turn, and then-<br>Nicole Chase Mrs. Chase: No, he didn't- he didn't- yes, he was in the waitress station while I said "Bye, Kyle Roueleau," so-<br>ADAM GOMPPER: I thought you said he turned the corner, when you guys were-<br>Nicole Chase: Well, if- uh... Okay, there are doors-<br>ADAM GOMPPER: Did he see-<br>Nicole Chase Mrs. Chase: He did not see anything, he just, literally, he heard, I don't know, he knows I'm still in the building-<br>ADAM GOMPPER: But he yelled, like, "Good bye," from another room? And then, he-<br>Nicole Chase Mrs. Chase: He yelled "Good bye-"<br>ADAM GOMPPER: From another room?<br>Nicole Chase: By the time he was able to pull me, that's when I was already in there, and Kyle Roueleau, said, like, "Good bye, Calvin Nodine?" the restaurant by the cash register. I walked into the kitchen to wipe down a table.<br>Statement of Kyle<br>closed. I heard Calvin Nodine say, "All right", to my comment that I'm leaving_<br>I then walked out of the restaurant for the night | | |
|---|---|---|---|---|---|
| 12 | Nicole Chase then made a comment that's she's going up against a millionaire. | 12:47 - 13:10 | Nicole Chase Mrs. Chase: By the time he was able to pull me, that's when I was already in there, and Kyle Roueleau, said, like, "Good bye, Calvin Nodine?" and, almost, almost like he, like, knew something, but I don't know if he did and that's why I don't want to talk to him, but I really | Misleading.<br><br>The truncated language in the warrant implies Chase has money motive.  Chase's actual statement  makes unambiguously clear that the "millionaire"  reference | 2017.5.7 Chase lobby interview<br><br>2017.5.7 Chase lobby interview Transcript (T: 15) |

| | | | didn't want to, I mean, yeah, I'm going up against a millionaire, and...<br>ADAM GOMPPER:  Well, that doesn't give him a right to do anything-<br>Nicole Chase Mrs. Chase:  Oh no, I know it doesn't give him the right- | reflected her fear and  inability to fight someone with money and power.<br><br>In addition, Adam Gopper's response makes clear that he understand perfectly the context of the millionaire reference. Nevertheless, the true meaning of her statement is left out of the warrant. | |
|---|---|---|---|---|---|
| 15 | After speaking with Calvin Nodine, Calvin Nodine initially denied anything happening between them. | 6:22-7:03,<br>9:14-10:07,<br>11:14-11:21,<br>11:34-12:52,<br>13:03-15:22,<br>16:21-16:48 | NODINE'S INITIAL STORY<br><br>Calvin Nodine: Um... I'm a meat guy. I've grown up in meat plants since I was nine years old-.<br>Calvin Nodine: So, does, you know, what I say get a little harsh sometimes?<br>Calvin: Yeah.<br>DETECTIVE COLANGELO:  Because, apparently, according to her, and someone else, your hand made it down to her rear end.<br>Calvin Nodine: Nah, I wouldn't have done that.<br>Calvin Nodine: I, I... don't know what she's talking about.<br>***<br>Calvin Nodine: Look, I just- I got a whole pile of bad shit going on. I mean, I just fired my whole crew.<br>Calvin Nodine: So, you know what, I got a whole pile of enemies, right now.<br>***<br>Calvin Nodine: Yeah, Nicky actually did everything, she's very good.<br>Calvin Nodine Mrs. Nodine: Very good employee.<br>DETECTIVE COLANGELO:  That's what I meant, on the floor, doing everything.<br>DETECTIVE COLANGELO:  She's like, the manager? | FAILURE TO DISCLOSE EXCULPATORY INFORMATION<br><br>The arrest warrant glosses over Calvin Nodine's deliberately false initial statement and widly incredible second version of the incident.<br> The initial false version of the incident, which was recited in front of his own attorne revealed to a trained inviestigator that Mr. Nodine would clearly lie to protect his self-interest.  He would lie tohis attorney, and he would lie to police officers to protect himself..  in addition, which was clearly inten to comform to the evidence that Nodine was confronting.<br><br>Since there were only two versions of what happened in the bathroom, the credibility of Calvin Nodine, or his lack of credibility, was relevant to the accusation that Nicole chase made a false statement. The arrest warrant submitted by Detective Colangelo should have contained more detail about the Calvin Nodine's complete lack of credibility. | 5/18/17 Interview of Calvin Nodine<br><br>5/18/17 Nodine Interview transcript (t:12-13; 17-18; 20-27) |

