**05-07-2017 Nicole Chase Lobby Interview w/ Officer Adam Gompper**

ADAM GOMPPER:  How you doing.

NICOLE CHASE:  Hi.

ADAM GOMPPER:  So what's going on?

NICOLE CHASE:  Uh, a lot of stuff. I've been working at a diner in Canton since before they opened.

ADAM GOMPPER:  Okay.

NICOLE CHASE:  And I've never had a problem, anyway, my owner has a drinking problem, uh, he was never really around, we had his step-son, who's the head chef and stuff, and, uh, he quit, not yesterday but the day before, because, uh, the owner was there, you know, he drinks and drinks and drinks-

ADAM GOMPPER:  The step-son quit?

NICOLE CHASE:  Yeah, the step-son quit, who was the head chef-

ADAM GOMPPER:  Okay.

PLAINTIFF'S EXHIBIT 22  LL 12/20/18  FENGAD 800-631-6989

1

**EXHIBIT 6a**

NICOLE CHASE (cont.): [unintelligible] and I said, if you can't care about your business, I can't care about your business any more, and he gave it his all, and, um, I'm sorry, uh, and, so, he left, and it had to do with another kid taking acid, and being at work, and Calvin still letting him work there, and he can't have this [unintelligible]. The next morning, she also was there, meaning my mother [her mother nods], which was yesterday, we came in, she went in first, and, uh, Calvin happened to make a comment to her which the only reason why I mention these things is because they all added up after, until where I was like oh wow, it's been happening all day and I didn't even realize it. Um, he's not a very nice, he's nice to his customers, he's not- but he's not a very- Ma, can you, like, help me out here?

I'm, like, shaking-

CATHY POIRIER: Um-

NICOLE CHASE:  He started off with a... "Oh, your hair looks very..."

CATHY POIRIER: It was the way he talked.

NICOLE CHASE:  "Your hair looks very, uh, nice-"

CATHY POIRIER: Okay- example. First thing he says to her, when she came in, which she wasn't even scheduled to come in until later but she came in earlier to help, because we've lost

**EXHIBIT 6a**

half a dozen employees, he's such a drunk- it's so bad. Everybody's just disgusted. She comes in, and she's not there ten minutes and the first comment from him-

NICOLE CHASE:  "Did you get laid last night?" And I was like, " uh no, okay," and then he kind of like laughed and like walked away, already, of course, intoxicated, and-

ADAM GOMPPER:  How do you know he was intoxicated?

NICOLE CHASE:  Uh, because all of us-

ADAM GOMPPER:  You could smell it? He was slurring his words, he can't walk-

NICOLE CHASE:  Uh, he did not slur-

ADAM GOMPPER:  Okay.

NICOLE CHASE:  No, in the morning time he, he just had a few, he, um, he keeps them in a-

ADAM GOMPPER:  You see him drinking?

NICOLE CHASE:  Oh, yeah-

CATHY POIRIER: He keeps them in the cooler.

3

**EXHIBIT 6a**

NICOLE CHASE:  He's serving people in the store beer when we're not supposed to be serving

beer, and he's like, "Oh, well, I'll go get you a beer," and he goes to the back and he gets it out

of his cooler and just pours it right in the cup-

ADAM GOMPPER:  Okay.

NICOLE CHASE:  And he goes, "Don't worry about it, buddy." Then he starts talking to them

for an hour. Anyway. So first we're with, "Did you get laid," and I'm kind of just like, he always

makes sick jokes and you know, you just ignore it in the workplace. Sometimes you have an

owner who's-

CATHY POIRIER: A pig.

NICOLE CHASE (cont.): ...Just obnoxious, and whatever, I'm a single mom and I need to make

my money.

ADAM GOMPPER:  Mm-hmm.

