UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE CHASE | : NO.: 3:18-cv-00683 (VLB) |
| v. | : |
| NODINE'S SMOKEHOUSE, INC., CALVIN NODINE, TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY, AND CHRISTOPHER ARCIERO | : October 31, 2019 |

## AFFIDAVIT OF ATTORNEY JOHN RITSON, ESQ.

JOHN RITSON, being duly sworn, deposes and states the following:

1. I am over eighteen years of age and understand the meaning of an oath.

2. I am an attorney duly admitted to the practice of law in Connecticut. I have been handling criminal cases in the Hartford area for over 33 years.

3. I represented Nicole Chase in the matter of State v. Chase, *cr-17-69273s*, pending in the Hartford Superior court, GA #14. The charge was Conn. Gen. Stat. §53a-157b(a), False Statement.

4. On October 8, 2017, I appeared in court on behalf of Nicole Chase. I spoke with Assistant State's Attorney Jesse Giddings. I told Assistant State's Attorney Giddings that Ms. Chase's arrest was outrageous. She was the victim of a sexual assault and that Calvin Nodine, her assailant, was the individual who should have been arrested and prosecuted.

**EXHIBIT 10**

5. Assistant State's Attorney Giddings stated that the case would be continued, and if nothing else happened, the state would enter a nolle prosequi. I did not object to the continuance.

6. There was no negotiations or conditions imposed. The continuance was unilateral by the state. There was no agreement between Chase and the State.

7. On November 8, 2017, the State's Attorney's Office entered a nolle prosequi.

8. The State's Attorney's Office's decision to enter a nolle prosequi was unilateral. There were no conditions imposed, or any agreement relating the disposition of the case.

9. This statement is true to the best of my knowledge and belief.

_____
John Ritson, Esq.

Subscribed and sworn to me before on the 31st day of October, 2019.

_____
Notary/Commissioner of the Superior Court

ELIZABETH DEL GUIDICE
*NOTARY PUBLIC*
HARTFORD COUNTY
MY COMMISSION EXPIRES JUNE 30, 2024

**EXHIBIT 10**