Canton Police Department
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY  X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/13/2017 | 00:33 | Sex Offenses, Nonforcible | 030 | Officer Gompper, AdamW. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 05/13/2017 | 00:33 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke   CANTON |  |  | Active | T023 |

On my return to work on Wednesday May 10th, I learned that the VICTIM had returned to the police department to report that she was touched by her employer, Calvin Nodine, and had someone that witnessed this incident. I called and spoke to the VICTIM on the telephone arraigning for her to come and give me a written statement along with the witness on Thursday, May 11th.

On May 11th, at approximately 0735 hours, the VICTIM and a Alexandria Archer (DOB 8/2/90) came to the lobby of the police department.

I spoke to Archer who provided me with the following sworn written statement:

I work at Nodine's Restaurant in Canton, CT. I work mainly as a waitress but I would do several other things at the restaurant as far as food preparation, cleaning etc. On Saturday, May 6th I got in to work at 11:00 a.m. Around 11:30 I was making a BLT for myself and the VICTIM, at the sandwich counter. The VICTIM was at the pizza counter prepping for the day. The pizza counter and the sandwich counter are right next to each other.

As me and the VICTIM were talking Calvin came behind the counter and stepped between us. I noticed that the VICTIM slightly turned her body because she was trying to act busy and ignore him. I saw Calvin put his hand up on the VICTIM's left shoulder and began to say something like a story or a joke. I can't remember exactly what the joke or story was but as he continued to speak he'd

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/13/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 14

Canton Police Department
45 River Road Canton, CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY  X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/13/2017 | 00:33 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 05/13/2017 | 00:33 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON |  |  | Active | T023 |

move his hand down the VICTIM's back. As he told each part of the joke he'd move his hand down each time as if it was step by step until his hand was on her butt.

When his hand was touching her butt I could see that he was grasping her butt and holding it in the palm of his hand over her pants. I saw it happening and thought oh my god. I don't recall exactly what happened but Calvin walked away. I didn't see the VICTIM react. She walked away for about 15 minutes before I saw her again.

The VICTIM's mom came around the counter and asked where the VICTIM went too. I told her I wasn't sure. I didn't talk to the VICTIM about what happened until the next day.

I started working Nodine's in November of 2016 when it opened. Calvin has been at the restaurant a lot lately because of staff members leaving. I noticed that Calvin follows the VICTIM around. I've overheard him on several occasions making sexual jokes/comments which are directed towards or at the VICTIM.

End statement.

I then spoke to the VICTIM again about the initial incident she reported to me. The VICTIM explained that she wanted to pursue criminal charges against Nodine for exposing himself to her and that he had also grabbed her butt earlier that day. I asked the

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/13/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 14

# Canton Police Department
45 River Road, Canton, CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY  X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 / 05/07/2017 | 08:57 | 05/13/2017 | 00:33 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 204 | AGOMPPER | 05/13/2017 | 00:33 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke CANTON | | | Active | T023 |

VICTIM why she didn't initially tell me that Nodine had grabbed her. The VICTIM said that there was so much going on that day she didn't remember it until after she had talked to Archer about what happened. The VICTIM then provided me with a detailed written statement on the events of Saturday, May 6th.

The VICTIM provided me with the following sworn written statement:

I work at Nodine's located in Canton, CT. On Saturday morning May 6th, I came into work at 9:00 a.m. I began to prep for food service for the day. A few hours later my mom came into work. I was standing at the cash register and Calvin was standing on the other side of the cash register. Calvin just said, "So did you get laid last night." I just ignored because this is normal behavior for Calvin.

A group of us at the restaurant were having a meeting about an employee who was taking illegal drugs, acid, and Calvin wasn't firing. After we spoke to Calvin about it the employee was terminated. At that point Calvin said he wanted his girls to feel safe and not uncomfortable. The way he said "my girls" was weird. Calvin gave me a hug and kiss on the cheek. I didn't think much of it because his wife was right there and she also gave me a hug.

