# Canton Police Department
45 River Road, Canton CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY   X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/19/2017 | 09:58 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 05/19/2017 | 09:58 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke   CANTON |  |  | Active | T023 |

On Thursday, 5/18/17 at approximately 0900 hours, Calvin Nodine came to the Canton Police Department along with his attorney, David A. Moraghan. I brought Nodine and Moraghan into the CPD interview room. Assisting me with speaking to them was Detective Colangelo. I explained to Nodine, in front of Moraghan, that he was free to leave at any time and I was closing the door for privacy.

Nodine was asked if he had any complaints or issues with his staff. Nodine said that he did not. Nodine was asked about the VICTIM. Nodine said he didn't know what her deal was or what was going on. Nodine said that he went through a "shit storm" at his business and fired several employees for various reasons. Nodine said that he had to completely clean house and start from scratch with the staff.

Nodine was told that the VICTIM made claims about inappropriate talk and inappropriate touching which was sexual in nature. Nodine said that he was a "meat guy" and he "grew up in meat plants since he was 19." Nodine admitted that what he says is harsh at times. Nodine was asked why the VICTIM would come to the police department and make a complaint. Nodine said he didn't know and said that everything went "sour in the kitchen."

Nodine was asked what happened the last few days that the VICTIM worked at the restaurant. Nodine said the last conversation was about the VICTIM's daughter hitting her head and the VICTIM couldn't come into work. Nodine was asked about Saturday, (5/6/17), and who was working. Nodine said the VICTIM, Kyle and Alli were working. Nodine was asked how the night went. Nodine said it

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT: OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/25/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 18

## Canton Police Department
45 River Road, Canton CT 06019
(860) 693-0221

### CASE/INCIDENT REPORT — SUPPLEMENTARY  X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/19/2017 | 09:58 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 05/19/2017 | 09:58 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON |  |  | Active | T023 |

was a normal 12 hour day. Nodine was asked if he had made a bad joke with his hand on the VICTIM's back. Nodine denied this saying he didn't know what the VICTIM was talking about.

It was explained to Nodine that we knew that he was married and we were not looking to inform everyone of what may or may not have happened. Nodine was told that the conversation was between us in the room and we had independent witnesses verifying what the VICTIM reported to us. Nodine said that he has "a lot going on right now" and "a pile of enemies" because he fired his whole crew.

Nodine was asked how Saturday night ended. Nodine said it just ended. He did a 12 hour day and wanted to get the "hell out of there." Nodine said he was the last one out. It was asked who left first that night. Nodine said he wasn't exactly sure. Nodine said somewhere in the middle was Kyle and Alli. Nodine said he wasn't sure if the VICTIM left first. Nodine was asked if anyone said good bye. Nodine said Kyle said good bye. Nodine was asked where he was when Kyle said good bye. Nodine said he was in the bathroom. Nodine was asked if anyone was in the bathroom with him. Nodine said no. Nodine was told that we knew the VICTIM was still in the building somewhere based on a witnesses statement.

Nodine was then told what the VICTIM was reporting to us in regards to being pulled into the bathroom and Nodine exposing himself to her. Nodine said, "that's bullshit." After explaining to Nodine that the witness was verifying the VICTIM's version of the events. Nodine again said he didn't know where she was when he was in the bathroom. He was again asked why would the VICTIM say this.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/25/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 18

# Canton Police Department
45 River Road, Canton CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT — SUPPLEMENTARY  X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/19/2017 | 09:58 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 05/19/2017 | 09:58 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke CANTON |  |  | Active | T023 |

Nodine said he didn't know why, maybe the business was going down and the VICTIM was looking for money.

Moraghan asked to speak to Nodine in private. They were showed into CPD Community Room where there is no video or audio recordings. After several minutes all parities came back into the interview room. We began to speak about possible motives on why someone would make a complaint like this. It was said that the VICTIM had mentioned knowing that Nodine was a millionaire. Nodine then began to tell us about a comic book created by Stan Lee that should have been destroyed the day President John F. Kennedy was assassinated. Nodine said the VICTIM knew he had it in his safe at the business and that it would be worth over a million dollars.

Nodine said, "All right, look it, I'm going to open this all up." Nodine said the VICTIM grabbed him and said "I have something for you to see." Nodine said he figured there was a problem in the men's room. Nodine said the VICTIM was the one that took his pants down and gave him a "blow job." Nodine said it happened so fast his reaction was, "Ok, that fucking happened."

When talking to Nodine about changing his story and not telling us from the beginning what happened, Nodine said he worked a long day, he's trying to protect himself and this is embarrassing. Nodine said he should have stopped the VICTIM.

Nodine was asked if there was any other contact with the VICTIM or any other employees. Nodine said no. Nodine was asked what happened after the VICTIM gave Nodine fellatio. Nodine said the VICTIM told him to walk out first to make sure no one was around.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/25/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 18

## Canton Police Department
45 River Road, Canton CT 06019
(860) 693-0221

### CASE/INCIDENT REPORT — SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/19/2017 | 09:58 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 05/19/2017 | 09:58 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON |  |  | Active | T023 |

Nodine said once it was all clear she came out and left. Nodine was asked if the VICTIM was a liar. Nodine said as far as it being consensual it was.

I asked Nodine if there was ever previous talk or flirtation prior to the VICTIM giving him fellatio. Nodine said it "came out of no where" and "he was just trying to get out of there for the night." Nodine was then asked if he came into work the next morning, Sunday and if anything happened. Nodine said that the VICTIM, Jarvis and he were all working and it was a normal day.

Nodine was asked about the conversation about Nodine making a comment about having a "raging boner" all day because she came in after Jarvis. Nodine denied saying that and the VICTIM was lying about that statement. Nodine was asked if he asked the VICTIM to clean the office. Nodine said there was a conversation about cleaning the office. Nodine said the VICTIM did not clean the office because they had other stuff to do and his wife actually came in and cleaned the office.

It was then discussed about Nodine taking a polygraph test. After some conversation about polygraphs Moraghan said that he would discuss that with Nodine and get back to us taking a polygraph.

Moraghan and Nodine were then walked out to the lobby of the police department and exited the building.

This interview was recorded. A copy was burned onto a CD and the CD was placed in the case jacket.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. ||||
|---|---|---|---|
| INVESTIGATOR SIGNATURE: /OFCR. Adam W Gompper/ | INVESTIGATOR I.D.#: 204 | SIGNED DATE: 05/25/2017 | SUPERVISOR SIGNATURE /SGT. Mark J Penney/ | SUPERVISOR I.D.#: SGT-3 |

EXHIBIT 18

Canton Police Department
45 River Road, Canton, CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT — SUPPLEMENTARY [X]

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 05/19/2017 | 09:58 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 204 | AGOMPPER | 05/19/2017 | 09:58 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke CANTON | | | Active | T023 |

Further supplements to follow.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 05/25/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 18