**5/18/2017 Calvin Nodine Interview w/ Detective Colangelo, Officer Adam Gompper and**

**Nodine's Attorney**

DETECTIVE COLANGELO:  Yep, I was there, a few months ago. C'mon. We gotta grab some

more chairs. Calvin, you wanna grab a seat right over there. [unintelligible, talking over

Nodine's Attorney] You want this chair, Morgan? [Unintelligible]

NODINE'S ATTORNEY:  What?

DETECTIVE COLANGELO:  There any difference or anything from the other day?

NODINE'S ATTORNEY:  No.

DETECTIVE COLANGELO:  Oh, okay. I thought it was [unintelligible] or something.

NODINE'S ATTORNEY:  Oh, no.

DETECTIVE COLANGELO:  It's all good. Are you with Heath and Morgan and all that? Is that

you?

NODINE'S ATTORNEY:  I, I am.



PLAINTIFF'S
EXHIBIT
50
LL 3/29/19

1

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Which Heath is that?

NODINE'S ATTORNEY:  Joel Heath?

DETECTIVE COLANGELO:  Bruce his brother?

NODINE'S ATTORNEY:  What? No.

DETECTIVE COLANGELO:  Okay.

NODINE'S ATTORNEY:  No, He's been dead for-

DETECTIVE COLANGELO:  Bruce's brother- oh, right, he had a septic, uh-

NODINE'S ATTORNEY:  Root canal.

DETECTIVE COLANGELO:  That's right. I forgot. Bruce was my math teacher.

NODINE'S ATTORNEY:  Oh, really?

DETECTIVE COLANGELO:  Yeah, yeah.

**EXHIBIT 20a**

NODINE'S ATTORNEY: He's a good guy.

DETECTIVE COLANGELO: Yeah.

NODINE'S ATTORNEY: He was my golf partner for a long time.

DETECTIVE COLANGELO: I see. He still playing up there?

NODINE'S ATTORNEY: He taught, he taught me how to putt.

DETECTIVE COLANGELO: No he didn't.

NODINE'S ATTORNEY: He did.

DETECTIVE COLANGELO: He can't putt himself!

NODINE'S ATTORNEY: He was the best putter in the club.

DETECTIVE COLANGELO: No, he wasn't!

NODINE'S ATTORNEY: Yes, he was.

DETECTIVE COLANGELO: Which club are you talking about?

3

**EXHIBIT 20a**

Torrington [Unintelligible, the two officers and attorney all talk at once.]

NODINE'S ATTORNEY:  He's still playing. Some, uh- the opening, the opening back of the-

DETECTIVE COLANGELO:  You know, he [unintelligible] right? And he didn't invite me, and I was very angry, and my mother invited me at the last second, and it was too, too-

NODINE'S ATTORNEY:  Well, your father's a great player. He's a great player. He's, uh, he's fun.

DETECTIVE COLANGELO:  He's eighty-three, and-

NODINE'S ATTORNEY:  And he's still going good! Still good looking-

DETECTIVE COLANGELO:  Drives that little convertible-

NODINE'S ATTORNEY:  I mean, he doesn't look that old, and he's still there, still playing the triangle league-

DETECTIVE COLANGELO:  Right. He did just move, so now it's easier on him-

NODINE'S ATTORNEY:  They moved him?

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Right. To a fifty five and older home over there-

NODINE'S ATTORNEY:  Right, not the one in Torrington that we have all the issues at.

DETECTIVE COLANGELO:  No. thank God, no. Because my mother would have been on a, like, you know.

NODINE'S ATTORNEY:  Yeah.

DETECTIVE COLANGELO:  [Unintelligible] So. Just texting.

ADAM GOMPPER: Holly [unintelligible].

DETECTIVE COLANGELO:  No. My mother.

[laughter]

DETECTIVE COLANGELO:  I asked if they had an air conditioner and one of her servants is looking for the air conditioner. And, you know, they just moved, so, I'm just helping out, and this is all convoluted, so...

ADAM GOMPPER: I just closed the door for privacy. You guys are free to leave at any time.

**EXHIBIT 20a**

[Unintelligible. Detective Colangelo hands Nodine and his attorney his card.]

DETECTIVE COLANGELO:  ...Technical stuff.

CALVIN NODINE: Right. I hear her friend got in more trouble.

DETECTIVE COLANGELO:  Which friend?

CALVIN NODINE: The one that came over and spoke to you.

DETECTIVE COLANGELO:  Oh, uh, what trouble is that.

CALVIN NODINE: Um... I dunno. What?

DETECTIVE COLANGELO:  Was that in our town, or somebody else's?

ADAM GOMPPER: No, he's talking about Jessica.

DETECTIVE COLANGELO:  Yeah-

ADAM GOMPPER: The one who worked there?

NODINE'S ATTORNEY:  She's in more trouble. So, uh-

6

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Okay.

ADAM GOMPPER: So, look, was it, [unintelligible] sandwiches?

DETECTIVE COLANGELO:  Oh, was that her? I didn't get to that, I mean, not everything gets to my desk, there's- yeah. Doesn't really seem  like they need my help, other than golf.

NODINE'S ATTORNEY:  So that's pretty straightforward.

[Laughter]

CALVIN NODINE: The look on your face went when you went like, "You know her."

DETECTIVE COLANGELO:  Yeah, so, which Keefe is this? is this Hugh? Is this Hugh? Which Keefe is this?

NODINE'S ATTORNEY:  No, that's Joel. Hugh is in New Haven., he's still plugging along.

DETECTIVE COLANGELO:  I mean... probably if I got arrested, I'd hire Hugh. Because he's good- you know. Good at that kind of stuff. He's a Waterbury guy. He taught cadets in Waterbury for many years. So, you know. Cops and crooks, you couldn't tell the difference. Yeah, I mean, back then- That was like twenty or so years ago.

7

**EXHIBIT 20a**

ADAM GOMPPER: [Laughs]

NODINE'S ATTORNEY:  [Unintelligible] It's an interesting place.

DETECTIVE COLANGELO:  It was. It was, because, look, like, I grew up in Litchfield, but I did my [unintelligible] out in Waterbury, yeah, so, so- this is all convoluted, maybe you can shed some light on this for us-

CALVIN NODINE: Okay. Let's go.

DETECTIVE COLANGELO:  Okay. So, you got all employees in an uproar or something, do you know- did anyone complain to you, bitched- excuse my language, if I swear, I'm sorry-

NODINE'S ATTORNEY:  That's okay.

DETECTIVE COLANGELO:  I've got a headache. Have they bitched to you, anything like that, made a complaint, any-

CALVIN NODINE: No.

DETECTIVE COLANGELO:  Any type of thing. What's this girl's name, again?

8

**EXHIBIT 20a**

CALVIN NODINE: Nicole?

DETECTIVE COLANGELO:  Nicole. What's this girl's deal?

CALVIN NODINE: I don't know. I, I, I honestly do not know.

DETECTIVE COLANGELO:  Okay.

CALVIN NODINE: I don't know what the hell's going on there.

DETECTIVE COLANGELO:  They all quit? Your staff you said?

CALVIN NODINE: She, no. Quit, or fired- I went through a shit storm over there.

DETECTIVE COLANGELO:  Why, what, what happened, tell us about the shit storm. Maybe that'll-

CALVIN NODINE: Uh, let's see, we had one guy, Mike, in there, I let him go, apparently he hadn't worked in three and a half years and forgot how to work. Then, I had to start laying down the law, of, this is the way I want stuff done, so the guy Jim Covell [?], he quit, because, you're slicing sandwiches to order. This is the way I want my business to run.

DETECTIVE COLANGELO:  Mm-hmm.

9

**EXHIBIT 20a**

CALVIN NODINE: This is, you know, it's high-end, it's not Subway.

DETECTIVE COLANGELO:  Mm-hmm.

CALVIN NODINE: Then we had... Phil who just decided to close early because it wasn't busy enough.

DETECTIVE COLANGELO:  Okay.

CALVIN NODINE: So I fired him.

DETECTIVE COLANGELO:  Mm-hmm. Who quit?

CALVIN NODINE: Well, Jim quit. Then, who was it next. It was, uh, oh! This kid Greg, who came in tripping on acid.

DETECTIVE COLANGELO:  Mm-hmm.

CALVIN NODINE: So, my son-in-law, or, my step-son, went over there-

DETECTIVE COLANGELO:  Mm-hmm.

**EXHIBIT 20a**

CALVIN NODINE (cont.): Who is the head chef, went in, had to get him out of there because the girls were nervous about him.

DETECTIVE COLANGELO:  Okay.

CALVIN NODINE: And then he handed in his keys to my wife.

DETECTIVE COLANGELO:  Okay.

CALVIN NODINE: And then the next day Greg comes in and drops acid right in front of me and right in front of the employees. And a bunch of customers.

DETECTIVE COLANGELO:  How, uh, how long a period of time is this.

CALVIN NODINE: A week.

DETECTIVE COLANGELO:  Oh, wow.

CALVIN NODINE: A week. Yeah, usually when it goes to a disaster like that, it's a disaster and you gotta clean house and I had to start from scratch.

DETECTIVE COLANGELO:  Oh, yeah, I understand. I was in the bar business when I was a kid.

11

**EXHIBIT 20a**

CALVIN NODINE: Yeah, so-

DETECTIVE COLANGELO: In Queens and in Manhattan.

CALVIN NODINE: So, you know what-

DETECTIVE COLANGELO: Yeah, it's-

CALVIN NODINE: What a bad move in a kitchen can be.

