Canton Police Department
45 River Road, Canton CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY  X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 06/20/2017 | 13:26 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 204 | AGOMPPER | 06/20/2017 | 13:26 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke   CANTON | | | Active | T023 |

On Wednesday 6/14/17, Calvin Nodine called the Canton Police Department and requested to speak to Det. Colangelo. I was present during the phone conversation.

When Det. Colangelo answered the phone Nodine explained that his mother had suffered a stroke and did not want any surprises as far as this investigation goes. Nodine said he knew that he wasn't to talk to Det. Colangelo per his attorney. Nodine was not questioned during this phone call. Nodine said that he had taken a private polygraph test and did not pass it because he hadn't taken his medication. Nodine said he had a second polygraph scheduled for Monday 6/19/17.

On 6/19/17 at 1547 hours, Det. Colangelo received a fax from Nodine's Attorney, Attorney David Moragahn that said Nodine would not be submitting to a law enforcement polygraph examination. Att. Moragahn requested that if an arrest warrant is obtained to contact him to arrange Nodine's surrender. The fax was placed in the case jacket.

On 6/20/17 at approximately 1315 hours, I contacted the complainant, the VICTIM. I requested that the VICTIM come to the Canton Police Department for a follow up interview. The VICTIM said she would come speak to me on 6/21/17 at 1000 hours.

Further supplements to follow.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|

**EXHIBIT 21**