SMITH, KEEFE, MORAGHAN
& WATERFALL, LLC

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Detective John Colangelo | David A. Moraghan |
| COMPANY: | DATE: |
| Canton Police Department | 6/19/2017 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 860-693-8493 | 2 |

Re:
Calvin Nodine

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS

Information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the individual named above and the privileges are not waived by this having been sent by facsimile. If the person receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the address below via U.S. Postal Service.

CITY HALL AVE., SUITE C, P.O. BOX 1146
TORRINGTON, CT 06790
860-482-7651
860-482-7845 FAX

DEF00087

**EXHIBIT 22**

# SMITH, KEEFE, MORAGHAN & WATERFALL, LLC

Counselors At Law

David A. Moraghan
A. Thomas Waterfall

Jess H. Smith
*1932-2008*
Joseph F. Keefe
*1942-2003*

SENT VIA FACSIMILE TRANSMISSION:   860-693-8493
AND VIA US POSTAL SERVICE

June 19, 2017

Detective John Colangelo
Canton Police Department
45 River Road (Route 179)
Canton, CT 06109

Re:   **Calvin Nodine**

Dear Detective Colangelo:

After a great deal of discussion and vacillating between taking a polygraph test and refusing to take a polygraph test, Calvin Nodine has decided that he will not submit to a law enforcement polygraph examination under any circumstances.

As we discussed at the police department, had he taken a law enforcement polygraph and passed, that still would not have terminated the investigation. If he had taken a law enforcement polygraph and failed, it would in all likelihood, have resulted in an arrest. Therefore, as I have explained to him on numerous occasions, there is absolutely no legal upside to him submitting to a polygraph.

If you are able to obtain an arrest warrant against Mr. Nodine, I would appreciate it if we could arrange to self-surrender him.

Very truly yours,

David A. Moraghan
DAM/paj
cc:   Calvin Nodine

Telephone: (860) 482-7651  FAX: (860) 482-7845
32 City Hall Avenue, Suite C, P.O. Box 1146, Torrington, CT 06790
e-mail: dam@skmwlaw.com; atw@skmwlaw.com

DEF00088

**EXHIBIT 22**