Canton Police Department
15 River Road, Canton, CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT — SUPPLEMENTARY   X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 / 05/07/2017 | 08:57 | 06/21/2017 | 13:34 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 06/21/2017 | 13:34 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON |  |  | Warrant Applied | T023 |

On 6/21/17 at approximately 1000 hours, the VICTIM came to the lobby of the police department.

Detective Colangelo brought the VICTIM into the front interview room and spoke to the VICTIM. Det. Colangelo began by explaining he had read over the reports and statements and asked the VICTIM to tell him about Nodine's restaurant.

The VICTIM said how much she loved working at Nodine's Restaurant and didn't have too many problems initially. The VICTIM gave Det. Colangelo the back story about internal business issues, employees, problem employees and issues with how Nodine ran his business. The VICTIM spoke about Nodine's drinking, poor management and rude jokes that were sexual in nature.

The VICTIM said that she went to return the keys to the restaurant at the Torrington plant after the alleged incident on 5/7/17. She explained that she worked at the Torrington location prior to working at the restaurant in Canton. The VICTIM said that other employees spoke to her about what they heard when she went to drop the key off. The VICTIM said the other employees said that the VICTIM and Nodine had sex together and two other employees said that the VICTIM gave Nodine "oral".

During the course of the interview, the VICTIM said that she worked her "butt off" and she remembers all her customers. The VICTIM said that it "hurt" her to leave. The VICTIM said, "I want him to give me his restaurant so I can run it right and for him to be gone." The VICTIM said, "That it's not happening Nodine's, that's how much work I put into that place".

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 06/22/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 25

Canton Police Department
4 River Road, Canton, CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY    X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 06/21/2017 | 13:34 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 06/21/2017 | 13:34 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON |  |  | Warrant Applied | T023 |

The VICTIM spoke to Det. Colangelo about text messages she sent to Nodine's step son, Jeremy, the night of the alleged incident in the bathroom. The VICTIM showed the text messages to Det. Colangelo and he and asked the VICTIM to provide him copies of them. The VICTIM said she would give him copies at a later date because she had to make the same copies for her attorney.

Det. Colangelo explained to the VICTIM that he had interviewed Nodine. The VICTIM was asked if they ever had any relations prior to the incident in the bathroom. The VICTIM said there was not.

After speaking to the VICTIM for approximately an hour, it was explained to the VICTIM that Nodine took two polygraph tests. The VICTIM was asked if anything would have come out that was truthful that she may have left out or forgot about. The VICTIM said that Nodine knew she wasn't "getting sex" at home. When asked how Nodine knew that, the VICTIM explained that he over heard he talking to her coworker, Ali, about it. The VICTIM denied talking to Nodine about it directly. The VICTIM was asked if there was any flirtation between her and Nodine. The VICTIM said, "Hell no."

The VICTIM was asked if there was anything that Det. Colangelo needed to know for this investigation. The VICTIM said that Nodine tried to kiss her after the incident in the bathroom. The VICTIM said it happened when she grabbed the money bags that were left on the counter. The VICTIM said Nodine leaned in to kiss her and touched her lips but she didn't kiss him back. The VICTIM mentioned forgetting to put that in her statement. (This is a direct contradiction to her initial statement, in her initial statement she wrote, "I saw

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. ||||||
|---|---|---|---|---|---|
| INVESTIGATOR SIGNATURE: /OFCR. Adam W Gompper/ | INVESTIGATOR I.D.#: 204 | SIGNED DATE: 06/22/2017 | SUPERVISOR SIGNATURE /SGT. Mark J Penney/ | SUPERVISOR I.D.#: SGT-3 | |

EXHIBIT 25

Canton Police Department
45 River Road, Canton, CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY    X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 06/21/2017 | 13:34 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 204 | AGOMPPER | 06/21/2017 | 13:34 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke CANTON | | | Warrant Applied | T023 |

that the money bags were left on the counter and said to Calvin don't forget your money bags and walked out of the building.")

It was told to the VICTIM that if she had consensual contact with Nodine that it was very important to this investigation that it's known. The VICTIM then said, "I know, I'm trying to get myself to this point." At this point the VICTIM became emotional, crying and placing her face into the palm of her hands.

The VICTIM said there was nothing ever consensual. The VICTIM said when Nodine pulled her into the bathroom and told her to do it, she did it. Det. Colangelo asked if she gave Nodine oral sex. The VICTIM said, "Yes." The VICTIM then said that everything else is completely true. The VICTIM said she wanted to come back and say this but she was in fear it would go against her story and she doesn't want her boyfriend to know.

The VICTIM said she didn't want people know why she did it because she didn't want to. The VICTIM said she was scared and didn't even want to tell her own mother. The VICTIM explained that she has been suicidal and has been to the doctor. The VICTIM said she had spoke to her attorney but did not tell the attorney about this and didn't want to come back and tell what really happened because she knew it would affect her case.

