

PLAINTIFF'S   JC
EXHIBIT NO. 60
FOR IDENTIFICATION
5.7.19
DATE:          RPTR: DM
PENGAD 800-631-6989

| Report No. | Officer | Accused | To Court Date | Charges | Return Date | Served Date |
|---|---|---|---|---|---|---|
| 17-4927 | Montefalco | | 6/5/17 | 53a-182 Disorderly  53a-117 Criminal Mischief 3rd | 5/30/17 for resubmittal | 7/18/17 |
| 17-4945 | Colangelo | | 6/28/17 6/5/17 | 53-21 Risk injury minor  53a-73a assault | returned 6/5 for reswom | 7/7/17 |
| 17-5448 | Selander | | 5/30/17 | 53a-182 disorderly  53a-61 assault 3rd | returned 6/5 for resubmit | 7/6/17 |
| 17-5637 | Schiffer | | 6/28/17 | 53a-223 violation of Protective order | 6/16/17 | 6/19/17 |
| 17-4515 | Ferrecchia | | 4/19/17 | 53a-103 Burglary 3  53a-125b Larceny 6th  53a-117a Crim. Mis 4th | 7-10-17 | 10/4/17 |
| 17-4762 | Colangelo | Chase, Nicole | 7/11/17 | 53a-157b False Statement 2nd | 9/8/17 | 9/8/17 |
| 17-6998 | Miller | | 7/8/17 | 53a-101 Burglary 1  53a-182 Disorderly  53a-707 - Crim. Trespass | 7/26/17 | 8/16/17 |
| 17-7295 | Ferrecchia | | 8/7/17 | 53a-223b Violate restraining order | 8/8/17 | rejected by Prosecutor |
| 17-7117 | Gompper | | 8/16/17 | 53a-128c (7)  53a-125b (1) | 9/8/17 | 8/16/17 |
| 17-8291 | Montefalco | | 8/30/17 | 53a-167a interfering w/officer  53a 223 violation Protective order | return for resub 9/5/17 | 9/21/17 Rejected |
| 17-8291 | Montefalco | | 8/30/17 | 53a-116 Criminal mischief 2nd  53a-223 Violation Protective order | return for resubmittal 9/5/17 | 9/21/17 return and rejected |
| 17-8536 | Miller | | 8/31/17 | 53a-128 bad check  53a-125b Larceny 6 | 9/21/17 | |

DEF002626

**EXHIBIT 29**