```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


--------------------------------X
NICOLE CHASE,                   :
                                :
                Plaintiff,      :
                                :
            versus              :    CIVIL ACTION NO.
                                :    3:18 cv 00683 (VLB)
NODINE'S SMOKEHOUSE, INC.,      :
CALVIN NODINE, TOWN OF CANTON,  :
JOHN COLANGELO, ADAM GOMPPER,   :
MARK J. PENNEY, AND CHRISTOPHER :
ARCIERO,                        :
                                :
                Defendants.     :
--------------------------------X
```

D E P O S I T I O N

Deposition of ASSISTANT STATE'S ATTORNEY MICHAEL J. WEBER, JR., taken on behalf of the Plaintiff, pursuant to the Federal Rules of Civil Procedure, before Donna M. Miani, CSR, a Notary Public, in and for the State of Connecticut, on Tuesday, April 9, 2019, 2:10 p.m., at the law offices of SHIPMAN, SHAIKEN & SCHWEFEL, LLC, 433 South Main Street, #319, West Hartford, Connecticut.

```
              GOLDFARB AND AJELLO, LLC
                24 EAST AVENUE #1372
             NEW CANAAN, CONNECTICUT  06840
                    (203) 972-1000
```

**EXHIBIT 30**

```
                        A P P E A R A N C E S




REPRESENTING THE PLAINTIFF:

        LAW OFFICE OF LEWIS CHIMES, LLC
        45 Franklin Street
        Stamford, Connecticut  06901
        BY:  MARY-KATE SMITH, ESQUIRE




REPRESENTING THE DEFENDANTS TOWN OF CANTON, JOHN
      COLANGELO:

        HOWD & LUDORF, LLC
        65 Wethersfield Avenue
        Hartford, Connecticut  06114
        BY:  CHRISTOPHER A. CLARK, ESQUIRE




REPRESENTING THE WITNESS:

        CHIEF STATE'S ATTORNEY'S OFFICE
        300 Corporate Place
        Rocky Hill, Connecticut  06067
        BY:  KELLY A. MASI, SENIOR ASSISTANT STATE'S
             ATTORNEY
```

```
              GOLDFARB AND AJELLO, LLC
                24 EAST AVENUE  #1372
             NEW CANAAN, CONNECTICUT  06840
                     (203) 972-1000
```

**EXHIBIT 30**

| | | |
|---|---|---|
| 1 | Q. | And you said that's the transcript for? |
| 2 | A. | It's the transcript cover sheet for State |
| 3 | versus Nicole Chase, dated November 8, 2017. | |
| 4 | Q. | Okay.  If you flip the page, the second |
| 5 | page has the transcript. | |
| 6 | A. | It reflects something being transcribed. |
| 7 | Q. | Okay.  Were you the state's attorney that |
| 8 | entered the nolle in this case? | |
| 9 | A. | According to this transcript, no. |
| 10 | Q. | Okay.  Do you think that transcript's |
| 11 | correct? | |
| 12 | A. | It's certified. |
| 13 | Q. | Okay. Okay. |
| 14 | | And so you weren't at the hearing for |
| 15 | Nicole Chase when the nolle was entered? | |
| 16 | A. | I don't know. |
| 17 | Q. | Okay.  So I'm showing you what's been |
| 18 | marked as Plaintiff's Exhibit 58. | |
| 19 | A. | Yes. |
| 20 | Q. | Have you seen that before? |
| 21 | A. | Yes. |
| 22 | Q. | Can you please tell us what that is. |
| 23 | A. | It's a Warrant Detail. |
| 24 | Q. | Okay.  And what is a Warrant Detail? |
| 25 | A. | It is an in-house record reflecting a |

1  police case number; accused name; when the warrant was
2  received; when it was signed by a prosecutor and a judge,
3  two different dates; and when it was returned to the
4  police.  Additionally, a bond, if a bond was put on the
5  warrant.
6          Q.    Okay.  And this is from Nicole Chase,
7  right?
8          A.    Yes.
9          Q.    And where it says Received Date, July 11,
10 2017, that's the date it was received, the application for
11 a warrant?
12         A.    Yes.
13         Q.    Okay.  And the prosecutor, MW, that's you?
14         A.    Yes.
15         Q.    And then you signed it on August 31, 2017?
16         A.    Yes.
17         Q.    And then it went to Judge Nguyen?  Nguyen?
18               Okay.  How do you pronounce it?
19         A.    Nguyen.
20         Q.    Okay.  And the judge signed it on
21 September 6th, 2017?
22         A.    According to the document, yes.
23         Q.    Okay.  And it was returned -- the return
24 date, is that returned to your office or to the police
25 office?

```
1         Q.    Did you review a transcript of that video?
2         A.    No.
3         Q.    I'm showing you what's been marked as
4    Plaintiff's Exhibit 3 in this case, in a different
5    deposition, and it's a series of e-mail exchanges between
6    Nicole Chase and Detective Colangelo.
7               Did you review these e-mail exchanges?
8         A.    No.
9         Q.    Okay.  Did Detective Colangelo ever inform
10   you that Nicole Chase sent him an e-mail with an
11   attachment which she indicated she wanted to revise her
12   statement?
13        A.    No.
14        Q.    Okay.  And did you know that Nicole Chase
15   attempted to revise her statement?
16        A.    No.
17        Q.    You never discussed this case, right, with
18   Detective Colangelo either before or after?
19        A.    Correct.
20        Q.    Okay.  Did you talk to or do you -- strike
21   that, sorry.
22              Do you know Attorney Moraghan?
23        A.    I don't know.
24        Q.    Okay.  Do you know who Calvin Nodine is?
25        A.    No.
```

```
1    STATE OF CONNECTICUT   )
2                          )  SS:  Derby
3    COUNTY OF NEW HAVEN    )
4
5         I, Donna M. Miani, a Certified Court Reporter and
6    Notary Public within and for the State of Connecticut, do
7    hereby certify that the within deposition of MICHAEL J.
8    WEBER, JR., was held before me on the 9th day of April,
9    2019.
10        I further certify that after said deposition was
11   recorded stenographically by me, it was reduced to type-
12   writing by me and I hereby submit that the within contents
13   of said deposition are true and accurate to the best of my
14   ability.
15        I further certify that I am not a relative of nor an
16   attorney for any of the parties connected with the
17   testimony of the witness.
18        Dated at Derby, Connecticut, on the 25th day of
19   April, 2019.
20
21                                   _____
22                                   Donna M. Miani, CSR
                                     Certified Court Reporter
23
24   My commission expires July 31, 2023.
25
```