From: "Colangelo, John" <JColangelo@townofcantonct.org>
Date: Aug 10, 2017 8.21 AM
Subject: RE: Statement
To: "Nicole Chase" <nicolechase080290@gmail.com>
Cc:

Nicole, I apologize for the delay as I was on vacation. I did ask Officer Gompper to reach out to you but he said he could not make phone contact. I understand you came down as dispatch told me you were here. I was asked if I needed to talk to you not that you were there to revise you statement. I was tied up on a different investigation at that moment and had no idea your intent was to give a new statement. Also at that point I had already documented the change in your recount of the incident and had already sent the case to court for review. It is still with the States Attorney's office and I should hopefully have some direction of the next step shortly.


Any questions feel free to contact me.


Detective John Colangelo


**From:** Nicole Chase [mailto:nicolechase080290@gmail.com]
**Sent:** Monday, July 31, 2017 12:22 PM
**To:** Colangelo, John
**Subject:** Statement


Good afternoon Detective Colangelo:


I would like to revise my Voluntary Statement. Attached is the supplemental information that I would like added to my May 11, 2017 Voluntary Statement.


Please let me know when you would like me to come in, so that I may sign the revised statement.

1

**EXHIBIT 33**

Thank you,


Nicole Chase


---

**Nicole Chase--Supplment to May 11, 2017 Voluntary Statement.docx**

**EXHIBIT 33**

Nicole Chase

Events on Saturday, May 6, 2017

After Calvin pulled me in the men's bathroom he locked the door, leaned on the sink and said, "suck it because you don't get it at home".  He then heard Kyle calling his name and mine he already had himself exposed and put his finger up to his mouth as in saying shhh.  He had a very scary glare that scared me at that point.  He said, "yep I'm in the bathroom goodnight Kyle".  He pulled up his penis and balls to push it towards my face it actually looked painful what he was doing.  In this moment I froze completely, in shock, not knowing what was about to happen.  He then took one hand pushed my head down and the other hand still pulling his penis and sack towards me.  Once my mouth was around him he became limp almost like he knew he was doing something wrong.  He began to take the hand that was on my head and slam my face into him the entire time until he got off and took his hands off me.  I immediately but slowly still being in shock pushed Calvin and he hit his head on the tile wall while I continued to unlock the door and get out.  I saw money bags, said, "don't forget them, then walked out of the building around 9:30pm.  My mom's boyfriend took me home.  I then couldn't let it go and texted the only person I trusted to give me good advice and that would say nothing to anybody till I was ready.

EXHIBIT 33