# Canton Police Department

45 River Road, Canton CT 06019

(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY  [X]

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1700004762 | 1 | 05/07/2017 05/07/2017 | 08:57 | 09/08/2017 | 14:23 | Sex Offenses, Nonforcible | 030 | Detective Colangelo, John M. | DET |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 204 | JCOLANGELO | 09/08/2017 | 14:23 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00192 | ALBANY Tpke  CANTON | | | Warrant Applied | T023 |

On 9/8/17 an active arrest warrant was returned from court for Nicole Chase for the charge of Making a False Statement 2nd, 53a-157b. I contacted Chase and let her know of the warrant and she agreed to turn herself in that afternoon.

Chase arrived at the Canton Police Department and was arrested at 1354 hours. She walked into the booking room with me where she was processed. Chase was charged with Making a False Statement based on the court signed warrant.

Chase was then released on a $2500 non surety bond for a court date of 9/21/17 in G.A. 14 in Hartford.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /DET. John M Colangelo/ | DET | 09/08/2017 | /SGT. Mark J Penney/ | SGT-3 |

**EXHIBIT 35**