| | |
|---|---|
| **From:** | Christopher Arciero <carciero@cantonpd.org> |
| **Sent:** | Friday, March 01, 2013 10:53 AM |
| **To:** | 'Amanda'; 'Canny'; 'Capaldo'; 'Capt. Terra'; 'Chesanek'; 'Colangelo'; 'Dave Rodriguez'; 'Deloy'; 'Ferrecchia'; 'Frank Pascuccio'; 'Getz'; 'Gompper'; 'Ingvertsen'; 'Keepin'; 'Lederman'; 'Messier'; 'Montefalco'; 'Penney'; 'Police Dept. Admin'; 'Roy'; 'Saucier'; 'Selander'; 'Wilkinson' |
| **Cc:** | 'Lawrence Terra'; 'Anne Raftery' |
| **Subject:** | Roll Call-Checklist book in Patrol |
| **Attachments:** | Check list manual.docx |

All: There will be a checklist book left in the patrol room for your use. The checklist book will have report guidelines for the following type of incidents:
1. Missing Persons
2. Untimely deaths
3. Infant death investigations
4. Fatal accidents
5. Post Collision Inspection
6. Motor Vehicle Pursuit
7. Use of Force
8. Hate Crimes
9. Sexual Assault

Use the forms as supplements to the case investigations. New forms will be added as appropriate

Christopher Arciero
Chief of Police
Canton Police Department
45 River Road
Canton, CT  06019
Tel. (860) 693-7872
Fax (860) 693-7695
carciero@cantonpd.org

**EXHIBIT 41**