| | |
|---|---|
| **From:** | Nicole Chase |
| **To:** | Robert Fortgang |
| **Cc:** | Katie Roy |
| **Subject:** | Re: Robert Fortgang Associates, LLC - Employment Law Attorneys - Representation Agreement for Nicole Chase |
| **Date:** | Thursday, May 18, 2017 3:04:11 PM |

As i finally got ahold of the oI'm starting to get nervous that the police are not taking this seriously! My officer told me he'd call me as soon as he talked to calvin just to let me know he gave his report. He did not. I had to call 2 times in the 10 days for him to call back and ask what my question was. Which he already should know since he had told me once he talked to calvin he would let me know then put a warrent threw to see if it gets signed by the judge. Which he said most likely would and now he's telling me it's going to be a few weeks of investigation first?? Of course I know court n you being my lawyer will take time and everything takes time but already I was led to believe as soon as statements were in they'd at least try a warrent. Now as I write this I'm in tears because I'm so mentally messed up n just feel unsafe every where. I cry in stores just thinking I might bump into him. My boyfriend can't play his radio station because it's the station calvin always had to have on. The business is right next to my home i always pass it and I put my hood up and duck, roll up window, turn head other way etc. I'm scared to even go looking for a job cause I feel I can't trust anyone and I'm not ready. I'm sorry if none of this is important regarding my case I just honestly now have to get mental help ontop of feeling like there taking this lighter than someone just getting a speeding ticket. Please let me know what my next step should be if any. I honestly am trying the best for me and my daughter but the emotional toll is more than I ever excpected. I feel like Ive not been givin the comfort, saftey and justice I should. As I told you i was scared and embarrassed to even report it and you told me your glad I did. I did this not only for justice for me but so others wouldn't get hurt too or if others would come out since everyone says this wasn't his first n won't be his last. Instead me and my daughter are the ones being hurt/ destroyed more than I already was just from the incident. Nevermind be able to do daily normal things in life without feeling this way.

    Thanks,
      Nicole

**EXHIBIT 45**

your interests.

Thank you and best regards,

Rob Fortgang

# Robert Fortgang Associates, LLC
## Employment Law Attorneys

### Connecticut

Greystone Court

573 Hopmeadow Street
Simsbury, CT  06070

Tel: 800-932-6457     Tel: 860-658-1055

Cell: 860-234-3267     Fax: 860-658-0565

### Massachusetts

339 Main Street - P.O. Box 912

Webster, MA  01570

Tel: 413-658-8500

Tel: 800-932-6457

Robert Fortgang:  rob@fortgangemploymentlaw.com

Bar Admissions:  Connecticut, Massachusetts

2nd Circuit Court of Appeals

Katie Roy:  katie@fortgangemploymentlaw.com

Bar Admissions:  Connecticut, Massachusetts

**EXHIBIT 45**

**Karen Vennart-Fortgang, Law Firm Administrator:**
karen@fortgangemploymentlaw.com

www.fortgangemploymentlaw.com

http://www.avvo.com/attorneys/06070-ct-robert-fortgang-1454306.html

Litigation Services ¨ Employment & Labor Law ¨ Human Resource Consulting

Dispute Resolution ¨ Government & Regulatory Compliance

"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel."

*Maya Angelou*

Notice: This message originates from the law firm of Robert Fortgang Associates. The information contained in this e-mail and any files transmitted with it may be a confidential attorney-client communication or may otherwise be privileged and confidential. If the reader of this message, regardless of the address or routing, is not an intended recipient, you are hereby notified that you have received this transmittal in error and any review, use, distribution, dissemination or copying is strictly prohibited. If you have received this message in error, please delete this e-mail and all files transmitted with it from your system and immediately notify Robert Fortgang Associates by sending a reply e-mail to the sender of this message or by using our toll-free telephone number, so that we are aware of the situation. If you have printed a copy we will arrange for the retrieval of the original document(s) at no cost to you. Thank you.

**EXHIBIT 45**