# TOWN OF CANTON

Name: **Colangelo**   Week Ending: **5/27/17**

REVISED NOVEMBER 2016

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 5/21 | 5/22 | 5/23 | 5/24 | 5/25 | 5/26 | 5/27 | |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | OFF | |
| Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | 8 | 8 | 8 | 8 | 8 | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | |
| 300-VACATION TIME | | | | | | | | |
| 350-SICK TIME | | | | | | | | - |
| 400-PERSONAL TIME | | | | | | | | |
| 450-COMP TIME | | | | | | | | |
| 500-HOLIDAY TIME | | | | | | | | - |
| 550-FUNERAL LEAVE | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | |
| 600-WORKERS COMP. | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | 1900 | | |
| Time Out: | | | | | | 2300 | | |
| 163/165-FILL SHIFT @ 1½ | | | | | | | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | - |
| 200-OT OTHER @ 1½ | | | | | | 4 | | - |
| 200-OT @ ½ (2nd Holiday Shift) | | | | | | | | |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | - |
| 158/161-WORK HOL @ 1½ | | | | | | | | |
| COMMENTS: ↑↓ | | 17-3008 | | | | Proactive patrol OT | | - |
| 275-PRIVATE DUTY @ 1½ | | | | | | | | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | |
| 168-TRAINING @ 1½ | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | |
| OTHER - | | | | | | | | - |
| Time In: | | 1500 | | | | | | |
| Time Out: | | 1600 | | | | | | |
| 850 COMP EARNED @ 1½x | | 1.5 | | | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | |

Employee Signature: *[signed] Det.*

Dept Head Approval: *[signed] Capt.*

Total PAID Hours: _____

**EXHIBIT 48**

DEF002628

# TOWN OF CANTON

Name: Colangelo    Week Ending: 6/3/17

REVISED NOVEMBER 2016

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 5/28 | 5/29 | 5/30 | 5/31 | 6/1 | 6/2 | 6/3 | |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | OFF | |
| Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | 8 | 8 | 8 | 8 | 8 | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | |
| 300-VACATION TIME | | | | | | | | - |
| 350-SICK TIME | | | | | | | | |
| 400-PERSONAL TIME | | | | | | | | |
| 450-COMP TIME | | | | | | | | - |
| 500-HOLIDAY TIME | | 8 | | | | | | - |
| 550-FUNERAL LEAVE | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | - |
| 600-WORKERS COMP. | | | | | | | | |
| OTHER - | | | | | | | | - |
| Time In: | | | 1500 | | | 1500 | | |
| Time Out: | | | 1900 | | | 1900 | | |
| 163/165-FILL SHIFT @ 1½ | | | 4 | | | | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | - |
| 200-OT OTHER @ 1½ | | | | | | 4 | | - |
| 200-OT @ ½ (2nd Holiday Shift) | | | | | | | | |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | - |
| 158/161-WORK HOL @ 1½ | | | | | | | | |
| COMMENTS: ↑↓ | | | | | | | | - |
| 275-PRIVATE DUTY @ 1½ | | | | | | | | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | - |
| 168-TRAINING @ 1½ | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | - |
| OTHER - | | | | | | xtra patrol | | - |
| Time In: | | | | 1500 | | | | |
| Time Out: | | | | 1600 | | | | |
| 850 COMP EARNED @ 1½x | | | | 1.5 | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | |

Employee Signature _____    Dept Head Approval _____    Total PAID Hours: ___

**EXHIBIT 48**    DEF002629

# TOWN OF CANTON

Name: Colangelo  
Week Ending: 6/10/17

REVISED NOVEMBER 2016

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | | |
| Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | 8 | 8 | 8 | 8 | 8 | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | |
| 300-VACATION TIME | | | | 8 | | | | - |
| 350-SICK TIME | | | | | | | | - |
| 400-PERSONAL TIME | | | | | | | | |
| 450-COMP TIME | | | | | | | | - |
| 500-HOLIDAY TIME | | | | | | | | - |
| 550-FUNERAL LEAVE | | | | | | | | |
| 575-JURY DUTY | | | | | | | | - |
| 600-WORKERS COMP. | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | 2035 | 1015 | |
| Time Out: | | | | | | 0430 | 1515 | |
| 163/165-FILL SHIFT @ 1½ | | | | | | | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | - |
| 200-OT OTHER @ 1½ | | | | | | 8 | 5 | - |
| 200-OT @ ½ (2nd Holiday Shift) | | | | | | | | |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | - |
| 158/161-WORK HOL @ 1½ | | | | | | | | - |
| COMMENTS: ↑↓ | | | | | | 17-5804 | 17-5804 | - |
| 275-PRIVATE DUTY @ 1½ | | | | | | | | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | |
| 168-TRAINING @ 1½ | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | | | |
| Time Out: | | | | | | | | |
| 850 COMP EARNED @ 1½x | | | | | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | - |

