UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| NODINE'S SMOKEHOUSE, INC., et al | : | NOVEMBER 6, 2019 |

MOTION FOR PERMISSION TO FILE UNDER SEAL DOCUMENTS
WITH CALVIN NODINE'S AND KELLY NODINE'S CELL PHONE NUMBERS

Pursuant to Local Rule 5(e)4, the plaintiff, Nicole Chase, respectfully requests that the Court grant an Order sealing records containing cell phone numbers of defendant Calvin Nodine and his wife, Kelly Nodine, which are Exhibits 27 and 28 to the plaintiff's Statement of Additional Material Facts, of her Rule 56(a)2 Statement of Facts in Opposition to the Motion for Summary Judgment filed by Defendants Town of Canton, John Colangelo and Adam Gompper.  A redacted copy of the documents are attached hereto and unredacted copies will be filed under seal.  The redacted information contains these individuals personal cell phone numbers.  However, the numbers cannot be redacted in the exhibits for the Court to review, because the numbers themselves are necessary for the Court to determine that Kelly Nodine called Calvin Nodine on May 6, 2017 at 9:11 pm.  A memorandum in support of this motion is being filed herewith.

Wherefore, the plaintiff respectfully requests that the motion to seal be granted.

**THE PLAINTIFF,**
**NICOLE CHASE**

**By:** *Mary-Kate Smith*
**Lewis Chimes (Juris No. CT 07023)**
**Mary-Kate Smith (Juris No. CT 26820)**
**Law Office of Lewis Chimes LLC**
**45 Franklin Street**
**Stamford, CT 06901**
**Phone:  (203)324-7744/Fax (203)969-1319**
**Email: lchimes@chimeslaw.com**
**msmith@chimeslaw.com**

2

## CERTIFICATION

I HEREBY CERTIFY that on the 5th day of November, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Elizabeth K. Acee
Barclay Damon
545 Long Wharf Drive,
New Haven, CT  06511

David A Moraghan
Smith Keefe Moraghan & Waterfall LLC
P.O Box 1146
257 Main Street, 2nd floor
Torrington, CT 06790

Kristan M. Maccini
Christopher A. Clark
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

      /s/ Mary-Kate Smith
        Mary-Kate Smith