UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., et al** | : | NOVEMBER 26, 2019 |

**MOTION FOR PERMISSION TO FILE RESPONSE TO CANTON DEFENDANTS'
REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(d) the plaintiff, Nicole Chase, respectfully moves for permission to file a brief response to the Reply (ECF No.157) filed by the Town of Canton, John Colangelo and Adam Gompper ("the Canton Police Defendants") in response to the Plaintiff's Memorandum in Opposition to Motion For Summary Judgment filed by the Canton Police Defendants.

On November 18, 2019, the Canton Police Defendants filed a reply to the Plaintiff's Memorandum of law in Opposition to the defendants' Motion for Summary Judgment.

In their Reply, the Canton Police Defendants argue that the following exhibits should be disregarded by the Court, claiming they are inadmissible: 5 (summary chart), 6a (transcription), 7 (expert affidavit), 8a (transcription), 9 (expert declaration), 20a (transcription) and 45 (email by Nicole Chase).

If it will assist the Court, the plaintiff requests permission to prepare a very brief response to the above evidentiary issues raised by the Canton Police Defendants in their Reply.

The Canton Police Defendants also argued in their Reply that, *inter alia*, the Court should "summarily grant their motion as to Count Nineteen of plaintiff's

Second Amended Complaint, alleging a state law claim for intentional infliction of emotional distress as the plaintiff's opposition papers do not address the defendants' arguments in support of summary judgment."

The failure to brief the intentional infliction of emotional distress claim was an oversight and unintentional. The plaintiff, through counsel, notes that Rule 7(a)2 provides that, "[f]ailure to submit a memorandum in opposition to a motion may be deemed sufficient cause to grant the motion, except where the pleadings provide sufficient grounds to deny the motion."

If the Court believes it is necessary and helpful, the plaintiff requests permission to respond to the Canton Police Defendants' argument concerning the intentional infliction of emotional distress claim.

If permitted to file such a response, the brief will be very short and will be filed promptly.

WHEREFORE, the plaintiff respectfully moves this Court for leave to file a very brief response to the Canton Police Defendants' Reply to the Plaintiff's Opposition to the Canton Defendants' Motion for Summary Judgment.

THE PLAINTIFF,
NICOLE CHASE

By:  *Lewis Chimes*
Lewis Chimes (Juris No. CT 07023)
Mary-Kate Smith (Juris No. CT 26820)
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06901
Phone:  (203)324-7744/ Fax: (203)969-1319
Email: lchimes@chimeslaw.com
msmith@chimeslaw.com

## CERTIFICATION

      I HEREBY CERTIFY that on the 26th day of November, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Elizabeth K. Acee**
**Barclay Damon**
**545 Long Wharf Drive,**
**New Haven, CT  06511**

**David A Moraghan**
**Smith Keefe Moraghan & Waterfall LLC**
**P.O Box 1146**
**257 Main Street, 2nd floor**
**Torrington, CT 06790**

**Kristan M. Maccini**
**Christopher A. Clark**
**Howd & Ludorf, LLC**
**65 Wethersfield Avenue**
**Hartford, CT 06114-1190**


                                          ___*/s/ Lewis Chimes*___
                                              **Lewis Chimes**