UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| NODINE'S SMOKEHOUSE, INC., CALVIN | : | |
| NODINE, TOWN OF CANTON, JOHN | : | |
| COLANGELO, ADAM GOMPPER, MARK J. | : | |
| PENNEY AND CHRISTOPHER ARCIERO | : | SEPTEMBER 21, 2020 |

**DEFENDANTS, TOWN OF CANTON, JOHN COLANGELO, AND ADAM GOMPPER'S, DAUBERT MOTION TO PRECLUDE EXPERT TESTIMONY FROM PLAINTIFF'S DISCLOSED EXPERTS, CATHERINE GARCIA AND ELIZABETH DONEGAN, AND MOTION IN LIMINE**

Pursuant to Local Rule 7 and Rules 702 and 703 of the Federal Rules of Evidence, the defendants, TOWN OF CANTON, JOHN COLANGELO and ADAM GOMPPER ("defendants"), hereby move this Court for an order precluding any testimony from plaintiff's designated experts, Catherine Garcia and Elizabeth Donegan. As set forth more fully in the Memorandum of Law that accompanies this motion, all of the opinions sought to be offered by Ms. Garcia and Ms. Donegan are not based upon sufficient facts and data, and are unreliable and inadmissible under Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993) and Kumho Tire Co. v. Carmichael, 526 U.S. 137, 119 S.Ct. 1167, 143 L.Ed.2d 238 (1999). In addition, neither Ms. Garcia

nor Ms. Donegan have the requisite qualifications or experience to render the opinions sought to be offered.

Furthermore, this Court should preclude and/or limit the testimony of said expert witnesses, pursuant to Federal Rules of Evidence 401 and 403, as their testimony is speculative and irrelevant.

WHEREFORE, the defendants respectfully request that this motion be granted.

> DEFENDANTS,
> TOWN OF CANTON, JOHN
> COLANGELO AND ADAM GOMPPER
>
> By /s/ Kristan M. Maccini
>     Kristan M. Maccini
>     ct25121
>     Howd & Ludorf, LLC
>     65 Wethersfield Avenue
>     Hartford, CT  06114-1190
>     (860) 249-1361
>     (860) 249-7665 fax
>     kmaccini@hl-law.com

## **CERTIFICATION**

      This is to certify that on SEPTEMBER 21, 2020, a copy of the foregoing MOTION IN LIMINE was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

**Lewis H. Chimes, Esq.**
**Mary-Kate Smith, Esq.**
**Law Office of Lewis Chimes, LLC**
**45 Franklin Street**
**Stamford, CT  06901**

**Elizabeth K. Acee, Esq.**
**Barclay Damon**
**545 Long Wharf Drive, 9th Floor**
**New Haven, CT  06511**

**Luis Medina, Esq.**
**524 Winchester Road**
**Norfolk, CT  06058**

                         **/s/ Kristan M. Maccini**
                         **Kristan M. Maccini**