UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN** | : | |
| **NODINE, TOWN OF CANTON, JOHN** | : | |
| **COLANGELO, ADAM GOMPPER, MARK J.** | : | |
| **PENNEY AND CHRISTOPHER ARCIERO** | : | **SEPTEMBER 29, 2020** |

## AMENDED NOTICE OF INTERLOCUTORY APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), notice is hereby given that the defendants, TOWN OF CANTON, JOHN COLANGELO and ADAM GOMPPER ("defendants"), hereby appeal to the United States Court of Appeals for the Second Circuit from the following decisions of this Court:

1. **ORDER RE: REQUEST FOR STATUS UPDATE**, with the consent of all counsel/parties [Doc. 173], dated September 3, 2020, by the Court, *Bryant, J.*, directing the parties to file their Joint Trial Memorandum by September 15, 2020, and informing the parties that Jury Selection will take place on October 20, 2020, holding in abeyance a ruling on the defendants' pending Motion for Summary Judgment as to all of the plaintiff's claims against them. One of the grounds of the Motion for Summary Judgment is that the plaintiff's claims brought pursuant to 42 U.S.C. § 1983 are barred by the doctrine of qualified immunity.

2. **ORDER DENYING MOTION FOR EXTENSION OF TIME** to file Joint Trial Memorandum and **DENYING MOTION TO CONTINUE JURY SELECTION** [Doc. 176], dated September 10, 2020, by the Court, *Bryant, J.*, informing the parties that the decision on summary

      **judgment is imminent and the case will proceed to trial.  Within their motion, the defendants requested an extension of the deadline to file their Joint Trial Memorandum to sixty (60) days after a decision on the pending summary judgment motion, and requested that Jury Trial be continued to thirty (30) days after the filing of the Joint Trial Memorandum.**

  **3.**  **RULINGS ON MOTION FOR SUMMARY JUDGMENT [Docs. 209 and 210] dated September 29, 2020, by the Court, *Bryant, J.*, denying summary judgment as to defendants, Town of Canton, John Colangelo and Adam Gompper.  The defendants are specifically appealing the Court's denial of qualified immunity as to defendants, Town of Canton, John Colangelo and Adam Gompper, regarding the plaintiff's § 1983 claims for false arrest, malicious prosecution and denial of equal protection.  <u>See</u> Ruling on Motion for Summary Judgment [Doc. 210], pp. 39-41.**

  The Order on the request for a status update [Doc. 173] was entered on September 3, 2020, and is attached hereto as <u>Exhibit A</u>.  The Order denying the defendants' Motion for Extension of Time and for Trial Continuance [Doc. 176] was entered on September 10, 2020, and is attached hereto as <u>Exhibit B</u>.  The rulings on the defendants' Motion for Summary Judgment [Docs. 209 and 210] was entered on September 29, 2020, and are attached hereto as <u>Exhibit C</u> and <u>Exhibit D</u>.

  The defendants expressly reserve all rights to file an amendment to the foregoing Notice of Interlocutory Appeal and/or an Amended Notice of Interlocutory Appeal pertaining to any rulings, decisions, orders or judgments relating to any motions and/or objections pending before this Court.

        DEFENDANTS,
        TOWN OF CANTON, JOHN
        COLANGELO AND ADAM GOMPPER


By /s/ Kristan M. Maccini
   Kristan M. Maccini
   ct25121
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 fax
   kmaccini@hl-law.com

## CERTIFICATION

This is to certify that on SEPTEMBER 29, 2020, a copy of the foregoing AMENDED NOTICE OF APPEAL was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Lewis H. Chimes, Esq.
Mary-Kate Smith, Esq.
Law Office of Lewis Chimes, LLC
45 Franklin Street
Stamford, CT  06901

Luis Medina, Esq.
524 Winchester Road
Norfolk, CT  06058

Elizabeth K. Acee, Esq.
Barclay Damon
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511

        /s/ Kristan M. Maccini
        Kristan M. Maccini