UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC.,** | : | |
| **CALVIN NODINE,** | : | |
| **TOWN OF CANTON,** | : | |
| **JOHN COLANGELO, and** | : | |
| **ADAM GOMPPER** | : | **SEPTEMBER 29, 2020** |

**TABLE OF CONTENTS FOR EXHIBITS TO JOINT TRIAL MEMORANDUM**

**Exhibit 1.**   **Plaintiff's Witnesses and Defendant's Objections**

**Exhibit 2.**   **Plaintiff's Objections to Defendants' Witnesses**

**Exhibit 3.**   **Plaintiff's Exhibits and Defendants' Objections**

**Exhibit 4.**   **Plaintiff's Objections to Defendants' Exhibits**

**Exhibit 5.**   **Defendants' Proposed Voir Dire**

**Exhibit 6.**   **Plaintiff's Proposed Voir Dire**

**Exhibit 7.**   **Defendants' Proposed Jury Instructions with Plaintiff's Objections Highlighted**

**Exhibit 8.**   **Plaintiff's Proposed Jury Instructions with Defendants' Objections Highlighted**

**Exhibit 9.**   **Plaintiff's Proposed Verdict Form**

**Exhibit 10.**   **Defendant Proposed Verdict Form**