UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., et al** | : | **OCTOBER 20, 2020** |

**MOTION TO ENFORCE THE SETTLEMENT**
<u>**AGREEMENT WITH THE NODINE DEFENDANTS**</u>

The plaintiff, through counsel, hereby moves to enforce the settlement reached between the plaintiff, and defendants Calvin Nodine and Nodine's Smokehouse, Inc. (Collectively "Nodine defendants"), on Monday September 14, 2020. The initial payment in this matter was due on October 15, 2020, and the defendants have refused to sign the agreement or make payment.

The legal and factual basis for enforcement of the settlement agreement is set forth in the plaintiff's Memorandum of Law in Support of their Motion to Enforce the Nodine's settlement, and supporting exhibits, being filed under seal along with this motion.

For the reasons stated therein, the plaintiff seeks an order:

(1) Compelling immediate payment of the first installment payment due to the plaintiff.

(2) An order directing that in the event of default for failure to make the first installment payment prior to October 29, 2020, judgment in the amount set forth in the proposed stipulated judgment enter against the Nodine defendants.

(3) An order lifting the confidentiality provisions of the settlement agreement to the extent necessary to issue the necessary orders.

(4) The costs of enforcing this settlement agreement.

(5) Interest for any delay in payment of the settlement agreement.

(6) Such other relief as this Court deems just and proper.

        THE PLAINTIFF,
        NICOLE CHASE

        By: _ *Lewis Chimes*_____
        Lewis Chimes (Juris No. 303446)
        Mary-Kate Smith (Juris No. 423804)
        Law Office of Lewis Chimes LLC
        45 Franklin Street
        Stamford, CT 06901
        Phone: (203)324-7744
        Facsimile: (203)969-1319
        Email: lchimes@chimeslaw.com
        msmith@chimeslaw.com

## CERTIFICATION

**I HEREBY CERTIFY that on the 20th day of October 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.**

*Lewis Chimes*

**Lewis Chimes**