UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN NODINE, TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY AND CHRISTOPHER ARCIERO** | : : : : | **OCTOBER 23, 2020** |

### OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS IN LIMINE

The undersigned defendants, TOWN OF CANTON, JOHN COLANGELO, and ADAM GOMPPER ("Canton defendants"), respectfully object to the plaintiff's Motion for Extension of Time to File Responses to Motions in Limine, dated October 16, 2020 [Doc. 214], on the basis that the Canton defendants' interlocutory appeal is pending and the Second Circuit has jurisdiction over the matter. As such, the matter should not proceed in the District Court pending resolution of the defendants' appeal.

Specifically, the Canton defendants' appeal of plaintiff's § 1983 claims is pursuant to the collateral order doctrine on the basis of qualified immunity and is meritorious in nature. Moreover, the appeal concerns issues of law in that the defendants accept the plaintiff's version of the material facts for purposes of the

appeal and contend that even under the plaintiff's version of the facts the defendants are entitled to qualified immunity. The Second Circuit has jurisdiction over such interlocutory appeals. See Brocuglio v. Proulx, 67 Fed.Appx. 58, 60 (2d Cir. 2003); see also, Tierney v. Davidson, 133 F.3d 189, 194 (2d Cir. 1998) ("Even where the lower court rules that material disputes of fact preclude summary judgment on qualified immunity, we may still exercise jurisdiction if the defendant contends that he is entitled to qualified immunity even under the plaintiff's version of the facts").

Further, the Canton defendants are appealing the District Court's ruling on the plaintiff's state law claim for intentional infliction of emotional distress on the basis of pendent jurisdiction. Even if the appellate court does not exercise pendent jurisdiction over this state law claim, trial of the claim may not proceed pending resolution of the appeal, see Mitchell v. Forsyth, 472 U.S. 511, 526 (1985). Further, plaintiff's suggestion that this Court should proceed to trial on just the intentional infliction of emotional distress claim while her federal claims are on appeal is contrary to concerns of judicial efficiency, convenience, fairness, and comity, all of which weigh in favor of removal of plaintiff's state law claim (should it be the only claim for trial) to state court, see Carnegie-Mellon University v. Cohill, 484 U.S. 343, 108 S.Ct. 614, 98 L.Ed 2d 720 (1988).

Accordingly, the matter in the District Court should not proceed pending

resolution of the defendants' appeal and the plaintiff's motion for extension of time is unnecessary.

WHEREFORE, the Canton defendants respectfully request that the plaintiff's motion be denied, the instant objection sustained, and the Court Order that no further action and/or filings be had with regard to trial of the matter pending resolution of the defendants' appeal.

        DEFENDANTS,
        TOWN OF CANTON, JOHN
        COLANGELO AND ADAM GOMPPER


By /s/ Kristan M. Maccini
   Kristan M. Maccini
   ct25121
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 fax
   kmaccini@hl-law.com

## **CERTIFICATION**

      This is to certify that on OCTOBER 23, 2020, a copy of the foregoing OBJECTION TO MOTION FOR EXTENSION OF TIME was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Lewis H. Chimes, Esq.**
**Mary-Kate Smith, Esq.**
**Law Office of Lewis Chimes, LLC**
**45 Franklin Street**
**Stamford, CT  06901**

**Luis Medina, Esq.**
**524 Winchester Road**
**Norfolk, CT  06058**

**Elizabeth K. Acee, Esq.**
**Barclay Damon**
**545 Long Wharf Drive, 9th Floor**
**New Haven, CT  06511**

                        **/s/ Kristan M. Maccini**
                        Kristan M. Maccini