UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| v. | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., et al** | : | **NOVEMBER 3, 2020** |

**MOTION TO WITHDRAW PLAINTIFF'S MOTION TO ENFORCE
PLAINTIFF'S SETTLEMENT AGREEMENT WITH NODINE DEFENDANTS**

Pursuant to Local Rule 83.6(a), the plaintiff, Nicole Chase, respectfully moves to withdraw her Motion for Order to Enforce the Settlement with Nodine's Smokehouse, Inc. and Calvin Nodine ("Nodine Defendants") (Doc. Entry # 216) filed on October 20, 2020.

The plaintiff and the Nodine Defendants since have reached an agreement on the previously disputed terms and entered into a fully-executed written settlement agreement. Additionally, the Nodine Defendants have partially performed. Therefore, there is no need for Court intervention to enforce the settlement agreement with the Nodine Defendants.[1]

Under the circumstances, the plaintiff moves this Court to enter an order that her Motion for Order to Enforce the Settlement with Nodine Defendants (Doc. Entry # 216) be withdrawn.

---

[1] **In conjunction with the Motion to Enforce the Settlement, the plaintiff moved to sealed the memorandum in support and the initial settlement agreement and filed the same under seal. (See Doc. Entry Nos. 215 and 217.) The plaintiff requests that these documents remain under seal and the motion to seal be granted or allow the plaintiff to withdraw the exhibits from the record.**

**THE PLAINTIFF,
NICOLE CHASE**

**By:** *Mary-Kate Smith*
**Lewis Chimes (Juris No. 303446)
Mary-Kate Smith (Juris No. 423804)
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06901
Phone:  (203)324-7744
Facsimile: (203)969-1319
Email: lchimes@chimeslaw.com
         msmith@chimeslaw.com**

## **CERTIFICATION**

**I HEREBY CERTIFY that on the 3rd day of November, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.**

                                                    ___*/s/ Mary-Kate Smith*
                                                      **Mary-Kate Smith**