## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | CIVIL ACTION NO.: 3:18CV00683 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NODINE'S SMOKEHOUSE, INC., CALVIN | : | |
| NODINE TOWN OF CANTON, | : | |
| JOHN COLANGELO, & ADAM GOMPER | : | |
| Defendant | : | MARCH 26, 2021 |

## **APPEARANCE**

Please enter the appearance of Michael C. Harrington as attorney for Defendant

Town of Canton in the above-captioned matter in lieu of Attorney Kristan M. Maccini.

DEFENDANT TOWN OF CANTON

By    /s/ Michael C. Harrington
       Michael C. Harrington (ct17140)
       FordHarrison, LLP
       CityPlace II
       185 Asylum Street, Suite 610
       Hartford, CT 06103
       Tel #:   (860) 740-1355
       Fax #:   (860) 740-1394
       Email:   mharrington@fordharrison.com

## <u>CERTIFICATE OF SERVICE</u>

   This is to certify that on this 26th day of March, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Mary-Kate Smith
Lewis Chimes
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06901
Email: lchimes@chimeslaw.com
    msmith@chimeslaw.com

            /s/ Michael C. Harrington
           Michael C. Harrington

WSACTIVELLP:12157339.1