# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT



450 Main Street
Hartford, CT 06103
Phone: 860.240.3200
Fax: 860.240.3211

141 Church Street
New Haven, CT 06510
Phone: 203.773.2140
Fax: 203.773.2334

915 Lafayette Boulevard
Bridgeport, CT 06604
Phone: 203.579.5861
Fax: 203.579.5867

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

September 7, 2021

Clerk, U.S. Court of Appeals
U.S. Courthouse
40 Foley Square
New York, NY   10007

Dear Sir/Madam:

    Our Case No.:  3:18-cv-00683  VLB
    Case Name:  Nicole Chase v. Nodine's Smokehouse, Inc., et al.
    USCA No. (if known):   COA 20-3234

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

Respectfully,

ROBIN D. TABORA, Clerk

By _____
    Frances Velez
    Deputy Clerk

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGEMENT: _____  DATE: _____