UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | CIVIL ACTION NO.: 3:18CV00683 |
| Plaintiff | : | |
| v. | : | |
| NODINE'S SMOKEHOUSE, INC., CALVIN NODINE TOWN OF CANTON, JOHN COLANGELO, & ADAM GOMPER | : | |
| Defendant | : | OCTOBER 6, 2021 |

## APPEARANCE

Please enter the appearance of Johanna G. Zelman as attorney for Defendant Town of Canton in the above-captioned matter in addition to the appearance of Michael C. Harrington.

DEFENDANT TOWN OF CANTON

By   /s/ Johanna G. Zelman
Johanna G. Zelman (ct26966)
FordHarrison, LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
Tel #:  (860) 740-1355
Fax #:  (860) 740-1394
Email: jzelman@fordharrison.com

**CERTIFICATE OF SERVICE**

      This is to certify that on this 6th day of October, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Mary-Kate Smith, Esq.
Lewis Chimes, Esq.
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06901
Email: lchimes@chimeslaw.com
       msmith@chimeslaw.com

Kristan M. Maccini, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06110
kmaccini@hl-law.com

      /s/ Johanna G. Zelman
      Johanna G. Zelman

WSACTIVELLP:12625786.1