UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of November, two thousand twenty-one.

Nicole Chase,

        Plaintiff - Appellee,

v.

Town of Canton, John Colangelo, Adam Gomper,

        Defendants - Appellants.

STATEMENT OF COSTS

Docket No. 20-3234

    IT IS HEREBY ORDERED that costs are taxed in the amount of $466.40 in favor of Appellee Nicole Chase.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/01/2021