UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NICOLE CHASE** : | CIVIL ACTION NO.: 3:18CV00683 |
| **Plaintiff** : | |
| v. : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN NODINE TOWN OF CANTON, JOHN COLANGELO, & ADAM GOMPER** : | |
| Defendant : | December 10, 2021 |

**DEFENDANT TOWN OF CANTON'S**
**MOTION TO BIFURCATE TRIAL**

Pursuant to Fed. R. Civ. P. 42(b), Defendant TOWN OF CANTON (the "Town") hereby respectfully moved for bifurcation of the liability and damages portions of the trial in claims brought by Plaintiff, NICOLE CHASE. The Town's motion should be granted because:

A.  Bifurcating the trial into liability and damages will avoid undue prejudice to the Town.

B.  Plaintiff's evidence of damages is distinct from the issue of Defendants' liability under 42 U.S.C. § 1983 and common law.

C.  Resolving the issue of liability first may obviate the need to reach the issue of damages, thereby promoting judicial economy.

D.  Plaintiff will suffer no prejudice by the bifurcation of trial.

Counsel for the Town has contacted counsel for the other parties to this matter to obtain their position. Adam Gompper and John Colangelo take no position on this motion. Counsel for Ms. Chase has not provided his position as to whether he objects or consents as to the filing of this motion.

1

**WHEREFORE, for all those reasons as more fully set forth in the attached memorandum of law, the Town respectfully moves that issues of liability and damages be bifurcated at trial.**

                **DEFENDANT TOWN OF CANTON**

              **By**   **/s/ Michael C. Harrington**
                 **Michael C. Harrington (ct17140)**
                 **Johanna G. Zelman (ct26966)**
                 **FordHarrison, LLP**
                 **CityPlace II**
                 **185 Asylum Street, Suite 610**
                 **Hartford, CT 06103**
                 **Tel #:  (860) 740-1355**
                 **Fax #: (860) 740-1394**
                 **Email:  jzelman@fordharrison.com**
                      **mharrington@fordharrison.com**

## CERTIFICATE OF SERVICE

      **This is to certify that on this 10th day of December, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.**

**Lewis H. Chimes, Esq.**
**Mary-Kate Smith, Esq.**
**Law Office of Lewis Chimes, LLC**
**45 Franklin Street**
**Stamford, CT 06901**

**Kristan M. Maccini**
**Howd & Ludorf, LLC**
**65 Wethersfield Avenue**
**Hartford, CT 06114**

                                                              /s/ Michael C. Harrington
                                                               Michael C. Harrington (ct26966)

WSACTIVELLP:12759603.1
3:48 PM