Civil- (Dec-2008)

HONORABLE: V. Bryant
DEPUTY CLERK: J. Shafer            RPTR/ECRO/TAPE: T. Murphy, ECRO
TOTAL TIME: ___ hours  22 minutes
DATE: 12-13-2021   START TIME: 9:33 am   END TIME: 9:55 AM
LUNCH RECESS   FROM: ___   TO: ___
RECESS (if more than ½ hr)   FROM: ___   TO: ___

CIVIL NO. 3:18-cv-683-VLB

Nicole Chase                                         L. Chimes & M. Smith
                                                     Plaintiff's Counsel
vs
Nodine's Smokehouse, Inc., et al.                    K. Maccini, J. Zelman, & M. Harrington
                                                     Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Status teleconference

☑ ….# 243 Motion to Amend/Correct Answer   ☐ granted ☐ denied ☐ advisement
☑ ….# 244 Motion to Amend/Correct Answer   ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion ___                        ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion ___                        ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion ___                        ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion ___                        ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion ___                        ☐ granted ☐ denied ☐ advisement
☐ ….     Oral Motion ___                    ☐ granted ☐ denied ☐ advisement
☐ ….     Oral Motion ___                    ☐ granted ☐ denied ☐ advisement
☐ ….     Oral Motion ___                    ☐ granted ☐ denied ☐ advisement
☐ ….     Oral Motion ___                    ☐ granted ☐ denied ☐ advisement
☐ ….     ☐ Briefs(s) due ___  ☐ Proposed Findings due ___  Response due ___
☐ ……     ___                                 ☐ filed ☐ docketed
☐ ……     ___                                 ☐ filed ☐ docketed
☐ ……     ___                                 ☐ filed ☐ docketed
☐ ……     ___                                 ☐ filed ☐ docketed
☐ ……     ___                                 ☐ filed ☐ docketed
☐ ……     ___                                 ☐ filed ☐ docketed
☐ ……     Hearing continued until ___ at ___

Notes: Counsel will file the JTM as scheduled along with any motions in limine; objections are due the following Tues. Responses to the motions to amend/correct answers due by 12-20-21. Paper and electronic trial exhibits shall be delivered when the JTM is filed.