```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT


      -------------------------------X
      NICOLE CHASE,                  :
                                     :
                   Plaintiff,        :
                                     :
                   versus            :    CIVIL ACTION NO.
                                     :    3:18 cv 00683 (VLB)
      NODINE'S SMOKEHOUSE, INC.,     :
      CALVIN NODINE, TOWN OF CANTON, :
      JOHN COLANGELO, ADAM GOMPPER,  :
      MARK J. PENNEY, AND CHRISTOPHER:
      ARCIERO,                       :
                                     :
                   Defendants.       :
      -------------------------------X
```

D E P O S I T I O N

CONTINUED VIDEOTAPED DEPOSITION OF DETECTIVE JOHN COLANGELO, taken on behalf of the Plaintiff, pursuant to the Federal Rules of Civil procedure, before Donna M. Miani, CSR, a Notary Public, in and for the State of Connecticut, on Tuesday, May 7, 2019, 10:10 a.m., at the law offices of SHIPMAN, SHAIKEN & SCHWEFEL, LLC, 433 South Main Street, #319, West Hartford, Connecticut.

```
              GOLDFARB AND AJELLO, LLC
                 24 EAST AVENUE #1372
            NEW CANAAN, CONNECTICUT  06840
                    (203) 972-1000
```

**EXHIBIT B**

| | |
|---|---|
| 1 | approximately six times during the act cause you to |
| 2 | evaluate one way or the other whether this was a |
| 3 | consensual act? |
| 4 | A.   No, because when the act was occurring, |
| 5 | whether it was consensual or not, we're being |
| 6 | hypothetical.  The phone could be ringing. |
| 7 | Q.   Okay.  And if Mr. Nodine had actually |
| 8 | answered the phone during the sexual act, would that be |
| 9 | consistent with a forced sexual act? |
| 10 | A.   It wouldn't -- |
| 11 | MR. CHIMES:  Objection to form. |
| 12 | A.   I mean, again, it's a general -- it |
| 13 | wouldn't seem to me but that's just speculation. |
| 14 | Q.   Okay. |
| 15 | MS. SMITH:  I have nothing further. |
| 16 | |
| 17 | CROSS-EXAMINATION BY MS. MACCINI: |
| 18 | Q.   Detective Colangelo, did you bring anything |
| 19 | with you to your deposition today? |
| 20 | MS. SMITH:  Can I just stop you for |
| 21 | just a second because I don't know if you |
| 22 | need the mic on you.  That's all. |
| 23 | MR. CECCHETTO:  She's got one. |
| 24 | MS. SMITH:  Oh, I'm sorry. |
| 25 | Q.   Did you bring anything to your |

**EXHIBIT B**

1   deposition -- did you bring anything with you to your
2   deposition here today, Detective Colangelo?
3       A.   I did.
4       Q.   And what did you bring?
5       A.   I brought a legal pad, white legal pad,
6   with notes on it.  I attempted to go through my interview
7   with Calvin Nodine and find the mistakes in the transcript
8   and write them down.
9       Q.   Okay.  Is it the -- was it the Calvin
10  Nodine interview or the Nicole Chase interview that you
11  took a look at?
12      A.   This is the Nicole Chase interview.
13      Q.   Okay.  And you went through Attorney
14  Chimes' office's transcription of that interview along
15  with the video?
16      A.   Let me just take a look here.
17           Yeah, this is the -- I had the
18  transcription of the Nicole Chase and the video playing
19  while I was reading the video.
20      Q.   Okay.
21      A.   While I was reading the transcription and
22  trying to make corrections.
23      Q.   Okay.  And it was a transcription that had
24  been provided to you at your deposition?
25      A.   Yes, I think it was at my deposition I got

```
 1  it.  It was from Attorney Chimes' office.  A ma'am did it
 2  I think if I remember correctly.
 3          Q.    And how far did you get through the
 4  transcript?
 5          A.    I got to page I think twenty-two.  The
 6  first three pages were just cover pages.  So I went from
 7  basically page four to page twenty-two.
 8          Q.    Okay.  And on this notepad you wrote down
 9  the mistakes that you found?
10          A.    I did.
11          Q.    And is it fair to say you found quite a
12  few?
13          A.    I did.
14          Q.    Did you find the transcription to be
15  accurate?
16          A.    No.
17                      MS. MACCINI:  Okay.  I'd like to
18                mark these two pages of notes that he's
19                testified to as Defendant's Exhibit 2.
20                      MS. SMITH:  Counsel, I'm sorry to
21                interrupt, but it's 12:15.  I wonder if we
22                could take a brief break so I can get my
23                call, or are you going to just be really
24                quick?
25                      MS. MACCINI:  This is it.  I'm
```

**EXHIBIT B**

```
 1              entering this as an exhibit and I'm done.
 2              I'm not asking him any other questions.
 3                    (Defendant's Exhibit 2
 4              received and marked for identification:
 5              Detective Colangelo's handwritten notes.)
 6                    MS. MACCINI:  I don't have any
 7              further questions.
 8                    MR. CHIMES:  I have no questions.
 9                    MS. SMITH:  Anybody else?
10                    MR. CHIMES:  I'm going to ask you,
11              are you going to have him do that entirely
12              because that would be great, if you're
13              going to do that and disclose it.
14                    I'm trying to get it right.
15                    MS. MACCINI:  I guess you -- I guess
16              you --
17                    MS. SMITH:  Are we on the record or
18              off the record?
19                    MR. CHIMES:  No, it could be off the
20              record.
21                    MS. SMITH:  Off the record.
22                    MR. CECCHETTO:  Off the record 12:18
23              p.m.
24           (Deposition concluded at 12:18 p.m.)
25
```

**EXHIBIT B**

```
1    STATE OF CONNECTICUT   )
2                           )   SS:  Derby
3    COUNTY OF NEW HAVEN    )
4
5         I, Donna M. Miani, a Certified Court Reporter and
6    Notary Public within and for the State of Connecticut, do
7    hereby certify that the within deposition of DETECTIVE
8    JOHN COLANGELO was held before me on the 7th day of May,
9    2019.
10        I further certify that after said deposition was
11   recorded stenographically by me, it was reduced to type-
12   writing by me and I hereby submit that the within contents
13   of said deposition are true and accurate to the best of my
14   ability.
15        I further certify that I am not a relative of nor an
16   attorney for any of the parties connected with the
17   testimony of the witness.
18        Dated at Derby, Connecticut, on the 21st day of May,
19   2019.
20
21                              _____
22                              Donna M. Miani, CSR
                                Certified Court Reporter
23
24   My commission expires July 31, 2023.
25
```

GOLDFARB AND AJELLO, LLC    203-972-1000

**EXHIBIT B**