DEFENDANT'S
EXHIBIT NO. 2
FOR IDENTIFICATION
5.7.19
DATE:        RPTR: DM
PENGAD 800-631-6989

Page

| # | Left | Right |
|---|------|-------|
| 4 | blonder so you know  — | blonder you know so |
|   | Niggers would | Niggers something |
| 5 | Calvin but oh well these are jokes | Calvin, when he was there |
| 5 | intox, he needs someone | intox someone he wants someone to talk to |
| 5 | tried to | tried, you know |
| 6 | want us to succeed | want us to like succeed |
| 7 | And so | And then |
| 7 | ~~Not even and jt~~ | |
| 7 | And you know it was like this | and he was like this |
| 7 | Philly never got yelled at ~~for it~~ — | ~~for it~~ he would close |
| 7 | that he going to be able to be there | he was gonna go there |
| 8 | as a friend? No problem | as a friend? he's like, no problem |
| 8 | district Manager or something | district man — I don't know |
| 8. | Every one was like | Everybody ~~like~~ was really |
| 8. | flies and like fired | flies and he was just firing |
| 8. | there were only, like, a couple | there was only a couple |
| 8. | And like how | And how |
| 9 | or laugh | or like laugh |
| 9 | would like always | would always like |
| 9 | and I mean him and Calvin | and him and Calvin |
| 10 | and almost family | and known the family |
| 10 | Not when I walked in | Not like when I walked in |
| 10 | And he just walked up | And he walked over |
| 11 | Right whenever | yeah whenever |
| 11 | yeah and I was opening or signing | I was op, yeah just signing in |
| 11 | and I was like | and I was just like |
| 11 | then he like | then like |
| 12 | if we needed soda | if like we needed soda |
| 12 | Keys and | Keys and like. |
| 12 | all were kind | all/like were kind |
| 14 | I got a phone call | I got like a phone call |
| 15 | yeah but thats not | yeah but like thats not |
| 15 | like why, how I'm | like wh I wasn't supposed, how |
| 15 | I guess — I don't know | I guess so I don't know |
| 16 | when I took over the key | when I went to go give the key |
| 16 | really? And | really like what |
| 16 | he found me | he like found me |

**EXHIBIT C**

8:00
1836
1919

| # | | |
|---|---|---|
| 16 | after I dropped off the key | After I left with the key |
| 16 | you know a lot of people | you know ~~some~~ people, a lot of people |
| 16 | | Hes like some people, a lot of people know that your telling the truth |
| 16 | were trying to set | were kinda trying to |
| 17 | No he- he took | No he - he t - - - |
| 17 | if I go there they dont know that I don't really remember | if ~~to~~ I go there, I dont really remember |
| 18 | he was like you know | he was like yeah you know |
| 18 | we have to do this and this and that | we have to do this and that |
| 18 | our job always takes work, you know | our job always takes work you know I mean |
| 18 | I definetly you know | I definitly yeah you know |
| 20 | I just it it I know it takes time | It was my like I guess, I know it takes |
| 21 | PTSD - | PTSD and all |
| 21 | off of it, so | off of it, and like so |
| 21 | just because of from | just from |
| 21 | money, and like | money and I mean like |
| 21 | I guess like to me | I guess to me like |
| 21 | a single act of | a single ~~it~~ have a boyfriend |
| 21 | so between day care -so right | So between day ~~co~~ so for me |
| 21 | I was always there ~~and~~ | I was always there and like |
| 21 | grinders | grinder |
| 21 | you know, your dinner | you know you're like whatever your dinner |
| 21 | I'd remember | I remember |
| 22 | I dont want to hurt | I dont want to see |
| 22 | and for him to be gone | and him to be gone |
| 22 | Nadine | Nadine's |
| 22 | make a complaint to us | make a complaint to uh or speak |
| 22 | you did'nt make a complaint | we wont call it make a complaint on sunday |

EXHIBIT C