UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NICOLE CHASE** | :   NO.: 3:18-cv-00683 (VLB) |
| | : |
| **v.** | : |
| | : |
| **NODINE'S SMOKEHOUSE, INC., et al** | :   DECEMBER 17, 2021 |

### PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF CHIEF ARCIERO AND DEFENDANT EXHIBITS CD-S and CD-NN

The plaintiff, through counsel, here moves to preclude the admissibility of the following evidence at trial:

1) Defendants' Exhibit CD-S emails regarding Connecticut State Police Investigation of Chase Matter;

2) Defendants' Exhibit CD-NN, the Internal Affairs investigation of Christopher Arciero; and

3) "Expert" Testimony of Chief Arciero.

For the reasons outlined in the accompanying memorandum of law, the documents and testimony should be precluded in their entirety, except as expressly consented to therein.

Wherefore, the plaintiff respectfully requests that the motion in limine be granted.

1

THE PLAINTIFF,
NICOLE CHASE

By: Lewis Chimes (CT 07023)
Lewis Chimes (Juris No. CT 07023)
Mary-Kate Smith (Juris No. CT 26820)
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06901
Phone: (203)324-7744/Fax (203)969-1319
Email: lchimes@chimeslaw.com
msmith@chimeslaw.com

**CERTIFICATION**

    I HEREBY CERTIFY that on the 17th day of December 2021 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                               /s/ Lewis Chimes
                                               Lewis Chimes