UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., et al** | : | **DECEMBER 17, 2021** |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE THE TESTIMONY
OF CHIEF ARCIERO AND DEFENDANT EXHIBITS CD-S and CD-NN**

**Exhibit 1**   Chimes Letter Dated 2.9.2018

**Exhibit 2**   Arciero IA Report dated 4.2.2019

**Exhibit 3**   Emails between Arciero and CSP

**Exhibit 4**   Pl. Requests for Production dated 6.25.2018