# Exhibit 3

Arciero, Christopher

**From:** Bisson, Alain <Alain.Bisson@ct.gov>
**Sent:** Monday, June 11, 2018 11:28 AM
**To:** Arciero, Christopher
**Subject:** Re: Canton PD-Chase matter

Sir:

I was informed by our legal department that there shall be no written summary for our findings on this case.
Alain

**From:** Arciero, Christopher <CArciero@TownofCantonCT.org>
**Sent:** Monday, June 11, 2018 11:15 AM
**To:** Bisson, Alain
**Subject:** Canton PD-Chase matter

Sgt. Bisson: Just checking in to see if the CSP Legal Advisor made a decision on whether or not there would be a written summary of your findings. Thx

Christopher Arciero
Chief of Police/Emergency Management Director
Canton Police Department
45 River Road
Canton, CT  06019
Tel. (860) 693-7872
Fax (860) 693-8493
.rciero@townofcantonct.org

 

Warning: This transmission may contain confidential or privileged information, which is intended only for the use by the individual or entity to which the transmission is addressed. This communication may contain restricted and/or confidential information which is law enforcement sensitive and may be legally protected or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified any unauthorized disclosure of this product is strictly prohibited. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message

**From:** Arciero, Christopher
**Sent:** Thursday, April 26, 2018 3:54 PM
**To:** alain.bisson@ct.gov
**Subject:** Canton PD

Sgt. Bisson: Thank-you for the call back yesterday concerning the Nodine investigation. I understand that you will be meeting this Friday with the CSP Legal advisor, to discuss among other things, whether there will be a written report of

1

your findings. I will be out of the office Friday, but should be back on Monday. Feel free to call me at any time to discuss the outcome. In any event, I wanted to offer my understanding (brief synopsis) of your findings from our telephone discussion.

1. The review of the file included you, some of your senior detectives, and several State Attorneys.
2. There was no finding of probable cause to pursue charges against Nodine and that avenue will not be pursued. That review included discussions between you and a S/A as to whether a Sex 4 CT charge could be brought.
3. Notwithstanding #3, there may be grounds for the Ms. Chase to pursue workplace harassment claims against Nodine.
4. You and others (?) had no issues with the Detective's investigation or interviews.

If I missed or misconstrued anything-let me know.

I appreciate the consideration you have provided us regarding this matter.

Christopher Arciero
Chief of Police/Emergency Management Director
Canton Police Department
45 River Road
Canton, CT 06019
Tel. (860) 693-7872
Fax (860) 693-8493
carciero@townofcantonct.org




Warning: This transmission may contain confidential or privileged information, which is intended only for the use by the individual or entity to which the transmission is addressed. This communication may contain restricted and/or confidential information which is law enforcement sensitive and may be legally protected or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified any unauthorized disclosure of this product is strictly prohibited. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message

DEF00975