# Exhibit 4

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN** | : | |
| **NODINE, TOWN OF CANTON, JOHN** | : | |
| **COLANGELO, ADAM GOMPPER, MARK J.** | : | |
| **PENNEY, AND CHRISTOPHER ARCIERO** | : | **JUNE 25, 2018** |

**PLAINTIFF'S INTERROGATORIES AND
REQUESTS FOR PRODUCTION UPON TOWN OF CANTON**

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, *et. seq.*, the plaintiff, Nicole Chase, hereby requests that defendant Town of Canton answer the following interrogatories within thirty days hereof and produce legible copies of all requested documents in the defendants' possession, custody or control for inspection and/or copying at the Law Office of Lewis Chimes LLC within thirty (30) days of the date hereof.

**DEFINITIONS AND INSTRUCTIONS**

The following definitions apply to all discovery requests:

(1) Statement. The term ''statement'' means: (a) a written statement in the handwriting of the person making it, or signed, or initialed, or otherwise in writing adopted or approved by the person making it; or (b) a stenographic, mechanical, electrical or other recording or a transcription thereof, which is a substantially verbatim recital of an oral statement by the person making it and which is contemporaneously recorded;

23. All documents and communications concerning complaints of sex/gender discrimination and/or sexual harassment made by the Town's employees or other third parties regarding the defendants or the members of the Canton Police Department within the past ten years.

**ANSWER:**


24. Any and all photographs, video recordings and/or audio recordings identified in response to Interrogatory # 8.

**ANSWER:**


25. The current curriculum vitae or resume of any expert witness, advisor, or consultant who has been retained by the defendant to testify in the above-entitled proceeding, and any and all materials relied upon by said expert, and any report, correspondence, or other document prepared by him or her in connection with this litigation, including drafts of all reports.

**ANSWER:**


26. All documents and communications related to any complaint(s) or statements (whether formal or informal) by Calvin Nodine to the Canton Police Department regarding alleged criminal conduct by Nicole Chase.

**ANSWER:**


27. All documents and communications related to any request or indication Calvin Nodine that the Canton Police Department should bring criminal charges against Nicole Chase.

**ANSWER:**


28. All documents and communications concerning all grounds and reasons the Canton Police Department investigated Nicole Chase for possible

18

criminal conduct in 2017, including claims that she made a false statement.

**ANSWER:**


29. Any and all insurance policies and declaration sheets related to any insurance which may cover you for any damages arising out of the allegations in the plaintiff's complaint, or otherwise identified in your interrogatory responses.

**ANSWER:**


30. All documents and communications concerning all instances or complaints of sexually derogatory remarks and sexually inappropriate or harassing comments or conduct by members of the Canton Police Department from January 1, 2007 to the present.

**ANSWER:**


        **RESPECTFULLY SUBMITTED,**
        **THE PLAINTIFF**

        **By: /s/ Mary-Kate Smith**
        Lewis H. Chimes (Fed. Bar No. ct07023)
        Mary-Kate Smith (Fed. Bar No. ct26820)
        Law Office of Lewis Chimes LLC
        45 Franklin Street
        Stamford, CT 06905
        (203) 324-7744
        (203) 969-1319 (facsimile)
        lchimes@chimeslaw.com
        msmith@chimeslaw.com

## **CERTIFICATION**

**This is to certify that a copy of the foregoing has been sent via electronice mail and regular mail, postage prepaid, to the following pro se parties and counsel of record on this 25th day of June, 2018.**

**Kristan M. Maccini
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
kmaccini@hl-law.com**

**Katie A. Roy
Robert Fortgang Associates, LLC
Greystone Court
573 Hopmeadow Street
Simsbury, CT 06070
katie@fortgangemploymentlaw.com**

**Elizabeth K. Acee
LeClair Ryan, PLLC
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511
Elizabeth.acee@leclairryan.com**

**David A. Moraghan
Smith, Keefe, Moraghan
& Waterfall, LLC
32 City Hall Avenue, # C
Torrington, CT  06790
dam@skmlaw.com**

>                          */s/ Mary-Kate Smith*
>                          **Mary-Kate Smith**

**20**