## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NICOLE CHASE**     :     **CIVIL ACTION NO.: 3:18CV00683** | |
|     Plaintiff           : | |
|                         : | |
| **v.**                         : | |
|                         : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN**   : | |
| **NODINE TOWN OF CANTON,**       : | |
| **JOHN COLANGELO, & ADAM GOMPPER** : | |
|     Defendant            :     **DECEMBER 20, 2021** | |

## EMERGENCY MOTION TO SEAL
## MOTION AND MEMORANDUM OF LAW (DOC. 261)

Pursuant to Fed. R. Civ. P. 5.2, Local Rule 5(e) and Fed. R. Evid. 412, Defendant, Town of Canton, hereby respectfully moves to seal the Joint Motion in Limine and supporting memorandum of law filed pursuant to Rule 412 (Doc. 261). Good cause exists to grant this motion since it is required by Federal Rules of Evidence 412. The Town inadvertently failed to seal it upon filing.

WHEREFORE, Defendant respectfully moves for the Motion in Limine and supporting memorandum of law to be sealed pursuant to Federal Rules of Evidence 412.

**DEFENDANT TOWN OF CANTON**

**By   /s/ Johanna G. Zelman**
**Johanna G. Zelman (ct26966)**
**Michael C. Harrington (ct17140)**
**FordHarrison, LLP**
**CityPlace II**
**185 Asylum Street, Suite 610**
**Hartford, CT 06103**
**Tel #:   (860) 740-1355**
**Fax #:  (860) 740-1394**
**Email:   jzelman@fordharrison.com**
  **mharrington@fordharrison.com**

2

## CERTIFICATE OF SERVICE

   This is to certify that on this 20th day of December, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Mary-Kate Smith, Esq.**
**Lewis Chimes, Esq.**
**Law Office of Lewis Chimes LLC**
**45 Franklin Street**
**Stamford, CT 06901**
**Email: lchimes@chimeslaw.com**
    **msmith@chimeslaw.com**

**Kristan M. Maccini, Esq.**
**Howd & Ludorf, LLC**
**65 Wethersfield Avenue**
**Hartford, CT 06110**
**kmaccini@hl-law.com**

              /s/ Johanna G. Zelman
              Johanna G. Zelman

WSACTIVELLP:12784394.1