UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICOLE CHASE | : | NO.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| NODINE'S SMOKEHOUSE, INC., | : | |
| CALVIN NODINE, | : | |
| TOWN OF CANTON, | : | |
| JOHN COLANGELO, and | : | |
| ADAM GOMPPER, | : | December 20, 2021 |

TABLE OF EXHIBITS TO
PLAINTIFF'S OBJECTION AND RESPONSE TO THE DEFENDANTS'
MOTIONS TO AMEND THEIR AFFIRMATIVE DEFENSES AND
SUPPLEMENTAL MOTION TO AMEND COURT DOCS. (243, 244, 253)
AND THEIR MOTION TO PRECLUDE "EVIDENCE, TESTIMONY
AND ARGUMENT" ABOUT TOWN LIABILITY (Doc. 259)

| | |
|---|---|
| Exhibit 1 | Plaintiff's Complaint, dated 4/12/2018 |
| Exhibit 2 | Removal of the case to United States District Court for the District of Connecticut |
| Exhibit 3 | Defendants Responses to Plaintiff Interrogatories |
| Exhibit 4 | Colangelo Objections and Responses, Requests for Production |
| Exhibit 5 | Gompper Objections and Responses, dated July 23, 2018 |
| Exhibit 6 | Defendants Joint Answers and Affirmative Defenses, dated October 1, 2019 |
| Exhibit 7 | Exhibit 7 to the Joint Trial Memo, Defendants' Proposed Jury Instructions |
| Exhibit 8 | Appearance by Attorney Harrington, dated March 26, 2021 |
| Exhibit 9 | Defendants Motion to Dismiss, dated July 24, 2018 |

## **CERTIFICATION**

     **I HEREBY CERTIFY that on the 20th day of December 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.**

                                        ***/s/ Lewis Chimes***
                                        **Lewis Chimes**