UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | **NO.: 3:18-cv-00683 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NODINE'S SMOKEHOUSE, INC., CALVIN NODINE, TOWN OF CANTON, JOHN COLANGELO, ADAM GOMPPER, MARK J. PENNEY AND CHRISTOPHER ARCIERO** | : : : : | **DECEMBER 26, 2021** |

### DEFENDANT, JOHN COLANGELO AND ADAM GOMMPER'S, PROPOSED SPECIAL JURY INTERROGATORIES

**Only answer YES to each question if all jurors unanimously agree that the answer YES has been proven by a preponderance of the evidence for that question.**

1. Have the defendant officers proven to you by a preponderance of the evidence that officers of reasonable competence would agree that a material omission can support the charge of false statement in the second degree?

    Yes_____    No_____

2. Have the defendant officers proven to you by a preponderance of the evidence that they reasonably believed that the plaintiff consented to her arrest?

    Yes_____    No_____

3. Has John Colangelo proven by a preponderance of the evidence that he reasonably believed that he had probable cause to seek a warrant for the plaintiff's arrest?

    Yes_____    No_____

4. **Has Adam Gompper proven to you by a preponderance of the evidence that he reasonably believed there was probable cause for the plaintiff's arrest?**

   **Yes_____ No_____**

5. **Have the defendant officers proven to you by a preponderance of the evidence that, based upon plausible instructions from a superior officer, it was reasonable for them to conclude that application for a warrant for the plaintiff's arrest was appropriate.**

   **Yes_____ No_____**

6. **Have the defendant officer proven to you, by a preponderance of the evidence, that officers of reasonable competence would agree that the information possessed by the officers, at the time of the plaintiff's arrest, pursuant to a warrant, added up to probable cause.**

   **Yes_____ No_____**

7. **Have the defendant officers proven to you by a preponderance of the evidence that, based upon their investigation, they reasonably believed their actions in investigating the plaintiff's complaint and effecting her arrest pursuant to a warrant was lawful?**

   **Yes_____ No_____**

**You have now completed the Special Jury Interrogatories Form.  Please have the Foreperson sign and date below.**

_____
**Foreperson                                                         Dated**