UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE CHASE** | : | N O.: 3:18-cv-00683 (VLB) |
| | : | |
| v. | : | |
| | : | |
| **TOWN OF CANTON, ET AL** | : | December 27, 2021 |

## TOWN'S PROPOSED VERDICT FORM

## FALSE ARREST

1. Liability as to Adam Gompper and John Colangelo under 42 U.S.C. and common law

   Has the plaintiff proved by a preponderance of the evidence that her Fourth Amendment rights were violated when she was arrested without probable cause?

   A. Adam Gompper

   Yes ____ No ____

   B. John Colangelo

   Yes ____ No ____

   *If your answer to either of these questions – questions 1(a) or 1(B) is yes, you should proceed to question 2. If your answer to both questions 1(A) and 1(B) is no, you should go to question 6.*

2. **Liability as to the Town of Canton under Common Law[1]**

   Has the plaintiff proven by a preponderance of the evidence that the Town of Canton is liable to the plaintiff for common law false arrest without probable cause?

   Yes ____ No ____

   *Go to Questions 3.*

3. **Compensatory Damages**

   What amount of compensatory damages, if any, has Ms. Chase proven that she has suffered as a result of the false arrest?

   A. Adam Gompper (If you answered yes to Adam Gompper on Question # 1)

   $ _____

   B. John Colangelo (If you answered yes to John Colangelo on Questions # 1)

   $ _____

   C. Town of Canton (If you answered yes to Question # 2)[2]

   $ _____

---

[1] The Town maintains that it is immune from the tort of false arrest pursuant to § 52-557n(a)(2)(A). The Town's inclusion of this element in the verdict form does not constitute a waiver, and is provided as an alternative should the Town not be permitted by this Court to assert this immunity to liability and damages.

[2] See FN 1. Furthermore, the Town objects to the other parties' verdict forms to the extent that they seek to have the Towns' liability for compensatory damages equal that of Gompper and Colangelo. The Town is a separate party. The jury must decide separately the Town's liability. The extent the Town must indemnify Colangelo and/or Gompper for their conduct, that must be decided by the Court as fully briefed in the Town's motion in limine.

*Go to Question 4.*

4. **Punitive Damages**

    A. **Is an award of punitive damages warranted in connection with Ms. Chase's claim that she was falsely arrested in violation of her rights under the Fourth Amendment of the United States Constitution?**

    (1) Adam Gompper

    Yes \_\_\_\_\_ No \_\_\_\_\_

    (2) John Colangelo

    Yes \_\_\_\_\_ No \_\_\_\_\_

    *If no, please go to 5. If yes, please award punitive damages for the Constitutional Violation:*

    (1) Adam Gompper: $ \_\_\_\_

    (2) John Colangelo $ _____

    B. **Is an award of punitive damages warranted in connection with Ms. Chase's claim that defendants deliberately or recklessly interfered with her common law right to be free from false arrest?[3]**

    Yes \_\_\_\_\_ No \_\_\_\_\_

---

[3] **The Town maintains that it is immune from punitive damages. The Town's inclusion of this element in the verdict form does not constitute a waiver, and is provided as an alternative should the Town not be permitted by this Court to assert this immunity to punitive damages.**

**5.     Nominal Damages**

**If you found any of the defendants liable but did not find that Ms. Chase was entitled to compensatory or punitive damages, has Ms. Chase proven that she is entitled to nominal damages?**

    **A.     Adam Gompper (If you answered yes to Adam Gompper on Question # 1)**

        **Yes _____ No _____**

        **Amount: $ _____**

    **B.     John Colangelo (If you answered yes to John Colangelo on Questions # 1)**

        **Yes _____ No _____**

        **Amount: $ _____**

    **C.     Town of Canton (If you answered yes to Question # 2)[4]**

        **Yes _____ No _____**

        **Amount: $ _____**

---

**[4] See FN 1. Furthermore, the Town objects to the other parties' verdict forms to the extent that they seek to have the Towns' liability for compensatory damages equal that of Gompper and Colangelo. The Town is a separate party. The jury must decide separately the Town's liability. The extent the Town must indemnify Colangelo and/or Gompper for their conduct, that must be decided by the Court as fully briefed in the Town's motion in limine.**