| | | | Calvin Nodine: Yeah.<br>DETECTIVE COLANGELO:  So, how'd that night end?<br>Calvin Nodine: Just ended. I did a twelve hour day and wanted to get the hell out of there.<br>DETECTIVE COLANGELO:  So you were the last one out?<br>Calvin Nodine: Yes.<br>DETECTIVE COLANGELO:  Mm-hmm. So Allie and Kyle leave- did they say good bye, or anything?<br><br>DETECTIVE COLANGELO:  Who, who said-<br>Calvin Nodine: Kyle Roueleau. Yep.<br>DETECTIVE COLANGELO:  Um... Was anyone in the bathroom with you?<br>Calvin Nodine: No.<br>DETECTIVE COLANGELO:  Okay. That's not what they're telling me.<br>DETECTIVE COLANGELO:  I know Nicky was still in the building when he left.<br>[Calvin shrugs.]<br>DETECTIVE COLANGELO:  Well, she said that day, earlier in the day. So, Kyle Roueleau had left, she was with you, Kyle Roueleau yelled for you, you grabbed her by her arm, or something, and pulled her into the men's bathroom with you, locked the bathroom door, held your finger up to your mouth to tell her to be quiet, Kyle Roueleau yelled to you again, shortly after that, you said good night to Kyle Roueleau. She then looked down and you had exposed yourself. To her.<br>Calvin Nodine: That's bullshit. | The defendant omitted these details from the warrant because they would have made Nicole Chase's insistence that the sexual assault was nonconsensual was true, making a false statement warrant for a victim of a sexual assault unwarranted. | |

| | | | DETECTIVE COLANGELO: Well, I don't know. Here's how I look at it. Because, I got Kyle Roueleau's statement telling me the same thing. Calvin Nodine: Well, no he's not. Because he doesn't know what happened in there. | | |
|---|---|---|---|---|---|
| 15 | After Calvin Nodine spoke privately to his attorney, Calvin Nodine explained that Mrs. Chase had performed oral sex on him in the bathroom and it was consensual | 27:27-28:30, 28:58-30:30 | NODINE'S CHANGED STORY<br>Calvin Nodine Mrs. Nodine: Alright, lookit, I'm gonna open it up, because this is gonna be hard for me to spin, and it's cost me a bunch of shit.<br>Calvin Nodine Mrs. Nodine: She grabbed me and said, "Lookit, I've got something for you to see." I figured there was a problem in the men's room.<br>Calvin Nodine Mrs. Nodine: She was the one that dropped my pants.<br>Calvin Nodine Mrs. Nodine: And gave me a blow job.<br>Calvin Nodine Mrs. Nodine: And it was pretty much so fast that it was like, okay! That fucking happened. So, yeah, I got a disaster with the wife-<br>DETECTIVE COLANGELO: So, this is what I'm gonna have-<br>Calvin Nodine Mrs. Nodine: And all that bullshit.<br>DETECTIVE COLANGELO: And, you know, uh, here's the deal, and I understand it's embarrassing, but I've heard worse.<br>Calvin Nodine Mrs. Nodine: Yeah.<br>DETECTIVE COLANGELO: I've heard worse, I've been doing this for nearly twenty-five years, I know I'm really young-looking because I take after my dad-<br>***<br>*DETECTIVE COLANGELO: I know-* | Calvin Nodine's second story was completely unbelievable and the defense of last resort in acquaintance rape cases. Ms. Chase was the aggressor; Ms. Chase lured him into the bathroom; Ms. Chase pulled down his pants, and Ms. Chase performed oral sex on her married boss. Two hours later, Ms. Chase called his stepson for advice on what to do, told her mother, and went to report it to the police the following day.<br><br>Defendants complete lack of credibility tended to indicate that Ms. Chase was telling the truth that the sexual assault was nonconsensual, and as a victim, she should never have been charged with making a false statement.<br><br>The defendant omitted these details from the warrant because they would have made Nicole Chase's insistence that the sexual assault was nonconsensual more credible, making a false statement warrant for a victim of a sexual assault unwarranted. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | *Calvin Nodine: This is embarrassing, it was, uh, uh, a moment after a twelve-hour day, and, um, a bad decision, and, um-*<br>*Calvin Nodine Mrs. Nodine: I should have stopped her*<br>*Calvin Nodine Mrs. Nodine: Look, I have to, I'm trying to protect myself-*<br>*DETECTIVE COLANGELO:  I know-*<br>DETECTIVE COLANGELO:  So, after the blow job, what happened?<br>Calvin Nodine: She told me to walk out first.<br>Calvin Nodine: To make sure nobody was around.<br>DETECTIVE COLANGELO:  Mm-hmm.<br>Calvin Nodine: And then I told her it was all clear and she went home. | | |
| 18 | Nicole Chase said, "I want him to give me his restaurant so I can run it right and for him to be gone." | 18:04 - 18:53 | (T:  21-22)<br>Nicole Chase Mrs. Chase (cont.): And get taken off of it, so my whole life has been flipped upside down just because of, from how much money, and like, I guess, like, to me just a single act of, like, I have a boyfriend, but we split everything, it's not like he pays for me. So, between day care - so, right, like, for me, it was one of the only jobs where I worked my butt off and overtime as much as I could and I was always there, and I remember you'd get your six-inch meatball grinders, telling me your mom would kick your butt, you know, your dinner or something, I'd remember all my customers, like, it hurt me to leave that place, like, I was literally like, you know what? I don't want to hurt this person, I want him to give me his restaurant, so I can run it right, and for him to be gone, and to not have the name Mrs. Nodine, and that's how much work I put into | MISLEADING<br><br>Nicole Chase's statement clearly refers to how much she loved her job, and how she felt that she was good at it.  She acknowledges that she is hurt economically bylosing the position.  She is clearly sad and wistful that what had been a positive situation was ruined by Calvin Nodine.<br><br>The truncated line in the warrant takes this out of context and improperly tries to suggest a financial motive for her complaint. | Chase interview 2017.6.21<br><br>Chase Interview Transcript (T:21-22) |