NICOLE CHASE:  And, uh, okay, so to go on, okay, he tells my mom the guy who came in to

work on acid, he will no longer be working with us at the, uh, twenty minutes later, the kid, who

is thirty years old and has three kids and supposed to go back to jail if he does not have a job, he,

uh, comes in, and was not fired, for being on acid the day before, and then continued to take two

4

**EXHIBIT 6a**

more tabs of acid at work, and admit it to the owner, and finally I said literally "I can't do this, I can't work here, like, Jeremy, if you can allow this, what, just allow people to drink and do drugs and get fucked up, me and her are the only two," and he started with, uh, "Well, I don't want my girls- my girls- to be scared of anybody so, you know what, you need to get out of here," and, it started with that, where, he never cared, he never said things like that so at first I was like, maybe he's really getting it, he's really, and so between that, "Oh I don't want my girls to be scared," he came and gave me a hug, and he said, "You know, Nicky, you're my best, you and your mom, you're my best workers," and he gave me a hug and I thought it was just because I was very emotionally upset, about, you know, about everything, that like, you know, I'm the only one, the last one standing, and, I thought he was being genuine so like I didn't realize until the end of the night that this had been happening all day, and I was like, "Oh, my goodness!"

ADAM GOMPPER:  What happened at the end of the night?

NICOLE CHASE:  At the end of the night I basically, I close the drawers now because I'm the only one who knows how to do it, not even the owner-

ADAM GOMPPER:  Which is where, in the front?

NICOLE CHASE:  Um, yep-

ADAM GOMPPER:  Okay.

5

**EXHIBIT 6a**

NICOLE CHASE:  Of course, you have no cameras in the building-

ADAM GOMPPER:  Mm-hmm.

NICOLE CHASE:  Even though I've mentioned I want them, and, so, the way it's set up and I actually wanted to show this is, he told everybody to leave, or, like, he doesn't really tell everybody, just goes like okay, you're closing up, okay, good bye, guys, I got you, have a good night-

ADAM GOMPPER:  Customers?

NICOLE CHASE:  No, uh, two people that work with us.

ADAM GOMPPER:  Does he normally do that every night?

NICOLE CHASE:  Uh, yeah, he normally says we're closing up and people-

ADAM GOMPPER:  Okay.

NICOLE CHASE (cont.):  ...Leave, but he, he just kind of seems like he was kind of a little bit more, just like okay bye guys yeah, yeah, yeah, yeah...

ADAM GOMPPER:  Mm-hmm.

6

**EXHIBIT 6a**

NICOLE CHASE:  And so they were like okay, yeah, have a good night, and we're still clocking out like he, apparently, thought they had already left, and I guess the dishwasher was still mopping the floor, and so the way that I wanted to, because this is so weird, this part, and, um, when you walk, when I'm walking to leave, like I'm leaving work, I closed the register, I did what I needed to do, and I go to walk out, there's a hall, there's like a hall, and then right here is the bathroom, right? And this way, it's built like an 'L,' is where I'm going to go leave. And I-

ADAM GOMPPER:  Through the kitchen?

NICOLE CHASE:  Yeah-

ADAM GOMPPER:  Yeah.

NICOLE CHASE:  And as I walk this way, he's standing right here, and he's like this. And he's like, "We're going to make it through this, we're going to make the company better," and he's, like, giving me a hug. Kyle, who he thought left, comes around the corner from the kitchen-

ADAM GOMPPER:  The dishwasher.

NICOLE CHASE:  The dishwasher.

ADAM GOMPPER:  Okay.

7

**EXHIBIT 6a**

NICOLE CHASE:  And, very quickly, and I'm not going to lie, I did, I, I did, I, I, I shut down, I just, he, my boss, he, so, I'm standing, he's standing here, Kyle's coming from this way, and because he was soaked, I mean, he was, I don't think he could even, I don't think he'll even remember he did this, he,  he must have already had his stuff out, and, uh, whatever, I have no idea, I just walk in, it's dark, all the lights are off, and he gives me the hug, and the dishwasher comes around and he's like, "Good night, Nicky," because he always says goodnight, so, like, "Good night, Nicky-" And he, like, quickly grabs me, and here's the bathroom, because it's shaped like an 'L,' the bathroom's here, I go in here, and I'm like, "What the fuck?" And then, he just shuts the door and I'm just standing there, like-

ADAM GOMPPER:  He pulled you into the bathroom and shut the door?