I was standing at the pizza counter while Allie, (Alexandria), was making us a BLT sandwich at the sandwich counter, talking about what had happened about the employee being fired. Calvin came behind the counter and came up behind me. As he did this he put

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/13/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 14

# Canton Police Department

45 River Road, Canton, CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT — SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 – 05/07/2017 | 08:57 | 05/13/2017 | 00:33 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 204 | AGOMPPER | 05/13/2017 | 00:33 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON | | | Active | T023 |

his arm across my back and put his hand on my shoulder. I don't recall exactly what he was saying but it was a joke or a story he was trying to tell about something that happened with a girl. As he was telling me the story/joke he would move his hand lower and lower each time with each part of the story he'd tell. Each time he'd pulled me into his body he squeezed my arm and back with his hand. As he finished the story he placed his hand on my butt cheek grabbing it. Calvin had his hand on my butt for less than thirty seconds. He then chuckled and walked away.

Sometime later on in the day, Calvin's wife gave me a air cast, because of an injury that I've had for some time, to help me with the pain. Someone asked me what happened and Calvin made the comment that I had my leg's behind my back too much. Also during the day Calvin made a comment that blondes are like butter they're easy to spread. Calvin makes this same statement on a daily basis. I am the only blond that works there.

Throughout the day I saw Calvin drinking alcohol with his wife. Throughout the day I could tell Calvin was intoxicated. By the end of the day he wasn't able to walk straight.

Saturday night around 8:45 p.m., (we close at 9:00 p.m.), Calvin said to Allie and Kyle to clock out your good. Calvin told me to close out the cash register for the evening because I knew how to do it. I finished closing out the cash drawer and shut off the lights to the front of the business. I then walked to the back of the business and turned the corner. I then saw Calvin standing there. Most of the lights were off so it was very dimly lit.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/13/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 14

Canton Police Department
4B River Road, Canton, CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY    X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/13/2017 | 00:33 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 05/13/2017 | 00:33 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke CANTON |  |  | Active | T023 |

Calvin was standing there with his arms out. I knew he wanted a hug, (which I assumed was like the one he gave me earlier). I kind of walked into him as I turned the corner and he hugged me. I describe the hug as very emotional. Calvin said to me, "We're going to get through this. We're going to make the company better." As he hugged me he was asking if I had any thoughts or questions. I told him no, I hope everything gets better. He then said to me is there anything you want to do. I told him no.

At this point Kyle came back into the building through the kitchen. Kyle yelled Calvin. That's when Calvin grabbed my hand/arm and pulled me into the mens bathroom. Calvin locked the bathroom door and held his finger up to his mouth as to tell me to be quiet. At this point I froze not knowing what to do.

I heard Kyle again ask Calvin if he was in the bathroom and calling my name. Calvin then very abruptly and shortly answer Kyle saying, "Yup, have a good night." I then looked down and saw that Calvin had fully exposed himself to me. I was able to see Calvin's penis, testicles, pubic hair and that he had his boxers pulled completely below his genitals. I saw that the boxers were a dark blue color. When he did this I could smell the odor of sweat and semen.

At this time I saw that his penis was erect. I did not feel it initially when he was hugging me but assumed that he already had it out because there was no time from when he hugged me to pulling me into the bathroom he could have taken it out.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/13/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 14

Canton Police Department
8 River Road Canton 150-0419
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY   X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/13/2017 | 00:33 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 05/13/2017 | 00:33 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke CANTON |  |  | Active | T023 |

Calvin then said to me, "Suck it cause I don't know you get it at home." As he was saying this he grabbed his testicles and penis and lifted it up towards me. I then pushed Calvin and he stumbled in the wall as he struck his head. I then unlocked the door and walked out.

I saw that the money bags were left on the counter and said to Calvin don't forget your money bags and walked out of the building.

I then came to the Canton Police Department Sunday morning with my mom and spoke to Officer Gompper. After speaking to Officer Gompper I wasn't sure what exactly how I wanted to proceed with this so I went into work to collect all of my belongings and to see if Calvin acknowledged what he did or apologized to me for his behavior. I helped build that business before it opened and put a lot of time and energy into helping because I wanted to have a good job and provide for my daughter.

When I went in Sunday after leaving the police department Calvin said that I was late. I told him that I wasn't late, Calvin said, "Your here after Jarvis and now I have to deal with this raging boner all day." I took it as Calvin wanting me to give him sex or relieve him sexually. I didn't say anything and walked away.