DETECTIVE COLANGELO: Yeah, I know of, uh, everywhere, a tidal wave can be-

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO: I mean, I mean, jobs... So, Nicole's saying that there's been inappropriate talking and, speech, and sexual stuff. What, you know, tell me what- well, let me put it this way. I'm not so sure I believe everything she's telling me, you know, I'm really not.

CALVIN NODINE: Okay.

DETECTIVE COLANGELO: Um, some things add up, some things don't. She may be embellishing, she may be lying, she might be telling the whole truth, but, again, at this point-

12

**EXHIBIT 20a**

CALVIN NODINE: Um... I'm a meat guy. You know I grew up in meat plants since I was nine years old-

DETECTIVE COLANGELO:  Mm-hmm.

CALVIN NODINE: So, does, you know, what I say get a little harsh sometimes?

DETECTIVE COLANGELO:  Mm-hmm.

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  Well, harsh is, "Adam, you're fired." That's harsh.

CALVIN NODINE: Huh?

ADAM GOMPPER: What?

DETECTIVE COLANGELO:  Harsh. Harsh is if I fired him right now.

[Laughter.]

CALVIN NODINE: You know- you know-

13

**EXHIBIT 20a**

DETECTIVE COLANGELO:  I'm not gonna essentially talk to him because look at him-

[Laughter.]

DETECTIVE COLANGELO:  Can you tell I'm my father's son?

NODINE'S ATTORNEY:  Yes.

DETECTIVE COLANGELO:  At least I'm funny, right? Sorta, right? He is- He's more social than me, though.

NODINE'S ATTORNEY:  He is very social, yeah.

DETECTIVE COLANGELO:  You can't go to dinner with him, because everyone will see him, wanna talk-

NODINE'S ATTORNEY:  Um, you can't walk around the club with him some nights? Or go to the club with him? Because he just makes the rounds. All night.

DETECTIVE COLANGELO:  You know, they got married there?

NODINE'S ATTORNEY:  Did he?

14

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Yeah. They got married at the club. You know how much the reception was?

NODINE'S ATTORNEY:  How much.

DETECTIVE COLANGELO:  Sixty whatever.

NODINE'S ATTORNEY:  Yeah.

DETECTIVE COLANGELO:  50 years ago almost. Yeah. Sorry.

CALVIN NODINE: No, it's- so, that's it. That's-

DETECTIVE COLANGELO:  I just wanted him to know that I wasn't being a doofus.

CALVIN NODINE: No-

NODINE'S ATTORNEY:  [Laughs]

DETECTIVE COLANGELO:  Um. So, why would she come to us and start telling us stuff?

CALVIN NODINE: I don't know. Like I said, everything went sour in that kitchen.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  What happened, like, the last couple days she was there? What made her leave?

CALVIN NODINE: I'm not really sure. I mean-

DETECTIVE COLANGELO:  You don't know?

CALVIN NODINE (cont.): The last time, the last conversation, was she said her daughter bumped her head and when she was going to come back in to work. So she had to take that day off.

DETECTIVE COLANGELO:  Was the place closed that day, or open?

CALVIN NODINE: It was closed. We're revamping the kitchen, and-

DETECTIVE COLANGELO:  Ok, what, do you remember what day that was?

CALVIN NODINE: I... closed it on Sunday.

DETECTIVE COLANGELO:  Okay. Tell me about Saturday. the day before. What happened with her?

[Calvin jerks his hand as if to shrug.]

16

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Or any employee who was there. Do you remember at night?

CALVIN NODINE: Um. That was- I got those records. Nicky was there, Kyle, and Allie.

DETECTIVE COLANGELO:  Mm-hmm. Do you remember how the night went?

CALVIN NODINE: Just a normal night. Put me on a twelve hour day, and...

DETECTIVE COLANGELO:  Yeah. Did you make some bad joke, or something? Put your hand on Nicky's back?

CALVIN NODINE: I... don't- that morning-

DETECTIVE COLANGELO:  That was in the morning?

ADAM GOMPPER: That was in the morning. Round when- when they were opening, I guess. Eleven-ish.

DETECTIVE COLANGELO:  Remember that?

CALVIN NODINE: No.

17

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Because, apparently, according to her, and someone else, your hand made it down to her rear end.

CALVIN NODINE: Nah, I wouldn't have done that.

DETECTIVE COLANGELO:  Just saying-

CALVIN NODINE: No.

DETECTIVE COLANGELO:  Just saying- why are they saying it? Because that's not-

CALVIN NODINE: Yeah. I, I don't- that's the problem, I don't know.

DETECTIVE COLANGELO:  So, they go through-

NODINE'S ATTORNEY:  You don't know if you touched her rear end, or you don't know what she's talking about?

CALVIN NODINE: I, I... don't know what she's talking about.

DETECTIVE COLANGELO:  So, here's the deal. Just so you're-

**EXHIBIT 20a**

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  So you're-

CALVIN NODINE: Yeah. Well, you're- so.

DETECTIVE COLANGELO:  So your attorney, lawyer, can back me on the deal. Some other

detectives are different than me. I've been doing this a whole long time. I'm not here to

prosecute you, persecute you, you know, anything like that. My job is to find out what the truth

is.

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  And I understand that, you know, this can be a touchy subject. I

know you're married, you know, I'm not gonna tell your wife, let's put it that way. Some people

are worried about that they think it's going to get out.  This is not third, this is between you, your

attorney, and us. Um, but my job is to find out the truth. So, some of these statements are

corroborated by others. You know, other people.   completely independent, because you know

we're the ones who called to see what they saw or heard. They came in, they saw the same thing,

that's in one of their statements.

CALVIN NODINE: Yeah.

**EXHIBIT 20a**

[Calvin slowly turns his palms upwards.]

CALVIN NODINE: Look, I just- I got a whole pile of bad shit going on. I mean, I just fired my whole crew.

DETECTIVE COLANGELO:  Mm-hmm.

CALVIN NODINE: So, you know what, I got a pile of enemies, right now.

DETECTIVE COLANGELO:  Mm-hmm. So, that Saturday goes on, and Kyle's- the kitchen guy, I'm guessin?

CALVIN NODINE: Yep.

DETECTIVE COLANGELO:  And Allie's front end.

CALVIN NODINE: Yep.

DETECTIVE COLANGELO:  And Nicky's kind of whatever, I guess? On the floor, or whatever you want to call it?

CALVIN NODINE: Yeah, Nicky actually did everything, she's very good.

DETECTIVE COLANGELO:  Yeah.

20

**EXHIBIT 20a**

CALVIN NODINE: Very good employee.

DETECTIVE COLANGELO:  That's what I meant, on the floor, doing everything.

[Unintelligible. Nodine and Colangelo talk at once.]

DETECTIVE COLANGELO:  She's like, the manager, or whatever?

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  So, how'd that night end?

CALVIN NODINE: Just ended. I'm doin a twelve hour day and wanting to get the hell out of there.

DETECTIVE COLANGELO:  So you were the last one out?

CALVIN NODINE: Yes.

DETECTIVE COLANGELO:  Who left... Out of the four of you, who left first?

CALVIN NODINE: I'm not exactly sure when Nicky left, I'd have to check when she punched out-

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Mm-hmm.

CALVIN NODINE: But somewhere in the middle was Kyle and Allie.

DETECTIVE COLANGELO:  So Nicky left first?

CALVIN NODINE: I'm not sure.

DETECTIVE COLANGELO:  Mm-hmm. So Allie and Kyle leave- did they say good bye, or anything?

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  Who, who said-

CALVIN NODINE: Kyle. Yep.

DETECTIVE COLANGELO:  Kyle, did? Where were you when that happened, when he said good bye?

CALVIN NODINE: Hmm?

DETECTIVE COLANGELO:  Where were you when he said good bye?

22

**EXHIBIT 20a**

CALVIN NODINE: Actually, I was in the bathroom.

DETECTIVE COLANGELO:  Okay. And, what did he yell? I'm leaving, or something?

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  Is that a normal thing, he left before you, or was he a lock-up guy?

CALVIN NODINE: No, he would just, he would leave and I would lock up.

DETECTIVE COLANGELO:  Um... anybody in the bathroom with you?

CALVIN NODINE: No.

DETECTIVE COLANGELO:  Okay. That's not what they're telling me.

[Calvin shrugs.]

DETECTIVE COLANGELO:  I know Nicky was still in the building when he left.

[Calvin shrugs.]

DETECTIVE COLANGELO:  I mean, his statement is that her backpack's still there, and she's still in the building. She hadn't left yet. But he didn't know where she was.

23

**EXHIBIT 20a**

CALVIN NODINE: I mean-

DETECTIVE COLANGELO:  So I'll tell you what Nicky said. Let me find it, so I don't misquote myself here. I mean, they talk about what you said, you know, you're a meat guy and you talk like that or whatever. But  I'm a cop, I talk kind of strange too, sometimes. In a different way, though. [Clears throat.] So, she talked about the conversation about how, you know, you're reassuring the business will get through it and all that, and that sounds, you know, pretty reasonable, from what you're telling me is going on. And-

CALVIN NODINE: Mm-hmm.

DETECTIVE COLANGELO:  You know. So, she says, uh, she gave you a hug, I guess she had done that before, um...

CALVIN NODINE: She never hugged me before.

DETECTIVE COLANGELO:  Well, she said that day, earlier in the day. So, Kyle had left, she was with you, Kyle yelled for you, you grabbed her by her arm, or something, and pulled her into the men's bathroom with you, locked the bathroom door, held your finger up to your mouth to tell her to be quiet, Kyle yelled to you again, shortly after that, you said have a good night to Kyle. She then looked down and you had exposed yourself. To her.