Det. Colangelo said that he had the VICTIM's original statement. The VICTIM said everything was the same except the part where she said no. The VICTIM said she made sure to tell the truth except for the one part because she didn't want people to know.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 06/22/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 25

**Canton Police Department**
45 River Road, Canton CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY   X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 06/21/2017 | 13:34 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 204 | AGOMPPER | 06/21/2017 | 13:34 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON |  |  | Warrant Applied | T023 |

Det. Colangelo then drew a picture with the VICTIM of the layout of the business to get a better idea where the VICTIM and Nodine were during the night of the alleged incident. As she was again explaining where they were standing she began to hesitate when asked how she was pulled into the bathroom. As the VICTIM was trying to explain where they were standing she said, "well that doesn't make sense", and then began to talk about them hugging in the hallway and Nodine was holding her hand.

The VICTIM said they were standing in the hallway near the bathrooms when the employee, Kyle, came back into the restaurant, who they thought left. The VICTIM said she stayed silent because she didn't want Kyle to know and she didn't know what to do. The VICTIM said she did it to get it over with.

Det. Colangelo asked how they ended up from the hallway into the bathroom. The VICTIM said that Nodine had her arm in the hallway. The VICTIM said it wasn't forceful but she knew that he wanted her in the bathroom so he guided her in and he closed the door locking it behind them. The VICTIM said she wanted to go home and wanted to keep her job.

The VICTIM said that Nodine's wife kept calling his cell phone to alert him of a police spot check while they were in the bathroom. The VICTIM said the wife, "kept blowing up his phone." The VICTIM said she called at least 6 times before Nodine answered. The VICTIM said as soon as they entered the bathroom she performed oral sex on Nodine as Kyle was calling out for Nodine and the VICTIM.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT: OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 06/22/2017 | /SGT. Mark J Penney/ | SGT-3 |

EXHIBIT 25

# Canton Police Department
45 River Road, Canton CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY  X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 06/21/2017 | 13:34 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 204 | AGOMPPER | 06/21/2017 | 13:34 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON | | | Warrant Applied | T023 |

The VICTIM said she thought if she just did it she could leave and wouldn't get hurt. The VICTIM said Nodine leaned against the sink and was hard at first but then wasn't. The VICTIM said Nodine kept bashing her face into his "junk". The VICTIM said that because Nodine was so intoxicated it took between 10 and 15 minutes for him to finish.

The VICTIM said that Nodine ejaculated. She said that it was in her mouth and that she had thrown out all of her Nodine's clothes. The VICTIM said she kicked herself for not reporting the incident that night and that she didn't have her mouth swabbed.

The VICTIM was asked if she wanted to provide a new statement. The VICTIM asked if it would screw up her civil case. Det. Colangelo told her that he didn't know and wasn't an attorney. The VICTIM said she wanted to provide a statement so the truth is known but didn't want her boyfriend or whole family to know what happened. The VICTIM was again told she had the opportunity to put the truth in writing.

The VICTIM acknowledged that she was aware that the written statement she provided me was not truthful. The VICTIM said she wanted to consult with her attorney prior to providing another written statement.

The VICTIM then thanked Det. Colangelo for letting her tell the truth. It was explained to the VICTIM that she could call and speak to Det. Colangelo about her decision to provide a written statement.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 06/22/2017 | /SGT. Mark J Penney/ | SGT-3 |

**EXHIBIT 25**

# Canton Police Department
45 River Road, Canton CT 06019
(860) 693-0221

## CASE/INCIDENT REPORT — SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 06/21/2017 | 13:34 | Sex Offenses, Nonforcible | 030 | Officer Gompper, Adam W. | 204 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 204 | AGOMPPER | 06/21/2017 | 13:34 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON | | | Warrant Applied | T023 |

A copy of this interview was burned onto a CD and the CD was placed in the case jacket.

I do not find probable cause to believe that Nodine forced the VICTIM to perform a sexual act on him. The VICTIM had the chance to call for help when the other employee, Kyle, was calling out to them. The VICTIM stated she spent 15 minutes performing oral sex on Nodine in the bathroom. The VICTIM also said that Nodine was hard initially but then wasn't and he was then "hard" again and he ejaculated in her mouth. The VICTIM also said that Nodine's wife called his cell phone at least 6 times while they were in the bathroom together. The VICTIM also admitted that she provided me with a false sworn statement.

An arrest warrant will be applied for the VICTIM, AKA Nicole Chase (DOB 8/2/90), for the charge of 53a-157b, False Statement.

Further supplements to follow.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Adam W Gompper/ | 204 | 06/22/2017 | /SGT. Mark J Penney/ | SGT-3 |

**EXHIBIT 25**