Employee Signature    Dept Head Approval    Total PAID Hours: ___

**EXHIBIT 48**    DEF002630

# TOWN OF CANTON

Name: Colangelo

Week Ending: 6/18/17

**Revised 06/15/2017**

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16/17 | 6/17/17 | |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | OFF | |
| Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | | | | | | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | - |
| 300-VACATION TIME | | | | | | | | - |
| 350-SICK TIME | | | | | | | | - |
| 400-PERSONAL TIME | | | | | | | | - |
| 450-COMP TIME | | | | | | | | - |
| 500-HOLIDAY TIME | | | | | | | | - |
| 550-FUNERAL LEAVE | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | - |
| 600-WORKERS COMP. | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | 0700 / 2215 | | | 1500 | | 1900 | | |
| Time Out: | 1100 / 0030 | | | 1615 | | 2300 | | |
| 163/165-FILL SHIFT @ 1½ | | | | | | | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | - |
| 200-OT OTHER @ 1½ | 4 + 4 8 | | | 1.25 | | 4 | | - |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | - |
| 158/161-WORK HOL @ 1½ | | | | | | | | - |
| 158/161- @ ½ time (2nd Holiday Shift) | | | | | | | | - |
| COMMENTS: ↑↓ | 17-5804 | | | 17-3008 | | proactive policing | | - |
| 275-PRIVATE DUTY @ 1½ | | | | | | | | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | - |
| 168-TRAINING @ 1½ | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | | | |
| Time Out: | | | | | | | | |
| COMP EARNED @ 1½x | | | | | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | |

Employee Signature

Dept Head Approval

Total PAID Hours: -

**EXHIBIT 48**

DEF002631

# TOWN OF CANTON

Name: Colangelo  
Week Ending: 6/24/17

**Revised 06/15/2017**

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 6/18 | 6/19 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | OFF | |
| Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | 8 | 8 | 8 | 8 | 8 | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | - |
| 300-VACATION TIME | | | | | | | | - |
| 350-SICK TIME | | | | | | | | - |
| 400-PERSONAL TIME | | | | | | | | - |
| 450-COMP TIME | | | | | | | | - |
| 500-HOLIDAY TIME | | | | | | | | - |
| 550-FUNERAL LEAVE | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | - |
| 600-WORKERS COMP. | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | 1500 | 1500 | 1700 | | |
| Time Out: | | | | 1900 | 2300 | 2035 | | |
| 163/165-FILL SHIFT @ 1½ | | | | 4 | 8 | 4 | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | - |
| 200-OT OTHER @ 1½ | | | | | | | | - |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | - |
| 158/161-WORK HOL @ 1½ | | | | | | | | - |
| 158/161- @ ½ time (2nd Holiday Shift) | | | | | | | | - |
| COMMENTS: ↑↓ | | | | | | | | - |
| 275-PRIVATE DUTY @ 1½ | | | | | | 4 | | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | - |
| 168-TRAINING @ 1½ | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | | | |
| Time Out: | | | | | | | | |
| COMP EARNED @ 1½x | | | | | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | |

Employee Signature  
Dept Head Approval  
Total PAID Hours: -

EXHIBIT 48

DEF002632

# TOWN OF CANTON

Name: Colangelo    Week Ending: 7/1/17

**Revised 06/15/2017**

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 | 7/1 | |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | OFF | |
| Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | 8 | 8 | 8 | 8 | 8 | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | - |
| 300-VACATION TIME | | | | | | 8 | | - |
| 350-SICK TIME | | | | | | | | - |
| 400-PERSONAL TIME | | 8 | 8 | 8 | | | | - |
| 450-COMP TIME | | | | | | | | - |
| 500-HOLIDAY TIME (floating) | | | | | 8 | | | - |
| 550-FUNERAL LEAVE | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | - |
| 600-WORKERS COMP. | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | | | |
| Time Out: | | | | | | | | |
| 163/165-FILL SHIFT @ 1½ | | | | | | | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | - |
| 200-OT OTHER @ 1½ | | | | | | | | - |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | - |
| 158/161-WORK HOL @ 1½ | | | | | | | | - |
| 158/161- @ ½ time (2nd Holiday Shift) | | | | | | | | - |
| COMMENTS: ↑↓ | | | | | | | | - |
| 275-PRIVATE DUTY @ 1½ | | | | | | | | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | - |
| 168-TRAINING @ 1½ | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | | | |
| Time Out: | | | | | | | | |
| COMP EARNED @ 1½x | | | | | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | |

Employee Signature    Dept Head Approval    Total PAID Hours: -

EXHIBIT 48    DEF002633

# TOWN OF CANTON

Name: Colangelo

Week Ending: 7/8/17

**Revised 06/15/2017**

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 7/2 | 7/3 | 7/4 | 7/5 | 7/6 | 7/7 | 7/8 | |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | | |
| Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | 8 | 8 | 8 | 8 | 8 | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | - |
| 300-VACATION TIME | | 8 | | | | | | - |
| 350-SICK TIME | | | | | | | | - |
| 400-PERSONAL TIME | | | | | | | | - |
| 450-COMP TIME | | | | | | | | - |
| 500-HOLIDAY TIME | | | 8 | | | | | - |
| 550-FUNERAL LEAVE | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | - |
| 600-WORKERS COMP. | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | 0700 | | |
| Time Out: | | | | | | 1500 | | |
| 163/165-FILL SHIFT @ 1½ | | | | | | 8 | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | - |
| 200-OT OTHER @ 1½ | | | | | | | | - |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | |
| 158/161-WORK HOL @ 1½ | | | | | | | | - |
| 158/161- @ ½ time (2nd Holiday Shift) | | | | | | | | - |
| COMMENTS: ↑↓ | | | | 17-3008 | 17-3008 | | | - |
| 275-PRIVATE DUTY @ 1½ | | | | | | | | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | - |
| 168-TRAINING @ 1½ | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | 1500 2.25 | 1500 | | | |
| Time Out: | | | | 1630 | 1615 | 1815 | | |
| COMP EARNED @ 1½x | | | | 1.5 | 1.625 | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | |

Employee Signature

Dept Head Approval

Total PAID Hours: -

EXHIBIT 48

DEF002634

# TOWN OF CANTON

Name: Colangelo            Week Ending: 7/15/17

**Revised 06/15/2017**

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 7/9 | 7/10 | 7/11 | 7/12 | 7/13 | 7/14 | 7/15 | |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | OFF | |
| Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | | | | | | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | - |
| 300-VACATION TIME | | | | | | | | - |
| 350-SICK TIME | | | | | | | | - |
| 400-PERSONAL TIME | | | | | | | | - |
| 450-COMP TIME | | | | | | | | - |
| 500-HOLIDAY TIME | | | | | | | | - |
| 550-FUNERAL LEAVE | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | - |
| 600-WORKERS COMP. | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | | 1500 | |
| Time Out: | | | | | | | 2230 | |
| 163/165-FILL SHIFT @ 1½ | | | | | | | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | - |
| 200-OT OTHER @ 1½ | | | | | | | | - |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | |
| 158/161-WORK HOL @ 1½ | | | | | | | | - |
| 158/161- @ ½ time (2nd Holiday Shift) | | | | | | | | - |
| COMMENTS: ↑↓ | | | | | | | | - |
| 275-PRIVATE DUTY @ 1½ | | | | | | | 7.5 | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | - |
| 168-TRAINING @ 1½ | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | | | |
| Time Out: | | | | | | | | |
| COMP EARNED @ 1½x | | | | | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | |

Employee Signature                    Dept Head Approval          Total PAID Hours:  -

EXHIBIT 48
C:\Users\sbrodeur\Desktop\Timesheet-REV 2017
DEF002635

# TOWN OF CANTON

Name: Colangelo  
Week Ending: 7/22/17

**Revised 06/15/2017**

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 7/16 | 7/17 | 7/18 | 7/19 | 7/20 | 7/21 | 7/22 | |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | | |
| Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | | 8 | 8 | 8 | 8 | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | - |
| 300-VACATION TIME | | | | | | | | - |
| 350-SICK TIME | | 8 | | | | | | - |
| 400-PERSONAL TIME | | | | | | | | - |
| 450-COMP TIME | | | | | | | | - |
| 500-HOLIDAY TIME | | | | | | | | - |
| 550-FUNERAL LEAVE | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | - |
| 600-WORKERS COMP. | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | 1830 | | 1500 | | |
| Time Out: | | | | 2030 | | 2300 | | |
| 163/165-FILL SHIFT @ 1½ | | | | | | 8 | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | - |
| 200-OT OTHER @ 1½ | | | | 4 | | | | - |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | |
| 158/161-WORK HOL @ 1½ | | | | | | | | - |
| 158/161- @ ½ time (2nd Holiday Shift) | | | | | | | | - |
| COMMENTS: ↑↓ | | | | JRB | | | | - |
| 275-PRIVATE DUTY @ 1½ | | | | | | | | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | - |
| 168-TRAINING @ 1½ | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | | | |
| Time Out: | | | | | | | | |
| COMP EARNED @ 1½x | | | | | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | |

Employee Signature

Dept Head Approval

Total PAID Hours: ___

**EXHIBIT 48**

DEF002636

# TOWN OF CANTON

Name: Colangelo  
Week Ending: 7/29/17

**Revised 06/15/2017**

| | | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | 7/23 | 7/24 | 7/25 | 7/26 | 7/27 | 7/28 | 7/29 | |
| | Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | OFF | |
| | Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | | 8 | 8 | 8 | 8 | 8 | | - |
| 157/160-ST HOLIDAY | | | | | | | | | - |
| 180-PART TIME | | | | | | | | | - |
| 300-VACATION TIME | | | | | | | | | - |
| 350-SICK TIME | | | | | | | | | - |
| 400-PERSONAL TIME | | | | | | | | | - |
| 450-COMP TIME | | | | | | | | | - |
| 500-HOLIDAY TIME | | | | | | | | | - |
| 550-FUNERAL LEAVE | | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | | |
| 600-WORKERS COMP. | | | | | | | | | - |
| OTHER - | | | | | | | | | - |
| | Time In: | | | | | | | | |
| | Time Out: | | | | | | | | |
| 163/165-FILL SHIFT @ 1½ | | | | | | | | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | | - |
| 200-OT OTHER @ 1½ | | | | | | | | | - |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | | |
| 158/161-WORK HOL @ 1½ | | | | | | | | | - |
| 158/161- @ ½ time (2nd Holiday Shift) | | | | | | | | | - |
| | COMMENTS: ↑↓ | | | | 17-3008 | | | | |
| 275-PRIVATE DUTY @ 1½ | | | | | | | | | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | | - |
| 168-TRAINING @ 1½ | | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | | - |
| OTHER - | | | | | | | | | - |
| | Time In: | | | | 1500 | | | | |
| | Time Out: | | | | 1630 | | | | |
| COMP EARNED @ 1½x | | | | | 1.5 2.25 | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | | |

Employee Signature     Dept Head Approval     Total PAID Hours:

EXHIBIT 48

DEF002637

# TOWN OF CANTON

Name: Colgajelo

Week Ending: 8/5/17

**Revised 06/15/2017**

|  | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 7/30 | 7/31 | 8/1 | 8/2 | 8/3 | 8/4 | 8/5 |  |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | OFF |  |
| Time Out: |  | 1500 | 1500 | 1500 | 1500 | 1500 |  |  |
| 156/155-F/T HOURLY |  | 8 | 8 | 8 | 8 | 8 |  | - |
| 157/160-ST HOLIDAY |  |  |  |  |  |  |  | - |
| 180-PART TIME |  |  |  |  |  |  |  |  |
| 300-VACATION TIME |  | 8 | 8 | 8 | 8 | 8 |  | - |
| 350-SICK TIME |  |  |  |  |  |  |  | - |
| 400-PERSONAL TIME |  |  |  |  |  |  |  | - |
| 450-COMP TIME |  |  |  |  |  |  |  | - |
| 500-HOLIDAY TIME |  |  |  |  |  |  |  | - |
| 550-FUNERAL LEAVE |  |  |  |  |  |  |  | - |
| 575-JURY DUTY |  |  |  |  |  |  |  | - |
| 600-WORKERS COMP. |  |  |  |  |  |  |  |  |
| OTHER - |  |  |  |  |  |  |  | - |
| Time In: |  |  |  |  |  |  |  |  |
| Time Out: |  |  |  |  |  |  |  |  |
| 163/165-FILL SHIFT @ 1½ |  |  |  |  |  |  |  | - |
| 166-FILL SHIFT @ 2X-Dispatch Only |  |  |  |  |  |  |  | - |
| 200-OT OTHER @ 1½ |  |  |  |  |  |  |  | - |
| 250-DT OTHER @ 2X-Dispatch Only |  |  |  |  |  |  |  |  |
| 158/161-WORK HOL @ 1½ |  |  |  |  |  |  |  | - |
| 158/161- @ ½ time (2nd Holiday Shift) |  |  |  |  |  |  |  |  |
| COMMENTS: ↑↓ |  |  |  |  |  |  |  | - |
| 275-PRIVATE DUTY @ 1½ |  |  |  |  |  |  |  | - |
| 276-PRIVATE DUTY @ 3X |  |  |  |  |  |  |  | - |
| 168-TRAINING @ 1½ |  |  |  |  |  |  |  | - |
| 169-TRAINING - @ 2X-Dispatch Only |  |  |  |  |  |  |  | - |
| OTHER - |  |  |  |  |  |  |  | - |
| Time In: |  |  |  |  |  |  |  |  |
| Time Out: |  |  |  |  |  |  |  |  |
| COMP EARNED @ 1½x |  |  |  |  |  |  |  | - |
| COMP EARNED @ 2X-Dispatch Only |  |  |  |  |  |  |  | - |
| 177-DIFFERENTIAL/OIC |  |  |  |  |  |  |  | $ - |
| 750-EDUCATION INCENTIVE |  |  |  |  |  |  |  |  |