**MALICIOUS PROSECUTION**

6. **Liability as to Adam Gompper and John Colangelo under 42 U.S.C. and common law 42 U.S.C. §1983**

    **Has the plaintiff proved by a preponderance of the evidence that her Fourth Amendment rights were violated when she was prosecuted for making a false statement without probable cause?**

    A. **Adam Gompper**

    Yes \_\_\_\_ No \_\_\_\_

    B. **John Colangelo**

    Yes \_\_\_\_ No \_\_\_\_

    *If your answer to either of these questions – questions 1(a) or 1(B) is yes, you should proceed to question 2. If your answer to both questions 1(A) and 1(B) is no, you should go to question 11.*

7. **Liability as to the Town of Canton under Common Law**[5]

    **Has the plaintiff proven by a preponderance of the evidence that the Town of Canton is liable to the plaintiff for common law malicious prosecution without probable cause?**

    Yes \_\_\_\_ No \_\_\_\_

    *Go to Questions 8.*

---

[5] **See FN 1.**

8. **Compensatory Damages**

   What amount of compensatory damages has Ms. Chase proven that she has suffered as a result of the false arrest?

   A. Adam Gompper (If you answered yes to Adam Gompper on Question # 6)

   $ _____

   B. John Colangelo (If you answered yes to John Colangelo on Questions # 6)

   $ _____

   C. Town of Canton (If you answered yes to Question # 7)[6]

   $ _____

   *Go to Question 9.*

9. **Punitive Damages**

   A. Is an award of punitive damages warranted in connection with Ms. Chase's claim that she was maliciously prosecuted in violation of her rights under the Fourth Amendment of the United States Constitution?

      (1) Adam Gompper

          Yes _____ No _____

---

[6] See FN 2.

    **(2) John Colangelo**

      Yes _____ No _____

*If no, please go to 10. If yes, please award punitive damages for the Constitutional Violation:*

      (1) Adam Gompper: $ _____

      (2) John Colangelo $ _____

  **B.**  Is an award of punitive damages warranted in connection with Ms. Chase's claim that defendants deliberately or recklessly interfered with her common law right to be free from false arrest?[7]

      Yes _____ No _____

**10.**  **Nominal Damages**

If you found any of the defendants liable but did not find that Ms. Chase was entitled to compensatory or punitive damages, has Ms. Chase proven that she is entitled to nominal damages?

  **A.**  Adam Gompper (If you answered yes to Adam Gompper on Question # 6)

      Yes _____ No _____

      Amount: $ _____

  **B.**  John Colangelo (If you answered yes to John Colangelo on Questions # 6)

      Yes _____ No _____

---

[7] See FN 3.

                Amount: $ _____

    C.    Town of Canton (If you answered yes to Question # 7)[8]

                Yes _____ No _____

                Amount: $ _____

**EQUAL PROTECTION**

11.    **Liability as to Adam Gompper and John Colangelo.**

Has the plaintiff proven by a preponderance of the evidence that her Right to Equal Protection under the Fourteenth Amendment Was Violated by the treatment that she received from the defendants after she made a complaint on May 7, 2017 through her arrest on September 8, 2017? A. Adam Gompper

    A.    Adam Gompper

                Yes ____ No ____

    B.    John Colangelo

                Yes ____ No ____

*If your answer to either of these questions – questions 11(A) or 11(B) is yes, you should proceed to question 12. If your answer to both questions 9(A) and 9(B) is no, you should go to question 16.*

---

[8] **See FN 4.**

**12.   Compensatory Damages**

What amount of compensatory damage has Ms. Chase proven that she has suffered as a result of the violation of her right of equal protection?