| | | | this place. Um - Sorry, I get very, all over um, I don't know. | | |
|---|---|---|---|---|---|
| 21 | That, it was told to Nicole Chase that if she had consensual contact with Calvin Nodine that it was very important to this investigation that it's known. She then said, "I know, _I'm trying to get myself to this point." | 1:03:51 - 1:05:28 | (T: 79-80)<br>DETECTIVE COLANGELO:  You understand how important it is, like, if you have any kind of consensual, physical contact with him, that night or prior - it's very important that I - that the truth is known to us.<br>Nicole Chase Mrs. Chase:  I know. I think I'm trying to get myself to this point, because, um- [Chase begins to shake.]<br>DETECTIVE COLANGELO:  Take a deep breath. [Chase weeps and shakes her head.]<br>DETECTIVE COLANGELO:  There's tissues right there.<br>[Chase continues to cry.]<br>Nicole Chase Mrs. Chase:  Okay, so, yes, no. There was never any, um, there was no hugging, kissing, anything sexual-<br>DETECTIVE COLANGELO:  Mm-hmm.<br>Nicole Chase Mrs. Chase:  Any type of, oh, I would allow you to try to touch me, I'd do anything-<br>DETECTIVE COLANGELO:  Okay.<br>Nicole Chase Mrs. Chase:  It was just him. He pulled me in there and just dropped down and as soon as he told me to do it I just did it, and I just didn't know what to do-<br>DETECTIVE COLANGELO:  So you did give him oral sex.<br>Nicole Chase Mrs. Chase:  Yes. [Weeps.]<br>DETECTIVE COLANGELO:  Okay.<br>Nicole Chase Mrs. Chase: [Weeps] But everything else is completely true. I know that story's a lie | Misleading<br><br>Chase did not get emotional because anything consensual happened.  She became emotional because she was telling the embaassing part of the story that she did notwant anybody to know.  She did not want to tel because she did not want people to ask her why she did it when she did not want to, because she was so scared. | Chase interview 2017.6.21<br><br>Chase Interview Transcript (T:79-80) |

| | | | but I wanted to come back and actually tell that but I was afraid it would go against my story. And I just don't want my boyfriend to know, I don't want people to ask me why I did it when I didn't want to do it, but - I was just so scared. [Weeps] I don't even know why [unintelligible]. I couldn't even tell my own mom. | | |
|---|---|---|---|---|---|
| 22 | She explained that she wanted to come back and say this but she was in fear it would go against her story and she doesn't want her boyfriend to know. | 1:05:01-1:05:27 1:05:41-1:06:23 1:06:45-1:08:08 | Nicole Chase Mrs. Chase: [Weeps] But everything else is completely true. I know that story's a lie but I wanted to come back and actually tell that but I was afraid it would go against my story. And I just don't want my boyfriend to know, I don't want people to ask me why I did it when I didn't want to do it, but - I was just so scared. [Weeps] I don't even know why [unintelligible]. I couldn't even tell my own mom. ***  Nicole Chase Mrs. Chase:  No. No, that's the problem, because I, I, I didn't want to come to you guys, you know, without my lawyer, or make my lawyer's case look bad, you know, because I didn't want to admit to doing something I didn't want to do. DETECTIVE COLANGELO:  Mm-hmm. Nicole Chase Mrs. Chase:  I feel - I feel like, um - my boyfriend, to this day, always says, and this does have to, kind of, do with it, um, that how come you couldn't, he's like, there's no physical violence or anything, you know, I'm strong, and we wrestle and stuff, he's like, how come you could put me in a headlock and shit but you were in a seven-year abusive relationship and you couldn't hit back? And you couldn't- | OMISSION  The warrant omits significant portions of Nicole Chase's testimony about how the reason that she initially omitted the details about the sexual contact was because of shame, humiation, and fear:  • Fear of that her boyfriend would misunderstand • Fear and shame about what people would think when they found outthat she did not resist • Too ashamed to even tell hermother • Did not want to admit to doing something that she did not want to do  These omitted details negate the intent element of the chargeof making a false statement. | Chase interview 2017.6.21  Chase Interview Transcript (T:80-84) |