NICOLE CHASE:  Yeah, and then Kyle was like, "Calvin, are you in the bathroom? Goodnight," and I wanted to say something but I'm like, oh my God, oh my God, and I'm like, froze, and then, like, he was like, and I, I sat there, and I froze, and it all happened so quickly, it all happened so quickly, and I looked down, and he was like, he was like, something about, uh, "I know you must not get it at home, so you, uh, suck it," or something, and I just, and I just opened the door and I just, I could literally, if I wasn't trying to press charges and I just wanted a complaint because I know he's a rich man, and I can't do shit about it, and I have no proof, but so, um, yes, he, um, when I went to go push, he, um, and he was so obviously drunk that when he, here's the wall and whatever, and I'm here, cornered, and Kyle's saying "Good bye," and he's saying "Good bye," and I push, out the door, and he was so drunk he like, boom, and I saw

**EXHIBIT 6a**

that he, like, hit his head and I heard it so like, I know he might have a little bump there today, and basically I just, I, I froze, and I went, "Oh, uh, okay, good night," you know, and I go, "The money bags are over there," and I'm still nice enough to say, you know, "Calvin, this is your money from the past three days, don't, you need to take it home with you, don't leave it here, just out in the open," and, "Oh yeah, this's gotta come home with me," and I'm like, "Alright, okay," and he's like, "See you, see you tomorrow, you gotta get out of here," and I was like, "Okay, have a good night," and I just walked out, and I'm not going to lie, I spent about an hour? [To mother] I don't know, what time did I call you?

CATHY POIRIER: Eleven... o-five.

NICOLE CHASE:  Okay, so I spent about two hours debating what to do, and how to do it, and, I can't lose my job, and, I-

CATHY POIRIER: [unintelligible]

NICOLE CHASE (cont.): I am just making it by, I have a five-year-old-daughter, and, um, I talked to his, um, right away, the only person I can really trust, that I know is responsible, and is not going to leak this out to the whole company where Calvin knows that I'm at least going to file a complaint or what I should do, and I'm thinking, and I'm freaking out, and I can't tell my boyfriend because, of course, you know, not that he's a bad person, but he would get in a vehicle, and I don't want to compare myself to my boyfriend [unintelligible].

**EXHIBIT 6a**

CATHY POIRIER: Yeah.

NICOLE CHASE:  And so everyone wants to go kill this man, and I just, I don't know, it took a while, I called, I, uh, I texted Jeremy and I actually have the texts, and he was like, um-

ADAM GOMPPER:  Jeremy's the step-son?

NICOLE CHASE:  Yes, Jeremy's the step-son.

CATHY POIRIER: Jeremy's a really good guy.

NICOLE CHASE:  He's a very, very good guy.

CATHY POIRIER: [unintelligible]

NICOLE CHASE:  Yeah. Um, and, um, I texted him, I said, "Jeremy, you know," I said, "If I told you something that, uh, would really hurt your mom, and you wouldn't' believe, either, or maybe you wouldn't even believe it either," I said, "Would you, just, give me advice, or let me know if there was like, you know, history, or something," I said, um, "Before you [unintelligible] anybody, just help me figure out what I need to do." And he was like, "Yeah, what's up, Nicky?" And I just, um, told him the story, except not fully because, you know, I'm on the phone, I just said, you  know, "Calvin had his thing out, he told me to suck it, and..."

10

**EXHIBIT 6a**

ADAM GOMPPER:  Was everything exposed?

NICOLE CHASE:  He had, um, he had, well, I don't know how I didn't notice this, but he has these flannels that are long, you know, long with like a curve right here, so I don't know, maybe that's how I didn't notice, but-

ADAM GOMPPER:  The flannel button down-shirt?

NICOLE CHASE:  Yeah-

ADAM GOMPPER:  Okay.

NICOLE CHASE (cont.): But he must have, like, not flannel, but, like, thick, like, Cabela, like, a really-

ADAM GOMPPER:  Yeah.

NICOLE CHASE:  I don't know. So I- because, I, there was no light in the bathroom, it's not like that's when it came out, because I couldn't see it, but there was no time he could have done that, while, I mean, literally it was, it was a matter of five minutes this all happened, so, he, he must have had, like he literally had his, like, I mean it was complete pants area and boxers pulled down, I mean there was his balls, and-

**EXHIBIT 6a**

ADAM GOMPPER:  Okay, that's all I needed.