We were very slow that day and only one other employee was working other than Calvin and myself. Calvin said to me that he was going to have the other employee watch the front while me and Calvin go into the office, lock the door and clean the office. Calvin has never told any of the employees to do this and the office is the a small closet. That has never been one of my duties. I told him

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/13/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 14

# Canton Police Department
15 River Road Canton, CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY    X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/13/2017 | 00:33 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 204 | AGOMPPER | 05/13/2017 | 00:33 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke CANTON | | | Active | T023 |

nervously no. Calvin then said, "What can you think of something else better to do than fuck me?" I then walked away from him. Calvin followed me around for the rest of the day and asked me to drive me home. I told him no. I then left for work the day.

Monday Calvin called me and said that he closed the store until the following Tuesday. He told me that I was going to be the only employee helping him cleaning. I told him I couldn't come until my next shift. Which I only said because I didn't want him to know that I was speaking to the police or anyone about what happened.

I want to pursue criminal charges against Calvin.

End Statement.

The VICTIM and Archer were provided copies of their written statements. They then left the police department.

I then call and spoke to Nodine via telephone. I explained to Nodine that complaint was made against him by one of his employees. I told Nodine he is not to contact the VICTIM in anyway shape or form. Nodine said he understood. Nodine said he would come in and speak to me the morning of Friday, May 12th.

On May 12th, Dispatcher Kerr advised me that Nodine called and said that he was unable to come to the police department because

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/13/2017 | /SGT. Mark J Penney/ | SGT-3 |

**EXHIBIT 14**

Canton Police Department
45 River Road, Canton, CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY   X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/13/2017 | 00:33 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 05/13/2017 | 00:33 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON |  |  | Active | T023 |

of a death. A few hours later I was notified that Nodine called and left me a message. I checked my message and listened to the voicemail Nodine left me. He explained that he wanted to set up a time to come in and speak to me. I then called Nodine back. Nodine said that he wanted to set up a time sometime next week with an attorney to come and speak to me. I told Nodine my days off and other day I would be free to speak with both him and his attorney.

On Friday May 12th, another employee of Nodine's came to the police department to speak to me about the night that Nodine exposed himself to the VICTIM. Kyle Rouleau (DOB 5/4/90) provided me with the following sworn written statement:

I worked at Nodine's in Canton, CT. I have worked there since November 26th, 2016. I primarily work in the kitchen. On Saturday, May 6th I was working in the kitchen. I noticed throughout the day that Calvin was hovering and following the VICTIM around the restaurant.

We were closing down at 9 p.m. and I was getting ready to leave work for the night. I saw the VICTIM in the front of the restaurant by the cash register. I walked into the kitchen to wipe down a table.

I walked into the office and saw that the VICTIM's purple and white book bag was still in the office. Normally, I'm the last person to leave with Calvin. I shouted out, "Calvin, VICTIM are you still here?" I then walked up front to clock out for the night. I continued calling out there names and didn't get a response. The front of the restaurant was dark and the lights were turned off.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT: OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/13/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 14

## Canton Police Department
45 River Road, Canton, CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT  SUPPLEMENTARY  X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/13/2017 | 00:33 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 05/13/2017 | 00:33 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON |  |  | Active | T023 |

I thought it was strange that no one was around. I punched out and began to walk towards the back of the restaurant. As I passed by the bathrooms I was still calling out to Calvin and VICTIM. I then heard the door to the men's bathroom slam closed. I heard Calvin say, "All right", to my comment that I'm leaving. I then walked out of the restaurant for the night.

Calvin is crude and rude. He makes sexual comments that are inappropriate numerous times. About a week ago he made a comment about my girlfriends pubic area being shaved and immediately turned around and said to his wife that she was hairy as shit, referring to her pubic area.

End Statement.

Rouleau was provided a copy of his statement and he left the police department.

The VICTIM was notified via telephone that Nodine had made arraignments to speak to me with an attorney present and I would let her know how this case is proceeding once I speak to Nodine.

Further supplements to follow.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/13/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 14