CALVIN NODINE: That's bullshit.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Well, I don't know. Here's how I look at it. Because, I got Kyle's statement telling me the same thing.

CALVIN NODINE: Well, no he's not. Because he doesn't know what happened in there.

DETECTIVE COLANGELO:  Well, with all due respect, I hadn't finished my statement, which is about to- He's telling me that Nicky's still in there, she's not visible in the building, her backpack's there that she takes with her, that you're in the bathroom. So, certain points of what he says match certain points of what she says.

CALVIN NODINE: Okay.

DETECTIVE COLANGELO:  I'm not saying that Kyle is the archangel above everybody who can see everything, I'm just pointing out that, he's been interviewed and what he's been saying corroborates some of the facts.

NODINE'S ATTORNEY:  You're saying he didn't know where she was, just that her backpack was there.

DETECTIVE COLANGELO:  Correct, I said that.

NODINE'S ATTORNEY:  Okay, just making sure we're all on the same page.

25

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Mm-hmm. Right.

NODINE'S ATTORNEY:  Because you said he's corroborating what she's saying, but all he knows is he thinks she's still in the building. He doesn't know where she was-

DETECTIVE COLANGELO:  That's what I said.

NODINE'S ATTORNEY:  Just making sure.

DETECTIVE COLANGELO:  Mm-hmm.

NODINE'S ATTORNEY:  Just making sure.

DETECTIVE COLANGELO:  Okay. It's on tape.

NODINE'S ATTORNEY:  Mm?

DETECTIVE COLANGELO:  It's on tape. We can go back to the tape, and-

CALVIN NODINE:  She could have been out front having a cigarette, you know, I don't know where she was.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Okay. Why would she say this?

CALVIN NODINE: [Shrugs.] I don't know. Maybe she thinks the business is going down, she's

looking for money.

DETECTIVE COLANGELO:  It's possible.

ADAM GOMPPER: That's one of the angles I'm looking at.

CALVIN NODINE: I know my wife loaned her five hundred bucks.

DETECTIVE COLANGELO:  Ok.  Here's the deal-

CALVIN NODINE: Yeah, she takes good care of the employees-

DETECTIVE COLANGELO (cont.): Here's the deal, it's a tough question.

CALVIN NODINE: Mm-hmm.

DETECTIVE COLANGELO:  You know, some people can't handle this type of question, but if

you were fooling around with Nicky consensually, that's a whole different story, and that might

open up why she's already gotten an attorney, and come down here, and all that kind of stuff.

Like I said, I'm not going out, calling you wife, saying- guys do what guys do, trust me. I mean,

**EXHIBIT 20a**

you know, we got enough cops divorced because of it and all that kind of stuff, but, if that's the thing that was happening, then thats, that maybe starts to explain some of this stuff.

CALVIN NODINE: I'm-

NODINE'S ATTORNEY: Can I have a minute with him?

DETECTIVE COLANGELO: Sure. Do you want to talk with him outside?

ADAM GOMPPER: You can step out.

NODINE'S ATTORNEY: Sure, whatever.

DETECTIVE COLANGELO: I mean, it's taped, so obviously you're going to want to- I'll put you in a room where it's going to be no audio, you can shut the door-

[All four exit, at 9:15:36 AM (17:55).]

[All four  reenter at 9:21:40 AM (23:59).]

DETECTIVE COLANGELO: And you start to hear that tone? Although it's a new tone, yesterday they changed it [unintelligible].

NODINE'S ATTORNEY: So, can I ask a couple questions?

28

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Absolutely.

NODINE'S ATTORNEY:  We were talking about a claim of her, un-consented-to touching of

her backside.

DETECTIVE COLANGELO:  Mm-hmm.

NODINE'S ATTORNEY:  Pants up or down.

ADAM GOMPPER: Down, No, uh-

DETECTIVE COLANGELO & GOMPER:  Her pants were up.

NODINE'S ATTORNEY:  And exposure. Nothing else.

DETECTIVE COLANGELO:  Well, and pulling her into the bathroom with him.

NODINE'S ATTORNEY:  Okay.

DETECTIVE COLANGELO:  Okay. This is just, I mean, I'm not trying to be adversarial, but, I

mean, I know you're an attorney, so you're used to questions, of course, so am I, but, I mean,

this is a conversation, so when I ask questions, and the semantics a little wrong, it's not a court-

**EXHIBIT 20a**

NODINE'S ATTORNEY:  No, no-

DETECTIVE COLANGELO:  I'm just trying to figure out, what this motive is if they're trying to screw Calvin. But a lot of times if there's a motive there's a thread of truth to it because they have something, like if a black male wants to work at a-

NODINE'S ATTORNEY:  Nothing happens out of whole cloth. There's something there.

DETECTIVE COLANGELO:  Right, exactly. Like, hey, I can make a penny off of this. Like, she's talking about you being a millionaire. So, she's aware of that. Like, I don't know if you are, but to her, you're wealthy.

CALVIN NODINE: She knows I got a magazine or a comic book that doesn't exist.

DETECTIVE COLANGELO:  Right. Or, I don't know what that means, but, um-

CALVIN NODINE: Hmm? Oh, I have, I have, I have this Stan Lee comic book.

DETECTIVE COLANGELO:  Okay.

CALVIN NODINE: That does not exist.

DETECTIVE COLANGELO:  Again, you're- you're-

30

**EXHIBIT 20a**

CALVIN NODINE: Uh, Stan Lee, the one-

DETECTIVE COLANGELO:  Oh, Stan Lee-

CALVIN NODINE (cont.): Created Spiderman-

DETECTIVE COLANGELO (cont.): The Marvel guy-

CALVIN NODINE: Before that, before that he did a magazine, "You Don't Say."

DETECTIVE COLANGELO:  Mm-hmm.

CALVIN NODINE: Okay, he did two copies-

DETECTIVE COLANGELO:  Okay.

CALVIN NODINE (cont.): With um celebrities, and then he picked on, um, and they were, they were just a hoot. They were just- And the little bubbles, take pictures, and, put the little bubble on there-

DETECTIVE COLANGELO:  I don't know if she's smart enough to put that together. Well, I know-

**EXHIBIT 20a**

CALVIN NODINE: No, I had it over there.

DETECTIVE COLANGELO: I guess you're gonna-

CALVIN NODINE: [Unintelligible]

DETECTIVE COLANGELO: She'd go after your business, more-

CALVIN NODINE: No, it's in the safety deposit box. She's seen it.

DETECTIVE COLANGELO: Yeah, but again, her. Her calculation of your wealth, I don't think is from a comic book. It's from looking at your business.

CALVIN NODINE: No, it's probably- it's a million-dollar comic.

DETECTIVE COLANGELO: You just said you- Did you tell her [Unintelligible.]

CALVIN NODINE: I said it could be worth fifty cents or two million.

DETECTIVE COLANGELO: Okay.

**EXHIBIT 20a**

CALVIN NODINE: I don't know but, this is the one that he did that was supposed to be destroyed the day that JFK got shot. And his grandmother was working there, and-

DETECTIVE COLANGELO:  Okay, I think you've-

CALVIN NODINE (cont.): Somehow, she ended up-

DETECTIVE COLANGELO:  All I'm saying is, there's something that makes her think you're wealthy.

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  I don't know about your Stan Lee comic book, I do know about your family business. I mean, you've been in business for fifty years, or close to-

CALVIN NODINE: Almost fifty, yeah.

DETECTIVE COLANGELO:  Um, you know. That's what people look at. That's how your name was already recognized before you opened up. Um, so, I don't care how she figured, or how her thought process- I didn't ask her. You know- did you?

ADAM GOMPPER: No. No, she just said it.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  So.

ADAM GOMPPER: Just blurted it out.

DETECTIVE COLANGELO:  So, something decided in her head to come down here. And-

CALVIN NODINE: Alright, look it, I'm gonna open it this all up, because this is gonna be hard for me to spin, and it's cost me a bunch of shit.

DETECTIVE COLANGELO:  Well, not the conversation, but the actions before. But, it's-what's done is done, let's move on.

CALVIN NODINE: She grabbed me and said, "Lookit, I've got something for you to see." I figured there was a problem in the men's room.

DETECTIVE COLANGELO:  Mm-hmm.

CALVIN NODINE: She was the one that dropped my pants.

DETECTIVE COLANGELO:  Mm-hmm.

CALVIN NODINE: And gave me a blow job.

DETECTIVE COLANGELO:  Okay.

34

**EXHIBIT 20a**

CALVIN NODINE: And it was pretty much so fast that it was like, okay! That fucking happened. So, yeah, I got a disaster with the wife-

DETECTIVE COLANGELO: So, this is what I'm gonna have-

CALVIN NODINE: And all that bullshit.

DETECTIVE COLANGELO: And, you know, uh, here's the deal, and I understand it's embarrassing, but I've heard worse.

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO: way worse, I've been doing this for nearly twenty-five years, I'm really young-looking because I take after my dad-

NODINE'S ATTORNEY: Good genes.

DETECTIVE COLANGELO: Yeah.

[Laughter.]