Employee Signature

Dept Head Approval

Total PAID Hours: ___

**EXHIBIT 48**

DEF002638

# TOWN OF CANTON

Name: Colangelo  
Week Ending: 8/12/17

**Revised 06/15/2017**

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 8/6 | 8/7 | 8/8 | 8/9 | 8/10 | 8/11 | 8/12 | |
| Time In | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | OFF | |
| Time Out | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | 8 | 8 | 8 | 8 | 8 | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | |
| 300-VACATION TIME | | | | | | | | - |
| 350-SICK TIME | | | | | | | | |
| 400-PERSONAL TIME | | | | | | | | - |
| 450-COMP TIME | | | | | | | | |
| 500-HOLIDAY TIME | | | | | | | | |
| 550-FUNERAL LEAVE | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | - |
| 600-WORKERS COMP. | | | | | | | | |
| OTHER - | | | | | | | | - |
| Time In: | 0700 | 1500 | | | | 1500 | | |
| Time Out: | 1400 | 1900 | | | | 1900 | | |
| 163/165-FILL SHIFT @ 1½ | | | | | | | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | - |
| 200-OT OTHER @ 1½ | 7 | 4 | | | | 4 | | - |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | |
| 158/161-WORK HOL @ 1½ | | | | | | | | - |
| 158/161- @ ½ time (2nd Holiday Shift) | | | | | | | | - |
| COMMENTS: ↑↓ | 17-3808 | DDGrant | | | | DD Grant | | - |
| 275-PRIVATE DUTY @ 1½ | | | | | | | | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | - |
| 168-TRAINING @ 1½ | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | 1500 | | | | | |
| Time Out: | | | 1600 | | | | | |
| COMP EARNED @ 1½x | | | 1.5 | | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | - |

Employee Signature  
Dept Head Approval  
Total PAID Hours: ___

**EXHIBIT 48**

DEF002639

# TOWN OF CANTON

Name: Colangelo  
Week Ending: 8/19

**Revised 06/15/2017**

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 8/13 | 8/14 | 8/15 | 8/16 | 8/17 | 8/18 | 8/19 | |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | OFF | |
| Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | 8 | 8 | 8 | 8 | 8 | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | - |
| 300-VACATION TIME | | | | | | | | - |
| 350-SICK TIME | | | | | | | | - |
| 400-PERSONAL TIME | | | | C/I | | | | - |
| 450-COMP TIME | | | | 1 hr | | | | - |
| 500-HOLIDAY TIME | | | | | | | | - |
| 550-FUNERAL LEAVE | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | - |
| 600-WORKERS COMP. | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | 1500 / 1900 | | 1800 | | |
| Time Out: | | | | 1900 / 1755 | | 2100 | | |
| 163/165-FILL SHIFT @ 1½ | | | | | | | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | - |
| 200-OT OTHER @ 1½ | | | | 4 / 4 | | | | - |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | - |
| 158/161-WORK HOL @ 1½ | | | | | | | | - |
| 158/161- @ ½ time (2nd Holiday Shift) | | | | | | | | - |
| COMMENTS: ↑↓ | | | | DP Grout JRB | | | | - |
| 275-PRIVATE DUTY @ 1½ | | | | | | 4 | | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | - |
| 168-TRAINING @ 1½ | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | | | |
| Time Out: | | | | | | | | |
| COMP EARNED @ 1½x | | | | | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | |

Employee Signature

Dept Head Approval

Total PAID Hours: -

**EXHIBIT 48**

DEF002640

# TOWN OF CANTON

Name: Colangelo

Week Ending: 8/26/17

**Revised 06/15/2017**

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| DATE | 8/20 | 8/21 | 8/22 | 8/23 | 8/24 | 8/25 | 8/26 | |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | OFF | |
| Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | | | | | | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | - |
| 300-VACATION TIME | | | | | | | | - |
| 350-SICK TIME | | | | | | | | - |
| 400-PERSONAL TIME | | | | | | | | - |
| 450-COMP TIME | | | | | | | | - |
| 500-HOLIDAY TIME | | | | | | | | - |
| 550-FUNERAL LEAVE | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | - |
| 600-WORKERS COMP. | | | | | | | | - |
| OTHER - | | | | | | | | |
| Time In: | | 0630 | | | | 0400 | | |
| Time Out: | | 0755 | | | | 0700 | | |
| 163/165-FILL SHIFT @ 1½ | | | | | | | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | |
| 200-OT OTHER @ 1½ | | | | | | 3 | | |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | |
| 158/161-WORK HOL @ 1½ | | | | | | | | - |
| 158/161- @ ½ time (2nd Holiday Shift) | | | | | | | | - |
| COMMENTS: ↑↓ | | Lobster Loop | | | | 173901 | | |
| 275-PRIVATE DUTY @ 1½ | | | | | | 4 | | |
| 276-PRIVATE DUTY @ 3X | 4 | | | | | | | |
| 168-TRAINING @ 1½ | | | | | | | | |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | |
| OTHER - | | | | | | | | |
| Time In: | | | | | | | | |
| Time Out: | | | | | | | | |
| COMP EARNED @ 1½x | | | | | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | |

Employee Signature

Dept Head Approval

Total PAID Hours: -

**EXHIBIT 48**

DEF002641

# TOWN OF CANTON

Name: Colangelo    Week Ending: 9/2/17

**Revised 06/15/2017**

| | SUN | MON | TUE | WED | THU | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 8/27 | 8/28 | 8/29 | 8/30 | 8/31 | 9/1 | 9/2 | |
| Time In: | OFF | 0700 | 0700 | 0700 | 0700 | 0700 | OFF | |
| Time Out: | | 1500 | 1500 | 1500 | 1500 | 1500 | | |
| 156/155-F/T HOURLY | | 8 | 8 | 8 | 8 | 8 | | - |
| 157/160-ST HOLIDAY | | | | | | | | - |
| 180-PART TIME | | | | | | | | - |
| 300-VACATION TIME | | | | | | | | - |
| 350-SICK TIME | | | | | | | | - |
| 400-PERSONAL TIME | | | | | | | | - |
| 450-COMP TIME | | | | | | | | - |
| 500-HOLIDAY TIME | | | | | | | | - |
| 550-FUNERAL LEAVE | | | | | | | | - |
| 575-JURY DUTY | | | | | | | | - |
| 600-WORKERS COMP. | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | | | | | | |
| Time Out: | | | | | | | | |
| 163/165-FILL SHIFT @ 1½ | | | | | | | | - |
| 166-FILL SHIFT @ 2X-Dispatch Only | | | | | | | | - |
| 200-OT OTHER @ 1½ | | | | | | | | - |
| 250-DT OTHER @ 2X-Dispatch Only | | | | | | | | - |
| 158/161-WORK HOL @ 1½ | | | | | | | | - |
| 158/161- @ ½ time (2nd Holiday Shift) | | | | | | | | - |
| COMMENTS: ↑↓ | | | DEA | | | | | - |
| 275-PRIVATE DUTY @ 1½ | | | | | | | | - |
| 276-PRIVATE DUTY @ 3X | | | | | | | | - |
| 168-TRAINING @ 1½ | | | | | | | | - |
| 169-TRAINING - @ 2X-Dispatch Only | | | | | | | | - |
| OTHER - | | | | | | | | - |
| Time In: | | | 1500 | | | | | |
| Time Out: | | | 1515 | | | | | |
| COMP EARNED @ 1½x | | | .25,15 | | | | | - |
| COMP EARNED @ 2X-Dispatch Only | | | | | | | | - |
| 177-DIFFERENTIAL/OIC | | | | | | | | $ - |
| 750-EDUCATION INCENTIVE | | | | | | | | |

Employee Signature    Dept Head Approval    Total PAID Hours: _____

**EXHIBIT 48**

DEF002642