**Adam Gompper $ _____**

**John Colangelo     $ _____**

**13.   Punitive Damages**

Is an award of punitive damages warranted in connection with Ms. Chase's claim that her right to Equal Protection under the Fourteenth Amendment of the Constitution of the United States was violated?

**(A)   John Colangelo:**

**Yes _____ No _____**

**(B)   Adam Gompper**

**Yes _____ No _____**

**14.   If yes, please award punitive damages for the Constitutional Violation:**

**(A)   John Colangelo  $ _____**

**(B)   Adam Gompper  $ _____**

**15. Nominal Damages**

**If you found Gompper or Colangelo liable but did not find that Ms. Chase was entitled to compensatory or punitive damages, has Ms. Chase proven that she is entitled to nominal damages?**

**D.    Adam Gompper**

Yes \_\_\_\_\_ No \_\_\_\_\_

Amount:  $ _____

**E.    John Colangelo**

Yes \_\_\_\_\_ No \_\_\_\_\_

Amount:  $ _____

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**16.    Liability as to Adam Gompper and John Colangelo**

**Has the plaintiff proved by a preponderance of the evidence that she was subjected to intentional infliction of emotional distress by the defendants?**

**A.    Adam Gompper**

Yes \_\_\_\_\_ No \_\_\_\_\_

**B.    John Colangelo**

Yes \_\_\_\_\_ No \_\_\_\_\_

*If your answer to either of these questions – questions 16(A) or 16(B) is yes, you should proceed to question 17. If your answer to both questions 16(A) and 16(B) is no, you should go to question \_\_.*

**17.     Compensatory Damages**

What amount of compensatory damages has Ms. Chase proven that she has suffered as a result of the intentional infliction of emotional distress?

   **Adam Gompper $_____**

   **John Colangelo $_____**

**18.     Punitive Damages**

Is an award of punitive damages warranted in connection with Ms. Chase's claim the defendants intentionally inflicted emotional distress on her?

   **John Colangelo:**

     **Yes \_\_\_\_\_ No \_\_\_\_\_**

   **Adam Gompper**

     **Yes \_\_\_\_\_ No \_\_\_\_\_**

**19.     Nominal Damages**

If you found Gompper or Colangelo liable but did not find that Ms. Chase was entitled to compensatory or punitive damages, has Ms. Chase proven that she is entitled to nominal damages?

  **F.** **Adam Gompper**

     **Yes \_\_\_\_\_ No \_\_\_\_\_**

     **Amount:  $ _____**

  **G.** **John Colangelo**

     **Yes \_\_\_\_\_ No \_\_\_\_\_**

     **Amount:  $ _____**

**DOUBLE RECOVERY**

20. Were the compensatory damages awarded in Questions 3, 8, 12 and/or 17 in any way duplicative of the compensatory damages awarded on any of the other claims? If so, please fill out this chart:

| # | NO | YES IN WHOLE | YES IN PART ($ PART) | DUPLICATIVE OF WHAT OTHER AWARD (Identify #) |
|---|----|--------------|----------------------|---------------------------------------------|
| 3 |    |              | $                    |                                             |
| 8 |    |              | $                    |                                             |
| 12 | `  |              | $                    |                                             |
| 17 |   |              | $                    |                                             |

21. Were the punitive damages awarded in Questions 4, 9, 13 and/or 17 in any way duplicative of the compensatory damages awarded on any of the other claims? If so, please fill out this chart:

| # | NO | YES IN WHOLE | YES IN PART ($ PART) | DUPLICATIVE OF WHAT OTHER AWARD (Identify #) |
|---|----|--------------|----------------------|---------------------------------------------|
| 4 |    |              | $                    |                                             |
| 9 |    |              | $                    |                                             |
| 13 | `  |              | $                    |                                             |
| 18 |   |              | $                    |                                             |