| | | | DETECTIVE COLANGELO:  Yeah, I get what you're saying-<br>***<br>DETECTIVE COLANGELO:  Just, you know-<br>Nicole Chase Mrs. Chase: I- I guess in my head, I was, like, my boyfriend thinks that I really wanted to do that, if anybody thinks I wanted to that, they're gonna- they're gonna say I wanted to, like-<br>DETECTIVE COLANGELO:  Okay, I'm gonna - I'm gonna just tell you, and I don't want you to be embarrassed or anything like this - and I'm not saying that this is in your head, but if you wanted to do that for six months prior to that you'd just -<br>Nicole Chase:  No!<br>Nicole Chase:  [Sobs] Everything's the exact same except that I didn't say no, I just did it.<br>DETECTIVE COLANGELO:  Okay. We'll - let me, um-<br>Nicole Chase Mrs. Chase:  Because I made sure that I told everything the truth that -<br>DETECTIVE COLANGELO:  Mm-hmm.<br>Nicole Chase Mrs. Chase (cont.): Besides the one part that I didn't want people to know. | | |
| 23 | She said she had spoke to her attorney but did not tell the attorney about this and didn't want to come back and tell what really happened because she knew it would affect her civil case. | 1:05:41-1:06:23<br><br>1:20:52 - 1:22:07 | DETECTIVE COLANGELO:  Did you tell the lawyer?<br> NICOLE CHASE:  No. No, that's the problem, because I, I, I didn't want to come to you guys, you know, without my lawyer, or make my lawyer's case look bad, you know, because I didn't want to admit to doing something I didn't want to do.<br>* * *<br>NICOLE CHASE:  Yeah, but that screws up my whole civil case, right? | FALSE<br><br>Chase never said that she did not want to tell the truth.<br><br>Chase says that she did not want to come back to see Detective without her lawyers. | Chase interview 2017.6.21<br><br>Chase Interview Transcript (T: 81; 107) |

| | | | DETECTIVE COLANGELO:  I don't - I'm not a civil attorney. Civil - labor law, I'm not, like I said, just because we're cops doesn't mean, you know, I can't do a house closing, I can't, you, uh, you know, I'm not a contractor, a lawyer, I mean, that's - I'm not a labor lawyer, I do criminal law. And, and, a lot stuff that I do isn't the actual legal part of it, that's what state's attorneys do - I just develop the truth. I say here, here's what happened, and I say, I believe there's probable cause, and it's up to them to sign it and for a judge to sign it, for, you know, they have to agree with me. But I've - and it's rare, but I had warrants, the judge said it lacked probable cause. [Chase begins to cry.]  DETECTIVE COLANGELO:  So, it's completely up to you if-  NICOLE CHASE:  I want to, because I want the truth to be known, but I don't want my mom, my family, my boyfriend and all of my friends to think that I was lying because I didn't want to tell them. | Chase asked Detective whether it screwed up her civil case and Det. Colangelo replied that he did not know.  She explained he reason that she was afraid to come back: <br>• Did not want to admit something that she did not want to do <br>• Afraid that if she tells the complete story her friend would think that she was lying because she did not want to tell them.  This false statement is intended to falsely suggest to the reviewing court and prosecutor that Nicole Chase was willing to lie in order to pursue a civil lawsuit.  The truth is that Chase repeatedly stated that she omitted the details of the sexual contact because she was ashamed and humiliated that she did not put up resistance.  This false statement falsely attacks Nicole Chase' credibility and omits her statements that negate her intentunder the false statement statute. | |
|---|---|---|---|---|---|
| 23 | That, Nicole Chase said she didn't want people know why she did it because she didn't want to. | 1:21:30-1:22:07 | NICOLE CHASE:  I want to, because I want the truth to be known, but I don't want my mom, my family, my boyfriend and all of my friends to think that I was lying because I didn't want to tell them. | FALSE  This sentence is a nonsequitur, but does not come close to reflecting Nicle chase' actual statement. | Chase interview 2017.6.21  Chase Interview Transcript (T:  107) |