NICOLE CHASE (cont.): And-

ADAM GOMPPER:  Was he erect?

NICOLE CHASE:  What?

ADAM GOMPPER:  The shaft, the penis, the balls, the testicles-

NICOLE CHASE:  Yes.

ADAM GOMPPER:  And it was all erect?

NICOLE CHASE:  Yeah.

ADAM GOMPPER:  He was erect?

NICOLE CHASE:  He- he told me he was getting hard.

ADAM GOMPPER:  Okay.

NICOLE CHASE:  And I was just like, and that's when he was like-

**EXHIBIT 6a**

ADAM GOMPPER:  Did he feel that way when he hugged you?

NICOLE CHASE:  What?

ADAM GOMPPER:  Did you feel it when he hugged you? Did you-

NICOLE CHASE:  No, when he hugged me I felt him, like, tugging more but I thought it was just because he was drunk, but I didn't feel the-

ADAM GOMPPER:  Okay.

NICOLE CHASE (cont.): Anything, down- and then all of sudden, he so quickly did it and then Kyle, and I really wanted to be like, Kyle, but what's that gonna do me, like he's right here and he's just going to tell me I'm fired and like, how can I fight this, I have no- and for him, and I kind of like froze and like, oh my God, and as soon as Kyle said, "Bye, Calvin," and I heard the door, I just like, whoomp! And that's when he, like, ding! On the tile, and then just like, ahhh, ahh, ahh [mock staggers], and then he just, and that was it! And I honestly, I said to my mom, I said, "I can go talk to the police, whatever, I'm supposed to work today, I close everyday," and, um, and, uh, I don't know, I haven't, I've never been in a situation like this and I haven't ever thought this could have happened, um-

13

**EXHIBIT 6a**

ADAM GOMPPER:  Well, it- you want to complain, it's going to need an investigator, which means I'm going to need a written statement from you, about what happened, detailing it. I would talk to the dishwasher, who witnessed it- Kyle, you said his name was?

NICOLE CHASE:  Yeah, he only as witnessed as much as was said by Calvin-

ADAM GOMPPER:  Well, he saw- well, you said he saw you and Calvin walk around that turn, and then-

NICOLE CHASE:  No, he didn't- he didn't- yes, he was in the waitress station while I said "Bye, Kyle," so-

ADAM GOMPPER:  I thought you said he turned the corner, when you guys were-

NICOLE CHASE:  Well, if- uh... Okay, there are doors-

ADAM GOMPPER:  Did he see-

NICOLE CHASE:  He did not see anything, he just, literally, he heard, I don't know, he knows I'm still in the building-

ADAM GOMPPER:  But he yelled, like, "Good bye," from another room? And then, he-

14

**EXHIBIT 6a**

NICOLE CHASE:  He yelled "Good bye-"

ADAM GOMPPER:  From another room?

NICOLE CHASE:  By the time he was able to pull me, that's when I was already in there, and Kyle, said, like, "Good bye, Calvin?" and, almost, almost like he, like, knew something, but I don't know if he did and that's why I don't want to talk to him, but I really didn't want to, I mean, yeah, I'm going up against a millionaire, and...

ADAM GOMPPER:  Well, that doesn't give him a right to do anything-

NICOLE CHASE:  Oh no, I know it doesn't give him the right-

ADAM GOMPPER:  If you want to press charges against him, like I said I would take a statement from you, I would also need to talk to him and give him the opportunity, he might not remember anything- I would put together a warrant that I would submit to court, the court prosecutor would review it, if there was probable cause for arrest they would submit it to a judge, the judge would sign for the warrant, send it back here, we'd arrest him for it, and then you'd have to go through the court system, as far as that goes. Um, I don't think it reaches the level of a sex assault, if anything, it- Do you feel like he dragged you in the bathroom because he was scared by Kyle coming around the corner, or because he didn't want him to see what was happening?

15

**EXHIBIT 6a**

NICOLE CHASE:  Yes. Like not see- I, I think there's-

ADAM GOMPPER:  You don't feel like he was kidnaping you, and dragging you into the room or anything like that.