*DETECTIVE COLANGELO: I know, I got my father's height and my mother's neurotic personality, so, my brother got all the other stuff, but, uh, and, and, your attorney will, I'm sure,*

35

**EXHIBIT 20a**

*understand this, when you come in here and I ask you something and you tell me something like*

*she left already and then the story changes-*

*CALVIN NODINE: Look, I have to, I .. trying to protect myself-*

*DETECTIVE COLANGELO:  I know-*

*CALVIN NODINE: This is embarrassing, it was, uh, uh, a moment after a twelve-hour day, and,*

*um, a bad decision, and, um-*

*DETECTIVE COLANGELO:  Mm-hmm.*

*CALVIN NODINE: I should have stopped her.*

DETECTIVE COLANGELO:  Mm-hmm. In the civil part, that's civil. She has a lawyer, she has

a lawyer. If she's bluffing, she's bluffing. I don't know. I don't know her deal- maybe she'll

have her lawyer and you talk to her. I don't know. Who knows. You know, I've had people try to

sue me, a kid went to every lawyer in town, they were like, no, I was offering them the same

thing. He was spitting on me, this was when, I pulled his shirt up over his head and I taped it, so

he couldn't spit on me. And he tried to sue me or whatever and every lawyer in town said, that's

not police brutality. He's protecting himself with the tools he had. This was twenty years ago

when people were spitting at us or things like that, so, like, sometimes, and, you know, you've

probably had clients come in to talk to you and you're like, no, that's not a case, right?

**EXHIBIT 20a**

NODINE'S ATTORNEY:  Mm-hmm.

DETECTIVE COLANGELO:  Probably more than the ones that are cases, everybody wants a slice of somebody else's pie. Um, as it was, was there any other contact besides that one day?

CALVIN NODINE: No.

DETECTIVE COLANGELO:  Any other contact with other employees besides that time?

CALVIN NODINE: No.

DETECTIVE COLANGELO:  Do-

CALVIN NODINE: I mean, you're in a restaurant, you're moving around-

DETECTIVE COLANGELO:  Yeah-

CALVIN NODINE: You know what I mean.

DETECTIVE COLANGELO:  Intentional, or unintentional-

CALVIN NODINE: Yeah, no. Absolutely nothing intentional.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  So, after the blow job, what happened?

CALVIN NODINE: She told me to walk out first.

DETECTIVE COLANGELO:  Mm-hmm.

CALVIN NODINE: To make sure nobody was around.

DETECTIVE COLANGELO:  Mm-hmm.

CALVIN NODINE: And then I told her it was all clear and she came home.

DETECTIVE COLANGELO:  So, you think she's a liar.

CALVIN NODINE: As, as far as, it not being consensual?

DETECTIVE COLANGELO:  Yes.

CALVIN NODINE: Absolutely.

DETECTIVE COLANGELO:  Okay.

ADAM GOMPPER: Can I ask a question?

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Sure.

ADAM GOMPPER: Was there any kind of talk or any type of relation before that happened? Was there anything like that before, or was it completely- It just-

CALVIN NODINE: No, it was totally-

ADAM GOMPPER: Spontaneous

CALVIN NODINE: Out of nowhere.

DETECTIVE COLANGELO:  I think he's asking, was there any flirtation, things like that, am I right?

CALVIN NODINE: No.

DETECTIVE COLANGELO: Like, it was completely out of the blue, you had no idea it was coming, no-

CALVIN NODINE: No, I didn't. I didn't. I didn't- like I said, it was a twelve hour day and I just wanted to get the hell out of there that night-

DETECTIVE COLANGELO:  Mm-hmm. So, you close Sunday, which was the next day, right-

39

**EXHIBIT 20a**

CALVIN NODINE: Mm-hmm.

DETECTIVE COLANGELO:  You came in? Did you come in?

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  I don't know. I have to ask.

CALVIN NODINE: No, no, yeah, I did, Nicky and I worked there, Nicky and I had drinks.

DETECTIVE COLANGELO:  Then, what happened then, that Sunday.

CALVIN NODINE: Nothing, we worked out the day.

DETECTIVE COLANGELO:  It was normal, or-

CALVIN NODINE: Yeah, it was normal.

DETECTIVE COLANGELO:  Was Jarvis there?

CALVIN NODINE: Yes.

DETECTIVE COLANGELO:  Who left first, Jarvis or Nicky.

**EXHIBIT 20a**

CALVIN NODINE: I don't know. Probably Nicky.

DETECTIVE COLANGELO:  So she's saying- and you to be honest  this could be part of what, what happened that prior, the night before. She says, she says Jarvis got there first, and you said, "You're here after Jarvis and now I have to deal with a raging boner all day." Now, if, either way, whether she pulled you in or you pulled her in, there was sexual contact, so, I mean, what, um, uh, can that statement be said? Sure. Can, does it, does it, er, can it, is it contextually believable? Yeah, I mean if somebody could say that, I'm saying you, I'm saying somebody, can, do you remember saying that to her?

CALVIN NODINE: No.

DETECTIVE COLANGELO:  Okay. Was she lying about that, you think?

CALVIN NODINE: Yes.

DETECTIVE COLANGELO:  Did, uh, did you ask her to clean the office that day?

CALVIN NODINE: Uh, there was a conversation that the office had to be cleaned.

DETECTIVE COLANGELO:  Did she clean it?

CALVIN NODINE: No, she didn't.

41

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Why not?

CALVIN NODINE: Uh, because we had other stuff to do. Like, my wife actually came in to clean the office.

DETECTIVE COLANGELO:   I mean, I know you're a meat guy, there's a lot of crude comments that she put in her statement. Um, I don't think we have to go through all of them, because just in general I'm a meat guy I don't know what I said kind of thing ya know  covers it, and I don't know if you'd remember all of them. I don't remember all the swears that I say and, I'm a cop. I say a lot of swears. It's unfortunate, but we talk to people who swear all the time because swears are what they understand.

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  It's just unfortunate. I need to stop in the next year and I half when I retire. It's like giving up heroin, I think. But, look, I've never tried heroin, so I don't know-

CALVIN NODINE: We just, we just had one of our employees die from that.

DETECTIVE COLANGELO:  Yeah, I kind of figured when Adam told me when you called, and his age, that's what, that's what it sounded like.

**EXHIBIT 20a**

CALVIN NODINE: I didn't realize he was, he was out of it-

DETECTIVE COLANGELO:  It's tough to know-

CALVIN NODINE: That he was on probation.

DETECTIVE COLANGELO:  You know, last night we were working the little carnival, for the firemen down there, and-

CALVIN NODINE: Yep.

DETECTIVE COLANGELO (cont.): And they sent a guy, a twenty-eight-year-old male, to medical. And instantly now you think, a heroin overdose. And it's sad, that that's what you think, but the guy had heat stroke. [Laughs.] The kid was at work in his parents' yard, he had heat stroke. But that's what you think of, because it's so prevalent.

CALVIN NODINE: I got a niece that's working for the D.E.A. And what they're doing is, they're tracking-

DETECTIVE COLANGELO:  I know.

CALVIN NODINE (cont.): The overdoses, and-

**EXHIBIT 20a**

DETECTIVE COLANGELO:  I know, I know.

CALVIN NODINE: And they said it looks like a Christmas tree, headed right up to Maine. The dots go right up ninety five, and, you know, the lower price-

DETECTIVE COLANGELO:  Who's your niece?

CALVIN NODINE (cont.): It just goes shooting up like that. Hmm?

DETECTIVE COLANGELO:  Who's your niece?

CALVIN NODINE: Uh, [unintelligible].

DETECTIVE COLANGELO:  Where's her office?

CALVIN NODINE: Hmm?

DETECTIVE COLANGELO:  What office does she have?

CALVIN NODINE: Maine.

DETECTIVE COLANGELO:  Oh. Okay. Because, I work- the D.E.A. comes in all the opioid cases now, so I work with the D.E.A. So I just thought I might know her. You know.

**EXHIBIT 20a**

CALVIN NODINE: Yeah. That's what they got her tracking.

DETECTIVE COLANGELO:  Yeah, I mean, it started from going up from New London port to New Hampshire, ten, fifteen years ago, now it's all over the place. It's cheap, it's unfortunate. One of my best friends is a defense attorney, he doesn't really practice anymore, just, more gives, uh, motivational speeches, um-

NODINE'S ATTORNEY:  He does.

DETECTIVE COLANGELO:  And, uh, you know, when he was practicing, he told us, like, he's a high-end guy, you know, I'm doing like, defense for executives out of, like, insurance companies from, like, [unintelligible], and Aspen, got hooked on Oxy or whatever the doctor gave him, and then, they cut it off and they're buying heroin in Hartford. So-

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  It's-

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  And that was ten years ago, and it's really ramped up, unfortunately. So is there anything else that you think that we should know about, that they may

45

**EXHIBIT 20a**

come forward with, her or someone else- like, how tight was she with Allie? Friendly-wise?
That's her name, Allie, right?

CALVIN NODINE: Yes.

DETECTIVE COLANGELO:  How tight were Nicky and Allie?

CALVIN NODINE: I don't know.

DETECTIVE COLANGELO:  Did they know each other before you hired them?

CALVIN NODINE: I'm not sure what they did on social media, I didn't...

DETECTIVE COLANGELO:  I don't-

CALVIN NODINE: Really try to track that.

DETECTIVE COLANGELO:  Do you know if they hung out, after, like, after work? During
work? I mean, we have a department here of like, fifteen guys. I know who's tight and who's not
tight. You know what I mean?

CALVIN NODINE: Yeah.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  It's just kind of common sense. You know, we have people that are like, friends, like Frick and Frack, and we have people who-

CALVIN NODINE: They seem  to be okay, but I try not to get into their personal lives. All I know is, um, Allie's a little... I mean, she could turn on you in a second. She's just that catty type of person.

DETECTIVE COLANGELO:  Would you drink while you're at work?

CALVIN NODINE: I would have a beer over there, yes. It takes me about three hours to finish a beer.

DETECTIVE COLANGELO:  Uh huh.

CALVIN NODINE: Yeah, I'd just leave it in the cooler, and-

DETECTIVE COLANGELO:  Did you try to give anyone else beer?