| | | | | She wanted to tell the entire story, she just did not want her friend s and family to think that she had been lying about the sexual assault because she did not want them to know all of the details.<br><br>This false statement also conceals evidence that would have negated intent. | |
|---|---|---|---|---|---|
| 25 | As she was explaining where they were standing and how she was pulled into the bathroom she began to hesitate. As she was trying to explain where they were standing she said out loud, "well that doesn't make sense", | | Detective Colangelo references a drawing of the business in the layout.  In his deposition, Detective Colangelo admitted that he nevere preserved the diagram as evidence. | DESTRUCTION OF EVIDENCE/MISLEADING<br><br>Detective Colangelo indicates that Nicole chase said "that doesn't make sense" in reference to thediagram, but does not preserve the diagram to give context to her testimony.<br><br>Clarly Colangelo is attempting to further attack Nicole chase's credibility, but in a wholly unfair manner.  Without the diagram it is impossible to understand the discussion on video. | Colangelo Depo, II, pp. 196-97 |
| 25 | then began to talk about them hugging in the hallway and how Mrs. Nodine was holding her hand. | 1:11:15-1:12:53, 1:14:28-1:15:19 | NICOLE CHASE:  First, it's - he gave me a hug-<br>DETECTIVE COLANGELO:  Mm-hmm. Yep.<br>NICOLE CHASE:  And everything's gonna get better . . .<br>***<br>Initially he was, when he hugged me, and asked me all those questions and I felt awkward, that's when I felt like something was going to happen and I didn't know what to do and I just, answered him like - …<br> • * *<br>Nicole Chase:  . . .So, right- um, I'm walking back, I signed out, so you know, and he was, like, here | MISLEADING<br><br>This statement makes the initial contact with Calvin Nodine seem consensual. Ms. Chase made very clear that when Nodine sought to hug her in the hallway, before she went into the bathroom it was awkward and uncomfortable and concerned that something was going to happen.<br>Although she literally used the term "holding hands" she made it clear that it "weired her out" and later clarified that he | Chase interview 2017.6.21<br><br>Chase Interview Transcript (T: 86, 89 92, 96-7) |

| | | | or wherever, he was, he wasn't, like, against the wall, but he was, literally, just, like, right there, and I turned, and he was kind of just like standing there like this, and I was like, oh my God.<br>Nicole Chase:  Yeah, like, literally where it was enough to him to-<br>DETECTIVE COLANGELO:  Right.<br>Nicole Chase Mrs. Chase:  Pull me into a bathroom and not make-<br>DETECTIVE COLANGELO:  Right. So, how long were you in this area?<br>Nicole Chase Mrs. Chase:  Um, very shortly, but it felt like forever.<br>DETECTIVE COLANGELO:  Uh-huh. And how did it get going, how did him pulling you into the bathroom occur?<br>**8<br>Nicole Chase:  And I hugged him, and then he - somehow, was holding my hand, and that's when I got kind of like, you know, like, weirded out, but wasn't trying - I was just afraid. He was very drunk. I don't know.<br>***<br>DETECTIVE COLANGELO:  Kyle Roueleau come back through the door. How did you guys end up from the hallway to the bathroom?<br>Nicole Chase Mrs. Chase:  Uh, it literally was - the bathroom is literally right there.<br>DETECTIVE COLANGELO:  Okay. Did you both walk in together, did one of you hold the door for the other -<br>Nicole Chase Mrs. Chase:  No!<br>DETECTIVE COLANGELO:  I don't know! I'm asking. | had her by the arm and pulled he into the bathroom.<br><br>This statement leaves the false impression that the hug and hand holding was mutual.  Ms. Chase made clear In all of her statements that it was not. | |