NICOLE CHASE:  No, I think he got, like he got so drunk he got nervous, like whatever he was thinking in his head might happen-

ADAM GOMPPER:  Okay.

NICOLE CHASE:  And what, what could ever be, who knows, like, I think he just got nervous and that's why he quickly just went like this, but the fact that, the fact that once he was like, "Suck it, you don't get it at home," that was just like oh my god, oh my god, this was, and that's when I just- that's when I was just like, at the time, I just want it noted that I did come here, because I honestly don't think that I can face that man in court, like, I really don't want to see him, but I have to pretend to go to work, pretend he doesn't know, or like I'm hoping he doesn't remember, so I need to go to work and pretend to feel halfway normal, but it's possible that I go in there and he's acting weird and I know he knows he did it, and that he was at least, but I don't, I don't know how he got home, and he drives home from this our work like this every day, and I don't know how he's not been caught-

CATHY POIRIER: Amazing.

16

NICOLE CHASE (cont.): He could kill my daughter, on his, his route home-

ADAM GOMPPER:  Mm-hmm.

NICOLE CHASE (cont.): And he goes through-

CATHY POIRIER: He does, he does.

NICOLE CHASE:  Yesterday he had to take a nap for three hours in his car. Or in his truck. And he tells me how he, um, you know, how he hits a tractor supply half way home, just so he can, and he tells my mother this too, and, uh, yeah. Yeah.

ADAM GOMPPER:  It's up to you how you want to handle it. If you want to file a complaint and have it documented, but I said, I can't just document something, like you came in and said this and that was it, we have to investigate it. Which will lead to criminal charges. If it worked that way, anyone could come into this department, anyone could come in here and say they did this, this, this, this and this, and I'm saying, I'm not saying that what you said happened didn't happen, I believe you, but I have to do a complete investigation and that means talking to that person. Like you said, he might not realize it because if he's the drunk or the alcoholic that he is, he might not remember, it's completely possible. He might say, yeah, I did it, and you say this- he might say, I thought she was attracted to me. I don't know. I'm just saying, I'm not saying he would say that, I'm just saying it could go either way-

17

**EXHIBIT 6a**

NICOLE CHASE:  No, he probably will say, he thinks every woman is in love with him-

CATHY POIRIER: Yeah, he-

ADAM GOMPPER:  So, it's, I appreciate it's difficult to be in the position you're in, especially when you need to provide for your family or whatever, but...

NICOLE CHASE:  Um...

ADAM GOMPPER:  It's something that you have to-

NICOLE CHASE:  What if- What if, okay, say I go to work today, right, and I'm at work, I showed up here this morning and I did talk to you but you can't write anything down, but say I go to work and we're only open twelve hours, and from ten to five, I always go in early but I don't care if I go in early, say something happens or he says something, say, I, you know, I finally come out and admit to his wife what happened, or, like, is there any way to come back here, or I guess I don't know how I feel until I go into that place and see, like if he knows, then I'm going to have to quit my job and just, find a job in a day. And either way, I'm obviously going to look for a job because I never want that to happen to me again.

ADAM GOMPPER:  Mm-hmm.

18

**EXHIBIT 6a**

NICOLE CHASE:  But, I don't, I'm not- like I said- I'm not predicting that, like- you get what I'm saying? Like, God forbid something happens today. I'm not, I doubt it will because he-

ADAM GOMPPER:  Yeah.

NICOLE CHASE (cont.): Was beyond more than he usually is which is- I don't know how he gets that far. Well, but-

ADAM GOMPPER:  What's he like in the mornings?

NICOLE CHASE:  Uh, mornings, he's just mostly- I wouldn't know, you can't really tell. His wife admits, yeah, he just drinks all day, but, like, he has beer in the cooler constantly, constantly sending people out to go get him beer, he serves people beer in the restaurant, not everybody, but if he's drunk and he's sitting at a table he'll go, like, yeah, I'll get you a beer. Don't worry, I'll just pour it in this cup. Even his wife goes, what are you doing? Our insurance! And then she goes, I don't know, uh-

ADAM GOMPPER:  She works there, too?