CALVIN NODINE: Um, back-

DETECTIVE COLANGELO:  And I'm not trying to get rid of your liquor license.

CALVIN NODINE: No, no, no, no, no- back in the day, when we were building the place, yes.

47

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Okay.

CALVIN NODINE: Yes. Nicky would have a beer.

DETECTIVE COLANGELO:  Yeah.

CALVIN NODINE: With me, Tom, my wife-

DETECTIVE COLANGELO:  Who's- yeah, okay. How often is your wife there?

CALVIN NODINE: Mm... Pretty close to every day. Or every other day?

DETECTIVE COLANGELO:  Mm-hmm.

CALVIN NODINE: You know? She pops over.

DETECTIVE COLANGELO:  So the way you'd want to deal with this- and your attorney, Morgan, will understand it because it's state law. So the thing that gets to this, it puts you in a really bad spot. She's just-

CALVIN NODINE: No shit!

**EXHIBIT 20a**

DETECTIVE COLANGELO:   (cont.): Trying to take a ton of money from you, and if she's

telling the truth- I always say to people, both of you, you know, what's my favorite color. You

don't know? And the reason that I say that is, you don't know, and I don't know a whole lot

about you. We've met once, twice before, and today.

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  Um, I know who she is, I don't know a hell of a lot about her.

Um, so, it comes down to, you know, trying to find out what the truth is. The problem with sex

assault allegations-

CALVIN NODINE: Mm-hmm.

DETECTIVE COLANGELO (cont.): it's a sex 4 would be grabbing the butt over the pants, um,

is that you cannot ask a sex assault victim to take a polygraph. So that becomes an issue

sometimes. Were you aware of that?

NODINE'S ATTORNEY: oh yeah

DETECTIVE COLANGELO:  Okay. So that becomes an issue. So I can't ask, if she comes in

and says, oh, I'll take a polygraph, um, maybe it changes, but if tough to go and call the states

attorney, to see if they would want the-

NODINE'S ATTORNEY:  [Unintelligible.] Yeah.

49

**EXHIBIT 20a**

DETECTIVE COLANGELO:  And I mean I would, I have no problem, I mean, I haven't been to court since- but state's attorneys are pretty straight up with me, and they know my work, um. But I wouldn't do it without it. You can't take one without consent, or you and your attorney talking, you may want to talk about it, because it's something I'd offer.

NODINE'S ATTORNEY:  We've been discussing that today.

DETECTIVE COLANGELO:  Oh, yeah, and that's something I'd talk- I don't need to talk about today, but you could talk about it at your leisure and give us a call.

NODINE'S ATTORNEY:  Who- Who would- Who does your polys?

DETECTIVE COLANGELO:  It depends. It's- I've, I've used West Hartford's, I've used the state's- State's usually pretty easy. Bristol, they'll do it, too. Uh, well, that's what I've used. I think, I think Chief [unintelligible] must do them in Farmington. Because, uh, if you call him. Because he, that's his, he must have gone that way, he was doing polys in West Hartford. You know, like, years ago. I always liked him, because he's really, kind of, I don't know if you know him-

NODINE'S ATTORNEY:  No.

50

**EXHIBIT 20a**

DETECTIVE COLANGELO:  He's a pretty straight-up guy, um, you know, I think, I mean, I
don't want to model myself after a guy that successful, but I think he's on the same path as me,
for, like, looking for what the real truth is. He's not- so, a-

NODINE'S ATTORNEY:  So it would be a real law enforcement agency.

DETECTIVE COLANGELO:  Yeah, I can't go to an outside polygrapher. Um-

NODINE'S ATTORNEY:  Well, there's a couple that have trained from them, so-

DETECTIVE COLANGELO:  Uh, yeah, but-

NODINE'S ATTORNEY:  I understand. I understand.

DETECTIVE COLANGELO:  I'll tell you two reasons. One, we're Canton PD, we have no
budget, um, two, and, and we make you pay for it, and we have, um, kind of like an interest
because you pay the guy, and, um, and two because it's just, uh, I don't see any law enforcement
agencies going to private polygraphers. The only time I'll see them do it is for, um, hiring.

ADAM GOMPPER: Right.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Yeah. Right, but that's a whole different animal, as you know. I mean, it just is. Um, but that's rare, because we just stick to police for our hiring, when we hire someone. I mean, would you, would you-

ADAM GOMPPER: [Unintelligible.]

DETECTIVE COLANGELO:  Good, good. And he's, what, four years, five years, now?

ADAM GOMPPER: Five.

DETECTIVE COLANGELO:  Yeah. So, as recent as that. But, um, generally, they can get you in quicker. And, um, I mean-

NODINE'S ATTORNEY:  We will never use Bristol.

DETECTIVE COLANGELO:  Okay. That's no problem.

NODINE'S ATTORNEY:  Just so you know.

DETECTIVE COLANGELO:  No, that's cool.

NODINE'S ATTORNEY:  [Laughs.]

**EXHIBIT 20a**

DETECTIVE COLANGELO:  I mean, I can search around. West Hartford's good.

NODINE'S ATTORNEY:  Real good.

DETECTIVE COLANGELO:  Yeah. Um, it depends on who- who's available. I mean, I would use Greenwich, if you want to use Greenwich. You know, that type of thing, yeah. I mean, at least you could have lunch somewhere else, for a change. That type of- yeah. I like going to New Haven for a meal, right up there, because I go to Louie's Lunch, and get a burger. But- that's kinda- I'd ask her, but I can't, legally. I want to know what happened- and, and you know that there's a civil aspect to this, which is none of my- dealings with, I don't care, I'm not part of it- well, I care if she rips somebody off, of course. But-

CALVIN NODINE: [Unintelligible.][ set up?]

DETECTIVE COLANGELO:  Well, that's the thing. I mean, if-

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  If things get shown, that, you know, and we may, we, I could bring her in here for a re-interview, which is quite possible. Um- But I want to see... a few more things before I do that. I, I never go into an interview not knowing as much, as much as I can know, you know, but you can't know everything. So, I mean that's kind of where we sit.

CALVIN NODINE: You think I could have another minute with him?

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Sure, you want to go back and get a room? That room, wherever it is?

[Colangelo, Gompper, Nodine and Nodine's attorney exit at 9:40:18 am (42:37)]

[All four reenter at 9:42:36 am (44:54)]

DETECTIVE COLANGELO:  Do you want to talk, or do you want me to talk?

CALVIN NODINE: Hmm?

DETECTIVE COLANGELO:  You- do you want me to talk or should - So, getting back to how I would- I'm looking at this. I'm still wide open about it. I mean if there wasn't - we would write a warrant, right away, and- get- uh- so- a complaint, warrant, they're gonna sign it, you fight it in court.

CALVIN NODINE: Give me some notice if you have to write a warrant.

DETECTIVE COLANGELO:  I- I'm not gonna-

CALVIN NODINE: I've got, like, thirty-five guns, I'm a gun collector, right down to a full auto.

DETECTIVE COLANGELO:  Okay, so, we-

54

**EXHIBIT 20a**

CALVIN NODINE: Fully registered.

DETECTIVE COLANGELO:  I don't care about that.

CALVIN NODINE: Right. Well, no- Look, I don't- want- a god damn SWAT team

DETECTIVE COLANGELO:  I'm sorry-

CALVIN NODINE (cont.): Attacking my house.

DETECTIVE COLANGELO:  Look, I was on a SWAT team.

CALVIN NODINE: Look, I got a buddy of mine who grew bud and in twenty sixteen-

DETECTIVE COLANGELO:  The police will not-

CALVIN NODINE (cont.): And they blew into his space, and it was not pretty.

DETECTIVE COLANGELO:  I don't want to get into- I was on a SWAT team. There's a whole

thing that you have to- there's a, like a, form you do and a formulation, and that decides when

the SWAT team comes in and you're not it. You've come down, you're talking to me, we're

getting through this, I would call your attorney, because you are represented, and I would say,

there's a warrant. But that's not where I am, I said-

**EXHIBIT 20a**

CALVIN NODINE: Okay, okay.

DETECTIVE COLANGELO:  Like I said, I could have written this, without - or he could have, one of us could have written this, without a problem, if I wasn't - and this is in my mind, don't break your arm patting yourself on the back - if I wasn't, if I didn't have, if I didn't hold myself up to a certain integrity, of trying to find the truth and seeing who the victim may really be, and sometimes a guy comes in who is, who is the perpetrator and sometimes they're not.

[Nodine turns his right hand upwards as if to shrug.]

DETECTIVE COLANGELO:  But everybody gets their shot to talk to me.

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  You know, what you're saying, it's a theory, now, I've been around the block a few times, you've not the first person to be in a position that you're saying you're in. Uh, so, that's why I help out a younger guy like Adam because he, you know, it's just newer to him.

ADAM GOMPPER: Mm-hmm.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  So, I may able to look at it because half of my career goes into these cases. From this department and others that I've worked in.  So, you know you talk about the polygraph, you guys talk about it and I'll tell you my theory behind it is, if you pass a polygraph, she can be brought in and now she can be really – he passed.  It gives us leverage, to see if the story changes. And that's a big thing. And I had a case, and it was a sex assault (uses air quotes) complaint- and, I could prove pretty substantially that it was a fake. And she put the whole town on this girl's - you know - it was a tactic. She put the whole town on - you know how these things can be, can go - once I knew it was a fake complaint, in my - in my writings, in what I wrote to the state's attorney, she's no longer a victim of sex assault. Because I've proven it's not real. Now she's a suspect in a false statement. In a false police report. Now she can be asked if she can take a polygraph. Completely different animal. So, we switched the case. That's, uh-

NODINE'S ATTORNEY:  Mm-hmm.