| | | | Nicole Chase Mrs. Chase:  No, that's what I meant by, he had my arm.<br>DETECTIVE COLANGELO:  Okay.<br>Nicole Chase Mrs. Chase:  Like, in the hallway, it was very quick, like, he did the hug -<br>DETECTIVE COLANGELO:  Yeah.<br>Nicole Chase Mrs. Chase (cont.): Had my arm, and then he heard Kyle Roueleau, he just kind of like- he didn't very forcefully, but enough to where I was like, what, kind of confused at first, but like, this is happening, this is really happening.<br>DETECTIVE COLANGELO:  Okay -<br>Nicole Chase Mrs. Chase:  And, like, right into the bathroom, then he locked it, and he kind of stood there, and looked at me, and he kind of just went -<br>DETECTIVE COLANGELO:  Okay.<br>Nicole Chase Mrs. Chase:  And I was kind of just like - and I just - remember, I just wanted to go home - and I just didn't want to lose my job. And like, I didn't push him, right - I did push him after, like as soon as- | | |
|---|---|---|---|---|---|
| 26 | She said she stayed silent because she didn't want Kyle Roueleau to know and she didn't know what to do. She said she did it to get it over with. | 1:14:30 - 1:15:07 | And then, but, yes, I, I stayed silent, not because I didn't want Kyle Roueleau to know, I stayed silent because I didn't know what to do, I thought that if I just did it and got it over with I could keep my job, | FALSE<br><br>Ms. Chase did not stay silent because she did not want Kyle roueleau to know, she did so because she did not know what to do, and thought if she kept her mouth shut she could keep her job. | Chase interview 2017.6.21<br><br>Chase Interview Transcript (T:95) |
| 27 | Nicole Chase said that Calvin Nodine | | Nicole Chase never used the word "guided" - consistently used the word "pulled" | FALSE | Chase interview 2017.6.21 |

| | had her arm in the hallway and it wasn't forceful but she knew that he wanted her in the bathroom so he guided her in, closing the door and locking it behind them. | | . | This gave the false impression that Nicole Chase willingly went into the bathroom with Calvin Nodine.<br><br>She was very clear that Calvin Nodine pulled her into the bathroom and locked the door. | Chase Interview Transcript |
|---|---|---|---|---|---|
| 28 | Nicole Chase said as soon as they entered the bathroom she performed oral sex on Calvin Nodine as Kyle Roueleau was calling out for Calvin Nodine and Nicole Chase. | 1:16:30 - 1:17:15 | (T:  100-101)<br>DETECTIVE COLANGELO:  Okay. So, Kyle Roueleau leaves, I'm guessing?<br>Nicole Chase:  I mean, I assume, yeah. I didn't see him after that.<br>DETECTIVE COLANGELO:  Well, I'm guessing the oral sex didn't start until after Kyle Roueleau was pretty much, like, he thought he was gone, or -<br>Nicole Chase Mrs. Chase:  He thought he-<br>DETECTIVE COLANGELO (cont.): Did it start before that?<br>Nicole Chase:  No, he thought he as like, it was literally like right as he went into the, uh, like, bathroom, right as, right as we-<br>DETECTIVE COLANGELO:  Mm-hmm.<br>Nicole Chase Mrs. Chase (cont.): Went into the bathroom, it was like- because, Kyle Roueleau like instantly, just, you know, like, just, like, "Calvin Nodine, Calvin Nodine -"<br>DETECTIVE COLANGELO:  Yep.<br>Nicole Chase Mrs. Chase:  And then, he did the shush thing, but he was, he was exposed, I didn't know at that point what he was even trying to do yet. And, uh, and then you just hear him say bye, and he's like, oh, uh, bye - | FALSE<br><br>This false statement is intended to make Ms. Chase's story appear consensual and less credible. | Chase interview 2017.6.21<br><br>Chase Interview Transcript (T:  100-101) |

| | | | DETECTIVE COLANGELO:  Okay.<br>Nicole Chase Mrs. Chase:  And he like, walked out the doors or whatever- | | |
|---|---|---|---|---|---|
| 28 | That, Nicole Chase said that Calvin Nodine's wife kept calling his cell phone to alert him of a police spot check while they were in the bathroom. She said the wife, "kept blowing up his phone." She continued on saying that his wife called at least 6 times before Calvin Nodine answered. | | Failure to investigage -<br>Corroborate through phone records | FAILURE TO INVESTIGATE<br><br>This statement is also intended to make Ms. Chase's story appear less credible. But, it was true and very simple to corroborate.  It would have been very easy to obtain  Calvin Nodine's phone records for that evening to determine if this aspect of Ms. Chase's story was true.  Defendants never did so prior to drafting the warrant against her.<br><br>In fact, Calvn Nodine' phone records do corroborate that his wife called at the time that the sexual assault took place. | Phone records of Calvin Nodine, dated May 6, 2017. |
| 30 | She said she kicked herself for not reporting the incident that night and that she didn't have her mouth swabbed. | 1:19:13 -<br>1:20:31 | DETECTIVE COLANGELO:  Would there be any - did he ejaculate on any of your clothes or anything like that?<br>Nicole Chase:  No, it was just my mouth, and I don't know, I already threw away all of my Mrs. Nodine's clothes. I threw them away the next day, I was like, screw him, screw this place, I can't even look at these, I'm going to sell theses things at a tag sale, I just want -<br>DETECTIVE COLANGELO:  Okay.<br>Nicole Chase:  And that's why I was so worried about telling anyone, because I -<br>DETECTIVE COLANGELO: So let's- | FALSE<br><br>Nicole chase never said that she could kick herself for not getting her mouth swabbed on the night of the incident.<br><br>Nicole Chase said that she could kick herself for not going to the police that night and telling the whole story immediately. | Chase interview 2017.6.21<br><br>Chase Interview Transcript (T:  104-5) |