NICOLE CHASE:  Uh, she doesn't work there, but because so many people quit, it's just me and my mom, now, we were told, uh, I was told I was the manager. Yesterday. This happened too, before all this, that I'm their rock, I'm the manager, uh, no pay was discussed, I'm the manager, and... yeah. Uh...

**EXHIBIT 6a**

ADAM GOMPPER:  I mean, you could always come back, however, like I said, it'd be documented that you were here, you know, you maybe complained, this, that and the other thing, you came back, and, again, it's, um, it, it, it, the court won't look at it. Absolutely, you can come back and report it. Say, listen, I thought about it more, I went there, I can't handle it, whatever, you know, I do want to press charges, that's something the court will look at. Does that have weight on the case? I have no idea.

NICOLE CHASE:  I'm not worried about the case-

ADAM GOMPPER:  [unintelligible]

NICOLE CHASE (cont.): As much as I want to know I'm protected. I'm- that, uh- Uh...

ADAM GOMPPER:  Yeah, you can come back to make the report.

NICOLE CHASE:  That's what I mean, like I mean not that I don't want to make it, I'm very, of course, very, I care about my job, and my, my, my living situation, and-

ADAM GOMPPER:  Mm-hmm.

NICOLE CHASE (cont.): Money, and-

20

**EXHIBIT 6a**

ADAM GOMPPER:  Mm-hmm.

NICOLE CHASE:  I feel like I could go back in there, and if he, if I can tell that he has no idea that he even did that, I feel like I could just know and that Jeremy did tell me that, please, if he ever gets to that point, where you know that he's not, like, please call me, and he's like he, that I will come there, and just pretend I'm stopping by, and won't leave you alone, and, so, I feel like having enough people there, especially his wife, that I could go to if for some reason he, if he tried something again, and I just want to try to see if he even, if he doesn't remember it, I want to go through my day-

ADAM GOMPPER:  So you're not going to feel comfortable sitting down, and even, say, when you walk in there today, be like, with your mom present, be like, hey, I don't know if you remember, I understand you were drinking last night or whatever, but what you did was completely inappropriate, and if you do it again I'll have you arrested, would you feel comfortable doing that to him? To put him on notice? Today, listen, I need the job, I need to work here, I, I don't, I like doing the job, or whatever, I appreciate you promoting me to manager, but like the way you act towards me needs to stop-

NICOLE CHASE:  I-

ADAM GOMPPER (cont.): It's completely inappropriate.

21

**EXHIBIT 6a**

NICOLE CHASE (cont.): I guess that's kind of where I'm going is I'm waiting to see if he and his wife are there so I kind of want to just-

ADAM GOMPPER:  Would it make it worse if his wife knew?

NICOLE CHASE:  Uh, I don't think it, it, if she would be upset but I think she is, I think, everyday, that woman, will be bent over backwards for me because she sees what I do for that company and she-

ADAM GOMPPER:  Mm-hmm.

NICOLE CHASE (cont.): I think she would believe it, and I don't think she would make it worse, I think she would, actually, almost be on my side.

ADAM GOMPPER:  Okay.

NICOLE CHASE:  And be, like, oh my goodness, okay, this is it, he's finally lost- I mean, she never used to drink in the past, ever since this all happened, because that's her son. That's her son, and you know, her, she's, my son, and my drunk husband, and yeah, she was shit faced, and, uh, yeah, just shoving food in her mouth, and falling over, and just- yesterday- and I was just crying for her because she's so sad and I feel like, if I go there and I see that she's still- I don't know. It's a very- it's a very messed up situation.

**EXHIBIT 6a**

ADAM GOMPPER:  Mm-hmm.

CATHY POIRIER: It's- it's-

NICOLE CHASE:  So screwed up. I mean- yeah, I've got pictures of the kid taking acid, I've got

Calvin talking about, like, "Is it a twelve-year-old's pussy," and, like, fucking a twelve-year-old,

I got all this recorded just to have and it's, it's-

ADAM GOMPPER:  So he won't be open for business much longer, I'm guessing?

NICOLE CHASE:  Um, he thinks he's going to be open forever, he doesn't give up, he's

stubborn, and I'm his manager now, and this is of course before all this stuff, and now I'm just

like, you're funny, you have got nobody except for me and my mom and now this happened,

like, are you stupid?