DETECTIVE COLANGELO:  Okay. And that was okay by the state's attorney at the time. That's probably going back seven or eight years, but and it's a different supervising state's attorney up there, with Roseanne Wagner, and [unintelligible], and Joe, and who's the D.A.?

NODINE'S ATTORNEY:  [Unintelligible.]

DETECTIVE COLANGELO:  Do you know Carl? He's a good guy. Um, so. So, that's where we sit.

**EXHIBIT 20a**

NODINE'S ATTORNEY:  Would he agree- If there was a polygraph, and it was successful-

DETECTIVE COLANGELO:  Mm-hmm.

NODINE'S ATTORNEY:  Just to end the investigation, because I've had people who have taken a polygraph, and they're inconclusive-

DETECTIVE COLANGELO:  Right.

NODINE'S ATTORNEY:  Or, they've actually passed, and then I get, well, you know they're not admissible, so, it really doesn't matter, these are just -

DETECTIVE COLANGELO:  No, no-
NODINE'S ATTORNEY (cont.): These are just an investigative tool, we're still going to go forward and, we're going to arrest him.

DETECTIVE COLANGELO:  I mean, uh, if there's other information, that- I mean, because, and I don't, I don't think they should be admissible. There's cops who have passed polygraphs [unintelligible] cops. And I always say the polygraph penalizes the neurotic guy who's just- the neurotic candidate, let's just use cops for instance. The neurotic candidate who really wants this job, prayed his whole life, and I remember taking mine years and years ago, and they go, you ever steal anything and I was like, nope, and I remember working in Woodbury as a part timer at

**EXHIBIT 20a**

the time, and they were like, you've never taken anything from work? And I was like, at the time just sitting there and I go, well, we had a huge storm last night, I, I was living with my parents and I got home, I still had my raincoat on, because, you didn't have a locker because you were a part timer, and I had a flare in my pocket and I threw it under the bench. So I'm like- I got neurotic about it. Was I stealing it? No. I just forgot it during a huge storm where we were lighting flares all night. Um. And then there's the other one where, I always say ten percent but who knows what the real percentage is. But ten percent of the population is, uh, is sociopaths. Or psychopaths. And, and, and they don't have, they won't ever show guilt. Um. What. You're that?

CALVIN NODINE: No-

[Laughter.]

CALVIN NODINE: I was agreeing with you that there are.

DETECTIVE COLANGELO:  Yeah, it's true, so there, it's, it, it's somewhere in between that, so, but it gives us leverage. It's a tool. That's all it is to us.  It's not going to make our final decision, um, but. It- it's, the investigation wouldn't end because I'd want to re-interview her first.

NODINE'S ATTORNEY:  Mm-hmm.

CALVIN NODINE: Right.

59

**EXHIBIT 20a**

DETECTIVE COLANGELO:  So, that might end it. But, again, this is speculation. You know, but, um, uh, things happen, that, and people come forward with things that we may not know between now and then. So I can't give you a definite but, do I think it, if, if this was the way that it, does it lean toward him more? Yeah. It certainly does. Wouldn't you, if you were me?

NODINE'S ATTORNEY:  No, yeah.

DETECTIVE COLANGELO:  I mean, I'm not a, I'm not a-

NODINE'S ATTORNEY:  But I didn't do it.

DETECTIVE COLANGELO:  Well you can't, though.

NODINE'S ATTORNEY:  I know, I know.

DETECTIVE COLANGELO:  But I have bosses, I have-

CALVIN NODINE: Yeah, you gotta do your job. Do your job, and let's get through this.

DETECTIVE COLANGELO:  Yeah. Yeah. That's kind of how I-

CALVIN NODINE: I got no problem with that.

60

**EXHIBIT 20a**

DETECTIVE COLANGELO:  And you know, you're his attorney. This is a win for you.

[Laughs.]

NODINE'S ATTORNEY:  No, it's not.

DETECTIVE COLANGELO:  You know what I'm saying. But, I, I, uh, I can't I can't make promises at this point in the, in the investigation. But do I think it helps us, as investigators? If Calvin's telling us what went on, and I know it was hard, and I appreciate that, and that's why I said it right up front-

CALVIN NODINE: It's- it's-

DETECTIVE COLANGELO:  Um, then-

CALVIN NODINE: It's a moment.

DETECTIVE COLANGELO:  And that's why I'm not bringing out their actual statements- we don't need to go through them, I think- do you?

CALVIN NODINE: No.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Okay. Um, then I think that, um, it's up to you, if you want to take it, we use it as a tool, to move forward. Like I said, if, I mean, if we were cops that just wanted to end an investigation, we would have taken the complaint, sworn to a written statement, written the arrest warrant and let you fight out in court.

NODINE'S ATTORNEY:  Mm-hmm.

DETECTIVE COLANGELO:  Um, I, I, I don't believe in that, I believe in following all the leads. So-

CALVIN NODINE: Just remember, like I said, I had the bad kitchen, and, I had to clean house, and I have a lot of enemies.

DETECTIVE COLANGELO:  I'm, I'm not that worried about all that-

CALVIN NODINE: So, so- all I'm saying- about the other statements that you're gonna get, how are they skewed-

DETECTIVE COLANGELO:  Well, I have Allie's now, and- in front of me. Or, with me. Um, so-

CALVIN NODINE: Which is, Jeremy's brother, or Jeremy's sister, or half-sister, and Jeremy won't talk to me and it took him four days to even talk to his mother.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Yeah, I, uh-

CALVIN NODINE: After all this crap. I mean, and this, this-

DETECTIVE COLANGELO:  Who's Jeremy-

CALVIN NODINE: And Jeremy's- Jeremy's-

ADAM GOMPPER: You think Jeremy might have some-

CALVIN NODINE: Jeremy's my step-son, who was the head chef there.

DETECTIVE COLANGELO:  Oh, okay. Alright.

CALVIN NODINE: That quit.

ADAM GOMPPER: What, like a week before all this? Two weeks before?

CALVIN NODINE: I, I think so, yeah.

DETECTIVE COLANGELO:  But, again-

CALVIN NODINE: Two weeks, two weeks before, yeah.

63

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Honestly? To be honest with you? I don't know if he'll talk to us or not, but that's an interesting statement he made, because if he sees flirtation going on he may be angry because mom is his mom. You know?

CALVIN NODINE: No, no, he's pissed off because I wouldn't let him run the restaurant, because he's-

DETECTIVE COLANGELO: You know what I'm saying. I mean, I look at motive. Why would somebody do something. Why would these things happen. And I have to, I have to- you're telling me that- we have to talk to somebody, all this time everything changes. So I don't know. Will he talk to me? I don't know if he'll talk to me or not. He may, he may not. Do you know who he's, his contact and all that?

ADAM GOMPPER: I could get it, I mean, I'm sure-

DETECTIVE COLANGELO:  Yeah, get it.

ADAM GOMPPER: I thought you had it, but I-

DETECTIVE COLANGELO:  But, but, so, I mean, it'd be interesting, but, um, because he, I don't want him to just come in here and write a statement.

64

**EXHIBIT 20a**

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  I talked to him, like, and asked a series of questions, too. Your initial statements are usually pretty benign conversation, but follow-ups to witness statements are usually questioned much more diligently.

CALVIN NODINE: Yeah

DETECTIVE COLANGELO:  Because we, uh, we look at the complaint, and uh, this is the claim, this is the claim, this is the claim, which thread do we follow. Well, we follow them all- which one do we follow first. And like, a guy like you says to me Jeremy's got an issue with me, well, there might be more to it than that. I mean, what you might-

CALVIN NODINE: I mean, he might have an issue, he might not have an issue-

DETECTIVE COLANGELO:  What to you might be him not seeing something, is, to him, him seeing something. It's always like what we tell the young cops, if it's at all-

CALVIN NODINE: Yeah, but if- if-

DETECTIVE COLANGELO:  If they call, and there's a bank robbery and the guy left in a red Firebird, and a red Camaro goes by, are you not going to look at the red Camaro? It's the same car, right?

**EXHIBIT 20a**

CALVIN NODINE: Yeah, yeah, I understand, it's- um, look, you know, just, just putting it out there, that, that, there's a lot of unhappy people over there.

DETECTIVE COLANGELO:  No, and that's-

CALVIN NODINE: So, where- where are the statements-

DETECTIVE COLANGELO:  Yeah, and I get that.

CALVIN NODINE: Where are the statements gonna go? You know- but-

NODINE'S ATTORNEY:  [Unintelligible.]

CALVIN NODINE: Okay.

DETECTIVE COLANGELO:  You have to understand something, that's, with, uh, their statements, I don't know where they're gonna go. They may be something, they may be nothing. They may not want to talk to me. You may be internalizing all the strife and stress you had at your restaurant, versus their perception. Their perception and your perception could be two different things. I mean, this is a blue shirt to me, but to some it could be, uh, black. So, perceptions differ.

**EXHIBIT 20a**

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  So, I- you listen to all of the angles. I mean, that's kind of where I, or where he is. So we don't have to talk any more about that and that's cool. And I know it's- I know your questions and your concerns. I'm not so stupid that I-

CALVIN NODINE: Me neither.

DETECTIVE COLANGELO:  Well, I didn't mean it that way. I know you don't think that.

CALVIN NODINE: [Laughs.]

DETECTIVE COLANGELO:  But I mean that I'm not so naive or new at this that I, I, look at, did I figure something out with you without you telling me?

CALVIN NODINE: Mm.

DETECTIVE COLANGELO:  Right. It doesn't end with, what happened? I only asked one question. My mother says, uh, my wife and my mother make fun of me because I talk too much- oh, well. Oh, well, that's, you know? That's what gets you information.