| | | | Nicole Chase:  Because I wanted to go to, like, when I went to the police they were like why didn't I go that night, and just tell the truth, and then I couldn't get it out of my mouth, and I like, I just like, you know? Why didn't I just do that? And like, trust me, I want to kick myself over it, but - I don't know how to - I - and now, and I never expected from him. Never. | | |
|---|---|---|---|---|---|
| 31 | That, Mrs. Chase was asked if she wanted to provide a new statement. She asked if it would screw up her civil case. Affiant Colangelo told her that he didn't know and wasn't an attorney.  She said she wanted to provide a statement so the truth is known but didn't want her boyfriend or whole family to know what happened. | 1:20:52 - 1:22:07 | Nicole Chase Mrs. Chase:  Oh, God. [Weeps.] DETECTIVE COLANGELO:  Do you want to give a statement that changes this statement? Nicole Chase Mrs. Chase:  Yeah, but that screws up my whole civil case, right? DETECTIVE COLANGELO:  I don't - I'm not a civil attorney. Civil - labor law, I'm not, like I said, just because we're cops doesn't mean, you know, I can't do a house closing, I can't, you, uh, you know, I'm not a contractor, a lawyer, I mean, that's - I'm not a labor lawyer, I do criminal law. And, and, a lot stuff that I do isn't the actual legal part of it, that's what state's attorneys do - I just develop the truth. I say here, here's what happened, and I say, I believe there's probable cause, and it's up to them to sign it and for a judge to sign it, for, you know, they have to agree with me. But I've - and it's rare, but I had warrants, the judge said it lacked probable cause. [Chase begins to cry.] DETECTIVE COLANGELO:  So, it's completely up to you if- Nicole Chase Mrs. Chase:  I want to, because I want the truth to be known, but I don't want my mom, my family, my boyfriend and all of my | FALSE/MISLEADING  Nicole Chase did not say that she did nt want her family to know what happened. She said that she did not want them to think that she was lying because she had initially withheld the detaila bout the sexual contact. The inaccurate statement in the warrant creates the false impression that Nicole Chase still did not want the truth to comeout. The false statement in Paragraph 32 thus over emphasizes the money motive, and falis to include evidence of why she omitted the details of the sexual content that negate false intent for the crime of making a false statement. | Chase interview 2017.6.21  Chase Interview Transcript (T:  107) |

| | | | friends to think that I was lying because I didn't want to tell them. | | |
|---|---|---|---|---|---|
| 32 | That, Mrs. Chase acknowledged that she was aware that the sworn written statement she provided to Officer Gompper was not truthful. She said she wanted to consult with her attorney prior to providing another written statement. | 1:23:12 - 1:26:33 | (T:  109 - 112)<br>Nicole Chase Mrs. Chase:  I mean, I want to tell the truth, so, I don't know-<br>DETECTIVE COLANGELO:  Well, you can tell the truth, and, you know, there's, you know, we've sat in here and you've told me - all my conversations in here are recorded, just like any other P.D., um- but I could give you an opportunity if you want, to put it in writing.<br>Nicole Chase:  I, I guess-<br>DETECTIVE COLANGELO:  It's up to you. I'm not forcing you to, I'm just giving you the opportunity. Because we know this isn't the truth, right?<br>[Chase shakes her head.]<br>DETECTIVE COLANGELO:  And the problem is with this is, you did sign it, that you understand this to be the truth, and it's, uh -<br>Nicole Chase:  That's why I didn't want to come back, because I didn't want to make a- because I know this looks bad-<br>DETECTIVE COLANGELO:  Right.<br>Nicole Chase (cont.): If you change your story, but I was just so, so scared, I didn't know what to do -<br>DETECTIVE COLANGELO:  Well, what happens is that, and this is where these are very important, because, it's, it's an oath, basically, and you're saying that I understand that it, by signing this, that I'm telling the truth, and, but, it, if you're not, you're actually committing a crime, also. So, that's the problem with that. But what happens | MISLEADING<br><br>Nicole Chase did fully understand the dfference between a false statement and an omission of a detail.  Detective Colangelo pressured her to "acknowledge" that it was a false statement. | Chase Videtape Interview<br><br>Chase Interview Transcript, (T:  109 - 112) |