CATHY POIRIER: Yeah.

ADAM GOMPPER:  If- if you want, if you want to go to work today, and see how you feel, or

see what happens, I mean, by all means, you do that, I'll be at work until three, and I'm not back

until Thursday, after today, so, if you... If that's something you want to do. If you want to give

me a formal statement, a written statement, I'll, no problem, investigate it, I have no issue doing

that, but like I said, you know, if probable cause exists for an arrest, and most likely it would be

if your statement, um, you know, I have no problem doing that, writing it up and submitting it to

**EXHIBIT 6a**

the court for more. If you want to go over there today and see if he says something, if you need to say something-

NICOLE CHASE:  I want to see if he's- If he says that, you know what-

ADAM GOMPPER: [unintelligible]

NICOLE CHASE (cont.): I did something last night that I shouldn't have, right? I just want to know-

ADAM GOMPPER:  I can always document that you attempted to go in there, because you needed the money, and that then, you know, once you went in-

NICOLE CHASE:  That's what I thought, but then I felt, like, never mind, nope, it's not possible, like between, you know, that he, like, he obviously knew, and, you know, his wife doesn't care, and that they, you know, think it's no big issue, that if they act like that then of course I have no issue coming back and be like, well, ha ha, we need to do this.

ADAM GOMPPER:  And you can also, you can also try to tell him how he made you feel that way, like I don't need that, I don't appreciate that, don't talk to me that way-

NICOLE CHASE:  I mean, we kind, like, always tell him that we feel that way-

24

**EXHIBIT 6a**

CATHY POIRIER: I just most of the time walk away.

NICOLE CHASE:  Yeah, I mean-

CATHY POIRIER: You have to, I just-

NICOLE CHASE (cont.): He tells me, like, how he-

CATHY POIRIER (cont.): But, like, yesterday.

NICOLE CHASE:  "Blondes are like butter, they're easy to spread," I don't know, like, oh my God.

ADAM GOMPPER:  Do what better and what?

NICOLE CHASE:  No, Mom, what did he always say to me? Something like, a blonde, basically something about blondes and butter and being easy to-

ADAM GOMPPER:  Oh, oh, oh.

NICOLE CHASE (cont.): To spread your legs or whatever. And I'm just trying to understand, like, why are you-

25

**EXHIBIT 6a**

CATHY POIRIER: Yeah.

ADAM GOMPPER:  He's, like, crude.

NICOLE CHASE:  What?

ADAM GOMPPER:  He's, like, crude and-

NICOLE CHASE:  Oh, yeah, but, like, full force, and I can take jokes, but he is, like, he brought his black dog to court back in the day to prove he wasn't racist, and we have proof of this through his wife, and we were like, are you kidding me? He went to court and said, I'm not racist, I have a black dog, that's when they were allowed to have, not companion dogs, but-

CATHY POIRIER: Just to give you an example of, of-

NICOLE CHASE:  Like, he is this- and every day, he tells us the same story over and over again-

ADAM GOMPPER:  What was he arrested for?

NICOLE CHASE:  He- what?

ADAM GOMPPER:  What was he arrested for?

26

**EXHIBIT 6a**

NICOLE CHASE:  Oh...

ADAM GOMPPER:  Why was he in court?

NICOLE CHASE:  I have no idea. I know he's like- I know he beat up a bunch of cops, I know

he's, um, ah- beat bunch of cops, he's been in a few, like, drunk driving incidents. I don't know,

he's been, he has been in- he got kicked out of the [unintelligible], something- military. He's not,

he's not a good man.

CATHY POIRIER: [unintelligible]

ADAM GOMPPER:  I'm gonna go get a piece of paper real quick.

[Officer Adam Gompper stands and leaves the lobby.]

[Nicole Chase and her mother continue to discuss in Gompper's absence. Much of what is said is

too quiet to be clearly understood.]

NICOLE CHASE: [to her mother] They use to do it so you could just have it on file.

[Officer Gompper returns.]

27

**EXHIBIT 6a**

ADAM GOMPPER:  Have you gotten one of these yellow cards before? The office of victim services card? It's got different phone numbers on it, or whatever?