CALVIN NODINE: Yeah.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  You know? This whole- sometimes you have to bring it to people

from different angles. Because they might not be on the same wavelength as you. He and I do

law, like criminal law type stuff all day. Like, I'm not a lawyer- I wish I was, but- what, do you

want me to-

NODINE'S ATTORNEY:  No, you don't.

[Laughter.]

DETECTIVE COLANGELO:  My friend talked me out of investigative law, like, don't do that,

Joe. No, but, um- he couldn't wait to get out. But, um- he knows, he knows, I mean, I know he

understands the thought process.

NODINE'S ATTORNEY:  Mm-hmm.

DETECTIVE COLANGELO:  Whether he agrees with it or not, and, um, that's his prerogative,

but, um, that's what you pay him for. I don't think he disrespects me because, um, we may have

a different thought process. But the fact is, you're new to these conversations. He's not, I'm not,

Adam's not. So, your perspective may be something completely different than mine. So do I give

you a bit of a little, uh, a base on balls on that first, like, false statement? Yeah, kind of, because I

know it's hard. I mean, some people come up, like, [mimics a crying voice] oh, how could I let

this happen, [normal voice] you know, [crying voice] we were having an affair, [normal voice]

and, and that's fine, but I don't know you as yet, and like I said, you don't know me. So, and,

and you got a lot to lose. And, you know, some guys want to lose that. Some guys are, like, oh

68

**EXHIBIT 20a**

thank God I'm caught. You know? I want to get out of that marriage anyway. It's true! I mean,

you can't believe what people tell us. Right? I mean, I'm sure they sit with you and tell you that

too. I asked my friend, like, how many clients do you think lie to you? He goes, eighty percent.

NODINE'S ATTORNEY:  That's low.

[Laughter.]

NODINE'S ATTORNEY:  Except for you, to be certain.

DETECTIVE COLANGELO:  Oh, no, that wasn't like an inenuendo, you know that. It was a

joke. But it was, it was a serious question I asked him because I was a young cop and he was a

great resource. I mean, how many cops and defense attorneys become friends, you know? I just

went to his birthday party, and it was-

NODINE'S ATTORNEY:  Really.

DETECTIVE COLANGELO:  Yeah, and it was in Lake Tahoe, you know? I probably put his

kids through college. I used to do a lot of narcotics arrests, so-

NODINE'S ATTORNEY:  Who is this?

DETECTIVE COLANGELO:  Walt Hampton?

**EXHIBIT 20a**

NODINE'S ATTORNEY:  Oh, yeah, yeah.

DETECTIVE COLANGELO:  Walt and I are very, very close.

NODINE'S ATTORNEY:  Yeah.

DETECTIVE COLANGELO:  But he's doing his, his speaking stuff-

NODINE'S ATTORNEY:  Oh, he's the one that- oh, okay.

DETECTIVE COLANGELO:  Yeah, he's on the ~~island~~ most of the time, now, and he comes
back to-

NODINE'S ATTORNEY:  Nice-

DETECTIVE COLANGELO:  And the nice thing is every time he comes back he has dinner
with my wife and I, every time. Just a wonderful person, yeah, I like Walt, but I mean, he's
taught me a lot, too.

NODINE'S ATTORNEY:  Mm-hmm.

70

**EXHIBIT 20a**

DETECTIVE COLANGELO: You know, like, a lot of cops disrespect you guys, and you know that. But, he taught me that, and, and- and- right from the start he says yeah, my job isn't to, you know, get the client off. And he says, my job is to represent him to the best of my ability. To the best of my ability might mean getting him mental health help, so he says, I may not want him to get off, and he says I may be convincing them to get the help they need, using your charge. And I'm like, wow, I'm a twenty-seven, twenty-six-year-old kid at the time, you need someone like that to, like, to tell you, and Walt was always very open and would talk about, not cases but, you know, I would arrest and he'd work on, but, in general, and, uh, I learned a lot, and, and, I learned that, like, defense attorneys are, like, uh, uh, uh, without you, we wouldn't have the best system in the world, um, we just wouldn't, because, you, we'd be like Syria, or something-

NODINE'S ATTORNEY: Mm-hmm.

DETECTIVE COLANGELO: Are we perfect? No, but it's the best system in the world, in my opinion, so, so I learned a lot from him, I really did. So, look at - I'm just happy. I'm set up in- like my dad.

NODINE'S ATTORNEY: [Laughs.]

DETECTIVE COLANGELO: So, that's where we stand on- you guys talk, make a decision. Give us a call. Here's my card. If I'm not in, Adam's around. Um-

NODINE'S ATTORNEY: No offense, but I did call some people to check on, on you, I, uh, could advise-

71

**EXHIBIT 20a**

ADAM GOMPPER: Okay.

NODINE'S ATTORNEY: A young-

ADAM GOMPPER: Yeah.

NODINE'S ATTORNEY: A detective, I assumed, was going to be here, so, actually, Bill Conte-

DETECTIVE COLANGELO: Oh, Bill-

NODINE'S ATTORNEY: Yeah, a case lawyer-

DETECTIVE COLANGELO: Yeah, yeah.

NODINE'S ATTORNEY: He and I used to be partners.

DETECTIVE COLANGELO: Yeah, yeah, I worked a case, he, he defended somebody-

NODINE'S ATTORNEY: He said that you were, um, absolutely honorable, and absolutely trustworthy.

DETECTIVE COLANGELO: That's very nice of him.

72

**EXHIBIT 20a**

NODINE'S ATTORNEY:  And that- that's- I'll tell you. Calvin had told me about what had happened-

DETECTIVE COLANGELO:  Mm-hmm.

NODINE'S ATTORNEY:  And, how do I know that she'd come in and say that?

DETECTIVE COLANGELO:  Okay.

NODINE'S ATTORNEY:  So, if I had him talk to you about that, I'd put him in a jackpot.

DETECTIVE COLANGELO:  I know.

NODINE'S ATTORNEY:  But Bill- that's why he asked you about what she said, and Bill said you were trustworthy, so-

DETECTIVE COLANGELO:  Mm-hmm.

NODINE'S ATTORNEY:  Um, he, he gave you the-

DETECTIVE COLANGELO:  And you understand my, how, you know, how interviews work, is all, would be the general question.

**EXHIBIT 20a**

NODINE'S ATTORNEY:  Mm-hmm.

DETECTIVE COLANGELO:  And it's- I- if I gave you a specific question at the beginning, then I just put an idea in your head. So, we try to be general and then move it in. That's very nice of Bill, I did tell him we were going to work on that case, and I always tried to work together because we're on the same path-

NODINE'S ATTORNEY:  Mm-hmm.

DETECTIVE COLANGELO:  I'm like - because he's talking about golf, he plays at the same country club, well, maybe you could invite me up. Because I only get invited up once a year, by my father, so.
 [Laughter.]

DETECTIVE COLANGELO:  My dad gave Billy his wife's - she's a teacher-

NODINE'S ATTORNEY:  Her first job.

[Unintelligible.]

DETECTIVE COLANGELO:  No, he's - No, I liked Bill, he's very easy to work with.

NODINE'S ATTORNEY:  Mm-hmm.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  He's happy it was Hartford court, not Litchfield.

NODINE'S ATTORNEY:  For a lot of reasons.

DETECTIVE COLANGELO:  He did well with that. Not-

NODINE'S ATTORNEY:  Well-

DETECTIVE COLANGELO:  It is what it is. But he was- but- I mean, I, I know Billy read my, my, um, arrest warrant, and I mean, it was, um, that was a long arrest warrant.

NODINE'S ATTORNEY:  Mm-hmm.

DETECTIVE COLANGELO:  Every piece of exculpatory information was in there.

NODINE'S ATTORNEY:  Mm-hmm.

DETECTIVE COLANGELO:  I built a defense for him in my arrest warrant. He- because it was there, because it existed. So he's not going to leave it out. That's how it works. In my world.

CALVIN NODINE: I know. We're just going to be dead-ass honest with you. That's it.

DETECTIVE COLANGELO:  Yeah.

**EXHIBIT 20a**

CALVIN NODINE: That's-

DETECTIVE COLANGELO:  Yeah. We'll wait on that, I'm not going to request a re-

questioning of her for a while, that's how all this works, you call them up to come in, you know,

next week, they come down, that's, this is not, this case doesn't have to be pushed through,

you're not a menace to society-

ADAM GOMPPER: Mm-hmm.

DETECTIVE COLANGELO:  You know, that's not, you're not the Green River Killer type

thing where we gotta, we wonna try to follow every lead, if we don't, then we're remiss in our

duties.

CALVIN NODINE: Yeah. Well, you have to do your job.

NODINE'S ATTORNEY:  I know I won't get next, uh, Monday I serve a federal case.

DETECTIVE COLANGELO:  I do, too.

NODINE'S ATTORNEY:  Which court?

DETECTIVE COLANGELO:  New Haven.

**EXHIBIT 20a**

NODINE'S ATTORNEY:  I'm in Bridgeport. Um, what judge?

DETECTIVE COLANGELO:  [Unintelligible.]

NODINE'S ATTORNEY:  Oh. Okay. Who's his assistant?

DETECTIVE COLANGELO:  Avi Perry.

NODINE'S ATTORNEY:  Oh.

DETECTIVE COLANGELO:  You know him?

NODINE'S ATTORNEY:  Oh, yeah. Avi, Avi, Avi. I had a kid from, uh, our campsite. And it was, uh, actually, New Hartford. And, uh, he met a girl on a, uh, dark website, she said she was nineteen. Of course, they have sex. He's thirty-something, married. They, uh, have sex various times, various locations. Uh, she asked him to videotape one of his sessions on a cell phone.