with these cases is, generally, like I said from the get-go, is we start to gain information, and we start to figure out that things aren't quite -
Nicole Chase:  Yeah, yeah, we already figured what needed to be figured out. I just wish I had had the balls to actually admit to it.
DETECTIVE COLANGELO:  Mm-hmm.
Nicole Chase:  And the fact that I've been trying to hide it and all the emotions from everybody because they all don't understand why I'm so stressed out, well, like, nothing happened, so - but, in my head, like, if you only knew -
DETECTIVE COLANGELO:  Mm-hmm.
Nicole Chase:  I mean, what do you- I mean, I know that's not the truth, and like, but I signed it anyway, but, like, so, is it more messed up if, like-
DETECTIVE COLANGELO:  I couldn't tell you. You'd have to talk to a state's attorney to- I'd have to get their opinion on it, and generally they don't give out opinions until after decisions are made. So I just wouldn't know. I know that, to the letter of that statement, it's not true.
Nicole Chase:  Yeah. How do I, basically, make-
DETECTIVE COLANGELO:  Which, and the problem with these things, when they're not
Nicole Chase:  Yep-
DETECTIVE COLANGELO (cont.): True, is they make our jobs way harder.
Nicole Chase Mrs. Chase:  Mm-hmm.
DETECTIVE COLANGELO:  And that's what they really try to avoid, is people, you know, using us as, you know, the hammer to spike, type of thing. We don't mind finding out what the truth is, that's what I get paid for.

| | | | | | |
|---|---|---|---|---|---|
| | | | Nicole Chase:  I know. And you know why, because literally all of that is the truth besides the end -<br><br>DETECTIVE COLANGELO:  I know. I mean - how you re-word it? I don't know - I mean, I couldn't tell you, it's your - it's your statement, not mine. Do you want to consult with your attorney?<br><br>Nicole Chase:  Can I do that?<br><br>DETECTIVE COLANGELO:  Sure.<br><br>Nicole Chase Mrs. Chase:  I mean, as much as I want the truth on the paper, I -<br><br>DETECTIVE COLANGELO:  Mm-hmm.<br><br>Nicole Chase Mrs. Chase:  I kind of want to thank you for making me do this.<br><br>DETECTIVE COLANGELO:  Okay. Well, it's what I'm here for. I'm here to serve everyone. | | |
| 33 | It was explained to Mrs. Chase that she could call and speak to Affiant Colangelo about her decision to provide a written statement.  As of 7/7/17, Chase has not called to speak to | | WHAT ACTUALLY HAPPENED<br>Detective Colangelo interviewed Nicole Chase on June 21 2017.<br>Detective Colangelo was on vacation from June 24, 2017 – July 5, 2017.<br>Detective Colangelo executed the warrant on July 7, 2017, and it was forwarded to the State' attorney's Office on July 11, 2017.  It was reviewed and executed by the State' Atorney's | MISLEADING AND FALSE<br>This paragraph is clearly intended to imply that Nicole Chase had decided not to reivse the Arrest Warrant as evidence of consciousness of guilt.<br>That implication is completely false. She made numerous attempts to revise the warrant before it was actually signed by the Judge. Detective Colangelo did not allow her to do so.  Detective Colangelo | Chase Depo., day 2, pp. 35-36<br><br>Chase email, 7/25/2017<br><br>Chase/Colangelo Email chain 7/31/2017<br><br>Arrest Warrant, |

| | Affiant Colangelo of Officer Gompper. | | Office on August 31, 2017, and signed by the Judge on September 6, 2017.<br><br>   Nicole Chase went to the Canton Police Department in early July 2017 to revise her statement, but Detective Colangelo did not see her.  Nicole chase sent a follow-up email to come in to review her statement on July 25, 2017.  Nicole Chase sent a follow-up email and draft revised statement to Detective Colangelo on July 31, 2017.  Detective Colangelo did not respond until August 11, 2017.  Detective Colangelo had over onemonth to retrieve the warrant before it was seen by the Judge, but never did so. | never rerieved the warrant to void the arrest, and never notified the State's Attorney or the Judge of the changed circumstances. | Weber Depo., pp. 20-21;<br><br> State's Attorney Warrant Detail Report |