NICOLE CHASE:  I was actually [unintelligible].

ADAM GOMPPER:  So, it's- the main number, it's all confidential, all these numbers- information, advocacy, referrals, victim notification, uh, there's domestic violence, assault, drunk driving, homicide, two-one-one, uh, office of victim advocacy, that's if he doesn't get arrested, that's the number you call, uh, if you call this general eight hundred number on the top, um, you can talk to someone, too. There's, uh, [unintelligible]. But, I mean, that's this main number on top. If you call and talk to someone, you could maybe get some more advice and guidance, or something to- if you're still on the edge, or not sure, that's always something, you can reach out to them, too, later on. Tonight-

NICOLE CHASE:  You'll be here until three, today?

ADAM GOMPPER:  Today, yeah. And I'm not back here until Thursday morning. At Seven AM. If you came back here Monday or Tuesday, if you are in immediate danger, you can call 911, anyone will respond, but if you want to come make a complaint about an incident, you're going to have to talk to me, so you might as well wait until Thursday. Granted, if you're here tonight and he, you know, grabs you or does something further, obviously, report that right away, but if you're talking about this specific incident that happened last night-

**EXHIBIT 6a**

NICOLE CHASE:  Then I wait until you come back.

ADAM GOMPPER:  Yeah. If you come back in here, or you call, they're going to say, if you want to talk to someone, you're going to have to wait for Officer Gompper. You're going to have to talk to him.

NICOLE CHASE:  Even if he does something tonight?

ADAM GOMPPER:  No, no, no, no- I'm saying-

NICOLE CHASE:  Oh, just about-

ADAM GOMPPER (cont.): If you go to work, you feel uncomfortable-

NICOLE CHASE:  Yes.

ADAM GOMPPER (cont.): If you go to work later today, and you go home, and you feel uncomfortable, you're sitting – and you're like, you know what? This is really bothering me all day, I can't work through this. I'm not going back there. I need to make a report about what happened Saturday evening.

NICOLE CHASE:  So wait until Thursday

**EXHIBIT 6a**

ADAM GOMPPER: You're going to have to talk to me about that

NICOLE CHASE: That's fine

ADAM GOMPPER:  If something else happens, I'm saying, call right away. For example, I'm saying, if he grabs you, says something more and more… you feel in danger for your life, call 911.

NICOLE CHASE: I mean, I'd be walking out of that door before I….

ADAM GOMPPER: Right right, report that right away. I'm saying, if you want to pursue the issue you were talking about this morning, you're going to have to report to me. Don't waste your time coming back down here because you would just be wasting your time, no one is going to take the complaint, you're going to have to come back on Thursday anyways. Is all I'm saying. And Thursday too, I have a, I won't be here from… during my shift, I won't be here from shift 10-1pm.

NICOLE CHASE: But you do come in at 7am

ADAM GOMPPER: At 7 in the morning, Thursday, yeah.  But I'll be busy from 10am until about 1pm/1:30pm. I have something to do for another case on Thursday but…. Does that make sense?

**EXHIBIT 6a**

NICOLE CHASE: Yes, sorry

ADAM GOMPPER: It's alright. Yeah, so if you go in, and you realize that, even if you want to come back today before 3 o'clock, if you go there…

NICOLE CHASE: I'll come right back…

ADAM GOMPPER: Then just turn around, come back right down here. I'll take a statement from you. Like I said, I'll conduct an investigation and we'll go from there with that. All right?

NICOLE CHASE: Thank you very much.

ADAM GOMPPER: No problem. I hope it works out

NICOLE CHASE: I'll be surprised if I see you again.

ADAM GOMPPER: Yeah, I hope it works out. Tut it sounds like he's never going to change

NICOLE CHASE: That's why Jeremy said he's probably been getting away with it with other people for longer than we even know. He said, please, do yourself a favor, someone else will get hurt if you don't open your mouth…alright thank you very much.

ADAM GOMPPER: Yeah, no problem

**EXHIBIT 6a**

[VIDEO ENDS.]

TRANSCRIBED BY JACKSON O'BRASKEY

**EXHIBIT 6a**