DETECTIVE COLANGELO:  Right, I remember reading it in the paper.

NODINE'S ATTORNEY:  Well, I, I still won't talk to Dave Shannon because she came in and testified to this in court, okay?

DETECTIVE COLANGELO:  Mm-hmm.

**EXHIBIT 20a**

NODINE'S ATTORNEY:  And there was never an offer-

DETECTIVE COLANGELO:  Mm-hmm.

NODINE'S ATTORNEY:  Okay. So, um, we finally had a conversation, I said, listen, I know she's not coming to testify, you've told me that-

DETECTIVE COLANGELO:  Mm-hmm.

NODINE'S ATTORNEY:  We're not going to plea, so, how do we resolve this?

DETECTIVE COLANGELO:  Mm-hmm.

NODINE'S ATTORNEY:  He says, I'll get back to you. He gets back to me, by calling, uh, the U.S. Attorney's Office.

DETECTIVE COLANGELO:  Mm-hmm.

NODINE'S ATTORNEY:  Um, because the age of consent is, is below sixteen in Connecticut, it's actually below 18 in the federal court. In other words, since she was seventeen, so, he videotaped it, that was a production of child pornography.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Right, mm-hmm.

NODINE'S ATTORNEY:  And he got, uh, fifteen years, six months on a mandatory minimum

sentence, and it was the worst - I had been doing this for thirty-five years -

DETECTIVE COLANGELO:  Yeah-

NODINE'S ATTORNEY:  That was the worst-

DETECTIVE COLANGELO:  Yeah-

· NODINE'S ATTORNEY:  The worst case I've ever had.

DETECTIVE COLANGELO:  I think he- you know- I think anyone who gets involved in

something, like, Avi's- Avi's doing the, um-

NODINE'S ATTORNEY:  But he was a prosecutor.

DETECTIVE COLANGELO:  Right, and he's doing all the drug O.D. cases right now-

NODINE'S ATTORNEY:  Mm-hmm.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  You know, and went after, one time he went after the guy who sold to them-

NODINE'S ATTORNEY:  Mm-hmm.

DETECTIVE COLANGELO:  And it's a whole new animal, um, so, that's kind of what this case revolves around. I have to say, he's treating me very, very well, more than, with all respect, most state's attorneys usually would.

NODINE'S ATTORNEY:  Oh, I- I told you, I told you- I do a lot of federal work. I love U.S. attorneys.

DETECTIVE COLANGELO:  Yeah.

NODINE'S ATTORNEY:  They are, they are gentle, gentlemen and gentle women, they are, uh, if you want to have a drink with them afterwards-

DETECTIVE COLANGELO:  Mm-hmm.

NODINE'S ATTORNEY (cont.): No bad feelings, at all-

DETECTIVE COLANGELO:  Right, right.

**EXHIBIT 20a**

NODINE'S ATTORNEY:  Uh, um, you know, they do their job.

DETECTIVE COLANGELO:  Hmm.

NODINE'S ATTORNEY:  Um, you know, there are other things Avi could have done, there was a five-man, a ten-man-

DETECTIVE COLANGELO:  Yeah.

NODINE'S ATTORNEY (cont.): Um-

DETECTIVE COLANGELO:  Yeah-

NODINE'S ATTORNEY:  But he just wouldn't move, so, yeah, we were screwed.

DETECTIVE COLANGELO:  Yeah. Yeah, I hear you.

NODINE'S ATTORNEY:  No, but he was-

DETECTIVE COLANGELO:  But now, I mean, this drug stuff is so bad, they're doing federal. I mean-

NODINE'S ATTORNEY:  Everyone.

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Yeah. I mean, you have to. You have to. You  have to. You know, because you have, they have so much more, how is it, not power, but, leeway? How it, they get search warrants and things, than we do.

NODINE'S ATTORNEY:  Wiretaps, um-

DETECTIVE COLANGELO:  Yeah. Yeah. Exactly.

NODINE'S ATTORNEY:  It's easy.

DETECTIVE COLANGELO:  See, you have to, because they're very, very involved, and they, you know, you need that-

NODINE'S ATTORNEY:  Mm-hmm.

DETECTIVE COLANGELO (cont.): Access, so, they treated me with great respect maybe because they saw that I put effort and time into it, I know some guys don't, and I know some detectives are like, get this off my desk as fast as I can, , and it's, no, not all of them, No, I serve this town, and if somebody prominent, no, I mean, I don't want to say prominent, but everyone in town knows, dies, whether it's drugs or not, somebody sold it to them, and they're going to sell it to somebody else, maybe in this town, and they're going to die, too. We have to stop it. You know, you just lost someone. You know? So.

.

82

**EXHIBIT 20a**

CALVIN NODINE: Yeah. I mean, a real good kid.

DETECTIVE COLANGELO:  Yeah. And you're getting it all back with her. All of them.

NODINE'S ATTORNEY:  Oh, yeah, and I'm sure you know this, but the Fentanyl, they make it in China.

DETECTIVE COLANGELO:  Mm-hmm.

NODINE'S ATTORNEY:  They're a step ahead of us.

DETECTIVE COLANGELO:  Mm-hmm.

NODINE'S ATTORNEY:  Because they changed the moleck- the molecular, just a bit, so it's no longer on the list-

DETECTIVE COLANGELO:  Yeah.

NODINE'S ATTORNEY:  I, I, I actually had one that I did very well on, for that reason. That's my job, I do that-

DETECTIVE COLANGELO: Right, yeah, I understand. I'm not saying you shouldn't know-

83

**EXHIBIT 20a**

NODINE'S ATTORNEY:  Right. But Fentanyl, Fentanyl-

DETECTIVE COLANGELO:  Well, now Carfentanil's out.

NODINE'S ATTORNEY:  Car?

DETECTIVE COLANGELO:  Carfentanil. A hundred times more potent than Fentanyl.

NODINE'S ATTORNEY:  Really.

DETECTIVE COLANGELO:  They use it to tranquilize elephants.

NODINE'S ATTORNEY:  Yeah. It's-

DETECTIVE COLANGELO:  And so, ah!

ADAM GOMPPER: Here's something you want to play with.

DETECTIVE COLANGELO:  Two grains of Fentanyl- like, two grains of salt, just two grains of the pill-

NODINE'S ATTORNEY:  You don't even need the needle in your arm.

8

**EXHIBIT 20a**

DETECTIVE COLANGELO:  Nope. Nope, it's, it's just- and, what happened, was- I mean, you know, I don't, I don't wanna- I'm not trying to-

NODINE'S ATTORNEY:  Mm-hmm.

DETECTIVE COLANGELO (cont.): Pontificate, what happened was, heroin started getting so cheap. They were devaluing the price, and it got down to at about two and a half dollars a bag. Which, it used to be seven, and when the profit margin- there was no profit margin anymore. So how do you retain customers without dropping the price? You make it better. How do you make it better? You start getting the Fentanyl, and adding a grain or two to it. Hartford did a raid, their SWAT team did a raid, when they hit a house, and, when a flashbang went in, poof, you know, it was on a table, they had to rush twenty, twenty-four SWAT guys to the hospital to be monitored, and, and some of them were given, um, who didn't quite feel right- maybe it was nerves or anxiety- but they were given Narcan right off and, and that's scary stuff-

NODINE'S ATTORNEY:  There was a police officer-

DETECTIVE COLANGELO:  Just died, yeah-

NODINE'S ATTORNEY:  In Ohio.

ADAM GOMPPER: Yeah, in Ohio.

85

**EXHIBIT 20a**

DETECTIVE COLANGELO:  He got in on-

ADAM GOMPPER: His shirt.

DETECTIVE COLANGELO:  Yeah, on his shirt, and they said, they said he was so careful, he had a mask on, gloves on when he searched the car, he got back up there, somebody said hey, you got, uh, something on your shirt- dead in an hour.

NODINE'S ATTORNEY:  Yep.

DETECTIVE COLANGELO:  That's just- that's not how I wanna go. That's why I tell these guys- wear gloves. And it's not just those black gloves, you gotta wear the blue ones that-

NODINE'S ATTORNEY:  You have to wear the blue ones.

DETECTIVE COLANGELO:  Yep. Yep. So, I mean, it's- and not even the latex. One's something, the other's latex, and you have to, I mean, there's two different kinds of gloves-

ADAM GOMPPER: Yep.

DETECTIVE COLANGELO:  And they don't fit. They're, like, kind of clunky compared to the latex gloves-

86

**EXHIBIT 20a**

NODINE'S ATTORNEY:  Uh huh.

DETECTIVE COLANGELO:  And nobody wants to wear them, because you're trying to process stuff and get your work done and all that. But you touch it, you're gonna die. And it's just really scary, it scares all of us.

ADAM GOMPPER:  It's just getting ridiculous out there.

DETECTIVE COLANGELO:  I'm at the end of my career, not at the beginning.

NODINE'S ATTORNEY:  Mm-hmm.

DETECTIVE COLANGELO:  So I feel sorry for guys like Adam because it's just a different world.

NODINE'S ATTORNEY:  It's - absolutely.

CALVIN NODINE: Yeah.

DETECTIVE COLANGELO:  They're shooting us like crazy, and, uh, yeah. It's scary. Alright, so give me a holler when you can, and I'll be around, uh- well, on Monday you and I will both be out, so-

87

**EXHIBIT 20a**

[All four exit at 10:06:34 am (1:08:53)]

TRANSCRIBED BY JACKSON O'BRASKEY

**EXHIBIT 20a**